UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELBA BROWN ) | |
| 8340 Imperial Drive ) | |
| Laurel, Maryland 20708 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | |
| HON. LAWRENCE M. SMALL ) | |
| Secretary, the Smithsonian Institution ) | |
| 1000 Jefferson Drive, SW ) | |
| Washington, D.C. 20560 ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT OF DISCRIMINATION IN FEDERAL EMPLOYMENT**

(Individual – Race and Sex)

Comes Now the Plaintiff Melba Brown, by and through her attorney Barbara E. Brown, Esq. and Law Offices of Houston & Howard, and files this Complaint and respectfully represents unto this Honorable Court as follows:

**NATURE OF THE CASE**

1. This complaint is filed by Melba Brown, an African American female employee of the Smithsonian Institution, National Zoological Park. She brings this action to obtain full and complete relief and to redress the unlawful employment practices described herein.

2. This action seeks compensatory damages as well as declaratory, injunctive and other equitable relief from intentional discrimination in employment against the plaintiff, on account of her race and sex, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-16.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this case pursuant to 42 U.S.C. § 2000e-16(c) and § 2000e-5, and 28 U.S.C. § 1343 (a)(4).

4. The unlawful employment practices described herein concern a promotional action taken within the National Zoological Park, Smithsonian Institution located in Washington, D.C.  Venue in this Court is proper pursuant to 42 U.S.C. § 2000e-5(f)(3).

## PARTIES

5. Plaintiff, Ms. Melba Brown, is an African American female citizen of the United States and a resident of the State of Maryland.  Plaintiff has been employed by the Smithsonian Institution, National Zoological Park since 1985.  Plaintiff is a federal employee within the meaning of 42 U.S.C. §§ 2000e-5(f) and 16(a).

6. Defendant is Hon. Lawrence M. Small, Secretary of the Smithsonian Institution.  He is sued in his official capacity as head of the Department and, as such, is amenable to suit as provided in 42 U.S.C. § 2000e-16(c).

## FACTS COMMON TO ALL COUNTS

7. Plaintiff has been employed at the Smithsonian Institution, National Zoological Park since 1985.  Plaintiff has been in the position of Animal Keeper for 20 years, 12 of which have been with the Animals Programs Department, Small Mammal Unit of the Small Mammal House and Propagation Building.

8. In February 2004, plaintiff timely made written application for the position of Biologist in the Small Mammal Unit, GS-0401-9/11, posted in Vacancy Announcement No. 04SP-1033.

9. Plaintiff's name was placed on the Certificate of Eligibles dated February 23,

2004. Plaintiff was subsequently interviewed by a three-member panel on March 11, 2004.

10. Plaintiff's supervisor, Mr. Robert King, is a white male.

11. Plaintiff's supervisor drafted the questions that were asked by the three-member interview panel.

12. Before the March 11, 2004 interview, plaintiff's supervisor questioned her about the daycare arrangements for her child and her availability to work early shifts.

13. Plaintiff's supervisor, who was the selecting official, selected Mr. David Kessler, a white male, to promote to the position of Biologist in the Small Mammal Unit, GS-0401-9/11, posted in Vacancy Announcement No. 04SP-1033.

14. On or about March 22, 2004, plaintiff learned that she had not been selected for the position of Biologist in the Small Mammal Unit, GS-0401-9/11, posted in Vacancy Announcement No. 04SP-1033.

## EXHAUSTION

15. Plaintiff's initial date of contact with the EEO Counselor, Shadella Davis, occurred on or about April 5, 2004.

16. By letter dated May 21, 2004, plaintiff was issued a Notice of Right to File a Discrimination Complaint.

17. Plaintiff's formal complaint of discrimination, Case No. 04-05-060904, was filed on or about June 9, 2004.

18. By letter dated July 13, 2004, plaintiff was issued a Notice of Partial Acceptance of Discrimination Complaint.

19. Thereafter, plaintiff's complaint was assigned to an investigator, Ms. Rosslyn

Brown. A Report of Investigation, dated December 2, 2004, was issued by the investigator.

20. By letter received December 28, 2004, plaintiff elected to receive an immediate Final Agency Decision pursuant to the provisions of 29 CFR § 1614.110(b).

21. The Final Agency Decision was received on or about March 4, 2005.

22. Plaintiff has complied with the statutory prerequisites for maintaining this civil action as set forth in Title VII and the regulations issued thereunder.

### FIRST CAUSE OF ACTION

23. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 22 above.

24. Plaintiff alleges that she has been intentionally denied promotion because of her race in violation of Title VII, whereby she has been and is being deprived of income in the form of wages and prospective retirement benefits and other benefits due to her as an employee because of her race.

25. Plaintiff has suffered and will continue to suffer both irreparable injury and compensable damage unless and until this Court grants relief.

### SECOND CAUSE OF ACTION

26. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 25 above.

27. Plaintiff alleges that she has been intentionally denied promotion because of her sex in violation of Title VII, whereby she has been and is being deprived of income in the form of wages and prospective retirement benefits and other benefits due to her as an employee because of her sex.

28. Plaintiff has suffered and will continue to suffer both irreparable injury and compensable damage unless and until this Court grants relief.

## **PRAYER FOR RELIEF**

29. WHEREFORE, plaintiff respectfully requests that this Court:

    a. Enter a declaratory judgment, pursuant to 28 U.S.C. §§ 2201 and 2202, that defendant's failure to promote plaintiff to the position of Biologist in the Small Mammal Unit, GS-0401-9/11, National Zoological Park, Smithsonian Institution was unlawful discrimination against plaintiff on account of her race in violation of Title VII of the Civil Rights Act of l964, as amended;

    b. Enter a declaratory judgment, pursuant to 28 U.S.C. §§ 2201 and 2202, that defendant's failure to promote plaintiff to the position of Biologist in the Small Mammal Unit, GS-0401-9/11, National Zoological Park, Smithsonian Institution was unlawful discrimination against plaintiff on account of her sex in violation of Title VII of the Civil Rights Act of l964, as amended;

    c. Issue a mandatory injunction directing the defendant to promote the plaintiff retroactively to March 22, 2004 to the position of Biologist in the Small Mammal Unit, GS-0401-9/11, National Zoological Park, Smithsonian Institution, or an equivalent position, at the appropriate step and grade level;

    d. Issue a prohibitory injunction to enjoin defendant from further acts of discrimination against plaintiff;

    e. Enter a judgment against the defendant and in favor of plaintiff in the amount of back pay and, if appropriate, front pay owed the plaintiff by virtue of the said retroactive promotion, together with prejudgment interest thereon at the

applicable adjusted prime rates from the date on which such wages should have been paid, post-judgment interest, and all other benefits incident to the GS-9/11 Biologist position, including, but not limited to, within grade step increases and appropriate adjustments to plaintiff's retirement account;

      f.   Enter a judgment against the defendant and in favor of plaintiff for out-of-pocket expenses and incidental financial losses incurred by plaintiff on account of defendant's unlawful and intentional racially and/or sexually discriminatory employment practices as aforesaid;

      g.   Enter a judgment against the defendant and in favor of plaintiff in the amount of $300,000 for compensatory damages;

      h.   Enter a judgment for the plaintiff of the reasonable attorney's fees and costs pursuant to 42 U.S.C. § 2000e-5(k); and

      i.   Award plaintiff such further and additional relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury in this action.

Dated this 1st day of June, 2005                           Respectfully submitted,

                                                               Barbara E. Brown, Bar No. 321091
Houston & Howard
1001 Connecticut Avenue, NW
Suite 402
Washington, D.C. 20036
(202) 628-7058

Attorney for Plaintiff