UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELBA BROWN, <br> 8340 Imperial Drive <br> Laurel, MD 20708, <br><br>     Plaintiff, <br><br> v. <br><br> LAWRENCE M. SMALL, <br> Secretary, Smithsonian Institution, <br> 1000 Jefferson Dr., S.W. <br> Washington, DC 20560, <br><br>     Defendant. | Civil Action No.: 05-1086 (RMU) |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for defendant in the above-captioned case.

ALAN BURCH
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov