UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MELBA BROWN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1086 (RMU) |
| ) | |
| v. ) | |
| ) | |
| LAWRENCE M. SMALL, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE ANSWER**

Defendant, Lawrence M. Small, Secretary, Smithsonian Institution, through his undersigned counsel, respectfully files this motion, pursuant to Rule 6(b)(2), for an enlargement of one day to file an answer in this case. Although the docket sheet does not reflect a return of service on the United States Attorney's Office, this Office was served with a copy of the complaint on June 15, 2005, and therefore, the current deadline for filing an answer was yesterday, August 15, 2005. This request for a one-day enlargement is based on excusable neglect because the last undersigned counsel was out of the office for the first two weeks of August and returned yesterday to a situation in another case that required his immediate and extended attention to resolve.

Plaintiff will not be prejudiced by this one-day extension and counsel for plaintiff consented to this enlargement today by telephone. This is Defendant's first request to enlarge this deadline. Due to the undersigned's absence and complete immersion in the exigency in the other case, he did not properly calendar the answer deadline and, therefore, discovered the error just today. The undersigned regrets any inconvenience to the Court resulting from this last-

minute motion.

    A proposed order is attached.

August 16, 2005                                Respectfully submitted,

                                                KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                                United States Attorney

                                                R. CRAIG LAWRENCE, D.C. Bar # 171538
                                                Assistant United States Attorney

                                                ALAN BURCH, D.C. Bar # 470655
                                                Assistant United States Attorney
                                                555 4th St., N.W.
                                                Washington, D.C. 20530
                                                (202) 514-7204
                                                alan.burch@usdoj.gov

OF COUNSEL
Christine Nicholson
Associate General Counsel
Smithsonian Institution
P.O. Box 23286
Washington, DC  20026-3286