UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELBA BROWN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1086 (RMU) |
| ) | |
| v. ) | |
| ) | |
| LAWRENCE M. SMALL, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Consent Motion to Enlarge Time to File Answer, and the entire record herein, it is hereby

ORDERED that the motion is granted and it is

FURTHER ORDERED that the deadline for Defendant to file his answer is hereby extended, *nunc pro tunc*, to August 16, 2005.

So ordered this _____ day of August, 2005.

_____
RICARDO M. URBINA
United States District Judge