UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELBA BROWN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-1086 (RMU) |
| ) | |
| LAWRENCE M. SMALL ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF PROOF OF SERVICE

State of Maryland

County of Anne Arundel

Barbara E, Brown, being first duly sworn, deposes and says:

1. On June 1, 2005 she received the summons and served it together with the complaint on the above-named defendant, the Honorable Lawrence M. Small by mailing true copies on June 2, 2005 by certified mail, return receipt requested, directed to (1) Hon. Lawrence M. Small, (2) the Attorney General of the United States at Washington, D.C., and (3) the United States Attorney for the District of Columbia.

2. Attached as Exhibits 1 through 3 are photocopies of the return receipts for proof of service upon (1) Hon. Lawrence M. Small on June 6, 2005, (2) the Attorney General of the United States on June 6, 2005, and (3) the United States Attorney for the

District of Columbia on June 14, 2005

*Barbara E. Brown*
Barbara E. Brown

Subscribed and sworn to before me this  18th  day of October, 2005.

*Pamela J. Febbo*
NOTARY PUBLIC

My commission expires:  Dec 1, 2006