| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _D. King_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>                                    6/6/05 |
| 1. Article Addressed to:<br>Hon. Lawrence M. Small,<br>Secretary<br>Smithsonian Institution<br>1000 Jefferson Drive, SW<br>Washington, D.C. 20560-0009 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☑ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7004 2890 0001 3136 0992 |
| PS Form 3811, February 2004 | Domestic Return Receipt     102595-02-M-1540 |

Exhibit No. 1
C.A. No. 05-1086

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature    *Ernest L. Parks*
X                                    ☐ Agent
         JUN 0 6 2005                ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2890 0001 3136 1005

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Exhibit No. 2**
C.A. No. 05-1086

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature _[signature]_  ☐ Agent  ☐ Addressee<br>X<br>B. Received by (Printed Name)   C. Date of Delivery  JUN 1 2005 |
| 1. Article Addressed to:<br><br>U.S. Attorney<br>555 4th Street, NW<br>Washington, D.C. 20001 | D. Is delivery address different from Item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail   ☐ Express Mail<br>   ☐ Registered     ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2890 0001 3136 0985 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

**Exhibit No. 3**
C.A. No. 05-1086