UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MELBA BROWN, | ) | |
| Plaintiff, | ) | Civil Action No.: 05-1086 (RMU) |
| v. | ) | |
| LAWRENCE M. SMALL, | ) | |
| Defendant. | ) | |

**PARTIES' JOINT 16.3 REPORT**

Pursuant to Local Civil Rule 16.3, the parties hereby submit their joint report on the matters enumerated in Local Civil Rule 16.3(c). Plaintiff in this case is Melba Brown, an employee at the Smithsonian Institution's National Zoological Park. Plaintiff brings this case under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, alleging that she was discriminated against based on her race and sex when she was not selected for the position of Biologist, GS 9/11, at the National Zoo. Plaintiff seeks compensatory damages and injunctive relief. Defendant believes that Plaintiff was not the best qualified applicant for the position and that the selection of another applicant was made based on merit, not race or sex.

With regard to the matters to be included in the parties 16.3 report, the parties state the following:

1. Plaintiff does not anticipate resolution by dispositive motion. Defendant believes the case should be decided by motion for summary judgment, after discovery.

2. The parties believe that no additional parties need to be joined, nor do the parties anticipate amending the pleadings further.

3. The parties do not agree to assignment to a magistrate judge.

4. Plaintiff is interested in pursuing settlement. Defendant believes there is little possibility of settling the case at this point.

5. Plaintiff is interested in pursuing alternative dispute resolution, after the completion of discovery. Defendant is reluctant at this time to engage in alternative dispute resolution because Defendant is not willing to offer more than token amount of money at this point. That said, Defendant remains open to other possibilities for settlement and to considering alternative dispute resolution after completion of discovery.

6. Plaintiff does not anticipate resolution by dispositive motion. Defendant believes the case should be decided by motion for summary judgment, after discovery.

7. The parties do not wish to dispense with initial disclosures in Rule 26(a)(1).

8. The parties anticipate standard discovery, i.e., interrogatories, requests for production of documents, requests for admissions, and depositions. Plaintiff anticipates taking 2 or 3 depositions; Defendant also anticipates the need for 2 or 3 depositions. The parties request 120 days for discovery, in light of the upcoming holidays and the current trial calendars of counsel.

9. The parties do not anticipate at this point the need for expert witnesses, and so do not recommend modification of Rule 26(a)(2) regarding expert witnesses.

10. This is not a class action.

11. The parties do not recommend bifurcation.

12. The parties request that scheduling of the pretrial conference wait until a ruling on any dispositive motions and completion of discovery, whichever is later.

13. The parties request that the trial date be set at the pretrial conference, if necessary.

14. None.

November 21, 2005

Respectfully submitted,

*Barbara E. Brown*
BARBARA E. BROWN, D.C. Bar #321091
Houston & Howard
1001 Connecticut Avenue, NW, Suite 402
Washington, D.C. 20036
202-628-7058
quiltnoir@hotmail.com

ROSCOE C. HOWARD, D.C. Bar #246470
United States Attorney

*Alan Burch*
ALAN BURCH, D.C. Bar #470655
Assistant United States Attorney
555 4th St., N.W.,
Washington, D.C. 20530
202-514-7204
alan.burch@usdoj.gov