UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MELBA BROWN,                        )<br>                                     )<br>        Plaintiff,                   )<br>                                     )<br>    v.                               )<br>                                     )<br> LAWRENCE M. SMALL,                  )<br>                                     )<br>        Defendant.                   )<br>                                     ) | Civil Action No.: 05-1086 (RMU) |

**SCHEDULING ORDER**

UPON CONSIDERATION of the parties Joint Meet and Confer Statement, filed pursuant to Local Rule 16.3, the following deadlines are hereby set in this case:

- The parties shall make initial disclosures, pursuant to Rule 26(a)(1), within thirty days of the date of this Order.

- The parties shall complete discovery within 120 days of the date of this Order.

- Motions for summary judgment shall be filed no later than 45 days after the close of discovery.

- Oppositions to motions for summary judgment shall be filed within 30 days of the deadline for the motions.

- Replies regarding motions for summary judgment shall be filed within 15 days of the deadline for oppositions.

So ordered, this _____ day of _____, 2005.

_____
RICARDO M. URBINA
United States District Judge