# EXHIBIT 1

Melba T. Brown
8340 Imperial Drive
Laurel, MD 20708

September 29, 2004

Ms. Rosslyn P. Brown
1805 Crystal Drive
#417-S
Arlington, VA 22202

RE:  Melba Brown-Complainant
      National Zoological Park
      Case # 04-05-060904

Dear Ms. Brown:

Enclosed please find my completed Affidavit, copies of Supporting Attachments and Compensatory Damages.

Thank you for your attention to this matter.

Sincerely,

Melba Brown

Melba T. Brown
8340 Imperial Drive
Laurel, MD 20708

September 29, 2004

Ms. Rosslyn P. Brown
1805 Crystal Drive
#417-S
Arlington, VA 22202

RE:  Melba Brown-Complainant
      National Zoological Park
      Case # 04-05-060904

Dear Ms. Brown:

Enclosed please find my completed Affidavit, copies of Supporting Attachments and
Compensatory Damages.

Thank you for your attention to this matter.

Sincerely,

Melba Brown

Attached are copies of the following supporting documents:

1. 10/17/02 e-mails between Melba Brown from Bob King re: accusation with food pans
2. 5/27/01 e-mail from Melba Brown to Bob King re: Conduct concern
3. 1/4/03 e-mail from Melba Brown to Bob King re: Update about meeting with police and Lisa Stevens
4. 8/26/03 e-mail from Melba Brown to Bob King re: Prop concern
5. 9/9/02 e-mails between Melba Brown and SI Ombudsman. Chandra Heilman
6. 1/2/03 e-mail from Melba Brown to Bob King re: hostile environment
7. 1/4/03-1/6/03 e-mails between Melba Brown and SI Ombudsman, Chandra Heilman
8. September 18, 2001 Small Mammal House General Staff Meeting (c) Education projects (Melba)
9. 7/31/02-8/1/02 e-mails about evaluation
10. August 3, 2002 notation about conversation Bob King had with Melba Brown re: not using education work on evaluation
11. August 26, 2003 evaluation from Bob King (OUTSTANDING)
12. 9/20/02 From Benjamin Beck: Appointment of Bob King and Tony Barthel as new Assistant Curators
13. February 27, 2003 Small Mammal House General Staff Meeting (#14)
14. April 17, 2003 Small Mammal Unit General Staff Meeting (#3 In house recruitment for 120-day detail)
15. September 2, 2003 Small Mammal Unit general Staff Meeting (#4 Farm Positions)
16. 12/21/03 e-mail from Dell Guglielmo to Melba Brown re: rumor
17. 1/7/04 e-mail from Bob King to Melba Brown re: job announcement (not the Biologist announcement)
18. February 03, 2004 official Biologist job announcement (04SP-1033)
19. 2/9/04 e-mail and sample farm schedule from Bob King to Melba Brown
20. 2/14/02-2/19/02 e-mail between Melba Brown and Bob King re: office furniture for work station
21. Narrative Report from the Visiting Committee's Follow-up Inspection of the park. The listing has David Kessler as the Biologist for the Small Mammal Unit (February 2004)
22. 3/8/04 e-mail from Bob King to Melba Brown re: Interview
23. 3/10/04 e-mail from Bob King to Melba Brown re: Biologist PD
24. Biologist PD
25. New work schedules posted on 17 march 2004 w/ David Kessler with new responsibilities (Quar)
26. 3/22/04 Melba Brown's ZooNet report indicated that I was officially told of the Biologist's selection
27. 3/22/04 e-mail from Melba Brown to Lisa Stevens re: feedback
28. 3/22/04 e-mail from Melba Brown to Michael Davenport re: feedback
29. 3/22/04 e-mail from Melba Brown to Sarah Hallager re: feedback
30. 3/22/04 e-mail from Bob King to Small Mammal House re: David Kessler's promotion announcement
31. 3/25/04 e-mail from Lisa Stevens to Melba Brown re: feedback
32. Supervisory Job Announcement that Bob King hand-delivered to me on 12 April 2004
33. 7/7/04 SI Workplace Harassment Policy Statement
34. 8/11/04 SI Diversity and Equal Employment Policy Statement
35. 6/24/04 Diversity and Equal Employment Policy Statement from Secretary Larry Small
36. Animal Keeper PD
37. Biologist PD for the original 120-day detail
38. 2004 Performance Appraisal (Outstanding) + Melba Brown's comment page
39. 2004 Performance Plan/mid-year review

## COMPENSATORY DAMAGES FOR MELBA T. BROWN

### *KIND*

1.    Have you sustained any physical or mental injury as a result of actions taken by the Agency?

   **ANS.** I have suffered from stress and anxiety as a result of the actions at the zoo, which in turn, have caused several migraine episodes which began at work. In several instances, I had to leave work in the middle of an attack and go home to recover.

2.    Describe the injuries you have sustained?

   **ANS.** My migraines would escalate to the point where I was unable to stand up and had to recover on the office sofa. I would also throw up at work.

3.    What kind of physical manifestations of emotional distress have you exhibited?
   Examples:    weight loss or gain; insomnia; heart palpitations; headaches
                stomach problems; difficulty concentrating; irritability; panic/anxiety attacks

   **ANS.** Insomnia, heart palpitations, migraines and anxiety

4.    Describe in detail the emotional distress, stress, anxiety, etc. Have you sought medical attention?
   The names and addresses of each health care provider?
   Dates of treatment?
   Type of treatment?

   **ANS.** I sought treatment for anxiety from Dr. Robert Caldwell of the Counseling and Guidance Center in 2001. I met with him for a few (about three) counseling sessions.

5.    Are you currently taking any medication(s)?
   What is the name of the medication(s)?
   How long have you been taking it?
   What is the dosage?
   Are you suffering from any side effects of any medication(s)?

   **ANS.** I have a prescription for migraine pills, that I take when needed as the migraines occur. The medication is Gen for Midrin. The current prescription was given March 26, 2004. The Dose is 1-2 capsules as needed for headaches. I am not suffering from any side effects.

6.    Were you hospitalized because of the injury/illness/condition?
   When?
   Diagnosis on admission?
   For how long?
   Tests done in hospital?
   Diagnosis on release?
   Instructions on release?

   **ANS.** No

7.    Were you confined to bed as a result of the injury?

When?
Under Doctor=s orders?
Witnesses?

**ANS.** When the migraines occur, in most cases, I am bedridden until the pain and nausea subside. My co-workers have been witness to my migraine episodes at work, where my face became pale. I was nauseated and had to stretch out on the sofa. In some instances. I stayed at works. in other, I went home sick. This year, I had severe migraine episodes at work on Thursday, January 1, 2004; Saturday, February 14, 2004 and August 30, 2004.   There were other episodes but these three were documented.


8.     Have you recovered from the injury?
                    If not, what is your current condition?
                    When are you expected to recover?

**ANS.** The migraines occur in times of high stress and anxiety.

9.     Are you permanently disabled by the injury?

**ANS.** If I stay in the stressful zoo situation, I can expect the migraines to intensify.

## *CAUSATION*

1.    What did the Agency do to cause your injury?
      How did these actions cause your injury?
      How is the injury related to the Agency=s actions?

      **ANS.** The workplace environment is one that causes me more stress than normal.  Repeated acts
      of discrimination are at the hands of zoo management.

2.    Has any health care professional told you that your injury was caused by the Agency=s actions?
      Identify the health care professional?
      When was this told to you?
      Describe what was told to you?
      What was the basis for this opinion?

      **ANS.**  No.

3.    Have you ever been treated by this health care professional before?
      When?
      For what were you treated?
      Diagnosis?
      Medication?
      How long have you known this doctor?

      **ANS. N/A**

4.    Have you ever had this condition before?
      When?
      For how long?
      Caused by?
      Who treated you for it?
      Medication?

      **ANS.** I have had migraines/anxiety prior to the recent events.  My first migraine was the day my mother
died.  It was a time of high stress.  They occur in times of high stress.  I have been on migraine pills since the
      late-1980's, I believe.  The medications have changed but I do not recall what the other prescriptions
      were for.  I was treated by primary physicians at Kaiser Permanente.  There was a severe episode
      approximately around 1998 or 1999 where my vision was affected and my face became partially numb.
I did go to Kaiser for treatment.  Also, when I worked in seals/sea lions with Linda Moore, I had an anxiety
attack in the kitchen area just prior to an animal demonstration.

5.    Have you ever had treatment for any psychological problem?
      When?
      By whom?
      Diagnosis?
      Medication?
      For how long?

      **ANS.**  In 2001, I underwent a few counseling sessions (approximately three) with Dr. Robert
      Caldwell for anxiety.  There was no medication.

6.    Have you ever been hospitalized prior to the hospitalization discussed in response to the prior question?
          When?
          Why?

          **ANS. N/A**

7.    During the period of time (give date(s)). were there:
          Any deaths in your family?
          Marital or family problems?
          Financial problems?
          Serious illness in family?
          Auto accidents?
          Any other non-job factors contributing to emotional distress?

          **ANS.** To my recollection, none.

8.    Have you ever been unemployed before?
          When?
          Why?
          For how long?

          **ANS.** No.

***AMOUNT***

'.    With respect to your claims of injury/ illness/condition, state specifically the cost of treatment.   (Get itemized bills, etc.)

          **ANS.** The cost of pills is approximately $12.00 per prescription refill.

2.    Are you making a claim for medical expenses as part of this lawsuit?

          **ANS.** No.

3.    Are you still receiving medical or psychological treatment?

          **ANS.** I take my migraine pills as needed.

4.    Do you anticipate further treatment?
          On what basis do you so anticipate?
          For how long?
          What type of treatment?
          Expense of further treatment?

