resolution from Bob King, I contacted the Smithsonian Ombudsman, Chandra Heilmann. After another incident, I contacted the zoo's police because the hostility had reached a new level. The police department agreed with me that Angela Marlow's actions were not acceptable and they sent a police officer to communicate with her. I was well within my legal right to contact the police, however, this act was deemed the wrong thing to do by both Lisa Stevens and Bob King. I had exhausted the managerial route and sought swift and effective resolution through the police department. As it would later turn out, Angela Marlow's hostility would take on a more covert guise. She refused to talk to me at all. When I received my most recent evaluation, there were comments from Bob King indicating that I was partially to blame. Also, I had conversations with Bob King where he talked about wanting me to working on the Farm as a keeper and that I would not get an increase in salary; my being his only African American employee; encouraging me to take jobs elsewhere by sending and giving me job announcements.

14d. Provide dates, e-mails, memorandums of all conversations with management concerning the work environment.

**ANS.** See attachments numbered:
#1, #2, #3, #4, #5, #6 and #7

- 

14e. What knowledge did management have of what you perceived as a hostile working environment?

   **ANS.** I answered this question previously.

14f. Did you personally inform management that your working environment was hostile? How was management informed? Provide dates and circumstances surrounding your decision to discuss the issue of hostile working environment.

   **ANS.** Yes, I did personally inform management several times in person and via e-mails. Please see my previous answers to this question.

15. Discuss the relationship between your decision to file the present complaint of discrimination and the non-selection for the position of Biologist (Announcement No. 04SP-1033) for which you applied.

   **ANS.** One of the reasons for my decision to file a complaint was based on non-selection for the Biologist's position and the circumstances surrounding the non-selection. This latest position was pre-selected for David Kessler. Lisa Stevens has had a strong and pervasive involvement in my not being selected for several positions, including details and permanent slots, even though I had high evaluations. A specific act of discrimination involving Lisa Stevens took place at the initial interview for the curatorial detail, she selected Bob King over me and did not even conduct an interview. Her selection was completely subjective. She has exhibited a clear pattern of excluding me from promotions. Bob King has been giving me announcements for other jobs

25

outside of the zoo altogether. He pressured me to work a different shift as well as work longer hours and boldly tried to get me to transfer over to the Farm due, primarily, to my race.

15a.  What is a Biologist?

   **ANS.** See the attachment #24

16. Describe your job duties and responsibilities as an Animal Keeper, WG-5001-9.

   **ANS.** Please see attachment #36

16a.  Describe the difference in duties and responsibilities between an Animal Keeper WG-5001-9 and the position of Biologist for which you applied. (Provide copies of Animal Keeper WG-5001-9 job description and the position of Biologist job description for which you applied).

   **ANS.** Duties and responsibilities are provided in attachments #24 and #36

16b.  Describe the difference in the qualifying factors and/or credentials for the position of Animal Keeper and the position of Biologist.

   **ANS.** See attachments #26 and #36.

16c. Were there other job positions applied for, from June 2000 through June 2004, for which you were not selected.

- **ANS.** In 2000, I applied for a 1-year Assistant Curator's detail for the Small Mammal Unit. Lisa Stevens was the selecting official. She requested a letter of interest. She selected Bob King (he was only at our zoo for about two years, but had prior zoo experience).
- In 2002, I applied for the Assistant Curator's position of the Farm Exhibit (not yet built). Management saw my name on the cert (Human Resource's list of qualified applicants) and sent it back downtown to Human Resources. The management ended up selecting Bob King for the Assistant Curator's job for Small Mammals AND giving him the Farm Exhibit. I was not considered for the later. I did not apply for the former because it was already pre-selected for Bob King. This is how the zoo carries out promotions.
- In 2002-2003, I applied for a 3-month Biologist detail in the Small Mammal Unit. The panel consisted of Bob King, Lisa Stevens and Belinda Reser. They chose my co-worker, David Kessler, a white male. David Kessler did not have the management and animal experience that I did.
- David Kessler's 3-month detail turned into over an 8+month detail. Over the last year in particular, my supervisor, Bob King has tried to boldly nudge me out of the unit. In 2004, I applied for the permanent Biologist's position in Small Mammals. Bob King was shocked that I did apply and brought up issues involving daycare and shift changes even before I was told I had made the cert. Bob was clearly putting up hurdles so that I would not apply or continue with the process. I contacted an administrative staff member about my concern and discomfort, Annetta McRae, who in turn contacted Human Resources,

downtown. After administrative intervention, a panel was convened which included Sara Hallager, white female (Biologist for Birds), Michael Davenport, white male (Assistant Curator for Reptiles) and Lisa Stevens (African American female (Assistant Curator for Primate and Pandas). Bob King wrote the questions and the first two panel members told me and Lisa Stevens during the interview that they never had to go through anything like this and they did not know the answers to a number of the questions. Lisa Stevens sat there and said nothing but smiled. David Kessler was selected.

---

I applied for a status/non-status education position at the Museum on American Indian in 2003 I believe, but my application was not accepted due to my current grade.

16d. If so, provide the names of the job positions, and the circumstances surrounding the non-selection.

**ANS.** Please see answer to 16c. for positions and descriptions. It should be also noted that Lisa Stevens put Bob King on the fast-track to management. His swift rise to management is unbelievable given his fewer credentials. As for the Biologist position, she was put on the interview panel because it was widely known that she would not promote me. Also, Bob King previously told me that whenever there is a possible issue of race, Lisa Stevens is always called in to participate.

16e. If you were not selected provide the names, race, sex and color of the individuals selected for the position(s).

**ANS.** For the curatorial detail, Bob King, white male was selected; for the permanent Farm curatorial position, Bob King, white male was selected; for the Biologist detail, David Kessler, white male was selected; for the Biologist permanent position, David Kessler, white male was selected

16f. Provide the name, race, color and sex of your 1st and 2nd level supervisors at the time of your non-selection.

**ANS.** For the curatorial detail, Alan Peters, white male was the 1st level supervisor and Ben Beck, white male was the 2nd level supervisor; for the permanent curatorial position, Bob King, white male was the 1st level supervisor and Ben Beck, white male was the 2nd level supervisor; for the Biologist detail, Bob King, white male was the 1st level supervisor and Bill Xanten, white male was the 2nd level supervisor; for the permanent biologist position, Bob King, white male was the 1st level supervisor and Jack Grisham, white male was the 2nd level supervisor.

16g. Were you qualified for the positions for which you were not selected? Why do you believe you were qualified?

**ANS.** Yes. I have over twenty years of experience in this field, including but not limited to animal care and training, husbandry, exhibitry, public education, both on-site and off-

site, grant writing, veterinary experience, a BS Degree in Zoology, specialized training in museum education and publications.

16h. What makes you qualified for the Biologist position?

**ANS.** In addition to my education and job experience, I made the cert. My lack of equal experience based on the Biologist detail that David Kessler was afforded, gave him specialized experience for the position. Because of my race, I was denied the opportunity to gain that specialized experience.

17. When and how did you receive notification that you were not selected for the Biologist position?

**ANS.** I interviewed for the position on March 11, 2004. Bob King posted the new work schedule (see attachment #25) with David Kessler having new responsibilities. This was my first inkling that I was not selected for the Biologist position. On March 22, 2004, Bob took me to the basement and told me that the panel selected David. (see attachment #26) He stated that he knew that I really wanted it and if I had any questions, to contact Lisa Stevens and if I wanted to the other panel members.

17a. Was the selection process fair? Explain and discuss.