          **ANS.** If the stressful situation at the zoo continues, I can expect further treatment for the headaches and other physical responses to the stress.  I cannot predict this.

.    What is your medical/psychological condition presently?

          **ANS.** I have a cyst on my thyroid that is monitored (biopsy) from time to time.  I am stressed and upset

about the zoo situation but I am managing to work there during this stressful time.

6.      Are any of your medical expenses covered by health insurance?
                Have you submitted claims?
                By whom are you insured?
                Type of coverage?

                **ANS.** I have Kaiser Permanente. I have not submitted claims.

7.      During the period of time (give dates), how much sick/annual leave did you use?
                Current leave balance?
                LWOP? AWOL?

                **ANS.** I used at least 10 hours of SL that I can recall to recover from migraines. Some days, I was out sick, other days, I left work early. My current leave balance is approximately 100 hours each of SL and AL. There has been no LWOP or AWOL.

8.      Have you incurred expenses in traveling to obtain medical treatment?

        **ANS.** No.

9.      Have you incurred expenses in attempting to find other employment?
                Travel expenses?
                Resume expenses?

        **ANS. N/A**

10.     What expenses do you anticipate in the future regarding your job search?

        **ANS. N/A**

11.     Other than the loss of wages, are you claiming any other financial losses?
                Loss of credit?
                Loss of property, i.e., car or home?
                Child care?
                Loss of professional reputation?

                **ANS.** The loss of professional reputation at the zoo.

12.     Has your earning capacity been impaired due to the Agency=s actions?
                How?

                **ANS.** Yes. I had been routinely denied promotions and therefore a substantial increase in salary.

## *MITIGATION*

1.    Have you filed any claims for workers= compensation benefits since (date)?
              When?
              Nature of claim?
              Amount received on claim?
              Still receiving compensation?
              If declined, when?
              Reason for OWCP not accepting claim?

       **ANS.** N/A


2.    Have you filed any claims for unemployment benefits since (date)?
              When?
              Was the claim accepted?
              Amount received on claim?
              Still receiving benefits?

       **ANS.** N/A

3.    Have you filed a claim for disability retirement since (date)?
              When?
              Was the claim approved?
              Amount received on claim?
              Who assisted you in filing the claim?

       **ANS.** N/A


4.    Have you claimed any other benefits since (date)?
       (i.e., V.A. benefits, other disability)?

              **ANS.** N/A


5.    Since (date), have you attempted to find other employment?
              Type of Job(s)?
              Where?
              Name(s) and Address(es)?
              Result?
              Reason(s) given for not hiring you?
              If no attempt, why?

              **ANS.** Yes. I applied for an education position at the Smithsonian's Museum of the American Indian. My application was not accepted because of my current Grade (WG), even though my background has a strong education component.

6.    What difficulties, if any, have you had in finding another job?

**ANS.** N/A

7.    Have you received any income from any source since (date)?
          Describe.

          **ANS.** N/A

AFFIDAVIT OF MELBA T. BROWN

1. Provide name, race and sex .

   **ANS.** Melba T. Brown. African-American, Female

2. Provide the number of years of employment with Federal Government? Smithsonian Institution?

   **ANS.** Twenty years of service with the Smithsonian Institution's National Zoological Park

3. Provide job title. grade and location where duties and responsibilities are performed.

   **ANS.** Animal Keeper, WG 9-5. Animal Programs Department. currently in the Small Mammal Unit (Small Mammal House and Propagation Building)

4. Provide any job promotions received during the period of June 2000 through June 2004.

   **ANS.** None. I have worked in Animal Programs, including the Department of Animal Health for twenty years and have not received a significant promotion beyond that of an animal keeper's position, despite high performance appraisals. Routinely, I have seen white persons promoted with far less experience than I have. I have not had a permanent promotion beyond that of a WG9-5.

5. Provide the names. job title, race, sex of 1st and 2nd level supervisors?

   **ANS.** Immediate supervisor is Mr. Robert King, Assistant Curator. Caucasian, male. In his absence, the other Assistant Curators act as Supervisors on duty (weekends, Holidays, vacations, etc) Mr. King's supervisor is Mr. Jack Grisham, Associate Curator, Caucasian, male.

6. Provide the number of years of supervision under 1st and 2nd level supervisor.

   **ANS.** Approximately three years under Mr. Robert King and approximately less than 1 year under Mr. Jack Grisham

7. Provide the number of years in your present job position.

   **ANS.** Approximately 12 years in the Small Mammal Unit

8. A complaint of discrimination based on race, sex, and retaliation was filed was filed on June 9, 2004, with the Office of Equal Employment and Minority Affairs

1

(OEEMA). Specifically discuss in details what events or chain of events caused you to file your complaint.

**ANS.** I did file a complaint of discrimination based on race, color, gender (more specifically, parental status as it relates to daycare issues. reflective of the revised EEO policy see attachments# 33.34 and 35) and reprisal:

## Melba Brown's Experiences at the Smithsonian National Zoological Park (BACKGROUND INFORMATION)

- **1982-1985** **While in College at Howard University, majoring in Zoology, I volunteered as a zoo keeper in the Primate Unit (Monkey House, Ape House and Monkey Island), Lisa Stevens, African American female was and still is the supervisor.** Throughout my time in this unit, I noticed that the black keepers were not treated the same as the white keepers. Lisa Stevens would belittle the black workers in front of the white workers. I remember a specific incident where Lisa Stevens called a meeting where she along with two white female employees were intentionally using Latin scientific names when discussing the animals in the collection, knowing that some of the black male employees were not able to understand and follow the conversation. She was openly trying to isolate them and make them look stupid in front of the white employees. When she had questions about the animals. she would look to the white employees for the answers.
- **1985** **Upon graduation, I applied several times for positions, Lisa Stevens finally hired me as a full-time keeper in the Primate Unit**
- **Around 1988, I requested a transfer to the Giant Panda area. Lisa Stevens was and still is the supervisor.** At that time, the keepers in this unit treated me with a bit of disdain because I would express my opinion. Often. when I came to work only one of three keepers would speak to me. I can recall one white male keeper comparing my hairstyle to that of a mop. He did this in front of the other white employees.
- **1989-1992 After being approached by a retiring elephant trainer, Morna Holden, who was looking for a replacement, I requested a transfer to train with elephants, John Lenhardt, white male, was the supervisor, then.** While in this unit, I underwent some of the most appalling treatment I've ever experienced. **One white female keeper referred to my physical features in a derogatory way.** To be blunt. she said that my mouth was so large that any man would love me to perform oral sex on them. This individual also berated retarded members of the public. I brought this to the attention of the manager and he said that she was a long-time zoo employee and this was just her personality. Another white. female co-worker attempted to get an elephant to injure me and this event was witnessed by a white-male co-worker who was in the area. He informed the manager about what he saw and expressed his concern. John Lehnhardt met with the co-worker. After a year, a Smithsonian Video Crew produced a 1-hour video special on the zoo and decided to feature me with respect to my work with the elephants. This experience in the limelight did not go over too well with my co-workers. They shunned me to the point where I did not want to work in the unit anymore. The same co-worker who was mentioned above, in particular, was upset that I was getting too much attention after she had been there for many years. The supervisor was aware of the situation. At one point, he told me that I needed to become more political if I expected to move up within the zoo. The management decided to do a round of promotions and John Lenhardt came to me personally and told me not to apply. **He wanted my white co-worker to get the promotion. I was very intimidated and did not apply. That**

individual is still at the zoo in her management position, today. It should also be noted that John Lenhardt had a conversation with the staff and he specifically stated that he had little to no experience with blacks when he was growing up. The final straw for me was when the zoo acquired a new elephant from Pennsylvania named Toni. She became very aggressive after she moved here and she routinely attempted to attack one co-worker, in particular. After one attempted attack, I was instructed by John Lenhardt to go in and bathe the elephant. She then attacked me with her trunk and threw me across the floor. I went to the hospital and was out from work for a while. Needless to say, I really did not want to work here anymore. John Lenhardt approached me about moving me over to train marine mammals. This area was in his unit. I agreed to work there.

- **1992 Transferred to Seals and Sea Lions : My situation went from bad to worse. I was trained by Linda Moore, a white female, and did extremely well with the animals and the public training demonstrations. While here, I competed for a 3-month detail as a manager. I was selected and worked as the Assistant Collection Manager for the Small Mammal Unit (Small Mammal House, Australia Pavilion and Propagation Building). I worked under Bill Xanten, white male, who was the Collection Manager for Small Mammals at that time (Currently, he is the General Curator at the zoo.) Linda Moore became very upset with my success and literally demanded that I be removed from her area because I was too independent and successful. She actually said that I sabotaged the animals because they refused to work for her. The zoo management approached me and said they wanted to send me to the Vet Hospital for a year-long detail to help calm an explosive staff situation up there with Dr. Mitchell Bush and the keeper/vet tech staff. They said my calm personality would help to keep the peace. They also told me that this detail would give my co-worker reassurance that she was in charge. I agreed to go with the clear understanding that I would return to seals and sea-lions after the year had expired. Incidentally, my co-worker (Linda Moore) was very hostile to me and told me that I would never be promoted as long as I worked at the zoo. This individual was previously married to Bill Xanten. I can clearly remember an incident where Linda Moore became upset with me because I brought juvenile African-American boys behind-the-scenes for an impromptu encounter with the animals. Also, while I worked with her, she made disparaging remarks about the visitors on Easter Monday, in particular. This day is the only day at the zoo where there is a large number of African American visitors. Linda Moore said that these people were unruly and she did not want to do special animal demos for fear that they would harass the animals. She was very open about her feelings and did not try to hide her disgust. Linda Moore has since become a Biologist and is still at the zoo. It should also be noted that since I was removed, there has not been an African American working with the seals and sea-lions.**

- **1993 or 4 Sent to the Vet Hospital, Dr. Scott Citino was the main Veterinarian in charge**

- After one year, I was called on the phone at the vet hospital by Dr. Ben Beck and informed that my hospital detail had concluded. Then, he shocked me by asking where I was going? I asked what he meant and he said he was not going to send me back to where I was not wanted. I could not believe it. I called a meeting with the General Curator at that time who was Dr. Ed Gould, white male, and **he informed me that I needed to find somewhere else where I could shine. He said John Lenhardt wanted Linda Moore, white female, to be the main trainer and she could not do her job well as long as I was there because she became distracted.** I could not believe what I was hearing. **This particular incident would later prompt me go to the media to tell my** story of blatant discrimination.