**ANS.** The selection process was extremely unfair. One would expect that the interviewing panel to be somewhat knowledgeable about the questions asked. The fact is that two (Michael Davenport and Sara Hallager) explicitly stated during my interview that they did not know the answers to some of the questions that I was asked. I could not have gotten a **fair** rating on answers to questions if the panel members were not knowledgeable about the topics themselves. The ratings were very subjective instead of objective. The fact that Lisa Stevens wrote in her e-mail to me (see attachment #31) that "she did not **think** that I provided very concise answers…" clearly shows how easy it was to manipulate the selection process. She failed to address specifics about my answers and the content of my answers rather than the length of my answers. My interview was almost two hours long and the fact that I was able to handle the "great inquisition" (as stated by my 2nd level supervisor, Jack Grisham) at all does not seem to come into play. Also, throughout my interview, they all kept saying, that they ran out of space to write on their rating sheets. So I was constrained to stop talking. At one point, Lisa Stevens said she had to leave. I felt that I was being rushed intentionally. Additionally, the nature and complexity of the questions surprised two of the panel members (Michael Davenport and Sara Hallager). They said to me at a break in my interview that they **never** had to go through an interview this difficult. Both Sara Hallager and Mike Davenport said that when they were promoted, they were simply asked by their supervisors if they wanted their promotions and they both said, "yes." Additionally, the fact that David Kessler had been "Acting Biologist" for approximately a year put him at a distinctive advantage. I have attached a publication page from an AZA report (see attachment #21) dated February of 2004. It actually lists David Kessler as the Biologist (not Acting) for the Small Mammal Unit. It should also be noted that the nature of the questions were such

that David Kessler had an advantage. For example, there was a question about some new animal species that we had not yet acquired in the collection. David Kessler had an article published in a zoo publication on these two animals shortly after the interview. He clearly had knowledge of them before the interview. Additionally, another question involved working the earlier shift and would I be able to do it. Clearly, this question was included to eliminate me from the final selection. The entire selection process was very unjust and downright outrageous.

17b. Provide the names, race, color and sex of the panel members, who participated in the selection process for the Biologist position.

ANS. I know who the interview panel members were but I do not know how they participated in the selection process: Michael Davenport, Caucasian, male; Sara Hallager, Caucasian, female; and Lisa Stevens, African American, female.

18. Describe your response after receiving notification of your non-selection.

ANS. After Bob King told me of the selection (it was during the lunch hour) and suggested that I contact Lisa Stevens and the other members, I said "Okay." I then returned to the break room with the other keepers. Later that same day, I e-mailed Lisa Stevens, Sarah Hallager and Michael Davenport inquiring about my non-selection. (see attachments #27, #28, #29 and #31)

18a. Provide the name of the individual selected for the Biologist position.

ANS. David Kessler

18b. Was this individual equally qualified as yourself?

ANS. No.

18c. Why do you believe these individuals were selected over you? Explain and discuss.

ANS. David Kessler is a Caucasian, male. Bob King made it clear to me that he felt more comfortable with someone like himself. Also, Bob King explicitly stated in a unit meeting that "There was no better ass-kisser than David Kessler." Additionally, Bob King told me that he did not know how to reach African Americans.

19. In each case did you speak with management concerning you (sic) non-selections (sic)? If so who did you speak with and what was discussed.

ANS. Bob King did not discuss it with me, he referred me to over to Lisa Stevens, specifically, and then the other panel members. Later that same day, I sent written communications to each of the panel members, Lisa Stevens, Sara Hallager and Michael Davenport. None of them spoke to me. (see attachments #27, #28, #29 and #31)

20. Describe your working relationship with 1st and 2nd level supervisors.

**ANS.** Professional, however, Bob King's contacts with me have become fewer and fewer since I applied for the position and filed this complaint. As a matter of fact, when I had my 2004 evaluation, he brought in another Assistant Curator, Belinda Reser, to sit in. I have never had this happen and he did not do this with my co-workers. I rarely see Jack Grisham but I do contact him when I need to.

20a. Is it your belief that if you were of a race other that African American, of a color other than Black and of a sex other than a female you would have been selected for the Biologist position? Explain you (sic) answer in details (sic) and provide dates and names if applicable.

**ANS.** Definitely/ I know that if I were a white, male, without a very young child in daycare, I would have been promoted. The very fact that Bob King stated to me, point blank, on February 23, 2004 that he knew I had an issue with daycare and on February 24, 2004 that "There is no need to go further.", both clearly illustrate the fact that these were part of the factors involved in the decision-making process. Lisa Stevens, one of the panel members, also queried me on March 13, 2004, on daycare for my child. Also, he had been attempting to move me over to the farm to work as a keeper allegedly to help reach African-Americans. Additionally, he sent and gave me job announcements for other jobs **outside** of the zoo, altogether. This must also be taken in context with his words to me that the zoo's management "will never change its mind about you." Additionally, one of my co-workers. Eric Smith told me before the selection process began that Bob King had told him that he (Bob King) had a preference and was leaning towards one person in particular. Bob King and Lisa Stevens were both part of the initial panel that selected David Kessler for the 3-month detail that somehow got stretched into practically a year-long appointment. There is no fairness when at least one of these same individuals was included in the final selection process. The bias was a pre-existing condition even before the interviews were held. Finally, the comment from Bob King stating that the zoo's management considered Don Nichols (recent whistleblower) to be a traitor and he could never work at the zoo again, puts my lack of a promotion into a clearer perspective because I was a whistle-blower as well. Also, my experiences in the other animal areas clearly illustrates that the zoo harbors individuals in positions of power that are very open about their prejudices. For example, my experiences with Linda Moore, a white female at seals and sea-lions where she blatantly discussed her disdain for the African American visitors at the zoo on Easter Monday. Also, the fact that she was angry that I brought Black children behind-the-scenes to meet the animals after she reported them to the supervisor, illustrates the environment that I had to work in. It was a hostile work environment then and it still is today. This same individual told me to my face that I would never be promoted at the zoo. She is now a Biologist at the zoo and was good friends with Larry Newman, previous Biologist in Small Mammals. She was also previously married to Bill Xanten.

20a. (sic) Did you believe the selection process was in full compliance with Smithsonian Institution guidelines?

**ANS.** No one has ever told me what the Smithsonian Institution's guidelines are.

20b.  In what ways was the selection process in non-compliance?

**ANS.** The fact that Lisa Stevens was part of the selection process assured that I would not get fair treatment.  The nature and complexity of the questions are suspect.  Also, Bob King specifically directed me to seek answers from Lisa Stevens and the other panel members as to the non-selection.  Bob King refused to discuss the decision with me.

20c.  Is it your belief that other applicants for the Biologist position were treated differently than yourself?  Explain and discuss.

**ANS.** There was only one other applicant and yes I do believe that he was treated differently.  First, he had the **sole** opportunity of being in the detail position for almost a year.  As such, he had previous knowledge and experience of what was expected of him **directly** by Bob King.  I was not afforded the **equal opportunity** in the same manner that David Kessler was.  Also, I doubt that David Kessler had received job announcements other than for the Biologist's position from Bob King, unlike me.  I did not witness Bob try to herd David Kessler over to the Farm, unlike me.

20d.  Describe your relationship with each member of the panel who served on the panel for the Biologist position.

**ANS.** Fourteen – twenty years ago, I worked for Lisa Stevens in the Primate and Panda Units.  I have only had brief encounters with Michael Davenport and Sara Hallager throughout the years.

20e.  Describe what you believe to be Mr. Robert King's relationship to members of the panel.

**ANS.** I believe the curators are colleagues.  From time to time, Bob King would be in a position to 'supervise' the Bird House staff which includes Sara Hallager.  I do know for sure that Lisa Stevens handpicked Bob King (over me) based solely on a submitted resume for his curatorial detail of one year.  She did not have an interview for this detail.  After she selected him, she told the rest of us that she was very excited to work with him.  Also, I know that they have gone out socially because I have heard Bob King speak about it.  Lisa Stevens clearly has an affinity for Bob King.  Also, Bob King knew that by having Lisa Stevens as part of the interview panel, that I would not be hired for the position.  It was a clear-cut case of pre-selection.