3

- **1994 or 5- present** Sent to Small Mammal Unit, Bill Xanten was the Manager. Even though I previously served as manager of this unit, I was placed at the lowest position when I joined it again. The Biologist at the time, **Larry Newman, white male**, made it clear to me that I was not wanted there. (Larry Newman is good friends with Linda Moore.) So did Bill Xanten. Bill Xanten bullied and harassed me. For example, he would pull me out in front of the visitors and yell at me. I was extremely intimidated and I would write about my experiences for inclusion in my file only to find out years later, that Bill Xanten never put them in my file. On one occasion, I gave him some paperwork and when I requested it back, he said he misplaced them. I did not believe him. I was concerned about my evaluation and expressed this to the union representative. I was ignored, laughed at, belittled and oppressed by both Bill Xanten and Larry Newman. Later, the treatment was so bad that I contacted the union representative Lisa Bowman at that time. We set up a meeting with the zoo's Deputy Director at that time, MacKinley Hudson. He informed me that racism is everywhere and I just have to deal with it. He then said that no one was forcing me to stay at the zoo. Lisa Bowman and I could not believe his attitude. The whole situation was demoralizing for me. In spite of this treatment, I was active at local schools and taught kids about the animals and conservation. Bill Xanten put a stop to this. When DC school teachers specifically requested that I come to their school and give a presentation. Bill Xanten started sending other co-workers even though I was available. At one point he actually told me that he did not want me to make extra money. After he retired the first time, I checked my file downtown with a union representative (Tamara Zaluzney) and was able to replace a few documents. As for Larry Newman, he harassed me by asking me repeatedly if I was going to continue working at the zoo after I had my child. After I was out on maternity leave, he would constantly ask me if I was going to stay at the zoo. At one zoo Christmas party, the DJ played some rap music and after the party was over, Larry Newman was very vocal about his hatred of rap music and he even mocked the way he thought black people danced. In another episode, a white female co-worker indicated to me that she was looking for a new place to live and she questioned Larry Newman for his thoughts. He told her that she may not want to live in a certain part of Virginia because after you pass a certain section, the color changes. He was referring to black people. **While in this unit, I served a year's term as Chair of the Smithsonian African American Association, National Zoo Chapter. We needed to bring attention to the way black employees were treated at the zoo. We whistle-blew, protested at the White House and marched across the zoo's bridge to bring attention to our plight. This was not well looked upon by management. They considered us to be disgruntled employees. An African-American zoo employee filed an EEO complaint and lawsuit against the zoo for discrimination and won. At the time that his lawsuit was pending, we whistle-blew with Channel 7 news. For a week, the station presented a series on the ways of the zoo, animal issues and discrimination.**

I applied for at least 5 promotions:

Pre whistle-blowing
- I applied for an Assistant Collection Manager position and Dr. Ed Gould was the selecting official. He took a month to decide and picked Belinda Reser, a white female (She is still at the zoo).

# THESE MOST RECENT EVENTS ALSO LED ME TO FILE A COMPLAINT OF DISCRIMINATION:

Post whistle-blowing

- In 2000. I applied for a 1-year Assistant Curator's detail for the Small Mammal Unit. Lisa Stevens was the selecting official. She requested a letter of interest. **She selected Bob King, the white male who is my current supervisor.** (He was only at our zoo for about two years, but had prior zoo experience).
- In 2002. I applied for the Assistant Curator's position of the Farm Exhibit (not yet built). Management saw my name on the cert (Human Resource's list of qualified applicants) and sent it back downtown to Human Resources. The **management ended up selecting Bob King, a white male, for the Assistant Curator's job for Small Mammals AND giving him the Farm Exhibit.** I was not considered for the later. I did not apply for the former because it was already pre-selected for Bob King. This is how the zoo carries out promotions. **It should also be noted that the management team selected another new assistant curator for the Elephant area during this time, Tony Bartel, a white male.**
- In 2002-2003. I applied for a 3-month Biologist detail in the Small Mammal Unit. The panel consisted of Bob King. Lisa Stevens and Belinda Reser, white female. **They chose my co-worker David Kessler, a white male.** David Kessler did not have the management and animal experience that I did.
- David Kessler's 3-month detail turned into over an 8-month detail. Over the last year in particular, my supervisor, Bob King has tried to boldly nudge me out of the unit. In 2004. I applied for the permanent Biologist's position in Small Mammals. Bob King was shocked that I did apply and brought up issues involving daycare and shift changes even before I was told I had made the cert. Specifically, Mr. King told me that in the new position he would require me to work an earlier shift and asked if this would be a problem for me because he knew I had to deal with daycare issues for my child. He was clearly putting up hurdles so that I would not apply or continue with the process. I contacted an administrative staff member about my concern and discomfort. Annetta McRae, who in turn contacted Human Resources. downtown. After administrative intervention, a panel was convened which included Sara Hallager, white female (Biologist for Birds), Michael Davenport, white male (Assistant Curator for Reptiles) and Lisa Stevens. Bob King wrote the questions and the first two panel members indicated to me and Lisa Stevens during the interview that they never had to go through anything like this and they did not know the answers to a number of the questions. Lisa Stevens sat there and said nothing but smiled. **David Kessler, a white male, was selected.** It should also be noted that some of the questions related to animals that the zoo had not yet acquired. David Kessler had previous knowledge of the natural history of these animals because he submitted a paper for publication in a zoo publication. not long after the interview. Also, there was a specific question in the interview about working the earlier shift. This was included to attempt to knock me out of the running.

---

Some comments that Bob King has made to me (detailed in the following section):

- **"Zoo management will never change its mind about you."**
- In a unit meeting: **"There is no better ass-kisser than David Kessler."**
- **"You are my only African-American employee in this unit and I do not really know how to reach African Americans in the area. Where do I go?"** He then told me that he wanted me to help him with this endeavor.
- **"Whenever there is an issue of race, Lisa Stevens always gets pulled in because she is the only African American in management."**

- **"I do not want to include your education work on your evaluation because it would not be fair to the other employees." (See attachments #9 and #10)**
- **"Don't you want to try to get a job with FONZ?"**
- **"I know this is your idea but I want David to do it."**
- **"I think you would work out really well on the Farm as a keeper developing educational programming."**

Additionally, I have constantly been subjected to a hostile work environment for quite some time and have contacted the Smithsonian Ombudsman, Chandra Heilmann about one situation after repeated conversations with Bob King about the matter. (see attachments #1, #2 ,#.3, #4, #5, #6 and #7). He initially indicated that he did not know how to stop it and that is just how my co-worker, white female, was. I have had conversations with Lisa Stevens about it and she too indicated to me that that is just how the person is. I contacted the zoo police about the matter and they agreed with me that I should not have to work in such an environment. In a subsequent mediation meeting, the co-worker and Lisa Stevens, with Bob King in attendance, wanted me to sign an agreement that stated that I would not call the police in the future. I refused to agree to that stipulation. In fact, this particular co-worker refuses to work with me to this day and it makes for a very negative work environment. I have provided documentation that shows that my work environment has been hostile and extremely unpleasant and I have made many attempts to contact someone about it to get it resolved. Also, Bob King has made the workplace environment hostile by repeatedly suggesting that I get a job elsewhere. He has done this through discussions and by giving me job announcements for positions outside of the zoo. His negative attitude toward me has been demonstrated by his making comments to me such as management would not change its mind about me and he was not going to include my completed work on my evaluation, and by his reminding me at every opportunity that I was the only African American on his staff.

**In 2001**, after Lisa Stevens selected Bob King for a year-long Assistant Curator's detail at the Small Mammal Unit, he called a meeting with me and said that he went through my file and was amazed at all that I had done at the zoo. He said that he would like to alter my work assignment so that I would focus more on education and program development for the unit. I did that for the next year and beyond. (see attachments #8 and #10)

**31 July 2002:** I e-mailed Bob King asking about an evaluation from him. (see attachment #9)

**1 August 2002:** Bob King responded to my e-mail. (see attachment #9)

**3 August 2002:** DISCRIMINATION: Bob King came down to the propagation building and said he wanted to talk with me. He then said that he did not want to include my education work on the upcoming evaluation because it would not be fair to the other keepers. He said that he did not sit down with them to talk about job duties like he did with me. I reminded him that we had a meeting well over a year ago where he told me that he expected me to do more education work and that each keeper would not have the same job expectations - that is why he made me a floater keeper. He said it was not fair to the other keepers. I did not receive any evaluation from Bob in 2002. I did not receive one from him until 26 August 2003. (see attachment #11)

**September 2002:** DISCRIMINATION: I applied for the Farm Assistant Curatorial position and made the cert of qualified applicants. The zoo officials threw out that cert and hired Tony Barthel for the Elephant House and they hired Bob King as the Assistant Curator for the Small Mammal House AND they gave Bob King the Farm as part of his duties. I was not even considered.