20f.  To the best of your knowledge who selected the members of the panel?

**ANS.** I do not know.

21. Have you discussed your non-selection with other individuals? If so, who and describe the circumstances surrounding your discussions.

**ANS.** To my knowledge and recollection, I did discuss the non-selection with others. Bob King immediately told me to contact the panel, he did not want to discuss it with me. I tried to make contact with the panel members (only one replied). I called EEO downtown (not SI). I talked to my attorney, Barbara Brown about my experiences. Also, I talked with Annetta McRae about the non-selection and how I am routinely overlooked when it comes to a promotion. I talked with Shadella Davis about as she put it. "the straw that broke the camel's back." I spoke with The National Academy of Sciences about my concerns. Several zoo employees approached me and asked how I was doing due to the non-selection. I told them that I was hurt but not surprised because of the pattern of discrimination and that I was going to fight it.

22. Describe the circumstances surrounding your knowledge of the vacancy Announcement for Biologist position. Describe the steps you took to satisfy the requirements for the application for the Biologist position.

**ANS.** To the best of my knowledge, I asked Bob King about it and he told me that David Kessler said that it was just advertised on-line. I got a copy on-line, completed the application form and submitted it.

24. (sic) On or after February 23, 2004, your first-level supervisor, Mr. Robert King, questioned you about your application for the Biologist position, gave you job announcements and suggested that you apply for them and spoke about detailing you to the Biologist position if the position were reannounced to external applicants.

---

**ANS.** I need to correct and clarify the above statement:

**19 February 2004**: Bob King called me into the office and asked about my going to the Farm. I told him that I applied for the Biologist's position and he was shocked. He asked me if it was for the Small Mammal House and I said yes. He stammered a bit and said it was unfortunate because he was going to go ahead and put together the Farm team.

**23 February 2004**: DISCRIMINATION & HARASSMENT: In the morning, Bob King called me into the office, again and said that he understood that I had applied for the Biologist's position. He then said that I would be required to work an earlier shift and he knew this was a problem for me because of daycare issues (I have a four-year-old child). He said he wanted to see how serious I was about the position and the earlier shift was non-negotiable. He wanted my answer then but I told him that I would get back to him. I was very uncomfortable and I did not answer him but left the meeting. Later, I called Annetta McRae (Animal Programs Administrative Staff who deals with personnel issues) because I felt that what he just did was discriminatory and a form of harassment and I wanted her assistance. She said she would contact Human Resources downtown to inquire about my concern.

**24 February 2004**: DISCRIMINATION & HARASSMENT: In the morning, I requested a meeting with Bob King in the Office and I told him I was confused by what he said the day before and I wanted clarification. I said I did not know if I had made the cert or if he was

offering me the job or what? He then said David Kessler and I made the cert and we were the only two candidates. I then asked if my understanding was that I would not even be considered for the job if I could not work the earlier shift. He said, "Yes. that is correct. There is no need to go further." I left the meeting. After the meeting. I called Annetta McRae again and expressed my serious concerns about what was happening. She said that she was in communication with Human Resources.

In the afternoon. after the zoo staff attended a meeting in the auditorium, Bob King called me into a meeting on Olmstead Walk near the elephant house and said that he wanted to detail me to a three-month detail **because** he wanted to **throw out** the cert and open it up again to outside SI applicants. He then told me that in addition to working an earlier shift. I would also be required to stay late on some days. I have not known David Kessler to stay late during his detail. He wanted my answer by the end of the day. I was dumbfounded and told him that I would get back to him later. Again, I called Annetta McRae and she asked for my permission to pursue the matter and I said please do.

On January 7, 2004. Mr. Robert King sent me an e-mail with a job listing for a position that was different from the Biologist's position and not even in the zoo. It was not a Federal Job as indicated by his e-mail, it was for an American Zoological Association listing (see attachment #17). Prior to February 23, 2004, Mr. Robert King had initiated conversations (June, 2003. February 9. 2004 and February 19, 2004) with me about working on the Farm as a keeper with special duties. On February 19, 2004. he questioned me about transferring to the Farm and this was when I informed him that I applied for the Biologist's position. He was visibly shaken. On February 23. 2004, Mr. Robert King called me into a meeting and said that he understood that I applied for the Biologist's position and he immediately put up many hurdles as detailed in my original complaint. On February 24. 2004. Mr. Robert King called me into a meeting on Olmstead Walk and said that he wanted to detail me to a three-month term as a Biologist so he could **throw out** the current cert that Mr. David Kessler and I were on so he could re-announce the position to include outside applicants. At this point, Human Resources intervened and stopped Mr. Robert King from continuing with these communications. On March 10, 2004, **the afternoon before my interview the next morning.** Mr. Robert King sent me an e-mail with the job description for the Biologist's position (see attachment #23). On April 12, 2004, Mr. Robert King resumed giving me a job announcement for a different job (see attachment #32).

a. Specifically, what questions did Mr. King ask you about the Biologist position? Provide all responses you provided Mr. King.

**ANS.** The answers are in the previous answer.

b. Provide all announcements that were give (sic) to you by Mr. King during this conversation.

**ANS.** The job announcements were given to me at other times and they are provided in the attachments #17 and #32.

c. Was the Biologist position reannounced?

---

**ANS.** No.

**24 February 2004:** DISCRIMINATION & HARASSMENT: In the morning, I requested a meeting with Bob King in the Office and I told him I was a bit confused by what he said yesterday and I wanted clarification. I said I did not know if I had made the cert or if he was offering me the job or what? He then said David Kessler and I made the cert and we were the

only two candidates. I then asked if my understanding was that I would not even be considered for the job if I could not work the earlier shift. He said, "Yes, that is correct. There is no need to go further." I left the meeting. After the meeting, I called Annetta McRae again and expressed my serious concerns about what was happening. She indicated that she was in communication with Human Resources.

In the afternoon, after the zoo staff attended a meeting in the auditorium, Bob King called me into a meeting on Olmstead Walk near the elephant house and indicated that he wanted to detail me to a three-month detail **because** he wanted to **throw out** the cert and open it up again to outside SI applicants. He then told me that in addition to working an earlier shift, I would also be required to stay late on some days. I have not known David Kessler to stay late in his detail. He wanted my answer by the end of the day. I was dumbfounded and told him that I would get back to him later. Again, I called Annetta McRae and she asked for my permission to pursue the matter and I said please do. **Human Resources intervened and there was no re-announcement.**

d. What if any knowledge do you have that the conversation Mr. King engaged in with you was different from conversations of (sic) Mr. King may have had with other individuals?

**ANS.** Bob King put out a new schedule before the selection was announced and it had David Kessler listed with newly assigned duties (Quar). (see attachment #25) This was in reference to the new animals that were coming into quarantine. These were the same ones that were mentioned in the interview questions. My conclusion is that Bob King had discussed this assignment with David and he indeed had previous knowledge. Also, the fact that Bob King had directed David Kessler to remove the furniture that I had acquired in my office space and put into David's office area, the Biologist's office provided me with concrete information. This was done before the selection took place as well. David did not do it because he said he did not want to upset folks (he meant me, because it was the furniture that I was using for my work area).

25. What if any knowledge do you have of the qualifications of individual(s) selected for the position?

**ANS.** I know that David Kessler made the cert because Bob King told me.

25a Describe the circumstances under which you acquired knowledge of these individuals' qualifications and/or lack of qualifications.

**ANS.** I was detailed as a Collection Manager for the Small Mammal Unit and at one time, I was David Kessler's supervisor. I have not known David Kessler to be in a managerial role at the zoo. Also, I have worked and trained animals that I believe that he has not had experience with. Also, when I came to the zoo over twenty years ago, David Kessler was a keeper in an off-exhibit area, Propagation Building. Approximately three years ago, Bob brought him out of that building and put him more at Small Mammals. I worked over ten years in the Small Mammal Unit, including the Propagation Building,

34

the Small Mammal House, the Australia Building and I was a Keeper at the Veterinary Hospital for a year.