6

**September 2002**: DISCRIMINATION: After Bob King was named one of the two new Assistant Curators in the zoo (see attachment #12) , he approached me in front of the Small Mammals House and asked me if there were any jobs with FONZ (Friends of the National Zoo) or downtown that could use my skills. I told him that I was interested in advancing beyond the keeper level at the zoo. He told me point blank that "management will never change its mind about you." I understood that to mean regardless of my qualifications, experience, and job performance, I would not be given a fair chance for advancement.

**27 February 2003**: At a unit staff meeting, Bob King discussed the upcoming Biologist's position due to the retirement of the standing Biologist, Larry Newman. (see attachment #13)

**17 April 2003**: In this meeting, Bob King indicated that the unit had three people who were qualified for the post but they all had some weaknesses. I was appalled by this statement. He then said that he wanted to detail one of the keepers for a 120 day term for the Biologist's position. (see attachments #14 and #37)

**10 June 2003**: DISCRIMINATION: I interviewed for the detail. The interview panel consisted of Bob King, Belinda Reser (Assistant Curator), and once again Lisa Stevens (Assistant Curator). In the next week, Bob King informed me in the Small Mammal Unit's office that I was not selected by this panel and they chose David Kessler– He clearly stated that David Kessler's appointment to the temporary detail would not have any bearing on the final position or affect my standing as far as the final position was concerned. Shortly after David Kessler started in the detail, Bob King approached me in the Propagation Building and said he felt that I would be a good candidate to transfer over to the farm as a keeper. I did not commit on this because the Small Mammal House Biologist position, in which Mr. King knew I was interested, had not been filled.

**2 September 2003**: At a unit staff meeting, Bob King discussed the upcoming Farm staff positions. In the minutes and the meeting, he stated that the management may be moving some positions around. At a later date, I inquired about the Farm Biologist position and Bob King told me he wanted someone with serious farm experience and preferably 4H experience. He had indicated that there was a woman who worked in FONZ who would fit the bill and he would love to hire her to work on the farm. As it would later turn out, he did. She is Caucasian. (see attachment #15).

**21 December 2003**: I received an e-mail from a co-worker, Dell Guglielmo, about a rumor that I expressed an interest in the Farm. This was interesting because Bob King had approached me about the Farm. (see attachment #16)

**7 January 2004**: DISCRIMINATION: Bob King sent me the following e-mail "Hi Melba – I don't know where you stand relative to your career in the Federal Government (ie – it probably doesn't make sense to leave a federal job) – but this position that was recently listed seems like something in which you would excel at… Just a FYI…" (see attachment #17, this was for an American Zoological Association job listing)

**3 February 2004**: The Biologist's position was formally announced. It was advertised within the Smithsonian Institution. Vacancy Number:04SP1033 (see attachment #18)

**9 February 2004:** DISCRIMINATION: In the morning, Bob King called me into the Small Mammal House office and wanted to know if I wanted to go to the farm because he was putting the team together. He said that I was his only African American staff member and that he did not

know how to reach African Americans and he thought that I would be useful for this purpose. I was taken aback by the turn of events. I felt that he was putting on the pressure even more to get me to move over to the farm. He asked for my help in this endeavor. I offered a suggestion and he said he would draft a letter to Black newspapers and he wanted me to review it to see if it was effective. He thought this would be another good reason to move to the farm. At this point, he brought up diversity issues in the park and said that when issues of race arise, zoo management always pulls in Lisa Stevens on panels and committees because she is the only African American in animal management. He then told me that with my education expertise, I could potentially go to the Farm and develop and implement education programs. At this point in the conversation, I said what he was saying seemed like a specialized job assignment. I then asked if I would be given an increase in salary. He laughed and said, "No absolutely not. You would do this as a keeper with specialized duties." He then said if he went to Bill Xanten (General Curator) with this request, Bill Xanten would laugh, also. He ended the meeting saying that he was going to draft a sample schedule and send it to me. He did at 3:36pm. (see attachment #19)

Also during this time, Bob King had asked David Kessler to bring new furniture that I had previously obtained into the Biologist's office and David Kessler did not do it because he said he did not want to upset anyone. The implication being that he was already a shoe-in for the position. When David Kessler was conducting business on the phone, early in the detail, he indicated that he was the Acting Biologist. Now, he was clearly and openly stating that he was the Biologist. (see attachment #20)

**18 February 2004**: The Position Vacancy Announcement closed.

**19 February 2004**: Bob King called me into the office and asked about my going to the Farm. I told him that I applied for the Biologist's position and he was shocked. He asked me if it was for the Small Mammal House and I said yes. He stammered a bit and said it was unfortunate because he was going to go ahead and put together the Farm team.

**23 February 2004**: DISCRIMINATION & HARASSMENT: In the morning, Bob King called me into the office, again and said that he understood that I had applied for the Biologist's position. He then said that I would be required to work an earlier shift and he knew this was a problem for me because of daycare issues (I have a four-year-old child). This was my first notice of a new requirement for the position. The vacancy announcement contained no such requirement. He said he wanted to see how serious I was about the position and the earlier shift was non-negotiable. He wanted my answer then but I told him that I would get back to him. I was very uncomfortable and I did not answer him but left the meeting. Later, I called Annetta McRae (Animal Programs Administrative Staff who deals with personnel issues) because I felt that what he had just done was discriminatory and a form of harassment and I was desperate for assistance. She said she would contact Human Resources downtown to inquire about my concerns.

**24 February 2004**: DISCRIMINATION & HARASSMENT: In the morning, I requested a meeting with Bob King in the Office and I told him I was a bit confused by what he said yesterday and I wanted clarification. I said I did not know if I had made the cert or if he was offering me the job or what? He then said David Kessler and I made the cert and we were the only two candidates. I then asked if my understanding was that I would not even be considered for the job if I could not work the earlier shift. He said, "Yes, that is correct. There is no need to go further." I left the meeting. After the meeting, I called Annetta McRae again and expressed my serious concerns about what was happening. She indicated that she was in communication with Human Resources.

In the afternoon, after the zoo staff attended a meeting in the auditorium. Bob King called me into a meeting on Olmstead Walk near the elephant house and indicated that he wanted to detail me to a three-month detail because he wanted to throw out the cert and open it up again to outside SI applicants. He then told me that in addition to working an earlier shift. I would also be required to stay late on some days. I have not known David Kessler to stay late in his detail. He wanted my answer by the end of the day. I was dumbfounded. Again, I called Annetta McRae and she asked for my permission to pursue the matter and I said please do.

**1 March 2004:** Bob King went into hiding in the literal sense. He started spending all of his time in the basement office. He was barely visible during the day and we had no contact. Later in the week, one of my co-workers (Maria Montgomery) said they had asked him what was wrong and he indicated that he had pulled himself out of the selection process and he did not want to lose his job.

**8 March 2004:** Bob King came to Small Mammals and asked me to go outside. He said, "You have your interview on Thursday." He asked if I wanted the 9:45 slot or the 10:45 slot. I chose the earlier slot. He said the panel members will be Lisa Stevens (Assistant Curator for Primates and Pandas, Michael Davenport (Assistant Curator for reptiles) and Sara Hallager (Biologist for birds.) (see attachment #22)

**10 March 2004:** In the morning, Jack Grisham (Curator) came to Small Mammals and said he was looking for me. He wanted to know if I was ready for the "inquisition" in the morning. I told him yes. He then said may the best person win and then he changed his statement and said may the person who is most deserving be given the opportunity to be the Biologist. Then, he said he was glad that he was not on the panel. I told him I had been in this position of applying many times before and he said "really?" At 1:13pm. Bob King sends me the position description through the e-mail. (See attachment #23 and #24)

**11 March 2004:** DISCRIMINATION: I went to the interview at 9:45. I sat and talked to the new Administrative person named Tony. Bob King and Jack Grisham came down the hall and said I looked nice. Bob King said that Lisa Stevens was not there yet but when she came, he wanted to meet with the panel first. About 10 minutes later, Lisa Stevens came and another 5 minutes lapsed. Bob King came down the hall and said, "You're on." I walked down to Ed Bronikowski's office and sat down. The interview started and there were several pages of questions. I answered all except part of one dealing with evolution. There was also a question dealing with the early shift and if I could work it. I said, "Yes." I skipped the evolution question and came back to it. I said I did not know and Sara Hallager said she did not know either and Michael Davenport said he did not know either. Lisa Stevens just smiled. Throughout the interview, they kept saying that they ran out of room to write and I ended my answers. At one point, Lisa Stevens stopped the meeting and said she would reschedule David Kessler who was waiting in the office – she left and came back. I finished the interview and both Sara Hallager and Michael Davenport said they never had to go through anything like this when they were promoted and the questions were very difficult. Lisa Stevens did not say anything. Sara Hallager then said she was glad she was not applying for the Biologist's position at Small Mammals because she would not have been able to answer the questions. My interview was about two hours in duration. David Kessler's interview was scheduled for the next morning.

In the afternoon, Bob King came up to me and started asking me about the interview. I was a little surprised because David Kessler was standing right behind me listening and this line of

questioning was BEFORE David had his interview. I told him I did well but there was part of a question that I did not know. I abruptly ended the conversation.

**13 March 2004**: DISCRIMINATION: In the mid-morning. Lisa Stevens and Ed Bronikowski came down to the Propagation building. Ed Bronikowski's cell phone rang. While he was on the phone, Lisa Stevens asked me where my daughter was and who was taking care of her. I answered her and she said. "Oh."