25b. What form of communication did you receive concerning your non-selection?

**ANS.** I saw the new schedule that was posted on March 17, 2004 and David Kessler had new responsibilities related to the Biologist's position. Please see attachment #25. That is when I knew he was selected. Bob King subsequently informed me on March 22, 2004. See attachment #26

25b. (sic) Did you speak with Mr. King concerning your non-selection? If, so what was discussed and what was Mr. King's Response?

**ANS.** **22 March 2004**: DISCRIMINATION: Bob King informed me that I was not selected by the panel and if I had any questions to contact Lisa Stevens and if I wanted to the other panel members. In the afternoon, I e-mailed Lisa Stevens, Sara Hallager and Michael Davenport to get feedback. All three received the e-mails but I did not get a response on this day. (see attachments #27. #28, #29. #30 and #31)

26. Explain why you belief (sic) your race (African American), sex (female), color (Black), and your prior participation in the EEO process were used against you in the selection process. Discuss in details.

**ANS.** . I am of the belief that if I were white, male, without a very young child in daycare and had not whistle-blown, I would have been promoted. The very fact that Bob King stated to me, point blank, on February 23, 2004 that he knew I had an issue with daycare and on February 24, 2004 that "There is no need to go further.", both clearly illustrate the fact that these were part of the factors involved in the decision-making process. Lisa Stevens, one of the panel members, also queried me on March 13, 2004, on daycare for my child. Furthermore, Bob King had been attempting to move me over to the farm to work as a keeper allegedly to help reach African-Americans. Additionally, he sent and gave me job announcements for other jobs **outside** of the zoo, altogether. This must also be taken in context with his words to me that the zoo's management "will never change its mind about you." Additionally, one of my co-workers, Eric Smith told me before the selection process began that Bob King had told him that he (Bob King) had a preference and was leaning towards one person in particular. Bob King and Lisa Stevens were both part of the initial panel that selected David Kessler for the 3-month detail that somehow got stretched into practically a year-long appointment. There is no fairness when at least one of these same individuals was included in the final selection process. The bias was a pre-existing condition even before the interviews were held. Finally, the comment from Bob King stating that the zoo's management considered Don Nichols (recent whistleblower) to be a traitor and he could never work at the zoo again, puts my lack of a promotion into a clearer perspective, because I was a whistle-blower as well.

27. Provide the names, race, sex, and ages (sic) of the selecting officials.

**ANS.** If the members of the interview panel were also members of the selecting officials. then they were Michael Davenport. white, male; Sara Hallager, white. female. and Lisa Stevens, African American, female

27a. Describe your interaction with the selecting officials.

**ANS.** Previously answered

27b. Did you believe the selection process to be in compliance with applicable Smithsonian Institution guidelines? Explain.

**ANS.** See my response to question #20a (the second one).

27c. Did you believe you had as equal a chance to be selected for the Biologist position as individuals of races other than African American? Explain and discuss.

**ANS.** No. By Bob King's own admission to me. on February 9, 2004, that he did not know how to reach African Americans indicates to me that his comfort level is higher for races other than African American, with the exception of Lisa Stevens. since she was instrumental in putting him on the fast-track to becoming a manager at the National Zoo. Additionally, I have never known Lisa Stevens to promote an African American to a position higher than that of a keeper in her unit. Also, David Kessler was afforded a long detail in the Biologist position. I did not have that equal opportunity.

27d. Did you believe you had as equal a chance to be selected for the Biologist position as male applicants and as individuals of color other than Black? Explain and discuss.

**ANS.** No. I did not have as equal a chance for the selection because Bob King has exhibited a closeness to the male staff members over the female staff members in my unit. We have often discussed his camaraderie with the male staff. Traditionally, the Small Mammal Unit has had only white males in the Biologist positions. Also, Bob King's own words to me indicate that his comfort level with African Americans is not the same as other races. He stated that he did not know how to reach African Americans.

28. What type of relief are you requesting as a result of the complaint of discrimination?

**ANS.** The remedies that I seek are as follows:

1. Written notification to all employees at the Smithsonian National Zoological Park of their right to be free of unlawful discrimination and assurance that the particular types of discrimination found will not recur.

2. I have been denied significant salary increases due to various non-selections. Nondiscriminatory placement, with back pay and interest, in the position(s) that I was denied because of discrimination, or in a substantially equivalent position at another museum within the Smithsonian Institution.

3. Expunction from my records of any adverse materials relating to my participation in the EEO process.

4. Award of attorney's fees and costs.

5. My copying, postal and parking costs.

6. Compensatory damage for emotional and physical distress.

29. Provide the names of individuals who may have direct knowledge of the issues discussed herein and who may serve as witnesses.

**ANS.** Annetta, McRae, Bonnie Brown, Doug Speaks, Maria Montgomery, Eric Smith. Lisa Yearwood

30. Provide a proffer as to the relevancy of each witness's affirmation. (sic)

**ANS.** Annetta McRae can testify about the pattern of discrimination based on reprisal, sex (parental status), race and color. Bonnie Brown can testify about the issue of reprisal. Doug Speaks can testify about race, color, reprisal and the hostile work environment that went unresolved. Maria Montgomery can testify about the camaraderie of Bob King with the male members of the unit and the fact that Bob King referred to Don Nichols (whistle-blower) as considered a 'traitor' by management and that he could never get his old job back with the zoo. Eric Smith can testify about the meeting where Bob King referred to David Kessler as the 'ass-kisser' as well as Bob King stating that he was leaning towards one candidate in particular. Lisa Yearwood can testify about race and color in relation to both Bob King's and Lisa Steven's units.

31. Have you discussed the filing of the present complaints with other individuals? If so, discuss the circumstances surrounding the discussions and provide dates, names and what specifically was discussed.

**ANS.** Yes. I spoke with Annetta McRae about my intent to file. I do not know the date that this occurred because I had contacted her when the unfolding events took place to seek assistance. We discussed the fact that she could be called in as a witness of events that took place prior to the non-selection. I had privileged conversations with my attorney Barbara Brown. I contacted EEOC downtown about initiating the process and they said I needed to go through the Smithsonian Institution's EEO process, first. I contacted the National Academy of Sciences about the issues in this complaint. They inquired about the EEO process. I met with Shadella Davis about the complaints. Several zoo employees have approached me over the months and asked me how I was doing because of the non-selection. I told them that I was hurt but not surprised due to the pattern of discrimination and that I was going to fight it.

32. Is there anything else you would like to discuss relevant to the issue accepted by OEEMA?

**ANS.** Parental Status is included specifically due to the revised OEEMA policy see attached statements #33, #34 and #35.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Melba T. Brown  *Melba T. Brown*  Date  *29 Sept 2004*

# / 

**From:**      Bob King
**To:**        Melba Brown
**Date:**      10/17/02 9:01AM
**Subject:**   Re: Not guilty!

They were found sitting outside of # 34 door this morning - we do not know whom else would have left them there.

>>> Melba Brown 10/17/02 08:34AM >>>
 A false assumption was made about the leftover pans.  I cleaned all of my pans yesterday.

Melba

#2

27 May C

**From:**    Melba Brown
**To:**      Bob King
**Subject:**   Conduct concern

Hi, Bob. I hope you had a great time! Unfortunately, when you get back to work there is an issue that you may want to address:

In the last five minutes, I had to listen to a co-worker say, "f____. s_____, d_____ and the other f_____ and, I am gonna kick your a_____". This was done while speaking to another keeper and two volunteers! I find this behavior very offensive and it makes me personally embarrassed to be in this keeper's company. Also, it reflects poorly on the keeper and the unit as a whole. In the last two weeks. I told the keeper that I found foul language objectionable and offensive.