**17 March 2004**: DISCRIMINATION: Bob King posted the new schedule. It had David Kessler with new duties assigned. (see attachment #25)

**22 March 2004**: DISCRIMINATION: Bob King informed me that I was not selected by the panel and if I had any questions to contact Lisa Stevens and if I wanted to the other panel members. In the afternoon. I e-mailed Lisa Stevens, Sara Hallager and Michael Davenport to get feedback. All three received the e-mails but I did not get a response on this day. (see attachments #27. #28 and #29)

**24 March 2004**HOSTILE WORK ENVIRONMENT: At 10:39AM, I was sitting at the computer and Rebecca Smithson (co-worker) was in the kitchen making food. She came over to me and said, "Melba, now that the verdict is in, what are your plans? Are you going to the Farm? She then said that Farm would be a great place to work, new building. new animals. new staff and Denny." Then she said she would love to go except for her Small Mammal lemurs. I simply looked at her. She went to the restroom and came out and said, "I don't want you to think I am trying to get rid of you. I need to be careful what I say so it won't be taken the wrong way.

**25 March 2004**: (HOSTILE WORK ENVIRONMENT) Rebecca Smithson approached me again and wanted to know if Bob King had talked to me about assignment changes – I just looked at her and said, "That is between me and Bob." Maria Montgomery overheard this conversation and said to me that Rebecca has a lot of nerve – what is her problem?

DISCRIMINATION: At 3:41PM, I received an e-mail from Lisa Stevens indicating that she felt my answers were not concise or that I did not project a strong vision for the unit. This is an extremely subjective assessment. The fact that I was able to address the questions and at least two of the panel members were not able to seems remarkable to me. How am I supposed to get a fair and accurate rating if the selecting officials do no even know the correct answers? Could it simply be that this process was merely a formality and the decision was already predetermined? Also, it is the role of the Assistant Curator to provide the vision for the unit. The Biologist supports the Curator's vision. (see attachment #31)

The other two panel members never responded to my request for feedback.

**12 April 2004**: DISCRIMINATION: At 8:07AM, I just sat down at the computer and was logging in when Bob King walked over to me from the kitchen and said. "Melba. have you seen the job application for a position downtown?" I said no. He walked over to his mailbox and pulled out an announcement and gave it to me saying that I would be qualified for this. He said he printed it out for me and that it was a supervisory position. (see attachment #32)

**(b) why you believe it happened**

I believe that I have been passed over for at least four promotions because I speak out against disparate racial treatment. Also, I believe I have been discriminated against because I am a single mother and I am suffering from retaliation **TO THIS DAY** due to whistle-blowing.

### (c) explain who and how other persons were treated differently from you

Routinely, I have to take a back seat to white employees. In this instance, David Kessler was selected for the detail and eventually the permanent position. We both qualified for the cert, but I had more qualifications. I have trained mammals within the park and attended conferences focusing on training. I worked as the Assistant Collection Manager over the Small Mammal Unit. I ran the unit and conducted animal shipments. I coordinated the keeper and volunteer staff. I ordered supplies and conducted meetings having set the agenda. I have a BS in Zoology plus additional education. I applied for and was successful in getting grant money. I have designed innovative programs and had high evaluations. With this background, I was not given the same opportunity as David Kessler. As it turned out, his 120- day detail turned into about an 8-month detail. Bob was obviously more comfortable with David as indicated by his comment in the meeting with Annetta McRae. (He wanted to see how well we got along.) This position was nothing less than pre-selection and discrimination.  (see attachment #37)

Also, I have not seen my co-workers subjected to the comments that I have been subjected to by Bob King.

**7. If you are alleging reprisal for having filed or participated in an EEO complaint, please explain in detail:**

**(a) who did it**

Smithsonian Institution National Zoological Park Animal Program's Management
Bill Xanten (I was in his unit when this took place, the Small Mammal house. Also, he is the current General Curator at the zoo and had a role in the most recent events.)
Lisa Stevens (She has been open about her disapproval of the whistle-blowing episode. Also, recently in 2001, she selected Bob King for the Acting Small Mammal House detail as Assistant Curator. I applied for this detail, as well.) She was on the panel when I applied for the original Biologist's detail and I was not selected. At every job application, she is brought in and the result is the same – I am not selected.

**(b) what was done**
I participated in whistle-blowing about the disparate treatment of African Americans at the zoo while a member of the Smithsonian African American Association and at that time another zoo employee, Othello Jones had an EEO complaint against the zoo and he whistle-blew as well.

**(c) when was it done**
1994 This is especially significant because in **February 2004, Bob King, my direct supervisor, was in the Small Mammal House kitchen and he was talking to Maria Montgomery and myself and he said that Don Nichols (recent zoo whistle-blower) could never come back to work at the zoo because the zoo management considered him a traitor. The fact that I whistle-blew and I am still at the park and not able to move beyond the realm of that of a keeper given my credentials, gives weight to the feeling that management is still holding this against me. I believe that my past whistle-blowing about racial/animal issues still has, in part, ramifications as far as me not getting a promotion at the zoo.**

11

I have been and continue to be a victim of blatant discrimination at the zoo, despite my high performance evaluations. I have been unable to avoid the discriminatory practices because the same individuals are involved in some form or fashion no matter where I work at the zoo. The pattern of discrimination has been on-going and has most recently progressed into more bold forms of discrimination. It should also be noted that I did address Mr. Bob King about my concerns dealing with no promotions, when he was first promoted to his management position. He told me point blank that management would never change its mind about me. Also, in a different conversation with Mr. Bob King, I expressed my feelings about how African Americans were not treated well within the zoo, this last conversation took place on February 9, 2004, before the latest Biologist selection was made.

9. Is this the first complaint of discrimination filed while employed with the Smithsonian Institution? If not, provide dates of prior complaints of discrimination.

   ANS. Yes

10. If prior complaints of discrimination were filed provide the names, race, sex and ages of individuals who formed the basis for the complaints.

    ANS. N/A

11. Your complaint of discrimination is based also on retaliation. Describe and discuss specific acts of retaliation. Provide dates of acts of retaliation.

    ANS. The basis of retaliation is a result of my prior participation in another EEO complaint.

- **1992** Transferred to Seals and Sea Lions My situation went from bad to worse. I was trained by Linda Moore and did extremely well with the animals and the public training demonstrations. While here, I competed for a 3-month detail as a manager. I was selected and worked as the Assistant Collection Manager for the Small Mammal Unit (Small Mammal House, Australia Pavilion and Propagation Building). I worked under Bill Xanten who was the Collection Manager for Small Mammals at that time (Currently, he is the General Curator at the zoo.) Linda Moore became very upset with my success and literally demanded that I be removed from her area because I was too independent and successful. She actually said that I sabotaged the animals because they refused to work for her. The zoo management approached me and said they wanted to send me to the Vet Hospital for a year-long detail to help calm an explosive staff situation up there with Dr. Mitchell Bush and the keeper/vet tech staff. They said my calm personality would help to keep the peace. They also told me that this detail would give my co-worker reassurance that she was in charge. I agreed to go with the clear understanding that I would return to seals and sea-lions after the year had expired. Incidentally, my co-worker (Linda Moore) was very hostile to me and told me that I would never be promoted as long as I worked at the zoo. This individual was previously married to Bill Xanten. I can clearly remember an incident where Linda Moore became upset with me because I brought juvenile African-American boys behind-the-scenes for an

12

impromptu encounter with the animals. Also, while I worked with her, she made disparaging remarks about the visitors on Easter Monday, in particular. This day is the only day at the zoo where there is a large number of African American visitors. Linda Moore said that these people were unruly and she did not want to do special animal demos for fear that they would harass the animals. She was very open about her feelings and did not try to hide her disgust. Linda Moore has since become a Biologist and is still at the zoo. It should also be noted that since I was removed, there has not been an African American working with the seals and sea-lions.

- **1993 or 4** Sent to the Vet Hospital, Dr. Scott Citino was the main Veterinarian in charge

- After one year. I was called on the phone at the vet hospital by Dr. Ben Beck and informed that my hospital detail had concluded. Then. he shocked me by asking where I was going? I asked what he meant and he said he was not going to send me back to where I was not wanted. I could not believe it. I called a meeting with the General Curator at that time who was Dr. Ed Gould and he informed me that I needed to find somewhere else where I could shine. **He said John Lehnhardt wanted Linda Moore, white female, to be the main trainer and she could not do her job well as long as I was there because she became distracted. I could not believe what I was hearing. This particular incident would later prompt me go to the media to tell my story of blatant discrimination.**

- **1994 or 5- present** Sent to Small Mammal Unit, Bill Xanten was the Manager. Even though I previously served as manager of this unit, I was placed at the lowest position when I joined it again. **The Biologist at the time, Larry Newman, white male. made it clear to me that I was not wanted there. (Incidentally. Larry Newman is good friends with Linda Moore.) So did Bill Xanten. Bill Xanten bullied and harassed me. For example, he would pull me out in front of the visitors and yell at me. I was extremely intimidated and I would write about my experiences for inclusion in my file only to find out years later, that Bill Xanten never put them in my file. On one occasion, I gave him some paperwork and when I requested it back, he said he misplaced them. I did not believe him. I was concerned about my evaluation and expressed this to the union representative. I was ignored, laughed at, belittled and oppressed by both Bill Xanten and Larry Newman. Later, the treatment was so bad that I contacted the union representative Lisa Bowman at that time. We set up a meeting with the zoo's Deputy Director at that time, MacKinley Hudson. He informed me that racism is everywhere and I just have to deal with it. He then said that no one was forcing me to stay at the zoo. Lisa Bowman and I could not believe his attitude. The whole situation was demoralizing for me. In spite of this treatment. I was active at local schools and taught kids about the animals and conservation. Bill Xanten put a stop to this. When DC school teachers specifically requested that I come to their school and give a presentation, Bill Xanten started sending other co-workers even though I was available. At one point he actually told me that he did not want me to make extra money. After he retired the first time, I checked my file downtown with a union representative (Tamara Zaluzney) and was able to replace a few documents. As for Larry Newman. he harassed me by asking me repeatedly if I was going to continue working at the zoo after I had my child. After I was out on maternity leave. he would constantly ask me if I was going to stay at the zoo. At one zoo Christmas party. the DJ played some rap music and after the party was over, Larry Newman was very vocal about his hatred of rap music and he even mocked the way he thought black people danced. In another episode, a white female co-worker indicated to me that she was looking for a new place to live and she questioned Larry Newman for his thoughts. He told her that she may not want to live in a certain part of Virginia because after you ⸱pass a certain section, the color changes. He was referring to black people. While in this**

unit, I served a year's term as Chair of the Smithsonian African American Association, National Zoo Chapter. We needed to bring attention to the way black employees were treated at the zoo. We whistle-blew, protested at the White House and marched across the zoo's bridge to bring attention to our plight. This was not well looked upon by management. They considered us to be disgruntled employees. An African-American zoo employee filed an EEO complaint and lawsuit against the zoo for discrimination and won. At the time that his lawsuit was pending, we whistle-blew with Channel 7 news. For a week, they presented a series on the ways of the zoo, animal issues and discrimination.