I am sure you would agree that creating a positive work environment is everyone's responsibility and crucial to this unit's success. Staff and volunteers should not be subjected to a litany of foul language in either day-to-day conversation or when one is angry or frustrated. Please feel free to discuss this further with me.

Thanks for your attention to this matter.


Melba

#3

**From:**       Melba Brown
**To:**         Bob King
**Date:**       1/4/03 8:34AM
**Subject:**    Update

Just wanted to let you know that I met with the Captain, Officer Sledge and Lisa Stevens on Thursday about the matter.

Melba

#4

| From: | Melba Brown |
|---|---|
| To: | Bob King |
| Date: | 8/26/03 9:44AM |
| Subject: | Prop concern |

Bob. I realize that prop is off-exhibit but I am still concerned that the cage cleaning is taking a back seat to other things. The cusimanse cages have not been cleaned in at least three days. I found dried mice, dried fish and canine maintenance diet in the cages. The fecal build up is hard and caked-on, thereby making it more difficult to clean up when I am here. As you already know, clean up would be much easier if the feces is not allowed to harden and old food is not allowed to build up. I continue to be frustrated with this situation and resent the fact that I am the one who routinely gets stuck with removing the build-up, often without a volunteer.

If you'd like, I can talk to Angela about this but we both know it would not be well-received since she continues to refuse working with me. Please do not disregard this e-mail.

Melba

#S

**From:**     Chandra Heilman
**To:**       Brown, Melba
**Date:**     9/9/02 12:42PM
**Subject:**   Re: I'll be at the zoo on Wednesday

That sounds fine. Is the administration building the first one on the left entering the zoo from Connecticut Ave?

>>> Melba Brown 09/09/02 10:59AM >>>
I can meet you at 2:30 in the afternoon. How about in front of the administration building?

>>> Chandra Heilman 09/09/02 10:41AM >>>
Is 2:30 too late in the afternoon? If it is, I can come earlier in the morning. Let me know what time is good for you. Thanks.

>>> Melba Brown 09/09/02 10:35AM >>>
Hi, Chandra. Thanks for getting in touch. I can meet with you on Wednesday. What time will you be available?

>>> Chandra Heilman 09/09/02 09:43AM >>>
Did you still want to meet with me? I'll be at the zoo on Wednesday. Let me know. Thanks.

# 6

**From:**     Melba Brown
**To:**        Bob King
**Date:**      1/2/03 9:10AM
**Subject:**   Angela

Bob, I need to give you an unfortunate update... Angela is at it, again. This morning, she verbally attacked me and said I was trying to "kill all the animals". I will fill you in on the details when I see you but I called the police to pursue a slander claim and am trying to reach Chandra. I really should not have to work in this extremely hostile environment.

I will write up a full statement of the events as they occurred and give you a copy.

Melba

# 7

**From:**    Chandra Heilman
**To:**       Brown, Melba
**Date:**     1/6/03 1:46PM
**Subject:**  Re: Another incident

Yes, 11 would be fine. I will be in conference room 3 of the general services building. I'll see you on Wednesday.

>>> Melba Brown 01/06/03 01:34PM >>>
Eleven o'clock would be better for me. Does that work for you?

>>> Chandra Heilman 01/06/03 11:45AM >>>
I'll be there at 8:30. Will that work for you?

>>> Melba Brown 01/06/03 10:35AM >>>
I can meet with you on Wednesday. What time will you be here?

>>> Chandra Heilman 01/06/03 08:22AM >>>
I'll be at the zoo on Wednesday. Do you want to talk then?

>>> Melba Brown 01/04/03 08:42AM >>>
Hi, Chandra. I called your office and I know you are on leave but I wanted to inform you that I was put into another challenging situation with Angela. I can discuss with you the details, but there was a phone confrontation and she verbally attacked me and said that I was "trying to kill all the animals." I contacted the police and they spoke with her and she told them she was wrong and should not have done it. Also, Lisa Stevens was on duty that day and she spoke with the both of us, later in the day.

I am sorry this pattern is continuing and I sure hope it ceases.

Thanks.

Melba

**Small Mammal Unit General Staff Meeting**

# 8

September 18, 2001

Agenda:

a) New employee procedures
  - Training Form
  - Angela will do training for line 2
  - Trainee must be fully trained and signed off by Line Keeper, Biologist, and Asst. Curator.
  - Any keeper may make written comments about any section or area of training.
  - Form will be part of employees file

b) Holidays are approaching, please get in leave requests for Thanksgiving, Christmas, and New Years Day by Oct. 1st.
  - Designate your priority by 1, 2, or 3
  - I will sort them by request date and your priority

c) Education projects / Mentor program update (Melba)

d) Food Prep / Line 8
  - Continuing to have some rough spots
  - ALL diet changes must be discussed with David and proper diet change request form submitted.
  - All diets in the current diet books need to be reviewed by the line keeper and each diet should be initialed with your OK. Please have all diets reviewed by September 28.
  - Line 8 is a line – a large, time consuming line. Volunteers need to be in the kitchen by 9:00 to assist the keeper.
  - Please follow this chart to determine keeper assistance (indicates what food the regular line keeper should do on any given day):

| Line 8 Keeper | # of Line Assignments | Line Keepers | | |
| --- | --- | --- | --- | --- |
| | | Number of Volunteers to help with Food | 1 Line | 2 Lines |
| | 1 Line | No Volunteers | AM Food | PM Food |
| | | 1 or More Volunteers | --- | --- |
| | 2 Lines | 1 or No Volunteers | AM Food | AM Food |
| | | 2 or More Volunteers | --- | --- |

#9

**From:**      Bob King
**To:**        Melba Brown
**Date:**      8/1/02 6:29AM
**Subject:**   Re: Evaluation

It is actually on my desk - I just have to finish the narratives which I hope to do this weekend.

>>> Melba Brown 07/31/02 03:42PM >>>
Hi, Bob.  I am very interested in receiving an evaluation from you.  Is it coming up soon?

Melba

# #10                    3 Aug 02

Bob said he did not want to include my education work on this evaluation because it would not be fair to the other keepers. He said he did not sit down with them to talk about job duties like he did with me. I reminded him that we had a meeting well over a year ago where he told me he expected me to do more education work and that each keeper would not have the same job expectations — that is why he made me a floater. He said it was not fair to the other keepers.

# 11

# NATIONAL ZOOLOGICAL PARK. SMITHSONIAN INSTITUTION
## PERFORMANCE APPRAISAL FORM
(Complete "Actual Achievement" on following page and attach "Performance Plan and Standards")

| EMPLOYEE: LAST NAME, FIRST NAME, MIDDLE INITIAL | ORGANIZATIONAL UNIT AND LOCATION |
|---|---|
| Brown. Melba | Animal Department - Small Mammal Unit |

| POSITION TITLE | SERIES AND GRADE | APPRAISAL PERIOD From 1 Jan., 2001 | To 31 Dec., 2002 |
|---|---|---|---|
| Animal Keeper | WG-5001-9 | 1 Jan., 2001 | 31 Dec., 2002 |

## SUMMARY PERFORMANCE RATING DETERMINATION

☒ OUTSTANDING. Performance has exceeded standards for all critical elements. Performance has met or exceeded standards for all non-critical elements.

☐ HIGHLY SUCCESSFUL. Performance has exceeded standards for 50% or more of the critical elements. Standards for remaining critical elements have been met and the standards for all non-critical elements have been met or exceeded.

☐ FULLY SUCCESSFUL. Performance for all elements, critical and non-critical, has met the standards.

☐ IMPROVEMENT NEEDED. Performance on all critical elements has met standards. However, improvement is needed to meet standards for one or more non-critical elements.