Post whistle-blowing promotions that I applied for include:
- In 2000, I applied for a 1-year Assistant Curator's detail for the Small Mammal Unit. Lisa Stevens was the selecting official. She requested a letter of interest. She selected Bob King (he was only at our zoo for about two years, but had prior zoo experience).
- In 2002, I applied for the Assistant Curator's position of the Farm Exhibit (not yet built). Management saw my name on the cert (Human Resource's list of qualified applicants) and sent it back downtown to Human Resources. The management ended up selecting Bob King for the Assistant Curator's job for Small Mammals AND giving him the Farm Exhibit. I was not considered for the later. I did not apply for the former because it was already pre-selected for Bob King. This is how the zoo carries out promotions.
- In 2002-2003, I applied for a 3-month Biologist detail in the Small Mammal Unit. The panel consisted of Bob King, Lisa Stevens and Belinda Reser. They chose my co-worker, David Kessler, a white male. David Kessler did not have the management and animal experience that I did.
- David Kessler's 3-month detail turned into over an 8+month detail. Over the last year in particular, my supervisor, Bob King has tried to boldly nudge me out of the unit. In 2004, I applied for the permanent Biologist's position in Small Mammals. Bob King was shocked that I did apply and brought up issues involving daycare and shift changes even before I was told I had made the cert. Bob was clearly putting up hurdles so that I would not apply or continue with the process. I contacted an administrative staff member about my concern and discomfort, Annetta McRae, who in turn contacted Human Resources, downtown. After administrative intervention, a panel was convened which included Sara Hallager, white female (Biologist for Birds), Michael Davenport, white male (Assistant Curator for Reptiles) and Lisa Stevens, African American female. Bob King wrote the questions and the first two panel members told me and Lisa Stevens during the interview that they never had to go through anything like this and they did not know the answers to a number of the questions. Lisa Stevens sat there and said nothing but smiled. David Kessler, a white male, was selected.

---

Some comments that Bob King has made to me (detailed in the following section):
- "Zoo management will never change its mind about you."
- "I do not want to include your education work on your evaluation because it would not be fair to the other employees." (see attachment #9 and #10)
- "Don't you want to try to get a job with FONZ?"
- "I know this is your idea but I want David to do it."
- "I think you would work out really well on the Farm as a keeper developing educational programming."

14

In 2001, after Lisa Stevens selected Bob King for a year-long Assistant Curator's detail at the Small Mammal Unit, he approached called a meeting with me and said that he went through my file and was amazed at all that I had done at the zoo. He said that he would like to alter my work assignment so that I would focus more on education and program development for the unit. I did that for the next year and beyond. (see attachment #8)

31 July 2002: I e-mailed Bob King asking about an evaluation from him. (see attachment #9)

1 August 2002: Bob King responded to my e-mail. (see attachment #9)

3 August 2002: DISCRIMINATION: Bob King came down to the propagation building and said he wanted to talk with me. He then said that he did not want to include my education work on the upcoming evaluation because it would not be fair to the other keepers. He said that he did not sit down with them to talk about job duties like he did with me. I reminded him that we had a meeting well over a year ago where he told me that he expected me to do more education work and that each keeper would not have the same job expectations - that is why he made me a floater keeper. He said it was not fair to the other keepers. I did not receive an evaluation from Bob in 2002. I did not receive one from him until 26 August 2003. (see attachments #10 and #11)

September 2002: DISCRIMINATION: I applied for the Farm Assistant Curatorial position and made the sert of qualified applicants. The zoo officials threw out that sert and hired Tony Barthel for the Elephant House and they hired Bob King as the Assistant Curator for the Small Mammal House AND they gave Bob King the Farm as part of his duties. I was not even considered.

September 2002: DISCRIMINATION: After Bob King was named one of the two new Assistant Curators in the zoo, he approached me in front of the Small Mammals House and asked me if there were any jobs with FONZ (Friends of the National Zoo) or downtown that could use my skills. I told him that I was interested in advancing beyond the keeper level at the zoo. He told me point blank that "management will never change its mind about you."

27 February 2003: At a unit staff meeting, Bob King discussed the upcoming Biologist's position due to the retirement of the standing Biologist, Larry Newman. (see attachment #13)

17 April 2003: In this meeting, Bob King indicated that the unit had three people who were qualified for the post but they all had some weaknesses. I was appalled by this statement. He then said that he wanted to detail one of the keepers for a 120 day term for the Biologist's position. (attachments #14 and #37)

10 June 2003: DISCRIMINATION: I interviewed for the detail. The interview panel consisted of Bob King, Lisa Stevens (Assistant Curator) and Belinda Reser (Assistant Curator.) In the next week, Bob King informed me in the Small Mammal Unit's office that I was not selected by this panel and they chose David Kessler– he clearly stated that David Kessler's appointment would not have any bearing on the final position or affect my standing as far as the final position was concerned. Shortly after David Kessler started in the detail, Bob King approached me in the Propagation Building and said he felt that I would be a good candidate to transfer over to the farm as a keeper. I did not commit to this because the Small Mammal House Biologist position had not been filled.

2 September 2003: At a unit staff meeting, Bob King discussed the upcoming Farm staff positions. In the minutes and the meeting, he stated that the management may be moving some

positions around. At a later date, I inquired about the Farm Biologist position and Bob King told me he wanted someone with serious farm experience and preferably 4H experience. He had indicated that there was a woman who worked in FONZ who would fit the bill and he would love to hire her to work on the farm. As it would later turn out, he did. (see attachment #15)

**21 December 2003**: I received an e-mail from a co-worker, Dell Guglielmo, about a rumor that I expressed an interest in the Farm. This was interesting since Bob King had approached me about the Farm. (see attachment #16)

**7 January 2004**: DISCRIMINATION & HOSTILE WORK ENVIRONMENT: Bob King sent me the following e-mail "Hi Melba – I don't know here you stand relative to your career in the Federal Government (ie – it probably doesn't make sense to leave a federal job) – but his position that was recently listed seems like something in which you would excel at… Just a FYI…" (see attachment #17, This position was for an American Zoological Association listing)

**3 February 2004**: The Biologist's position is formally announced. It is advertised within the Smithsonian Institution. Vacancy Number:04SP1033. (see attachment #18)

**9 February 2004:** DISCRIMINATION: In the morning. Bob King called me into the Small Mammal House office and wanted to know if I wanted to go to the farm because he was putting the team together. He said that I was his only African American staff member and that he did not know how to reach African Americans and he thought that I would be useful for this purpose. I was taken aback by the turn of events. He asked for my help in this endeavor. I offered a suggestion and he said he would draft a letter to Black newspapers and he wanted me to review it to see if it was effective. He thought this would be another good reason to move to the farm. At this point, he brought up diversity issues in the park and said that when issues of race arise. zoo management always pull in Lisa Stevens on panels and committees because she is the only African American in animal management. He then told me that with my education expertise. I could potentially go to the Farm and develop and implement education programs. At this point in the conversation, I said what he was saying seemed like a specialized job assignment. I then asked if I would be given an increase in salary. He laughed and said, "No absolutely not. You would do this as a keeper with specialized duties." He then said if he went to Bill Xanten (General Curator) with this request, Bill Xanten would laugh, also. He ended the meeting saying that he was going to draft a sample schedule and send it to me. He did at 3:36pm. (see attachment #19)

Also during this time, Bob King had asked David Kessler to bring new furniture that I had previously obtained into the Biologist's office and David Kessler did not do it because he said he did not want to upset anyone. The implication being that he was already a shoe-in for the position. When David Kessler was conducting business on the phone. early in the detail. he indicated that he was the Acting Biologist. Now, he was clearly and openly stating that he was the Biologist. (see attachment #20)

**18 February 2004**: The Position Vacancy Announcement closes.

**19 February 2004**: Bob King called me into the office and asked about my going to the Farm. I told him that I applied for the Biologist's position and he was shocked. He asked me if it was for the Small Mammal House and I said yes. He stammered a bit and said it was unfortunate because he was going to go ahead and put together the Farm team.

**23 February 2004**: DISCRIMINATION & HARASSMENT: In the morning, Bob King called me into the office, again and said that he understood that I had applied for the Biologist's position. He then said that I would be required to work an earlier shift and he knew this was a problem for me because of daycare issues (I have a four-year-old child). He said he wanted to see how serious I was about the position and the earlier shift was non-negotiable. He wanted my answer then but I told him that I would get back to him. I was very uncomfortable and I did not answer him but left the meeting. Later, I called Annetta McRae (Animal Programs Administrative Staff who deals with personnel issues) because I felt that what he had just done was discriminatory and a form of harassment and I was desperate for assistance. She promised to contact Human Resources downtown to inquire about my concerns.