☐ UNACCEPTABLE. Performance on one or more critical elements has not met the standards. Action taken and/or recommended:

Reason for rating:
☒ End of annual cycle
☐ Employee leaving agency
☐ Employee or Supervisor reassigned
☐ Other(Specify):

| RATING OFFICIAL'S SIGNATURE | Bob King, Assistant Curator TYPED NAME AND TITLE | 1-July-03 DATE |
|---|---|---|
| REVIEWING OFFICIAL'S SIGNATURE | Bill Xanten, General Curator TYPED NAME AND TITLE | 26-Aug-03 DATE |
| EMPLOYEE'S SIGNATURE | | 26 ... 03 DATE |

I have reviewed the completed performance document and it has been discussed with me. My signature does not necessarily mean that I agree with all of the information in it or that I forfeit any rights of review. (Comments may be attached.)

Revised May 15, 1999

| NZP PERFORMANCE APPRAISAL FORM | | | | | |
|---|---|---|---|---|---|
| **ACTUAL ACHIEVEMENT** | | | | Performance Standard | |
| For each numbered element, enter the element name as listed in the Performance Plan and Standards followed by comments (required for ratings of Not met and Exceeded, optional for Met). Check whether element is Critical or Non-critical as shown in the Performance Plan and Standards. Enter check mark to indicate if performance standard listed in Performance Plan and Standards was Exceeded, Met or Not met. | Critical | Non-critical | Exceeded | Met | Not met |

Revised May 15, 1999

1. EXHIBITION: Responsible to the the Supervisor for the overall appearance of animal exhibits. This includes the general appearance of the exhibits and the ensuring all maintenance needs are properly reported.

a) Ensures that exhibit exteriors are clean and attractive.

Exceeded

b) Ensures that exhibit interiors are kept clean and attractive so they do not detract from the animal or plant being exhibited. This component must be exceeded in order to qualify for an "Exceeded" rating for this element.

Exceeded

c) Properly stores all tools, electrical lines, hoses and other mechanical devices or adequately conceals these items so as not to detract from the exhibit.

Exceeded

d) Ensures that all plants associated with exhibits are provided with adequate water, are trimmed and pruned as needed, and removed when their appearance detracts from the exhibit. This component must be exceeded in order to qualify for an "Exceeded" rating for this element.

Met

e) Exhibit interiors creatively designed and decorated so that the animals' needs can be met while presenting the desired exhibit message.

Exceeded

f) Performs a daily inspection of cagework, exhibit furniture, mechanical systems, and applicable life support systems within assigned areas and taking corrective measures in addition to reporting problems to the supervisor.

Exceeded

g) Properly uses and stores chemicals used for cleaning and maintenance.

Exceeded

h) Exhibits knowledge of safety procedures and protocols including participation in escaped animal procedures. Ensures that animal exhibits and adjacent areas are properly secured. Because of the importance of this component, having any animal escape due to unsecure enclosures or improper shifting will result in a "Not Met" rating for this element.

Exceeded

To qualify for an "Exceeded" rating, employee must exceed on at least 6 of the 8 components. Failure to meet at least 5 of the components (including h) will result in a "Not Met" rating for this element.

| 2.  HUSBANDRY: Responsible for the quality of animal care. | ☒ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|

a) Properly prepares animal diets that follow Department of Nutrition Guidelines.  Delivers all diets in a manner that minimizes competition while ensuring that each animal gets a proper share. Because of the importance of this component, failure to follow DON guidelines or failing to feed and give water to an animal will result in a "Not Met" rating for this element.

Exceeded

b) Monitors consumption of water and diet and properly notes changes from normal or expected patterns.

Exceeded

c) Presents food in a manner that minimizes waste or water fouling and aides in pest control.

Exceeded

d) Performs multiple daily inspections of all animals so that sick animals are quickly noted and appropriate actions taken.  Keeper demonstrates an ability to detect symptons of stress and illness. Because of the importance of this component, failure to properly note sick or missing animals will result in a "Not Met" rating for this element.

Exceeded

e) Maintains a regular schedule to acquire weights on all animals.  Accurately records the weights collected and uses that information as an indicator of animal health.  Because of the importance of this component, failure to collect weights on a regular basis will result in a "Not Met" rating for this element.

Exceeded

f) Develops and follows an enrichment plan for each assigned animal.  Because of the importance of this component, to qualify for an "Exceeded" rating for this element, you must have or be developing  an enrichment plan for every assigned animal.

Exceeded

g) Trains or conditions each assigned animal as needed to aid in the daily care and health of the animals.

Exceeded

h) Captures, moves, shifts and conducts animal introductions with a minimum of stress to the animal.

Exceeded

i) Demonstrates a clear understanding of proper breeding management techniques for all animals within the assigned area.  Properly notes breeding activity.

Exceeded

To qualify for an "Exceeded" rating, employee must exceed on at least 7 of the 9 components. Failure to meet at least 7 of the components (including a, d, & e) will result in a "Not Met" rating for this element.

Revised May 15, 1999

| | ☒ | ☐ | ☒ | ☐ | ☐ |

3. INTERPRETATION: Assists in an established program of formal and informal education for the zoo visitor.

a) Interacts with the public in a positive way. Seeks out opportunities to discuss animal or conservation messages with the public.

Exceeded

b) Participates in a formal education program including animal talks, demos, and volunteer interpreter activities. Because of the importance of this component, failure to actively participate in educational activities will result in a "Not Met" rating for this element.

Exceeded

c) Demonstrates a thorough and complete knowledge of the natural and individual history of assigned animals. Conveys accurate information to the public, volunteers, and staff members.

Exceeded

d) Responds helpfully to telephone, email and written inquiries from the non-visiting public.

Exceeded

To qualify for an "Exceeded" rating, employee must exceed on at lease 3 out of 4 components. Failure to meet at least 3 of the components (including b) will result in a "Not Met" rating for this element.

Revised May 15, 1999

4. WORK HABITS: Contributes to a productive and cooperative work environment including issues of attendance, communication with others, attention to safety, attitude toward unit and zoo-wide programs and work productivity.   ☒ ☐ ☒ ☐ ☐

a) Arrives punctually for work as scheduled.  Has no unexcused absences.

Exceeded

b) Communicates well with fellow staff and supervisors.  Speaks freely about work related issues in order to seek resolution.

Exceeded

c) Works carefully in order to avoid mishaps and avoid accidents.  Tries to determine safest way to do a job.  Brings potentially unsafe conditions to the attention of the supervisor and other staff.

Exceeded

d) Gets assigned work accomplished in a timely fashion and within the scheduled workday.

Exceeded

e) Spends no more than the allotted time for breaks and/or lunch.  Avoids disruptions to work by minimizing personal conversations and phone calls.

Met

f) Has a demonstrable knowledge of unit and zoo-wide goals and can communicate these goals with visitors and staff members.

Exceeded

g) Assists in the training of other equal or lower grade keepers, volunteers and keeper aids in a safe and courteous manner.   *This component does not apply to WG 5 Keepers.*

Exceeded

h) Collects or prepares written reference materials pertaining to assigned animals.

Exceeded

To qualify for an "Exceeded" rating, employee must exceed on at least 6 of the 8 components.  Failure to meet at least 5 of the components will result in a "Not Met" rating for this element.

| | ☐ | ☒ | ☐ | ☒ | ☐ |
|---|---|---|---|---|---|

5. EEO AND TEAMWORK: Shows respect for age, gender, racial and ethnic differences and realizes that heterogeneity with regard to such factors contributes to public service and individual growth. Individual efforts are extended to benefit the entire unit and the zoo as a whole.

a) Makes demonstrably sincere effort to interfere with conversations or actions that may diminish members of minority groups.

Exceeded

b) Does not participate in conversations that tend to reinforce stereotypes of any minority group. Because of the importance of this component, participating in such conversations will result in a "Not Met" rating for this element.