**24 February 2004**: DISCRIMINATION & HARASSMENT: In the morning, I requested a meeting with Bob King in the Office and I told him I was confused by what he said the day before and I wanted clarification. I said I did not know if I had made the cert or if he was offering me the job or what? He then said David Kessler and I made the cert and we were the only two candidates. I then asked if my understanding was that I would not even be considered for the job if I could not work the earlier shift. He said, "Yes, that is correct. There is no need to go further." I left the meeting discouraged and depressed.. After the meeting, I called Annetta McRae again and expressed my serious concerns about what was happening. She stated that she was in communication with Human Resources.

In the afternoon, after the zoo staff attended a meeting in the auditorium, Bob King called me into a meeting on Olmstead Walk near the elephant house and said that he wanted to detail me to a three-month detail because he wanted to throw out the cert and open it up again to outside SI applicants. He then told me that in addition to working an earlier shift, I would also be required to stay late on some days. However, I have not known David Kessler to ever stay late during the course of his detail. Mr. King wanted my answer by the end of the day. I was dumbfounded. Again, I called Annetta McRae and she asked for my permission to pursue the matter and I said please do.

**1 March 2004**: Bob King went into hiding in the literal sense. He started spending all of his time in the basement office. He was barely visible during the day and we had no contact. Later in the week, one of my co-workers (Maria Montgomery) said they had asked him what was wrong and he indicated that he had pulled himself out of the selection process and he did not want to lose his job.

**8 March 2004**: Bob King came to Small Mammals and asked me to go outside. He said, "You have your interview on Thursday." He asked if I wanted the 9:45 slot or the 10:45 slot. I chose the earlier slot. He said the panel members will be Lisa Stevens, Michael Davenport (Assistant Curator for reptiles) and Sara Hallager (Biologist for birds.) As soon as I heard Lisa Stevens name, I felt doomed to failure because she had been placed on every panel that had denied my applications for advancement. From my perspective, there was no doubt that she was on the panel as Bob King's agent, and she would look favorably on the candidate that he wanted. (see attachment #22)

**10 March 2004**: In the morning, Jack Grisham (Curator) came to Small Mammals and said he was looking for me. He wanted to know if I was ready for the "inquisition" in the morning. I told him yes. He then said may the best person win and then he changed his statement and said may the person who is most deserving be given the opportunity to be the Biologist. Then, he said he was glad that he was not on the panel. I told him I had been in this position of applying many times before and he said "really?" At 1:13pm on the afternoon before my oral interview by the

17

panel, Bob King sent me the position description through the e-mail. (see attachments #23 and #24)

**11 March 2004**: DISCRIMINATION: I went to the interview at 9:45 a.m.. I sat and talked to the new Administrative person named Tony. Bob King and Jack Grisham came down the hall and said I looked nice. Bob King said that Lisa Stevens was not there yet but when she came, he wanted to meet with the panel first. About 10 minutes later, Lisa Stevens came. Bob King met with the interviewing panel for about 5 minutes before my interview took place. I felt that the fix was in. Bob King came down the hall and said, "You're on." I walked down to Ed Bronikowski's office and sat down. The interview started and there were several pages of questions. I answered all except part of one dealing with evolution. There was also a question dealing with the early shift and if I could work it. I said, "Yes." I skipped the evolution question and came back to it. I said I did not know and Sara Hallager said she did not know either and Michael Davenport said he did not know either. Lisa Stevens just smiled. Throughout the interview, they kept saying that they ran out of room to write and I ended my answers. In other words, my responses were more complete than the panelists were prepared to record. I do not know what became of the notes that the panelists took during my interview.

At one point during my interview, Lisa Stevens stopped the meeting and said she would reschedule David Kessler who was waiting in the office – she left and came back. I finished the interview and both Sara Hallager and Michael Davenport said they never had to go through anything like this when they were promoted and the questions were very difficult. Lisa Stevens did not say anything. Sara Hallager then said she was glad she was not applying for the Biologist's position at Small Mammals because she would not have been able to answer the questions. My interview was about two hours in duration. David Kessler's interview was rescheduled for the next morning.

In the afternoon, Bob King came up to me and started asking me about the interview. I was a little surprised because David Kessler was standing right behind me listening and this line of questioning was BEFORE David had his interview. I told him I did well but there was part of a question that I did not know. I abruptly ended the conversation.

**13 March 2004**: DISCRIMINATION: In the mid-morning, Lisa Stevens and Ed Bronikowski came down to the Propagation building. Ed Bronikowski's cell phone rang. While he was on the phone, Lisa Stevens asked me where my daughter was and who was taking care of her. I answered her and she said, "Oh." She had not previously inquired about my child's whereabouts. The tone and timing of her question implied that the need to secure daycare for my child was for me a job impediment.

**17 March 2004**: DISCRIMINATION: Bob King posted the new work schedule. It listed the other applicant David Kessler with newly assigned duties. (see attachment #25)

**22 March 2004**: DISCRIMINATION: Bob King told me that the panel had not selected me for the position and that if I had any questions, I should contact Lisa Stevens as well as the other panel members if I wanted to. In the afternoon, I e-mailed Lisa Stevens, Sara Hallager and Michael Davenport to get feedback. All three received the e-mails but I did not get a response on this day. (see attachments #27, #28, #29 and #31)

**24 March 2004**: HOSTILE WORK ENVIRONMENT: At 10:39AM, I was sitting at the computer and Rebecca Smithson (Caucasian co-worker) was in the kitchen making food. She came over to me and said, "Melba, now that the verdict is in, what are your plans? Are you going

to the Farm? She then said that Farm would be a great place to work. new building. new animals. new staff and Denny." Then she said she would love to go except for her Small Mammal lemurs. I simply looked at her. She went to the restroom and came out and said, "I don't want you to think I am trying to get rid of you. I need to be careful what I say so it won't be taken the wrong way.

**25 March 2004**: (HOSTILE WORK ENVIRONMENT) Rebecca Smithson approached me again and wanted to know if Bob King had talked to me about assignment changes – I just looked at her and said, "That is between me and Bob." Maria Montgomery overheard this conversation and said to me that Rebecca has a lot of nerve – what is her problem?

DISCRIMINATION: At 3:41PM. I received an e-mail from Lisa Stevens stating that she felt my answers were not concise or that I did not project a strong vision for the unit. This is an extremely subjective assessment. The fact that I was able to address the questions and at least two of the panel members were not able to seems remarkable to me. I knew I could not get a fair and accurate rating if the selecting officials do not even know the correct answers? Also, it is the role of the Assistant Curator to provide the vision for the unit. The Biologist supports the Curator's vision. The conclusion that I was left with was that the decision was already predetermined, and the process was merely a formality. (see attachment #31)

The other two panel members never responded to my request for feedback.

**12 April 2004**: DISCRIMINATION & HOSTILE WORK ENVIRONMENT: At 8:07AM. I just sat down at the computer and was logging in when Bob King walked over to me from the kitchen and said, "Melba, have you seen the job application for a position downtown?" I said no. He walked over to his mailbox and pulled out an announcement and gave it to me saying that I would be qualified for this. He said he printed it out for me and that it was a supervisory position. Again, he was suggesting to me that I go elsewhere to work. (see attachment #32)

**(b) why you believe it happened**

The chief distinction between me and the many white women and men who have been promoted over me is my race. Furthermore, I believe that I have been passed over for at least four promotions because I was an active member of an African American employees' association. and I speak out against disparate racial treatment. Also, I believe that I am suffering from retaliation **TO THIS DAY** due to whistle-blowing earlier in my career at the zoo. Finally. I believe that I have been discriminated against because I am a woman who is a single parent.

**(c) explain who and how other persons were treated differently from you**

Routinely, I have to take a back seat to white employees. In the most recent promotion, David Kessler was selected for the detail and eventually the permanent position. We both qualified for the cert but I have more qualifications than he. I trained mammals within the park and attended conferences focusing on training. I worked as the Assistant Collection Manager over the Small Mammal Unit. I ran the unit and conducted animal shipments. I coordinated the keeper and volunteer staff. I ordered supplies and conducted meetings having set the agenda. I have a BS in Zoology plus additional education. I applied for and was successful in getting grant money. I have designed innovative programs and had high evaluations. With this background, I was not given the same opportunity as David Kessler. As it turned out, his 120 day detail turned into over an 8-month detail. Bob King, a white male obviously decided that he was more comfortable with

David Kessler, another white male. It is clear that this position selection was nothing less than pre-selection and discrimination.

Also, I have not seen my co-workers subjected to the comments that I have been subjected to by Bob King.

**7. If you are alleging reprisal for having filed or participated in an EEO complaint, please explain in detail:**

**(a) who did it**

Smithsonian Institution National Zoological Park Animal Program's Management
Bill Xanten (I was in his unit when this took place, the Small Mammal house. Also, he is the current General Curator at the zoo and had a role in the most recent events.)
Lisa Stevens (She has been open about her disapproval of the whistle-blowing episode. Also, recently in 2001, she selected Bob King for the Acting Small Mammal House detail as Assistant Curator. I applied for this detail, as well.) She was on the panel when I applied for the original Biologist's detail and I was not selected. At every job application, she is brought in and the result is the same – I am not selected.

**(b) what was done**
I participated in whistle-blowing about the disparate treatment of African Americans at the zoo while a member of the Smithsonian African American Association and at that time another zoo employee, Othello Jones had an EEO complaint against the zoo and he whistle-blew as well.