Exceeded

c) Contributes toward and supports unit decisions, standards, deadlines, and work processes; and provides human resources to group tasks.

Met

d) Serves as mentor to fellow group members by sharing expertise and skills; makes acquired information available; and utilizes techniques for accomplishing work with others.

Exceeded

e) Recieves and applies information and instruction.

Exceeded

To qualify for an "Exceeded" rating, employee must exceed on all components. Failure to meet at least 3 of the components (including b) will result in a "Not Met" rating for this element.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6. RESEARCH and RECORDS: Participates in the department's applied and technical research program.<br><br>a) Completes daily reports that are legible, clear, concise and contain pertinent animal helath, management and care information.  Because of the importance of this component, failure to complete reports will result in a "Not Met" rating for this element.<br><br>Exceeded<br><br>b) Uses a computer to record information and reports.  Maintains references, care sheets, protocals, and diet information by using computer software and storage devices.<br><br>Exceeded<br><br>c) Keeps daily care and data sheets up to date.<br><br>Exceeded<br><br>d) Aids in the research and collection of information to improve the care of animals within the collection.<br><br>Exceeded<br><br>e) Assists with the research and collection of information in collaboration with other units, departments or outside scientists.<br><br>Exceeded<br><br>f) Follows established research protocols.  Because of the importance of this component, failure to properly participate or follow in ongoing research will result in a "Not Met" for this element.<br><br>Exceeded<br><br>g) May conduct independent research in conjunction with the unit supervisor.h)  Periodically give lectures to fellow staff members on a subject of interest.  Occasionally presents a paper  to a professional organization.<br><br>Exceeded<br><br>To qualify for an "Exceeded" rating, employee must exceed on at least 6 of the 8 components. Failure to meet at least 5 of the components (including a & f) will result in a "Not Met" rating for this element. | ☐ | ☒ | ☒ | ☐ | ☐ |
| 7. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 8. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 9. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 10. | ☐ | ☐ | ☐ | ☐ | ☐ |

| | NZP PERFORMANCE APPRAISAL FORM |
|---|---|
| | PERFORMANCE PLAN AND STANDARDS |

| EMPLOYEE: LAST NAME, FIRST NAME, MIDDLE INITIAL | ORGANIZATIONAL UNIT AND LOCATION |
|---|---|
| Brown, Melba T. | Animal Department |
| | Small Mammals and Propagation |

| POSITION TITLE | SERIES AND GRADE |
|---|---|
| Animal Keeper | WG 9 |

| Number | List all critical and non-critical elements that apply to this rating period. Avoid using more than 10 elements. However, if there are more elements, number and list them on an additional Performance Plan and Standards page. | Critical | Non-critical |
|---|---|---|---|
| 1 | Element name and description: | ☒ | ☐ |

EXHIBITION: Responsible to the the Supervisor for the overall appearance of animal exhibits. This includes the general appearance of the exhibits and the ensuring all maintenance needs are properly reported.

Fully successful performance of this element requires that the following standards be met:

a) Ensures that exhibit exteriors are clean and attractive.

b) Ensures that exhibit interiors are kept clean and attractive so they do not detract from the animal or plant being exhibited. This component must be exceeded in order to qualify for an "Exceeded" rating for this element.

c) Properly stores all tools, electrical lines, hoses and other mechanical devices or adequately conceals these items so as not to detract from the exhibit.

d) Ensures that all plants associated with exhibits are provided with adequate water, are trimmed and pruned as needed, and removed when their appearance detracts from the exhibit. This component must be exceeded in order to qualify for an "Exceeded" rating for this element.

e) Exhibit interiors creatively designed and decorated so that the animals' needs can be met while presenting the desired exhibit message.

f) Performs a daily inspection of cagework, exhibit furniture, mechanical systems, and applicable life support systems within assigned areas and taking corrective measures in addition to reporting problems to the supervisor.

g) Properly uses and stores chemicals used for cleaning and maintenance.

h) Exhibits knowledge of safety procedures and protocols including participation in escaped animal procedures. Ensures that animal exhibits and adjacent areas are properly secured. Because of the importance of this component, having any animal escape due to unsecure enclosures or improper shifting will result in a "Not Met" rating for this element.

To qualify for an "Exceeded" rating, employee must exceed on at least 6 of the 8 components.
Failure to meet at least 5 of the components (including h) will result in a "Not Met" rating for this element.

| 2 | Element name and description: | ☒ | ☐ |

HUSBANDRY: Responsible for the quality of animal care.

Fully successful performance of this element requires that the following standards be met:

a) Properly prepares animal diets that follow Department of Nutrition Guidelines. Delivers all diets in a manner that minimizes competition while ensuring that each animal gets a proper share. Because of the importance of this component, failure to follow DON guidelines or failing to feed and give water to an animal will result in a "Not Met" rating for this element.

b) Monitors consumption of water and diet and properly notes changes from normal or expected patterns.

c) Presents food in a manner that minimizes waste or water fouling and aides in pest control.

d) Performs multiple daily inspections of all animals so that sick animals are quickly noted and appropriate actions taken. Keeper demonstrates an ability to detect symptons of stress and illness. Because of the importance of this component, failure to properly note sick or missing animals will result in a "Not Met" rating for this element.

e) Maintains a regular schedule to acquire weights on all animals. Accurately records the weights collected and uses that information as an indicator of animal health. Because of the importance of this component, failure to collect weights on a regular basis will result in a "Not Met" rating for this element.

f) Develops and follows an enrichment plan for each assigned animal. Because of the importance of this component, to qualify for an "Exceeded" rating for this element, you must have or be developing an enrichment plan for every assigned animal.

g) Trains or conditions each assigned animal as needed to aid in the daily care and health of the animals.

h) Captures, moves, shifts and conducts animal introductions with a minimum of stress to the animal.

i) Demonstrates a clear understanding of proper breeding management techniques for all animals within the assigned area. Properly notes breeding activity.

To qualify for an "Exceeded" rating, employee must exceed on at least 7 of the 9 components.
Failure to meet at least 7 of the components (including a, d, & e) will result in a "Not Met" rating for this element.

| 3 | Element name and description: | ☒ | ☐ |

INTERPRETATION: Assists in an established program of formal and informal education for the zoo visitor.

Fully successful performance of this element requires that the following standards be met:

a) Interacts with the public in a positive way. Seeks out opportunities to discuss animal or conservation messages with the public.

b) Participates in a formal education program including animal talks, demos, and volunteer interpreter activities. Because of the importantance of this component, failure to actively participate in educational activities will result in a "Not Met" rating for this element.

c) Demonstrates a thorough and complete knowledge of the natural and individual history of assigned animals. Conveys accurate information to the public, volunteers, and staff members.

d) Responds helpfully to telephone, email and written inquiries from the non-visiting public.

To qualify for an "Exceeded" rating, employee must exceed on all components.
Failure to meet at least 5 of the components (including b) will result in a "Not Met" rating for this element.

**4**    Element name and description:        ☒   ☐

WORK HABITS: Contributes to a productive and cooperative work environment including issues of attendance, communication with others, attention to safety, attitude toward unit and zoo-wide programs and work productivity.

Fully successful performance of this element requires that the following standards be met:

a) Arrives punctually for work as scheduled. Has no unexcused absences.

b) Communicates well with fellow staff and supervisors. Speaks freely about work related issues in order to seek resolution.

c) Works carefully in order to avoid mishaps and avoid accidents. Tries to determine safest way to do a job. Brings potentially unsafe conditions to the attention of the supervisor and other staff.

d) Gets assigned work accomplished in a timely fashion and within the scheduled workday.

e) Spends no more than the allotted time for breaks and/or lunch. Avoids disruptions to work by minimizing personal conversations and phone calls.

f) Has a demonstrable knowledge of unit and zoo-wide goals and can communicate these goals with visitors and staff members.

g) Assists in the training of other equal or lower grade keepers, volunteers and keeper aids in a safe and courteous manner. This component does not apply to WG 5 Keepers.

h) Collects or prepares written reference materials pertaining to assigned animals.