**(c) when was it done**
1994  This is especially significant because in **February 2004, Bob King, my direct supervisor, was in the Small Mammal House kitchen and he was talking to Maria Montgomery and myself and he said that Don Nichols (recent zoo whistle-blower) could never come back to work at the zoo because the zoo management considered him a traitor. The fact that I whistle-blew and I am still at the park and not able to move beyond the realm of that of a keeper given my credentials, gives weight to the feeling that management is still holding this against me. I believe that my past whistle-blowing about racial issues still has, in part, ramifications as far as my not getting a promotion at the zoo.**

**I have never been advised orally or in writing by Bob King or any other manager at the zoo that my job performance in any area was unsatisfactory or that I needed improvement in any area. Despite my high performance evaluations, I have been and continue to be a victim of blatant discrimination at the zoo. I have been unable to avoid the discriminatory practices because the same individuals are involved in some form or fashion no matter where I work at the zoo. The pattern of discrimination has been on-going and has most recently progressed into more bold forms of discrimination. It should also be noted that I did address Mr. Bob King about my concerns dealing with no promotions, when he was first promoted to his management position. He told me point blank that management would never change its mind about me. Also, in a different conversation with Mr. Bob King, I expressed my feelings about how African Americans were not treated well within the zoo, this last conversation took place on February 9, 2004, before the latest Biologist selection was made.**

12. Provide the names, race, and sexes of individuals who retaliated against you.

**ANS.** Information presented in the previous answer: Bob King, white male and Lisa Stevens, African American female. Bill Xanten, white male

12a. Were these individuals in supervisory and/or managerial positions?

**ANS.** Yes.

12b. Provide job titles and levels of supervision of individuals who retaliated against you.

**ANS.** Bob King and Lisa Stevens Assistant Curators, 1st level and Bill Xanten. General Curator. 3rd level

12c. Were acts of discrimination by management intentional? Explain in details.

**ANS.** Yes, due to the pre-existing pattern of non-selection when I was qualified for promotions before. If a bias exists in individuals, as long as these same individuals are on the selection team, the pattern is unbreakable. My inability to be promoted is very intentional. Also, if management considers one whistle-blower to be a traitor, then it can be concluded that I am linked to that same sentiment because of my whistle-blowing. Additionally, my current supervisor, Mr. Bob King told me to my face. point blank . that management would never change its mind about me.

12d. Were other individuals of race other than African Americans, sex (females), color (black) and employed in the position of Animal Keeper, WG-5001-9, treated differently?

**ANS.** Yes, they were hired and/or promoted. Most recently, Bob King hired a white, female Biologist for the Farm, named Jamie Ford. He hired David Kessler, white male for the Biologist for the Small Mammal Unit. During Bob King's time as a manager at the National Zoo, he has hired and promoted white individuals. He hired as keepers Denny Vogt, white male, Erin Bishop, white female, Shelly_____, white female, Margaret Keltey, white female, Linda Lombardi, white female, Shannon Hunter, white female (transfer from a different unit), Courtney Flick, white female, Eric Smith, white male, Dell Guglielmo, white female (transfer from another unit) and Steven Schultz, white male (transfer from another unit). There was one Hispanic male named Jorge who was a Temp, but he was not made permanent and he is no longer at the zoo. Mr. King hired no African Americans.

12e. If applicable, explain how other individuals were treated differently. (Provide names, race, sex and color of these individuals).

**ANS.** David Kessler, white. male was promoted to the position of Biologist. Jamie Ford, white female. was hired as a Biologist for the Farm. Bob King told

me that he wanted to hire her for that position. She was not even a zoo employee, she worked at FONZ. Bob King has hired almost exclusively white individuals and promoted only white individuals during his time as manager.

12f. Did you discuss with management 91st and 2nd level supervisors) your belief that individuals of other races and sex were treated differently than yourself?

**ANS.** In the past approximately in 1997, I discussed this issue with the Deputy Director , Mac Hudson and previously, approximately in 1996 with Assistant Curator, Bill Xanten. Mac Hudson, told me that I just needed to learn how to deal with racism and Bill Xanten told to me that the issue of race was not important to him. It has been my experience that when blacks within the zoo bring up the disparate treatment issue to the very individuals who could correct the situation, management turns a blind eye to it. I even sent an e-mail to the Smithsonian's Secretary Larry Small (2003. I believe) about the need for the zoo to address issues of diversity. This was in response to a memo that he sent out regarding seeking a head in charge of diversity issues. Most recently, I discussed the matter with Bob King (February 9th, 2004) in the course of a meeting where I expressed my concern that blacks at the zoo have not been and are currently not treated the same way that whites are.

12g. What was management's response? (provide emails. memorandums, etc.)

**ANS.** Secretary Small, to the best of my knowledge and recollection, responded with a short note of acknowledgement of receipt of my e-mail. Bob King said that he was uncomfortable talking about race issues and that he did not know how to reach African Americans. This conversation with Bob King took place in the Small Mammal House office area **before** my interview for the Biologist's position. After this encounter, Bob King stepped up his harassment. Clearly, he did not want me to apply for or get the Biologist's position. In addition to sending me job announcements for other positions, he put up many hurdles. He told me that if I got the position I would have to start work earlier and leave later. He wanted me to commit to this even before I was called for an interview. He actually told me that I would not be considered for the job if I could not work a different shift, because he knew I had a small child who requires daycare. He was also trying to get me to commit to the Farm as a keeper to help reach African Americans.

12h. Describe forms of communication and dates.

**ANS.** There were meetings each with Mac Hudson (approximately in 1997) and Bill Xanten (approximately in 1996). Secretary Small sent out an announcement SI-wide that he was going to have a department head to address diversity issues within the Smithsonian. I do not remember the date of his memo, but I wrote a response to him to the effect that I was happy to see him make such a move

22

because it was sorely needed at the zoo. I had a verbal conversation with Bob King on February 9, 2004 in a meeting that he called.

12i. Were these individuals subjected to a hostile work environment in reprisal for prior EEO activity?

**ANS.** I do not understand the meaning of this question.

12j. Describe how your inability to be promoted has hindered me financially.

**ANS.** The lack of a salary increase has greatly hindered me financially. I live in a smaller home than I need, and I drive a smaller car than I need because I could not afford more. I am concerned about funding for my child's education. I do not have a substantial savings account. I do not take vacations or travel. I am limited as far as quality daycare for my child because of the high costs involved. I would like to get another degree, but I am financially restricted. I am also limited as far as where I can shop. If I had been promoted as Assistant Curator ($72,000 annually x 5) back in 2000, I would have had a substantial increase in salary to date of approximately $360,000.00. The monetary value of a detail of which I was denied is included in this estimate. If I had been promoted as a Biologist in 2002, I would have earned to date, including the detail ($64,323 annually x 3) is estimated to be near $192,969.99.

13. Discuss the resolution of each complaint and were complaints resolved to your satisfaction? Explain.

**ANS. N/A**
13a. Did you discuss the filing of each complaint if discrimination with other individuals? Management? If so, provide dates and circumstances surrounding each discussion.

**ANS.** N/A

13b. Describe your conversations with these individuals.

**ANS.** N/A

14. Describe the working environment prior to and following each complaint of discrimination.

**ANS.** I filed no previous complaints.

14a. What is your definition of a hostile work environment?

23

ANS. My definition of a hostile work environment is one in which my white co-workers have regularly made disparaging remarks in my presence about other members of my race who come to the zoo as visitors. A hostile work environment is one in which my repeated complaints about the abusive conduct of a white co-worker are ignored and I am told to just live with it. Bob King was aware of my hostile work environment and refused to effectively address the situation. A hostile work environment is one in which my supervisor, Bob King has made repeated attempts to get me to leave not only my current unit, but the zoo altogether. Specifically, he has subjected me to comments such as, "management will never change its mind about you." Also, he stated "Don't you want to try to get a job with FONZ?" Additionally, at one point he went so far as to present me with a sample schedule of an area I did not work in the hopes that I would permanently transfer over there.

Also, my definition of a hostile work environment includes the practice of using the same individual, Lisa Stevens, to sit on every selection or interviewing panel that I go before so that I know before I even get to first base that the game is over.

14b. Describe how your present work environment became hostile?

ANS. In addition to my previous answer, I have constantly been subjected to a hostile work environment for quite some time due to the hostility of Angela Marlow (co-worker) and her repeated instances of disparaging remarks, about my work, written on the keeper reports and left on the desk for other co-workers to read. She would also neglect her work line and leave it for me to clean up on subsequent days. I contacted the Smithsonian Ombudsman, Chandra Heilmann about one situation after repeated conversations with Bob King about the matter. He initially indicated that he did not know how to stop it and that is just how my co-worker was. I have had conversations with Lisa Stevens about it and she too indicated to me that that is just how the person is. I contacted the zoo police about the matter and they agreed with me that I should not have to work in such an environment. In a subsequent mediation meeting, the co-worker and Lisa Stevens, with Bob King in attendance, wanted me to sign an agreement that stated that I would not call the police in the future. I refused to agree to that stipulation. Incidentally, this particular co-worker refuses to work with me to this day and it makes for a very negative work environment. I have provided documentation that shows that my work environment has been hostile and extremely unpleasant and I have made many attempts to contact someone about it to get it resolved. Also, Bob King's refusal to correct the situation has made my environment hostile.

14c. What if any discussions did you have with 1st and/or 2nd level supervisors concerning your perception of a hostile working environment?

ANS. As previously stated, I had many conversations with Bob King about the mounting instances where I openly expressed my concern and discomfort about the workplace hostility. He indicated to me on more than one occasion that he did not know how to handle this individual and she made him uncomfortable. When I did not receive any

24