To qualify for an "Exceeded" rating, employee must exceed on at least 6 of the 8 components.
Failure to meet at least 5 of the components will result in a "Not Met" rating for this element.

**5**    Element name and description:        ☐   ☒

EEO AND TEAMWORK: Shows respect for age, gender, racial and ethnic differences and realizes that heterogeneity with regard to such factors contributes to public service and individual growth. Individual efforts are extended to benefit the entire unit and the zoo as a whole.

Fully successful performance of this element requires that the following standards be met:

a) Makes demonstrably sincere effort to interfere with conversations or actions that may diminish members of minority groups.

b) Does not participate in conversations that tend to reinforce stereotypes of any minority group. Because of the importance of this component, participating in such conversations will result in a "Not Met" rating for this element.

c) Contributes toward and supports unit decisions, standards, deadlines, and work processes; and provides human resources to group tasks.

d) Serves as mentor to fellow group members by sharing expertise and skills; makes acquired information available; and utilizes techniques for accomplishing work with others.

Revised May 15, 1999

e) Recieves and applies information and instruction.

To qualify for an "Exceeded" rating, employee must exceed on all components.
Failure to meet at least 3 of the components (including b) will result in a "Not Met" rating for this element.

---

**6** | Element name and description:    ☐ ☒

RESEARCH and RECORDS. Participates in the department's applied and technical research program.

**Fully successful performance of this element requires that the following standards be met:**

a) Completes daily reports that are legible, clear, concise and contain pertinent animal helath, management and care information.  Because of the importance of this component, failure to complete reports will result in a "Not Met" rating for this element.

b) Uses a computer to record information and reports.  Maintains references, care sheets, protocals, and diet information by using computer software and storage devices.

c) Keeps daily care and data sheets up to date.

d) Aids in the research and collection of information to improve the care of animals within the collection.

e) Assists with the research and collection of information in collaboration with other units, departments or outside scientists.

f) Follows established research protocols.  Because of the importance of this component, failure to properly participate or follow in ongoing research will result in a "Not Met" for this element.

g) May conduct independent research in conjunction with the unit supervisor.

h) Periodically give lectures to fellow staff members on a subject of interest. Occasionally presents a paper to a professional organization.

To qualify for an "Exceeded" rating, employee must exceed on at least 6 of the 8 components.
Failure to meet at least 5 of the components (including a & f) will result in a "Not Met" rating for this element.

---

**7** | Element name and description:    ☐ ☐

**Fully successful performance of this element requires that the following standards be met:**

---

**8** | Element name and description:    ☐ ☐

**Fully successful performance of this element requires that the following standards be met:**

---

**9** | Element name and description:    ☐ ☐

**Fully successful performance of this element requires that the following standards be met:**

---

**10** | Element name and description:    ☐ ☐

**Fully successful performance of this element requires that the following standards be met:**

---

Revised May 15, 1999

## CERTIFICATION OF INITIAL REVIEW AND APPROVAL OF PERFORMANCE PLAN

| | Bob King, Assistant Curator | 1-July-03 |
|---|---|---|
| RATING OFFICIAL'S SIGNATURE | TYPED NAME AND TITLE | DATE |
| | Bill Xanten, General Curator | 1-July-03 |
| REVIEWING OFFICIAL'S SIGNATURE | TYPED NAME AND TITLE | DATE |
| | | 26 Aug 03 |
| EMPLOYEE'S SIGNATURE | | DATE |

Training and development needs for the coming year have been discussed with the employee.
(Please initial below)

SUPERVISOR:          DATE:                    EMPLOYEE:          DATE:

### SEMI ANNUAL PROGRESS REVIEW

| RATING OFFICIAL'S SIGNATURE | EMPLOYEE'S SIGNATURE | DATE |
|---|---|---|

Revised May 15, 1999

#12

**From:**      Benjamin Beck
**To:**        NZPCRC55-all; NZPGW55-all
**Date:**      9/20/02 10:47AM
**Subject:**   Appointment of Assistant Curators

I am pleased to formally announce the appointment of two new Assistant Curators at the Smithsonian National Zoological Park.

Robert King will assume curatorial responsibility for the Small Mammal House, Kids' Farm and the Propagation Building. Bob began his zoo career at the Zoo Farm at Riverbanks Zoo in 1991 while earning a B.S. in Biology at the University of South Carolina. Bob held a variety of positions at Riverbanks, including Farm Keeper, Hospital Keeper, and Small Mammal Keeper. He also worked in the visitor services and retail side as a ticket taker, gift shop assistant, cash room manager, and even pitched in as Santa Claus for a holiday season. At Riverbanks he also developed and managed a clinic for the medical care and treatment of native raptors and endangered species. Bob joined the National Zoo as a Small Mammal Keeper in late 1998 and served in that position until detailed to serve as Acting Assistant Curator for Small Mammals in 2001. Bob assumes his new position on 22 September.

Tony Barthel will assume curatorial responsibility for large carnivores (lions, tigers, bears), the Cheetah Conservation Station and Grasslands. Tony is a native of Maryland and worked as a keeper at the Baltimore Zoo. He comes to us from Walt Disney World where he has served since the opening of Disney's Animal Kingdom, most recently as Zoological Supervisor of Disney's Animal Kingdom Lodge. He writes: "I have always had enormous respect for the National Zoo and am excited to be joining the team". Tony will start at NZP in late December 2002.

Bob and Tony will report to Senior Curator John Seidensticker. A third assistant curatorship has been offered to another candidate, who will decide on 25 September. The assignments described above may change a bit depending on that decision.


PLEASE NOTE NEW e-mail ADDRESS:

beckb@nzp.si.edu

Benjamin B. Beck
Associate Director for Animal Programs
National Zoological Park
Smithsonian Institution
3001 Connecticut Avenue
Washington, DC 20008

Phone: 202 673-4787
FAX: 202 673-4766

# Small Mammal Unit General Staff Meeting

# 13

February 27, 2003

Agenda:

1)      Beeper Contact
   - a. Dial 202 896 3189, Enter # after Beep
   - b. Enter priority After Number (ie 673493311)
     - i. 1 - Call When Convenient
     - ii. 11 - Call Soon
     - iii. 111 – Call ASAP – Emergency
2)      Weekend Curators
3)      Snow Coverage (LWOP)
4)      Vacation Schedules
5)      Pest Control Walkthrough
6)      Exhibit Care Sheets
7)      Line Inventories
8)      Diet Changes
9)      Primate, Shrew, and Squirrel Salad
10)     Propagation Building Enrichment
11)     Collection Plan
12)     Accession Numbers
13)     GLT Program
14)     Biologist Position
15)     Farm

**Small Mammal Unit General Staff Meeting**                    # 14

April 17. 2003

Agenda:

1) Awards
2) Easter Monday (African American Family Day)
    a. Demos
        i. 11:00 AM Special Naked Mole Rat – Eric
        ii. 1:00 PM Special Naked Mole Rat – Denny
        iii. 2:00 PM – Regular MAM – Rebecca
    b. Special "Rescarcher" on Station in Meadow
        i. 10 – 11 AM – Melba
        ii. 11 – 12 PM – Denny
        iii. 12 – 1 PM – Eric
        iv. 1 – 2 PM – Melba
    c. Special Box Demos throughout the day – Melba
3) Biologist Position
    a. PD is available
    b. In-house recruitment soon for detail for 120 days
4) Farm Positions
5) Science Foundation Study soon to be underway
6) Format for inventory
    a. Line keepers need to keep it up to date
        i. Missing a lot of current weights
        ii. Missing other info that is needed
7) New Line Care Sheets
8) Open for questions.