

**Small Mammal Unit General Staff Meeting**

September 2. 2003

Agenda:

1) Intro of Jack Grisham
2) Melba – Presentation of her education boxes
3) Bob will be away Friday (5-Sep through 12-Sep.)
   a. Vince will cover the unit
   b. You can reach me on my cell phone
   c. You can email – I will be checking it periodically
4) Farm Positions
   a. Announcements are being processed downtown
   b. We may be moving some positions around
   c. Farm staff space to be located in the basement
5) Dell will be returning to the unit (date is unknown at this point)
6) Diet Issues
   a. "Salad" Mix going OK
      i. Note changes to prep – It is to be made by the KP person directly after morning meeting (or by 8:30 if arriving late)
      ii. Diet issue meeting to be arranged with Teri within a week – please contact David for any items you want on the agenda
      iii. Earl will be leaving Sep. 14th – so things may get a little chaotic until everything gets settled
         1. It is important for the KP keeper to check in food and call for missing items as soon as practical
7) Format for inventory
   a. Located on the J drive – in the Small Mammal Folder
   b. Keepers can open it, print any or all of it, but not make changes
   c. David will update the inventory from info that you put in the reports
8) Fecal Reports
   a. David to explain new system
   b. Basically ensures that we track fecals submitted and that line keepers are included in the loop of info we receive back
9) Meet-a-Mammals
   a. Please list the location and topic on the white board before 10:00
   b. If you do not change the info before the building opens. you must do the demo topic and location as listed.
10) Exhibit Work
   a. Reminder to try and stay on top of routine exhibit maintenance
   b. Check glass daily before the building opens – Take care of any glass with handprints, dirt, water stains. Dirty glass makes the entire exhibit look bad
   c. Check plants daily – remove dead leaves, branches, exposed pots, etc.
11) New Interns
   a. Will work with keepers for a short while
   b. Then will work with keepers and David to develop a project
      i. If you have ideas, talk with David.
12) Line assignments
   a. Up for discussion
   b. Looking to streamline operations and ensure keepers can maximize their work priorities
13) Open for questions.

Case 1:05-cv-01086-RMU     Document 9-4     Filed 06/05/2006     Page 2 of 50

#16

| | |
|---|---|
| **From:** | Dell Guglielmo |
| **To:** | Melba Brown |
| **Date:** | 12/21/03 12:00PM |
| **Subject:** | rumor |

Hey!!!  rumor is that you expressed some interest in the "Farm" and with reasonable deduction with your education interest.  Well BK was just telling us that if a keeper form SMH was interested in the "Farm" they would need to put that in writing.  I just wondered if you knew that!!  Hope all is well at Prop and with Kate, she is a sweetheart!!

Take care,

Dell

Dell Guglielmo
Small Mammals
Smithsonian National Zoological Park
3001 Connecticut Ave
Washington, DC 20008
202.673.4933
dellg@nzp.si.edu

*notice the date - Before the interview*

*#17*

**From:** Bob King
**To:** Melba Brown
**Date:** 1/7/04 8:59AM
**Subject:** Job Announcement

Hi Melba - I don't know where you stand relative to your career in the Federal Government (ie - it probably doesn't make sense to leave a federal job) - but this position that was recently listed seems like something in which you would excel at... Just a FYI...

http://www.aza.org/JobListings/index.cfm?page=detail&id=3643

Thanks,
Bob

*This was not for Biologist's position*

#18



Smithsonian Institution                                            04SP-I033

Office of Human Resources

## Vacancy Announcement

24 HOUR DIAL-A-JOB: (202) 737-4102                          AN EQUAL OPPORTUNITY EMPLOYER

| | |
|---|---|
| | **OPENING DATE:** February 03, 2004 |
| | **CLOSING DATE:** February 18, 2004 |

| POSITION TITLE/ SERIES AND GRADE | ORGANIZATION | ANNOUNCEMENT NUMBER |
|---|---|---|
| Biologist GS-0401-9/11 Salary: $ 40,894-$64,323 per annum Promotion Potential to GS-11 if selected at the GS-9 level | National Zoological Park Animal Programs | 04SP-1033 |

**DUTY LOCATION:** Washington, DC

**AREA OF CONSIDERATION:** Current Smithsonian institution employees including qualified employees with a disability.  The Smithsonian provides reasonable accommodations to applicants with disabilities.  If you need a reasonable accommodation for the application/hiring process, please call (202) 275-1102 (voice) or (202) 275-1110 (TTY).

**DUTIES:**  The incumbent serves as a biologist for the Small Mammal House collection and involves the care, breeding, conservation, exhibition, collection planning and support of research for rare and endangered species of small mammals; responsible for all aspects of the daily care of the National Zoological Park's collection of exotic and often endangered species of Small Mammals.  This includes the development of techniques and procedures for proper diet preparation and food presentation, sanitation, capture, restraint, shipping, moving, introduction and separation of animals; works with Animal Health and Pathology staff in developing a program of preventative medicine that satisfies their program goals; coordinates programs involving volunteer (keeper aide and intern) and keeper training, record keeping, public education, and support services (maintenance, commissary, supply) in support of program goals; prepares reports for and communicates recommendations from local, national, and international, conservation and zoological organizations; keeps complete and accurate records on animals in the  small mammal collection; works with department records keeper to ensure centralized entry and preservation of the records; develops plans for species management; solicits, prepares and presents ideas for improvements in exhibits and programs which best represent and demonstrate the interrelationship of biological factors; participates in a program of applied and husbandry research; provides assistance for research conducted in collaboration with scientist from within and outside the Institution; provides accurate and complete information to be used in labels, graphics and other materials that interpret the animal collection; responsible for editorial review of message content and accuracy of information to be used in public programs; coordinates zoo education programs, school and public programs; works with Friends of the National Zoo (FONZ) education departments and assistant curator in the development of new education programs; coordinates volunteers for the unit with FONZ; facilitates recruitment, training, scheduling and evaluating volunteers.

**WORKING CONDITIONS:** Works long periods of standing, stooping, walking, and lifting light loads while carrying out animal care responsibilities.  Work may be in a typical office, out of doors or in buildings housing exotic primate species. A variety of weather conditions may exist as well as high temperatures humidity in indoor environments.

**QUALIFICATIONS:** (A) Applicants must have a degree in biological sciences, agriculture, natural resources management, chemistry, or related disciplines appropriate to the position OR (B)  A combination of education and experience—Courses equivalent to a major, as shown in A above appropriate experience or additional education.  In addition, applicants must possess at least one year of specialized experience equivalent to the next lower grade level.

Specialized experience is experience which is directly related to       sition to be filled and which has equipped the applicant with the particular knowledge, skills and abilities to succ       y perform the duties of the position.  **For GS-9** two years of progressively higher level graduate education leading       aster's degree *or* master's or equivalent graduate degree may be substituted for the specialized education.   **For GS-11** three (3) years of progressively higher-level graduate education leading to a Ph.D. degree or Ph.D. or equivalent doctoral degree may be substituted for the specialized experience.

**Selective Factors:**  *(Applicants must meet all of these mandatory    .irements in order to be considered qualified to compete for a position.)*

1.    Knowledge of the principles of conservation and managemen.       vildlife in a captive setting, ecology and natural history of small mammals.

**Quality Ranking Factors:** *(These factors are not mandatory to    considered for a position, but will be used to determine who are the highest qualified candidates among those who ...  .t the selective factors.)*

1.    Knowledge of the principles of conservation and management of wildlife in a captive setting, ecology and natural history of small mammals.
2.    Ability to train animals (especially small mammals).
3.    Ability to communicate in writing.
4.    Ability to communicate orally.

NOTE:  RELOCATION EXPENSES WILL NOT BE PAID.

How to Apply:

1.    The Smithsonian Institution does not require a standard application form, but we need certain information to evaluate your qualifications. You may apply using a resum    he Optional Application for Federal Employment, or any other application form you choose, including an SF-17    Application for Federal Employment. See page 3 for further instructions. (Note: If you use an SF-171, do not    swer questions 38-47. Job finalists will be asked to complete a Declaration for Federal Employment to dete       e their suitability for Federal employment and to authorize a background investigation.)

2.    Clearly describe in your resume or application your work e      .nce, education and/or training as it relates to this vacancy. It is very important that you fully address how you   work experience and education/training meet both the specialized experience requirement and the selective fac ors. This information will be used to determine whether or not you are qualified for this vacancy. Selectiv  factors establish qualifications to be eligible to compete for the position. Quality Ranking Factors are not   ndatory but are used to determine the highest qualified candidates among those eligible to compete for the p. s ion. Therefore, it is to your benefit to provide a full description of your experience and education/training rela  e to the job requirements of this vacancy.

3.    Current Federal employees should submit a copy of their n   recent annual performance appraisal.

Application must be received by the closing date and submitted i  e following ways:
Mail: Smithsonian Institution, Office of Human Resources, P.O. B   38. Washington, D.C. 20091.
FAX: 202-275-1114.

Hand Deliver or FEDEX: 750 Ninth Street, N.W., Suite 6100, Was i  on, D.C. 20560

To obtain information on the Federal Hiring Process, hear about   .r Smithsonian vacancies,  or request vacancy announcements, an Optional Application for Federal Employment (O   .12), or an SF-171, call our automated Jobline on (202) 287-3102 (accessible 24 hours, 7 days a week).
For further information please call (202) 275-1117(voice) or (202) 2 5  : 10 (TTY).

SI ONLY



notice the DATE

#19

From:       Bob King
To:         Melba Brown
Date:       2/9/04 3:56PM
Subject:    Farm Schedule

Melba - attached is a rough draft of my thinking for a farm schedule.  There is probably some flexibility in it
- however I want to try and maximize the number of staff present each day to help cover when people are
out, etc.  Also, there is probably no absolute on whom might cover the 1st or 2cd shift - I would think that it
would probably be more of a collaborative effort between the staff.

Thanks,
Bob

| 2004 | PP# | From: | **WORK SCHEDULE** | As of 1-16 -2001 | Kid's Farm |

| | Su | M | Tu | W | Th | F | Sa | Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Biologist** | Off | Off | Bio. | Bio. | Bio. | 2cd | 1st | 1st | Bio. | Off | Bio. | Bio. | Bio. | Off |
| | | | | | | | | | | | | | | |
| **Keeper 1** | Off | 2cd | 2cd | 2cd | Off | 2cd | 2cd | 2cd | 2cd | 2cd | 2cd | 2cd | Off | Off |
| | | | | | | | | | | | | | | |
| **Keeper 2** | 1st | 1st | Off | 1st | 2cd | 1st | Off | Off | Off | 1st | 1st | 1st | 1st | 1st |
| | | | | | | | | | | | | | | |
| **Keeper 3** | 2cd | 2cd | 1st | 1st | 1st | Off | Off | Off | 1st | 1st | 1st | Off | 2cd | 2cd |
| | | | | | | | | | | | | | | |
| **Horticulturist** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Summer Hours        Winter Hours

1st Shift  6:30 – 3:00        1st Shift  6:30 – 3:00
2cd Shift  10:00 – 6:30        2cd Shift  8:00 – 4:30

#20

**From:**        Bob King
**To:**          Melba Brown
**Date:**        2/19/02 8:11AM
**Subject:**     Re: Work station

A qualified yes... It should be fine, although I don't have much of a budget to procure much in the way of furniture. I will meet with you today so that we can go over your needs for space, etc. and lets see the best way to get you equipped. I am putting together shopping run for staples, so if there are any small *needs that you want, please put together a list.*

Thanks,
Bob

>>> Melba Brown 02/14/02 03:24PM >>>
Could I convert part of the basement into a suitable work station with partitions, a desk and file cabinets?

Melba

#21

## NARRATIVE REPORT:
### THE VISITING COMMITTEE'S FOLLOW-UP INSPECTION OF
### THE SMITHSONIAN NATIONAL ZOOLOGICAL PARK

The National Zoo was inspected for Accreditation in January of 2003. The Accreditation Commission tabled the application of the National Zoo. This report outlines the findings of the follow-up inspection conducted in February 2004. The visiting committee, composed of Eric Miller DVM, Paula Schaedlich and chair Thomas Meehan DVM visited the National Zoological Park on Thursday, February 12 (Meehan and Miller) and Friday, February 13, 2004 (Meehan, Miller and Schaedlich). In addition to the concerns identified during the accreditation inspection in January 2003, the team was aware of a number of allegations made regarding animal care at the zoo. These included a lengthy letter to the National Academy of Science (NAS) panel from the zoo's former associate pathologist, and the response to that letter from the zoo director. The inspection team determined that nearly all of these incidents occurred prior to the 2003 visit and were covered in that report. Additional issues of concern were addressed during the current inspection.

During the course of the inspection members of the team met with:

John Ballou, Acting Director of Conservation Biology
Melanie Bond, Biologist, Primate Unit
Ed Bronikowski, Associate Curator
Terri Cornetto, Acting Nutritionist
Sharon Deem DVM Staff Veterinarian
Bela Demeter, Biologist, Reptile Unit
Nancy Furlow, Public Affairs
Marie Gallaway, Biologist, Elephants
Jack Grisham, Associate Curator
Sarah Hallager, Biologist, Bird Unit
Jim Hilton, Safety Officer
Steve Hodgson, OFEO
David Kessler, Biologist, Small Mammal Unit
Tom LaRock, Executive Director of FONZ
Peper Long, Public Affairs
Carolyn Martin, Public Affairs
Linda Moore, Biologist, Marine Mammals
Marc Muller, OFEO
Suzan Murray DVM, Senior Veterinarian
Tom Myers, OFEO
Dave Polete, Commissary Manager
Roger Roscoe, Senior Keeper, Reptile Unit
James Schroeder, Deputy Executive Director of FONZ
Ed Smith, Biologist, Amazonia
Lucy Spelman DVM, Zoo Director

# 22

| | |
|---|---|
| **From:** | Bob King |
| **To:** | Melba Brown |
| **Date:** | 3/8/04 8:29AM |
| **Subject:** | Interview |

This is to confirm your interview for the Small Mammal Biologist position scheduled for this Thursday at 9:45 in the Lion/Tiger conference room.

Thanks,
Bob


**CC:**    Lisa Stevens;  Michael Davenport;  Sara Hallager

# 23

**From:**      Bob King
**To:**        Melba Brown
**Date:**      3/10/04 1:13PM
**Subject:**   Biologist Pd

Hello Melba - I wanted to give you a chance to review the PD for the biologist ahead of time so that you could see the duties and expectations.  Let me know if you have any questions.

Thanks,
Bob

#24

GS 9/11 Biologist (Red highlighted sections apply to GS 11 only)

Introduction

This position is located in the Department of Animal Programs, Smithsonian National
Zoological Park.  The National Zoological Park (NZP) exhibits living animal and plant
collections and conducts research in conservation biology and reproductive sciences to
provide educational and recreational environments for the visiting public. Our mission is
to study, celebrate, and help protect the diversity of animals and their habitats. The Zoo is
a beautiful 167-acre urban park in the heart of Washington DC, and is home to a
wonderfully diverse animal collection, ranging from hummingbirds to elephants. NZP
brings its visitors close to the animals with innovative exhibits that stimulate natural
behavior and provide well-being for the animals. NZP scientists work at the Zoo as well
as at the 3,150-acre Conservation and Research Center in Front Royal, VA, and in the
field.

Primary function of this position is to serve as a biologist for the Small Mammal House
collection and involves the care, breeding, conservation, exhibition, collection planning
and support of research for rare and endangered species of small mammals including
small primates, rodents, tree shrews, felids, small canines and carnivores, insectivores,
endentates, and other varied species.  Included within the Small Mammal collection are
birds, reptiles, fish and amphibians.  Attached to the Small Mammal Unit is the Kid's
Farm.  As a secondary function, the biologist will serve in a back-up role for the Biologist
position in the Kid's Farm.

Major Duties

Under the general guidance of the Assistant Curator (Supervisory Biologist), incumbent is
responsible for:

-   All aspects of the daily care of the National Zoological Park's collection of exotic and
    often endangered species of Small Mammals.  This includes the development
    of techniques and procedures for proper diet preparation and food
    presentation, sanitation, capture, restraint, shipping, moving, introduction and
    separation of animals.  Works with Animal Health and Pathology staff in
    developing a program of preventative medicine that satisfies their program
    goals.  Procedures are communicated to other department staff. This position
    will serve as a primary back-up to the keeper staff and will perform regular
    keeper duties as needed.

-   Coordination of programs involving volunteer (keeper aide and interpreter) and
    keeper training, record keeping, public education, and support services
    (maintenance, commissary, supply) in support of program goals.  Procedures
    are communicated to other department staff and implemented in consultation
    with the assistant curator and other zoo and field professionals.

- Preparation of reports for and communicating recommendations from local. national, and international conservation and zoological organizations.

- Keeping complete and accurate records on animals in the small mammal collection. Works with department records keeper to ensure centralized entry and preservation of the records.

- Developing plans for species management which reflects the needs of exhibition, environmental enrichment. education, research and conservation aims of the unit. Solicits. prepares and presents ideas for improvements in exhibits and programs which best represent and demonstrate the interrelationship of biological factors.

- Participation in a program of applied and husbandry research which will enhance management of the NZP collection and prepares and presents reports on advances in management techniques to colleagues in the field. Keeps abreast of pertinent literature and disseminates information appropriate to management goals. Provides assistance for research conducted in collaboration with scientists from within and outside the Institution.

- Providing assistant curator, various departments and offices of NZP with accurate and complete information to be used in labels, graphics and other materials that interpret the animal collection. Responsible for editorial review of message content and accuracy of information to be used in public programs.

- Coordination of zoo education programs with that department. Schedules school and public programs so that unit resources and personnel are utilized appropriately. Works with FONZ and education departments and assistant curator in the development of new education programs.

- Coordination of volunteer programs for the unit with FONZ. Facilitates recruitment. training, scheduling and evaluating volunteers.

## Factors

1.   Knowledge required by the position

Position requires a working knowledge of the principles of conservation and management of wildlife in a captive setting. ecology and natural history of small mammals. Must be able to apply these biological facts. principles, methods. techniques and procedures to the management and exhibition of captive animals in a zoological park setting, especially in the areas of husbandry and population management. Position requires the understanding of, and ability to communicate (through exhibits and education programs) the concept of the interdependence of life. A demonstrated knowledge of all aspects of daily care for

Melba Brown - Small Mammal Biologist PD WG 9&11.doc                                    Page

)

exotic captive animals along with the understanding of how to apply this knowledge for
successful management are prerequisites. Incumbent must be able to assist in conducting
research programs, both pure and applied, and be able to conduct all procedures and
coordinations with other departments of the NZP on an independent and self-directed
basis. Computer literacy is required. Incumbent must be able to conduct all aspects of
the supervision of a volunteer program, including development of a volunteer staff and
relationship with FONZ.

2.      Supervisory Controls

Works under the general supervision of the assistant curator of Small Mammals and the
Kid's Farm who determines the objectives and discretions and approves plans submitted
to implement goals. Assignments of a continuing nature are completed independently.
Work is reviewed and measured by results.

3.      Guidelines

Guidelines are provided in the form of general instructions and approval of
recommendations made to the department head through the assistant curator. Specific
guidelines are in the form of information taken from the scientific literature,
correspondence with other professionals in the field, and a review of zoo policy and past
procedures. The incumbent will coordinate NZP goals with national and international
breeding programs for the conservation and management of rare, threatened and
endangered species of small mammals.

4.      Complexity

Position includes participation to some degree in all aspects of a Zoologist's position and
repeatedly requires incumbent to develop and expand upon programs and assignments.
Information of the care, exhibition, propagation and management of small mammals in a
zoological park setting must be obtained and synthesized from many sources, and
systematically organized to be useful in the day-to-day operations of the unit.

5.      Scope and Effect

The scope of work relates to the NZP animal collection, its care, exhibition and
management. The success of the incumbent influences the extent to which the zoo can
manage and conserve species and effectively exhibit animals while promoting and
improving an enlightened conservation ethic to the public. The ability to systematically
develop techniques for the enhanced management of small mammal species and educate
the visitor about those species, both in captivity and the wild, will contribute to the
success of NZP.

6.      Personal Contacts

;

Contacts a variety of scientific and management personnel within the zoo and the Smithsonian Institution, in other zoo and scientific communities and in the field.

7.    Purpose of Contacts

To seek to expand the base of knowledge which will contribute to the enhanced care, management, interpretation and exhibition of the small mammal collection, to further research projects and improve management of resources assigned to the unit.

8.    Physical demands

Works long periods of standing, stooping, walking, and lifting light loads while carrying out animal care responsibilities.

9.    Working Conditions

Work may be in a typical office, outdoors or in buildings housing exotic primate species. A variety of weather conditions may exist as well as high temperatures/humidity in indoor environments.

*New Schedule went up today*

*# 25*

| 2004 PP# 5   From: 3-7-2004   To: 3-20-2004 | WORK SCHEDULE   As of 2-20-2004   Small Mammal Unit: SMH, PB |
|---|---|

| March | 7 Su | 8 M | 9 Tu | 10 W | 11 Th | 12 F | 13 Sa | 14 Su | 15 M | 16 Tu | 17 W | 18 Th | 19 F | 20 Sa |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marlow | 5 | 5 | Off | 5 | 5 | 5 | Off | Off | 5 | 5 | 5 | Off | 5 | 5 |
| Brown | Off | 4 | 3 | 2 | 4 MAM | Off | 3 | 3 MAM | 1 | 2 MAM | 4 KP | 5 | Off | Off |
| Kessler | 2 | Biologist KP | Off | Biologist | Biologist MAM | Biologist | Off | Off | Biologist | Biologist | Biologist MAM | Off | Biologist | 4 MAM |
| Smith | Off | 2 MAM | 2 KP | Off | 2 | 2 | 2 | 2 KP | Off | Off | 2 | 2 KP | 2 | 2 |
| Smithson | 3 | 3 | 3 | 3 KP | 3 | Off | Off | Off | 3 KP | Projects | 3 | 3 MAM | Off | 3 |
| Moyers | Off | Off | 1 MAM | 1 | 1 KP | 1 | 1 MAM | 1 | Off | 1 KP | 1 | 1 | 1 KP | Off |
| Guglielmo | 1 MAM | 1 | 4 | Off | Off | 2 KP | 5 | 5 | 2 MAM | 3 | Off | Off | 3 | 1 KP |
| Lombardi | 4 KP | Off | Off | 4 MAM | Projects | 4 | 4 | 4 KP | 4 | 4 | Off | 4 | 4 MAM | Off |
| King | Off | | | | | | Off | Off | | | | | | Off |
| "On Point" | Rico | | | | | | Stevens | Stevens | | | | | | |

2004 PP 6   From 3-21-2004  To 4-4-2004   WORK SCHEDULE  As of 3-17-2004   Small Mammal Unit: SMH, PB

| March/April | 21 Su | 22 M | 23 Tu | 24 W | 25 Th | 26 F | 27 Sa | 28 Su | 29 M | 30 Tu | 31 W | 1 Th | 2 F | 3 Sa |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marlow | | | Off | | | | Off | Off | | | | Off | | Off |
| Brown | Off | | | | | Off | | | | | | | Off | Off |
| Kessler | Quar | Biologist | Off | MMM | MMM | Biologist | Off | MMM | Biologist | Biologist | KP Biologist | Off | Biologist | |
| Smith | Quar | Quar | | KP Off | | MMM | | | KP Off | Quar Off | MMM Projects | | MMM | MMM |
| Smithson | | MMM | Quar | | Quar | Quar | KP Off | Off | | | | KP | | Quar |
| Moyers | Quar Off | Quar | Quar Projects | Quar | Quar | | | | Quar Off | Quar | Quar | Quar | | Quar Off |
| Guglielmo | | | MMM | Off | KP Off | MMM | | | | KP | Off | MMM | KP | |
| Lombardi | MMM | KP Off | | | | | Quar | MMM | | Off | | | Quar | KP Off |
| King | KP Off | | Quar | | | KP Off | Quar Off | Quar | | | | Quar | Quar | Off |
| "On Point" | | | | | | | | | | | | | | |

→ This reflects David Kessler being assigned to Quar to work with new animals – Quar is a new assignment

ZooNet - Keepers Reports

#26



HOME
Form
View Report
View Dept.
View Line

| You entered the following info: Brown, Melba | Dept: Small Mammals | Date: 03/22/04 | Shift: 8-4:30 | Line No: 4 |
|---|---|---|---|---|

**1. Births, Deaths, Animals Rec'd or Shipped, Moves (Cage No.'s)**

**2. Diet Issues: food Changes, animals off feed, animals weights:**

**3. Animal Behaviors: reproductive behaviors, aggresion, eggs laid, infant development, unusual behavior, etc**

**4. Exhibit Maintenance (water quality, renovations, enrichment, pest control, etc.**

-cleaned and fed line 4 w/ Linda
-AM kp duties/ salad prep & food order checked and put away
-food prep
-Bob informed me of selection for Biologist's position
-pm feeding lines 3& 4
-pm KP duties

**5. Special Projects: Major exhibit cleaning, display changes, scientific studies/research**

**6. Requests for Materials: Special foods, tools, etc.**

**7. Requests for maintenance:**

**8. Medical Issues (injuries, illnesses, medicine given, vet visits, etc.)**

-Leopard cat M111563 rec'd 1/2 tab enalopril po sid
-GHLT F106960 rec'd pm dose of ibuprofen
-Saki M110990 rec'd .245 budesonid po sid
-medicated Patrick Squirrel in pm M110010 rec'd 0.4cc cephalexin

#27

| | |
|---|---|
| From: | Melba Brown |
| To: | Lisa Stevens |
| Date: | 3/22/04 3:19PM |
| Subject: | Biologist Selection |

Lisa,  Bob informed me of the decision today and I would like to ask you why I was not selected as the Biologist.

Melba

#28

| | |
|---|---|
| **From:** | Melba Brown |
| **To:** | Michael Davenport |
| **Date:** | 3/22/04 3:23PM |
| **Subject:** | Biologist Selection |

Michael, Bob informed me of the selection for the Biologist's position.  Why was I not selected for this promotion?

Melba

#29

**From:**      Melba Brown
**Date:**      3/22/04 3:26PM
**Subject:**   Biologist Position

Sara, Bob informed me of the selection today and I would like feedback from you concerning the decision.

Melba

#30

**From:**     Bob King
**To:**       Small Mammal House
**Date:**     3/22/04 1:47PM
**Subject:**  Small Mammal House Biologist

I am pleased to report that David Kessler has been selected as the permanent Biologist for the Small
Mammal Unit.  Please join me in congratulating him as he assumes the full duties of the Biologist.

Thanks,
Bob

Bob King
Assistant Curator,
Small Mammals, Kid's Farm, and Propagation
Smithsonian's National Zoo
3001 Connecticut Ave., NW
Washington, DC  20008
(202) 673-4745
kingr@nzp.si.edu


**CC:**       Annetta McRae;  Bill Xanten;  Curators;  David Polete;  Edward Bronikowski;  Jack
Grisham;  Teri Cornetto;  vet staff

#31

**From:**      Lisa Stevens
**To:**        Brown, Melba
**Date:**      3/25/04 3:41PM
**Subject:**   Re: Biologist Selection

Melba, sorry it has taken me a few days to get back to you. It has been a busy week with the gorilla shipment and everything else!

I did not feel you interviewed well for the job. I did not think you provided very concise answers or that you projected a strong programmatic vision for the unit. It is important to get feedback, when you are not selected for a position. Thanks for caring to ask. Please let me know if you have further questions. Email is very impersonal so lets speak in person!

>>> Melba Brown 03/22/04 03:19PM >>>
Lisa, Bob informed me of the decision today and I would like to ask you why I was not selected as the Biologist.

Melba

 **Smithsonian Institution**    #32    04JW-1108

Office of Human Resources

## Vacancy Announcement

24 HOUR DIAL-A-JOB: (202) 287-3102

*On April 20 '04 he handed me this job announcement the interview after David was selected*

AN EQUAL OPPORTUNITY EMPLOYER

OPENING DATE:    April 07, 2004

CLOSING DATE:    April 21, 2004

| POSITION TITLE/ SERIES AND GRADE | ORGANIZATION | ANNOUNCEMENT NUMBER |
|---|---|---|
| Supervisory Museum Specialist GS-1016-12 Salary: $60.638-$78.826 | National Museum of Natural History Department of Public Programs Office of Education (PP-04-26) | 04JW-1108 |

**DUTY LOCATION:** Washington, DC

**AREA OF CONSIDERATION:** The following Smithsonian Institution employees may apply: current employees in the (National Museum of Natural History) with Federal civil service competitive status, employees who are veterans with 30% disability eligibility, and employees with a disability who are eligible under a special appointing authority. The Smithsonian provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for the application/hiring process, please call (202) 275-1102 (voice) or (202) 275-1110 (TTY).

**NOTE: THE PERSON SELECTED FOR THIS POSITION MAY BE SUBJECT TO AN 18-MONTH PROBATIONARY PERIOD FOR SUPERVISORS/MANAGERS.**

DUTIES: Manages the Office of Education's Visitor/School Services unit, which includes: conceptualizing, developing, coordinating, promoting, and managing educational activities, programs, and products of the unit, including the Discover Program and Docent Programs. Provides supervision to a staff of five employees while performing the administrative and personnel management functions. Conceives, develops, and implements creative education programs based on the Museum's exhibits and research. Coordinates all space management activities, from space utilization planning, scheduling, and directing office, storeroom, and collection moves for the Office of Education and its facilities. Collaborates with curators, scientists, researchers, designers, editors, and exhibit developers during the planning of geology, paleontology, and zoology exhibits. Develops and applies project management procedures to implement strategic plans.

QUALIFICATIONS: Applicants must have one year of specialized experience equivalent to the next lower grade level. Specialized experience is defined as experience which has equipped the applicant with the particular knowledge, skill, and abilities to perform successfully the duties of the position, which is related to the operation or management of a museum or similar collection of valuable objects. Examples of qualifying specialized experience include: collections management, registration, cataloging, research, preservation, restoration, or conservation of collections of museum material, or other experience related to the position to be filled.

**Selective Factors:** *Applicants must meet <u>all</u> of these mandatory requirements in order to be considered qualified to compete for a position.*

1. Ability, demonstrated by experience, to initiate, develop, and implement strategic and operating plans related to program development, educational outreach, and financial and personnel management in a natural history museum environment.
2. Ability, demonstrated by experience, to produce exhibit-based, educational, activities, products, and programs in the earth and life sciences.
3. Knowledge of the earth and life sciences.

**Quality Ranking Factors:** *These factors are not mandatory to be considered for a position, but will be used to determine who are the highest qualified candidates among those who meet the selective factors.*

1. Ability, as evidenced by demonstrated experience, to supervise a diverse work force.
2. Ability, as evidenced by demonstrated experience to initiate, develop, and/or implement strategic and operating plans.
3. Ability to plan and implement a professional development program for docents in a natural history museum.
4. Ability to produce educational activities, products, and programs in natural history for museum outreach at the museum and to schools.
5. Ability to collaborate with educators, exhibitors, museum curators, scientists, and other specialists to advance the production of educational programs and projects for museum outreach at the museum and to schools.

**NOTE: RELOCATION EXPENSES WILL NOT BE PAID**

**How to Apply:**

1. The Smithsonian Institution does not require a standard application form, but we need certain information to evaluate your qualifications. You may apply using a resume, the Optional Application for Federal Employment, or any other written application form you choose, including an SF-171, Application for Federal Employment. See page 3 for further instructions. (Note: If you use an SF-171, do not answer questions 38-47. Job finalists will be asked to complete a Declaration for Federal Employment. The information on this form will be used to determine suitability for Federal employment and to authorize a background investigation, if required.)

2. Clearly describe in your resume or application your work experience, education and/or training as it relates to this vacancy. It is very important that you fully address how your work experience and education/training meet **both the specialized experience** requirement and the **selective factors** . This information will be used to determine whether or not you are qualified for this vacancy. Selective factors establish qualifications to be eligible to compete for the position. Quality Ranking Factors are not mandatory but are used to determine who are the highest qualified candidates among those eligible to compete for the position. Therefore, it is to your benefit to provide a full description of your experience, education/training relative to the job requirements of this vacancy.

3. **Current Federal employees** should submit a copy of their most recent annual performance appraisal and a copy of most recent complete SF-50.

Applications must be received by the closing date and may be submitted in the following ways:

**Mail:** Smithsonian Institution, Office of Human Resources, P.O. Box 50638, Washington, DC 20091.
**Fax:** 202-275-1114
**Hand Deliver or FEDEX:** 750 Ninth Street, N.W. Suite 6100, Washington, DC 20560.

To obtain information on the Federal Hiring Process, hear about other Smithsonian vacancies, or request vacancy announcements, an Optional Application for Federal Employment (OF-612), or an SF-171, call our automated Jobline on (202) 287-3102 (accessible 24 hours, 7 days a week).

For further information please call (202) 275-1102 (voice) or (202) 275-1110 (TTY).

Page 2, 04JW-1108                                                                    ORG ONLY

#33

 Smithsonian Institution

Date:  June 24, 2004

Subject:    **Diversity and Equal Employment Policy Statement**

The Smithsonian Institution reflects the growing contributions of our diverse population through its magnificent display of programs, activities, and exhibits. As we seek to further our understanding of this mosaic that is our national identity, we must demonstrate our appreciation for, and achievement of, diversity at all levels and in every aspect of the Institution's operations. I am personally committed to creating and maintaining a workforce at the Smithsonian that ensures all employees are treated equitably in an environment that is free from discrimination regardless of one's race, color, national origin, religion, gender, age, disability, parental status, marital status, or sexual orientation. Therefore, I ask you to join me in making this a reality through your conformance with and support of this policy.

Our approach will be based on maximum inclusion, cooperation, and respect for the uniqueness that a diverse people can bring to any successful venture.  All personnel practices, including recruitment, hiring, promotion, assignments, training, and separation, will be conducted in a manner that ensures fair treatment of all individuals. In addition to diversity in our workforce, we will have full diversity in our programs, exhibits, and educational activities to attract new audiences who previously have not been represented in these areas.

To achieve true diversity, we will have to do more than focus on representation. We will demonstrate our understanding and respect for all contributions and capitalize on our physical, cultural, and social differences. Every employee is a partner in fostering a workplace where everyone is valued and has confidence that merit is the basis for employment decisions. Managers at all levels, and their supervisors who report to them, are responsible for achieving diversity and will be held accountable through annual performance appraisals. All supervisors must attend the "EEO for Supervisors" course as well as recommended training in personnel management.

When embraced and managed effectively, diversity increases productivity, broadens perspectives, improves morale, and fosters creativity.  Our success will be evident by our ability to attract and retain employees who are committed to moving us toward our goal of connecting Americans with their history and their culture.

Lawrence M. Small
*Secretary*

#34

From:        SI Email Announcements
To:          . . . .
Date:        7/7/04 4:11PM
Subject:     Smithsonian Prevention of Workplace Harassment Policy Statement is Available to all
Employees!

*** Please do not reply to this e-mail. Smithsonian Announcements are sent from an unattended mailbox.
***

Smithsonian employees are encouraged to obtain, read, and retain in their personal files a copy of the
Smithsonian's Prevention of Workplace Harassment policy statement (dated July 1, 2004).

A copy of the new Policy can be easily printed or saved to your desktop by clicking on the
http://prism.si.edu/pdf/Prevention%20of%20Workplace%20Harassment%20070104.pdf or by contacting
your unit's EEO or Administrative Officer - or - the Office of Equal Employment and Minority Affairs
(OEEMA).

**Information Related to the Prevention of Workplace Harassment Policy Statement:**

This policy statement -
· Replaces the current Prevention of Sexual Harassment policy (Announcement 01-002, July 1, 2001);
· Clarifies the Smithsonian's prohibition of all forms of illegal harassment (based on race, color, religion,
national origin, sex [whether or not of a sexual nature], age, disability);
· Prohibits harassment based on sexual orientation, marital status or parental status;
· Updates the definition and examples of harassment; and
· Retains the three-year prevention of harassment training requirements.

**For further information or if you have questions, please:**
· Call OEEMA on (202) 275-0145 or
· Forward an email to Paula Fletemeyer (fletemey@si.edu).

#35

From:        SI Email Announcements
To:          * * *
Date:        8/11/04 3:31PM
Subject:     Diversity and Equal Employment Policy Statement


*** Please do not reply to this e-mail. Smithsonian Announcements are sent from an unattended mailbox. ***

The revised Diversity and Equal Employment Policy Statement, dated June 24, 2004, is available on Prism at http://prism.si.edu/ocio/cssd/si_announce_courtesy/diversity-policy.pdf and under News Flash.

The policy reaffirms the Smithsonian's commitment to providing an environment that is free from discrimination regardless of one's race, color, national origin, religion, gender, age, disability, parental status, marital status, or sexual orientation. The policy continues to mandate the attendance of managers and supervisors in the "EEO for Supervisors" course. It also requires them to be held accountable for achieving diversity through annual performance appraisals.

For further information on this message contact Carol Gover, Office of Equal Employment & Minority Affairs, 202-275-0150 or goverc@si.edu.



CC:          SI Email Announcements

# 36

Position Description – **Animal Keeper – WG-9**                                    1

## INTRODUCTION

This position is located in the Department of Mammology, National Zoological Park, and is directly supervised by the Curator of the assigned unit.

The function of the keeper is to perform the described duties, most of which require specialized skills that result in the proper care, feeding, exhibition and propagation of a collection of wild exotic animals many of whom are rare and endangered.  The keeper is also responsible for maintaining a presentable exhibit so that the animal may be shown to the public in an attractive setting.  At this level, one is considered a journeyman in the craft of animal care.

All duties are performed in accordance with established policies and procedures of the Office of Animal Programs.  The incumbent is informed of any changes governing policies and procedures by the Animal Manager and/or Curator who are available for consultation when new or unusual problems arise.  Assignment areas will normally include any or all cages and enclosures in the assigned unit.  The keeper receives technical supervision and daily work assignments from the Animal Manager of an assigned section of the unit.

## DUTIES

The incumbent will follow a prescribed schedule for the daily completion of the following duties:

e.  Cleaning of animal enclosures, including hosing, sweeping, scrubbing, raking, and removal and disposal of manure, unconsumed food, and other refuse.

f.  Maintenance of enclosure materials, such as trimming and watering of plants, and cleaning and maintenance of perches, nest boxes, feed containers, and decorative materials, and provision of nesting and bedding material.

c.  Feeding and watering of all animals, including measurement and preparation of feed items and prepared diets, placement in feed pans or other containers, and timely distribution and placement in animal enclosures.

e.  Cleaning of service areas and of public areas adjacent to the animal enclosures.

e.  Inspection of all animals at specific times to insure security of animals in proper enclosures and to assure prompt reporting of illness or abnormal behavior.

For these routing duties, the incumbent will adhere to standard operating procedures including list of mandatory daily duties and the normal order and time in which they should be completed. Incumbent confers at all times with the Animal Manager of the assigned section when problem situations arise.

Prepare reports on a daily or periodic basis, as instructed, to be presented to the Animal Manager while working on an assigned line. May be asked to note and record relevant observations on animals and record these on the daily report. Examples, such as breeding encounters, nesting activity, courtship rituals, aggression between cage mates, feeding by offspring would be considered relevant. The keeper may be expected to learn and be familiar with the terminology used in keeping the records such as common names or scientific names of animals.

Maintains a close watch over the animals in the collection for symptoms of sickness, injury or other unusual conditions and reports information to the Animal Manager and/or Curator, in their absence, to the Veterinarian. When it is necessary, the keeper will capture, handle, crate, uncrate, transport, mark, force feed or restrain any animal in the assigned area. This will involve aiding the Veterinarian in administering treatment to animals, or under instructions from the Animal Manager independently giving prescribed medicines to an animal, administering first aid, and feeding and hand rearing newborn or abnormal animals.

The keeper will, in accordance with specifications, prepare the animal diets for all the animals in the assigned area when called upon to do so. The keeper will increase or decrease the diets as instructed by the Animal Manager and/or Curator and may recommend changes in feed and feeding sites from observations to the Animal Manager and/or Curator. All animals must be given water as required.

At this journeyman level, the keeper will use proper nest boxes, nest materials and nest sites in attempting to get animals to breed and raise young. Uses proper techniques of young animal care including correct methods of collecting and incubating eggs with special regard to preventing injury to the animals. The keeper may be asked to aid or participate in projects carried out by other NZP offices that involve the scientific study of the collection. The keeper may either under the supervision of the Curator, Animal Manager or others actively carry out an independent study project on the collection animals.

Incumbent assists Animal Manager in the development and construction of new exhibits. May be asked to collect exhibit materials such as logs, rocks, sand, dirt and gravel. The keeper also monitors conditions of all exhibits in an assigned section, including plants and foliage, perches, logs, nesting boxes and substrate materials. Maintains the exhibits in an assigned section in a clean and orderly condition.

The incumbent may be asked to train and instruct lower grade employees in any or all of the above duties assigned to the WG-9 animal keeper. Examples, such as animal husbandry techniques, understanding of the animals in an assigned section, and the zoological principles involved as well as operating procedures.

Position Description – **Animal Keeper – WG-9**                                                                      3

Must be familiar with all safety, first aid and emergency equipment and procedures in the unit.  The keeper must be familiar with security procedures for all areas of the section, to prevent animal escapes, injury to visitors, and malicious damage to the animals.

Makes recommendations to supervisors regarding establishment or modification of procedures that will make the unit more effective in reaching its objectives.

The keeper may be required to drive an automobile, scooter or small truck to do incidental driving such as transporting animals to other zoos, to depots of public transportation or to the Conservation Center.

May be required to work any assigned eight-hour shift during the 24-hours of operation and is subject to call at any time.  Must be available for duty on weekends and holidays.

Performs other related duties as assigned.


## PHYSICAL REQUIREMENTS AND CONDITIONS:

This position requires considerable walking, standing, heavy lifting up to 100 pounds, stooping, and other types of physical effort and dexterity in moving and distributing animals, animal feed, cage materials, equipment, and in opening and closing cage doors and gates.  Although safety measures are taken, there is always a hazard or injury in working with exotic and unpredictable animals.

Incumbent will be required to work both indoors and outdoors during all types of weather, and may be required to work in areas which are hot, cold, dusty, odorous, or with high humidity, as well as in closed areas and cramped spaces.

#37

GS 9/11 Biologist – Small Mammal House (120 Day Detail)

## Introduction

This position is located in the Department of Animal Programs, Smithsonian National
Zoological Park.   The National Zoological Park (NZP) exhibits living animal and plant
collections and conducts research in conservation biology and reproductive sciences to
provide educational and recreational environments for the visiting public. Our mission is
to study, celebrate, and help protect the diversity of animals and their habitats. The Zoo is
a beautiful 167-acre urban park in the heart of Washington DC, and is home to a
wonderfully diverse animal collection, ranging from hummingbirds to elephants. NZP
brings its visitors close to the animals with innovative exhibits that stimulate natural
behavior and provide well-being for the animals. NZP scientists work at the Zoo as well
as at the 3,150-acre Conservation and Research Center in Front Royal, VA, and in the
field.

Primary function of this position is to serve as a biologist for the Small Mammal House
collection and involves the care, breeding, conservation, exhibition, collection planning
and support of research for rare and endangered species of small mammals including
small primates, rodents, tree shrews, felids, small canines and carnivores, insectivores,
endentates, and other varied species.  Included within the Small Mammal collection are
birds, reptiles, fish and amphibians.

## Major Duties

Under the general guidance of the Assistant Curator (Supervisory Biologist), incumbent
is responsible for:

-   All aspects of the daily care of the National Zoological Park's collection of
    exotic and often endangered species of Small Mammals.  This includes the
    development of techniques and procedures for proper diet preparation and
    food presentation, sanitation, capture, restraint, shipping, moving, introduction
    and separation of animals. Procedures are communicated to other department
    staff. This position will serve as a primary back-up to the keeper staff and will
    perform regular keeper duties as needed.

    *Enrichment*

-   Coordination of programs involving volunteer (keeper aide and interpreter)
    and keeper training, record keeping, public education, and support services
    (maintenance, commissary, supply) in support of program goals.  Procedures
    are communicated to other department staff and implemented in consultation
    with the assistant curator and other zoo and field professionals.

-   Keeping complete and accurate records on animals in the small mammal
    collection.  Works with department records keeper to ensure centralized entry
    and preservation of the records.

- Developing plans for species management which reflects the needs of exhibition, environmental enrichment, education, research and conservation aims of the unit. Solicits, prepares and presents ideas for improvements in exhibits and programs which best represent and demonstrate the interrelationship of biological factors.

## Factors

1. Knowledge required by the position

Position requires a working knowledge of the principles of conservation and management of wildlife in a captive setting, ecology and natural history of small mammals. Must be able to apply these biological facts, principles, methods, techniques and procedures to the management and exhibition of captive animals in a zoological park setting, especially in the areas of husbandry and population management. Position requires the understanding of, and ability to communicate (through exhibits and education programs) the concept of the interdependence of life. A demonstrated knowledge of all aspects of daily care for exotic captive animals along with the understanding of how to apply this knowledge for successful management are prerequisites. Computer literacy is required.

2. Supervisory Controls

Works under the general supervision of the assistant curator of Small Mammals and the Kid's Farm who determines the objectives and discretions and approves plans submitted to implement goals. Assignments of a continuing nature are completed independently. Work is reviewed and measured by results.

3. Guidelines

Guidelines are provided in the form of general instructions and approval of recommendations made to the department head through the assistant curator. Specific guidelines are in the form of information taken from the scientific literature, correspondence with other professionals in the field, and a review of zoo policy and past procedures.

4. Complexity

Position includes participation to some degree in all aspects of a Zoologist's position and repeatedly requires incumbent to develop and expand upon programs and assignments. Information of the care, exhibition, propagation and management of small mammals in a zoological park setting must be obtained and synthesized from many sources, and systematically organized to be useful in the day-to-day operations of the unit.

5.    Scope and Effect

The scope of work relates to the NZP animal collection, its care, exhibition and management.  The success of the incumbent influences the extent to which the zoo can manage and conserve species and effectively exhibit animals while promoting and improving an enlightened conservation ethic to the public.  The ability to systematically develop techniques for the enhanced management of small mammal species and educate the visitor about those species, both in captivity and the wild, will contribute to the success of NZP.

6.    Personal Contacts

Contacts a variety of scientific and management personnel within the zoo and the Smithsonian Institution, in other zoo and scientific communities and in the field.

7.    Purpose of Contacts

To seek to expand the base of knowledge which will contribute to the enhanced care, management, interpretation and exhibition of the small mammal collection, to further research projects and improve management of resources assigned to the unit.

8.    Physical demands

Works long periods of standing, stooping, walking, and lifting light loads while carrying out animal care responsibilities.

9.    Working Conditions

Work may be in a typical office, outdoors or in buildings housing exotic primate species. A variety of weather conditions may exist as well as high temperatures/humidity in indoor environments.

#38

# NATIONAL ZOOLOGICAL PARK, SMITHSONIAN INSTITUTION
## PERFORMANCE APPRAISAL FORM
### (Complete "Actual Achievement" on following page and attach "Performance Plan and Standards")

| EMPLOYEE: LAST NAME, FIRST NAME, MIDDLE INITIAL<br>Brown, Melba | ORGANIZATIONAL UNIT AND LOCATION<br>Animal Department - Small Mammal Unit | | |
|---|---|---|---|
| POSITION TITLE<br>Animal Keeper | SERIES AND GRADE<br>WG-5001-9 | APPRAISAL PERIOD | |
| | | FROM<br>1 Jan., 2003 | TO<br>31 Dec., 2003 |

## SUMMARY PERFORMANCE RATING DETERMINATION

☒ OUTSTANDING. Performance has exceeded standards for all critical elements. Performance has met or exceeded standards for all non-critical elements.

☐ HIGHLY SUCCESSFUL. Performance has exceeded standards for 50% or more of the critical elements. Standards for remaining critical elements have been met and the standards for all non-critical elements have been met or exceeded.

☐ FULLY SUCCESSFUL. Performance for all elements, critical and non-critical, has met the standards.

☐ IMPROVEMENT NEEDED. Performance on all critical elements has met standards. However, improvement is needed to meet standards for one or more non-critical elements.

☐ UNACCEPTABLE. Performance on one or more critical elements has not met the standards. Action taken and/or recommended:

Reason for rating:

☒ End of annual cycle          ☐ Employee or Supervisor reassigned

☐ Employee leaving agency        ☐ Other(Specify):

| RATING OFFICIAL'S SIGNATURE | Bob King, Assistant Curator<br>TYPED NAME AND TITLE | 24-Mar.-2004<br>DATE |
|---|---|---|
| REVIEWING OFFICIAL'S SIGNATURE | Jack Grisham, Associate Curator<br>TYPED NAME AND TITLE | 5/21/04<br>DATE |
| EMPLOYEE'S SIGNATURE | | 24 Mar 04<br>DATE |

I have reviewed the completed performance document and it has been discussed with me. My signature does not necessarily mean that I agree with all of the information in it or that I forfeit any rights of review. (Comments may be attached.)

As a professional Animal Keeper in the Small Mammal Unit, Melba brings in many good qualities. Of particular note is her work in support of education and outreach. Melba has shown independent initiative to develop educational demo components that have significantly improved the interpretive program. In addition, she regularly makes herself available for special tours and VIP demos and offers thoughtful and insightful comments for improving these events.

During this rating period there has been one breakdown in communication between Melba and one of her coworkers. This breakdown resulted in a level of distrust between the parties and a poor working relationship. Both parties share some culpability in the matter. Had either one worked closer with their direct supervisor(s), this could have been avoided. On a positive note, Melba has shown a willingness to sit down with the other party, discuss the incident and try and develop a working dialog between them.

Melba currently serves as a floating keeper. As a floater, she works the 4 animal lines independently. In this role, she does an excellent job. A requirement to excel in this role includes flexibility, knowledge of the entire collection, and superb observation skills – all of which she does extremely well. A drawback in this role is that she lacks "ownership" with a particular set of exhibits or area. To counter this drawback, I would like to suggest, defining additional roles or responsibilities.

For this coming year some areas for professional development should include:
1) Working with the curator and biologist to define a long-term project that would be beneficial to the unit and rewarding for you.
2) Participation with the Volunteer Interpreters, including leading at least one evening class or training.
3) Publication or Poster Preparation for presentation in a peer-reviewed journal or conference.

| NZP PERFORMANCE APPRAISAL FORM | | | | | |
|---|---|---|---|---|---|
| **ACTUAL ACHIEVEMENT** | | | | Performance Standard | |
| For each numbered element, enter the element name as listed in the Performance Plan and Standards followed by comments (required for ratings of Not met and Exceeded, optional for Met). Check whether element is Critical or Non-critical as shown in the Performance Plan and Standards. Enter check mark to indicate if performance standard listed in Performance Plan and Standards was Exceeded, Met or Not met. | Critical | Non-critical | Exceeded | Met | Not met |

| | | | | | |
|---|---|---|---|---|---|

1. EXHIBITION: Responsible to the the Supervisor for the overall appearance of animal exhibits. ☒ ☐ ☒ ☐ ☐
This includes the general appearance of the exhibits and the ensuring all maintenance needs are
properly reported.

a) Ensures that exhibit exteriors are clean and attractive.

Exceeded

b) Ensures that exhibit interiors are kept clean and attractive so they do not detract from the animal
or plant being exhibited. This component must be exceeded in order to qualify for an "Exceeded"
rating for this element.

Exceeded

c) Properly stores all tools, electrical lines, hoses and other mechanical devices or adequately
conceals these items so as not to detract from the exhibit.

Exceeded

d) Ensures that all plants associated with exhibits are provided with adequate water, are trimmed
and pruned as needed, and removed when their appearance detracts from the exhibit. This
component must be exceeded in order to qualify for an "Exceeded" rating for this element.

Met

e) Exhibit interiors creatively designed and decorated so that the animals' needs can be met while
presenting the desired exhibit message.

Exceeded

f) Performs a daily inspection of cagework, exhibit furniture, mechanical systems, and applicable
life support systems within assigned areas and taking corrective measures in addition to reporting
problems to the supervisor.

Met - During this period an uncovered drain cover was noted in an exhibit serviced by you the day
before. Although this may have been left off by a volunteer, it is important that you do a complete
inspection of the exhibits after they have serviced them.

g) Properly uses and stores chemicals used for cleaning and maintenance.

Exceeded

h) Exhibits knowledge of safety procedures and protocols including participation in escaped animal
procedures. Ensures that animal exhibits and adjacent areas are properly secured. Because of the
importance of this component, having any animal escape due to unsecure enclosures or improper
shifting will result in a "Not Met" rating for this element.

Exceeded

To qualify for an "Exceeded" rating, employee must exceed on at least 6 of the 8 components.
Failure to meet at least 5 of the components (including h) will result in a "Not Met" rating for this
element.

2.  HUSBANDRY: Responsible for the quality of animal care.   ☒ ☐ ☒ ☐ ☐

a)  Properly prepares animal diets that follow Department of Nutrition Guidelines.  Delivers all diets
in a manner that minimizes competition while ensuring that each animal gets a proper share.
Because of the importance of this component, failure to follow DON guidelines or failing to feed
and give water to an animal will result in a "Not Met" rating for this element.

Met

b)  Monitors consumption of water and diet and properly notes changes from normal or expected
patterns.

Exceeded

c)  Presents food in a manner that minimizes waste or water fouling and aides in pest control.

Exceeded

d)  Performs multiple daily inspections of all animals so that sick animals are quickly noted and
appropriate actions taken.  Keeper demonstrates an ability to detect symptons of stress and illness.
Because of the importance of this component, failure to properly note sick or missing animals will
result in a "Not Met" rating for this element.

Exceeded

e)  Maintains a regular schedule to acquire weights on all animals.  Accurately records the weights
collected and uses that information as an indicator of animal health.  Because of the importance of
this component, failure to collect weights on a regular basis will result in a "Not Met" rating for this
element.

Exceeded

f)  Develops and follows an enrichment plan for each assigned animal.  Because of the importance
of this component, to qualify for an "Exceeded" rating for this element, you must have or be
developing  an enrichment plan for every assigned animal.

Met

g)  Trains or conditions each assigned animal as needed to aid in the daily care and health of the
animals.

Exceeded

h)  Captures, moves, shifts and conducts animal introductions with a minimum of stress to the
animal.

Exceeded

i)  Demonstrates a clear understanding of proper breeding management techniques for all animals
within the assigned area.  Properly notes breeding activity.

Exceeded - Melba has been helpful with husbandry advice and suggestions to other staff members.

To qualify for an "Exceeded" rating, employee must exceed on at least 7 of the 9 components.
Failure to meet at least 7 of the components (including a, d, & e) will result in a "Not Met" rating for
this element.

Revised May 15, 1999

| | | | | | |
|---|---|---|---|---|---|
| 3. INTERPRETATION: Assists in an established program of formal and informal education for the zoo visitor. | ☒ | ☐ | ☒ | ☐ | ☐ |

a) Interacts with the public in a positive way. Seeks out opportunities to discuss animal or conservation messages with the public.

Exceeded - Melba has been a leading ambassador for the Small Mammal House and its collection.

b) Participates in a formal education program including animal talks, demos, and volunteer interpreter activities. Because of the importantance of this component, failure to actively participate in educational activities will result in a "Not Met" rating for this element.

Exceeded - This in an area in which Melba should be particularly lauded. She has made impressive contributions to the formal and informal education programs held in Small Mammals.

c) Demonstrates a thorough and complete knowledge of the natural and individual history of assigned animals. Conveys accurate information to the public, volunteers, and staff members.

Exceeded

d) Responds helpfully to telephone, email and written inquiries from the non-visiting public.

Exceeded

To qualify for an "Exceeded" rating, employee must exceed on at lease 3 out of 4 components. Failure to meet at least 3 of the components (including b) will result in a "Not Met" rating for this element.

4. WORK HABITS: Contributes to a productive and cooperative work environment including issues of attendance, communication with others, attention to safety, attitude toward unit and zoo-wide programs and work productivity.    ☒ ☐ ☒ ☐ ☐

a) Arrives punctually for work as scheduled. Has no unexcused abscences.

Exceeded

b) Communicates well with fellow staff and supervisors. Speaks freely about work related issues in order to seek resolution.

Not Met * - During this period there was one interaction with a fellow co-worker that was not handled well, resulting in a small confrontation. Talking directly with the supervisor would have helped diffuse the situation.

c) Works carefully in order to avoid mishaps and avoid accidents. Tries to determine safest way to do a job. Brings potentially unsafe conditions to the attention of the supervisor and other staff.

Exceeded

d) Gets assigned work accomplished in a timely fashion and within the scheduled workday.

Exceeded

e) Spends no more than the allotted time for breaks and/or lunch. Avoids disruptions to work by minimizing personal conversations and phone calls.

Met

f) Has a demonstrable knowledge of unit and zoo-wide goals and can communicate these goals with visitors and staff members.

Exceeded

g) Assists in the training of other equal or lower grade keepers,volunteers and keeper aids in a safe and courteous manner. This component does not apply to WG 5 Keepers.

Exceeded

h) Collects or prepares written reference materials pertaining to assigned animals.

Exceeded

To qualify for an "Exceeded" rating, employee must exceed on at least 6 of the 8 components. Failure to meet at least 5 of the components will result in a "Not Met" rating for this element.

| | | ☒ | ☒ | | |
|---|---|---|---|---|---|

**5. EEO AND TEAMWORK:** Shows respect for age, gender, racial and ethnic differences and realizes that heterogeneity with regard to such factors contributes to public service and individual growth. Individual efforts are extended to benefit the entire unit and the zoo as a whole.

a) Makes demonstrably sincere effort to interfere with conversations or actions that may diminish members of minority groups.

Exceeded

b) Does not participate in conversations that tend to reinforce stereotypes of any minority group. Because of the importance of this component, participating in such conversations will result in a "Not Met" rating for this element.

Exceeded

c) Contributes toward and supports unit decisions, standards, deadlines, and work processes; and provides human resources to group tasks.

Met

d) Serves as mentor to fellow group members by sharing expertise and skills; makes acquired information available; and utilizes techniques for accomplishing work with others.

Exceeded

e) Recieves and applies information and instruction.

Exceeded

To qualify for an "Exceeded" rating, employee must exceed on all components. Failure to meet at least 3 of the components (including b) will result in a "Not Met" rating for this element.

| | ☐ | ☒ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|
| 6.  RESEARCH and RECORDS: Participates in the department's applied and technical research program.<br><br>a) Completes daily reports that are legible, clear, concise and contain pertinent animal helath, management and care information.   Because of the importance of this component, failure to complete reports will result in a "Not Met" rating for this element.<br><br>Exceeded<br><br>b) Uses a computer to record information and reports.  Maintains references, care sheets, protocals, and diet information by using computer software and storage devices.<br><br>Exceeded<br><br>c) Keeps daily care and data sheets up to date.<br><br>Exceeded<br><br>d) Aids in the research and collection of information to improve the care of animals within the collection.<br><br>Exceeded<br><br>e) Assists with the research and collection of information in collaboration with other units, departments or outside scientists.<br><br>Exceeded<br><br>f) Follows established research protocols.  Because of the importance of this component, failure to properly participate or follow in ongoing research will result in a "Not Met" for this element.<br><br>Exceeded<br><br>g) May conduct independent research in conjunction with the unit supervisor.h) Periodically give lectures to fellow staff members on a subject of interest.  Occasionally presents a paper  to a professional organization.<br><br>Exceeded<br><br>To qualify for an "Exceeded" rating, employee must exceed on at least 6 of the 8 components. Failure to meet at least 5 of the components (including a & f) will result in a "Not Met" rating for this element. | | | | | |
| 7. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 8. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 9. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 10. | ☐ | ☐ | ☐ | ☐ | ☐ |

Revised May 15, 1999

I have reviewed my Performance Appraisal for the period from January 1, 2003 to December 31, 2003 and agree with the "Outstanding" rating. However, I disagree with a portion of the comments expressed by Bob King concerning the situation involving a co-worker and the 'not met' element in the WORK HABITS, 'communication section' of the appraisal.

Bob King indicates that 'there was a breakdown in communication between myself and the co-worker.' At no time, on my part, was there a lapse in communication. As a matter of fact, I was completely unaware of the issue until it was brought to my attention by a different co-worker. Immediately, when I became aware of the issue, I was the one who called the co-worker on the phone to discuss what happened and was met with blatant hostility. Instead of engaging in a hostile conversation, I ended the phone call. When Lisa Stevens approached me about the telephone call, she told me that I handled the situation on the phone, "perfectly" by concluding it swiftly. It should also be noted that before the phone call took place, I was in the propagation building with the co-worker for about 30 minutes and she had every opportunity to discuss the matter with me but she did not say a single word about it.

Bob King also indicates in his comments that 'the breakdown resulted in a level of distrust between the parties and a poor working relationship.' When a mediation session was held with Lisa Stevens, Bob King, the co-worker and me, the co-worker explicitly stated in this session that she did not trust me. Clearly, she is the one who maintains a level of distrust. As a matter of fact, the distrust continues to this very day because she still refuses to work with me and will not call the Small Mammal House unless she radios the individual that she wants to talk to. She does not want me to answer the phone when she calls. Since the incident took place, I have repeatedly tried to forge a working relationship with the co-worker. These attempts have been unsuccessful, in part, due to her unwillingness to work with me. Bob King further indicates in his comments, 'Both parties share some culpability in the matter. Had either one worked closer with their direct supervisor(s), this could have been avoided.' I had several instances of direct contact not only with Bob King, but also with the Smithsonian Ombudsman, Chandra Heilmann about the hostile working environment due to this same co-worker. Bob King is discussing this incident as though it is an isolated one, but it follows a pattern that had already existed prior to this particular incident. When the whole picture is considered, it is quite understandable why I contacted the police. Also, on the day of the incident, Dr. Ben Beck had communicated on the zoo radio that Lisa Stevens was out of the park. I have always been in some form of communication with a supervisor about the matter. I e-mailed Bob King about the situation even though he was away from the zoo at that time. So, I am not 'culpable' in this matter and I did handle it like a professional employee. The fact that I alerted the police seems to be a cause for criticism from management, but the level of hostility did warrant such a contact. The zoo promotes the "Zero Tolerance" policy and I should not be criticized for following the zoo's own policy. Finally, it should also be noted that the co-worker did admit to the officer what she did and that she was wrong.

Finally, I would like to address the 'ownership' concept of a certain area within the unit. The role of a floater is a crucial one and does not necessarily have an 'ownership' drawback. My experience has been that line keepers tend to miss or overlook subtle sick animal symptoms and changes in animal behaviors because they see their charges daily. The floater can easily pick up on these slight changes because they see the animals from time to time. Also, the 'ownership' concept, in my opinion, chips away at the idea of teambuilding because it promotes 'territoriality' amongst the employees and can lead to an array of problems, especially where the floaters are concerned.

| | | |
|---|---|---|
| Rating Official's Signature | Bob King - Asst. Curator<br>Typed Name and Title | 5-Jun-04<br>Date |
| Reviewing Official's Signature | S. GRISHAM - Assoc. Curator<br>Typed Name and Title | 8/0/<br>Date |
| Employee's Signature | | 27 May 04<br>Date |

#39

| NZP PERFORMANCE APPRAISAL FORM | |
|---|---|
| **PERFORMANCE PLAN AND STANDARDS** | 2004 Plan |

| EMPLOYEE: LAST NAME, FIRST NAME, MIDDLE INITIAL<br>Brown, Melba T. | ORGANIZATIONAL UNIT AND LOCATION<br>Animal Department<br>Small Mammals |
|---|---|
| POSITION TITLE<br>Animal Keeper | SERIES AND GRADE<br>WG 9 |

| Number | List all critical and non-critical elements that apply to this rating period. Avoid using more than 10 elements. However, if there are more elements, number and list them on an additional Performance Plan and Standards page. | Critical | Non-critical |
|---|---|---|---|
| 1 | **Element name and description:**<br><br>EXHIBITION: Responsible to the the Supervisor for the overall appearance of animal exhibits. This includes the general appearance of the exhibits and the ensuring all maintenance needs are properly reported.<br><br>Fully successful performance of this element requires that the following standards be met:<br><br>a) Ensures that exhibit exteriors are clean and attractive.<br><br>b) Ensures that exhibit interiors are kept clean and attractive so they do not detract from the animal or plant being exhibited. This component must be exceeded in order to qualify for an "Exceeded" rating for this element.<br><br>c) Properly stores all tools, electrical lines, hoses and other mechanical devices or adequately conceals these items so as not to detract from the exhibit.<br><br>d) Ensures that all plants associated with exhibits are provided with adequate water, are trimmed and pruned as needed, and removed when their appearance detracts from the exhibit. This component must be exceeded in order to qualify for an "Exceeded" rating for this element.<br><br>e) Exhibit interiors creatively designed and decorated so that the animals' needs can be met while presenting the desired exhibit message.<br><br>f) Performs a daily inspection of cagework, exhibit furniture, mechanical systems, and applicable life support systems within assigned areas and taking corrective measures in addition to reporting problems to the supervisor.<br><br>g) Properly uses and stores chemicals used for cleaning and maintenance.<br><br>h) Exhibits knowledge of safety procedures and protocols including participation in escaped animal procedures. Ensures that animal exhibits and adjacent areas are properly secured. Because of the importance of this component, having any animal escape due to unsecure enclosures or improper shifting will result in a "Not Met" rating for this element.<br><br>To qualify for an "Exceeded" rating, employee must exceed on at least 6 of the 8 components.<br>Failure to meet at least 5 of the components (including h) will result in a "Not Met" rating for this element. | ☒ | ☐ |

| 2 | Element name and description: | ☒ | ☐ |

HUSBANDRY: Responsible for the quality of animal care.

Fully successful performance of this element requires that the following standards be met:

a) Properly prepares animal diets that follow Department of Nutrition Guidelines. Delivers all diets in a manner that minimizes competition while ensuring that each animal gets a proper share. Because of the importance of this component, failure to follow DON guidelines or failing to feed and give water to an animal will result in a "Not Met" rating for this element.

b) Monitors consumption of water and diet and properly notes changes from normal or expected patterns.

c) Presents food in a manner that minimizes waste or water fouling and aides in pest control.

d) Performs multiple daily inspections of all animals so that sick animals are quickly noted and appropriate actions taken. Keeper demonstrates an ability to detect symptons of stress and illness. Because of the importance of this component, failure to properly note sick or missing animals will result in a "Not Met" rating for this element.

e) Maintains a regular schedule to acquire weights on all animals. Accurately records the weights collected and uses that information as an indicator of animal health. Because of the importance of this component, failure to collect weights on a regular basis will result in a "Not Met" rating for this element.

f) Develops and follows an enrichment plan for each assigned animal. Because of the importance of this component, to qualify for an "Exceeded" rating for this element, you must have or be developing an enrichment plan for every assigned animal.

g) Trains or conditions each assigned animal as needed to aid in the daily care and health of the animals.

h) Captures, moves, shifts and conducts animal introductions with a minimum of stress to the animal.

i) Demonstrates a clear understanding of proper breeding management techniques for all animals within the assigned area. Properly notes breeding activity.

To qualify for an "Exceeded" rating, employee must exceed on at least 5 of the 9 components.
Failure to meet at least 1 of the components (including a, d, & e) will result in a "Not Met" rating for this element.

| 3 | Element name and description: | ☒ | ☐ |

INTERPRETATION: Assists in an established program of formal and informal education for the zoo visitor.

Fully successful performance of this element requires that the following standards be met:

a) Interacts with the public in a positive way. Seeks out opportunities to discuss animal or conservation messages with the public.

b) Participates in a formal education program including animal talks, demos, and volunteer interpreter activities. Because of the importance of this component, failure to actively participate in educational activities will result in a "Not Met" rating for this element.

c) Demonstrates a thorough and complete knowledge of the natural and individual history of assigned animals. Conveys accurate information to the public, volunteers, and staff members.

d) Responds helpfully to telephone, email and written inquiries from the non-visiting public.

To qualify for an "Exceeded" rating, employee must exceed on 3 of the 4 components. Failure to meet at least 2 of the components (including b) will result in a "Not Met" rating for this element.

| 4 | Element name and description: | ☒ | ☐ |

WORK HABITS: Contributes to a productive and cooperative work environment including issues of attendance, communication with others, attention to safety, attitude toward unit and zoo-wide programs and work productivity.

**Fully successful performance of this element requires that the following standards be met:**

a) Arrives punctually for work as scheduled. Has no unexcused abscences.

b) Communicates well with fellow staff and supervisors. Speaks freely about work related issues in order to seek resolution.

c) Works carefully in order to avoid mishaps and avoid accidents. Tries to determine safest way to do a job. Brings potentially unsafe conditions to the attention of the supervisor and other staff.

d) Gets assigned work accomplished in a timely fashion and within the scheduled workday.

e) Spends no more than the allotted time for breaks and/or lunch. Avoids disruptions to work by minimizing personal conversations and phone calls.

f) Has a demonstrable knowledge of unit and zoo-wide goals and can communicate these goals with visitors and staff members.

g) Collects or prepares written reference materials pertaining to assigned animals.

To qualify for an "Exceeded" rating, employee must exceed on at least 5 of the 7 components. Failure to meet at least 4 of the components will result in a "Not Met" rating for this element.

| 5 | Element name and description: | ☐ | ☒ |

EEO AND TEAMWORK: Shows respect for age, gender, racial and ethnic differences and realizes that heterogeneity with regard to such factors contributes to public service and individual growth. Individual efforts are extended to benefit the entire unit and the zoo as a whole.

**Fully successful performance of this element requires that the following standards be met:**

a) Makes demonstrably sincere effort to interfere with conversations or actions that may diminish members of minority groups.

b) Does not participate in conversations that tend to reinforce stereotypes of any minority group. Because of the importance of this component, participating in such conversations will result in a "Not Met" rating for this element.

c) Contributes toward and supports unit decisions, standards, deadlines, and work processes; and provides human resources to group tasks.

d) Serves as mentor to fellow group members by sharing expertise and skills; makes acquired information available; and utilizes techniques for accomplishing work with others.

e) Recieves and applies information and instruction.

To qualify for an "Exceeded" rating, employee must exceed on all components.

| | | | |
|---|---|---|---|
| | Failure to meet at least · of the components (including b) will result in a "Not Met" rating for this element. | | |
| 6 | Element name and description: | ☐ | ☒ |
| | RESEARCH and RECORDS: Participates in the department's applied and technical research program. | | |
| | *Fully successful performance of this element requires that the following standards be met:* | | |
| | a) Completes daily reports that are legible, clear, concise and contain pertinent animal helath, management and care information. Because of the importance of this component, failure to complete reports will result in a "Not Met" rating for this element. | | |
| | b) Uses a computer to record information and reports. Maintains references, care sheets, protocals, and diet information by using computer software and storage devices. | | |
| | c) Keeps daily care and data sheets up to date. | | |
| | d) Aids in the research and collection of information to improve the care of animals within the collection. | | |
| | e) Assists with the research and collection of information in collaboration with other units, departments or outside scientists. | | |
| | f) Follows established research protocols. Because of the importance of this component, failure to properly participate or follow in ongoing research will result in a "Not Met" for this element. | | |
| | g) May conduct independent research in conjunction with the unit supervisor. | | |
| | h) Periodically give lectures to fellow staff members on a subject of interest. Occasionally presents a paper to a professional organization. | | |
| | To qualify for an "Exceeded" rating, employee must exceed on at least 5 of the 8 components. Failure to meet at least · of the components (including a & f) will result in a "Not Met" rating for this element. | | |
| 7 | Element name and description: Animal and Professional Management | ☐ | ☒ |
| | *Fully successful performance of this element requires that the following standards be met:* | | |
| | a) Progress on a mutually defined long-term project. | | |
| | b) Pubication or Poster preparation for a peer-reviewed journal or conference. | | |
| | c) Develop and teach one evening training class/session for the interpreter monthly meetings. | | |
| | To qualify for an "Exceeded" rating, employee must exceed on at least 2 of the 3 components. Failure to meet at least 2 of the components will result in a "Not Met" rating for this element. | | |
| 8 | Element name and description: | ☐ | ☐ |
| | *Fully successful performance of this element requires that the following standards be met:* | | |
| 9 | Element name and description: | ☐ | ☐ |
| | *Fully successful performance of this element requires that the following standards be met:* | | |
| 10 | Element name and description: | ☐ | ☐ |
| | *Fully successful performance of this element requires that the following standards be met:* | | |

Revised May 15, 1999

## CERTIFICATION OF INITIAL REVIEW AND APPROVAL OF PERFORMANCE PLAN

| | |
|---|---|
| | Bob King, |
| | Assistant Curator |
| RATING OFFICIAL'S SIGNATURE | TYPED NAME AND TITLE |

DATE 24-May-04

| | |
|---|---|
| | Jack Grisham, |
| | Associate Curator for Animal Programs |
| REVIEWING OFFICIAL'S SIGNATURE | TYPED NAME AND TITLE |

DATE 5/04

EMPLOYEE'S SIGNATURE    DATE 24 May 04

Training and development needs for the coming year have been discussed with the employee.
(Please initial below)

SUPERVISOR: BK    DATE: 24-May-04    EMPLOYEE:    DATE: 24 May 04

### SEMI ANNUAL PROGRESS REVIEW

RATING OFFICIAL'S SIGNATURE    EMPLOYEE'S SIGNATURE    DATE 26 Aug 04

I have reviewed my Performance Appraisal for the period from January 1, 2003 to December 31, 2003 and agree with the 'Outstanding' rating. However, I disagree with a portion of the comments expressed by Bob King concerning the situation involving a co-worker and the 'not met' element in the WORK HABITS, 'communication section' of the appraisal.

Bob King indicates that 'there was a breakdown in communication between myself and the co-worker.' At no time, on my part, was there a lapse in communication. As a matter of fact, I was completely unaware of the issue until it was brought to my attention by a different co-worker. Immediately, when I became aware of the issue, I was the one who called the co-worker on the phone to discuss what happened and was met with blatant hostility. Instead of engaging in a hostile conversation, I ended the phone call. When Lisa Stevens approached me about the telephone call, she told me that I handled the situation on the phone, "perfectly" by concluding it swiftly. It should also be noted that before the phone call took place, I was in the propagation building with the co-worker for about 30 minutes and she had every opportunity to discuss the matter with me but she did not say a single word about it.

Bob King also indicates in his comments that 'the breakdown resulted in a level of distrust between the parties and a poor working relationship.' When a mediation session was held with Lisa Stevens, Bob King, the co-worker and me, the co-worker explicitly stated in this session that she did not trust me. Clearly, she is the one who maintains a level of distrust. As a matter of fact, the distrust continues to this very day because she still refuses to work with me and will not call the Small Mammal House unless she radios the individual that she wants to talk to. She does not want me to answer the phone when she calls. Since the incident took place, I have repeatedly tried to forge a working relationship with the co-worker. These attempts have been unsuccessful, in part, due to her unwillingness to work with me. Bob King further indicates in his comments, 'Both parties share some culpability in the matter. Had either one worked closer with their direct supervisor(s), this could have been avoided.' I had several instances of direct contact not only with Bob King, but also with the Smithsonian Ombudsman, Chandra Heilmann about the hostile working environment due to this same co-worker. Bob King is discussing this incident as though it is an isolated one, but it follows a pattern that had already existed prior to this particular incident. When the whole picture is considered, it is quite understandable why I contacted the police. Also, on the day of the incident, Dr. Ben Beck had communicated on the zoo radio that Lisa Stevens was out of the zoo that day. I have always been in some form of communication with a supervisor about the matter. I e-mailed Bob King about the situation even though he was away from the zoo at that time. So, I am not 'culpable' in this matter and I did handle it like a professional employee. The fact that I alerted the police seems to be a cause for criticism from management, but the level of hostility did warrant such a contact. The zoo promotes the "Zero Tolerance" policy and I should not be criticized for following the zoo's own policy. Finally, it should also be noted that the co-worker did admit to the officer what she did and that she was wrong.

Finally, I would like to address the 'ownership' concept of a certain area within the unit. The role of a floater is a crucial one and does not necessarily have an 'ownership' drawback. My experience has been that line keepers tend to miss or overlook subtle sick animal symptoms and changes in animal behaviors because they see their charges daily. The floater can easily pick up on these slight changes because they see the animals from time to time. Also, the 'ownership' concept, in my opinion, chips away at the idea of teambuilding because use it promotes 'territoriality' amongst the employees and can lead to an array of problems, especially where the floaters are concerned.

| | | |
|---|---|---|
| _Rating Official's Signature_ | _Bob King - Asst. Curator_<br>Typed Name and Title | _5 June-04_<br>Date |
| _Reviewing Official's Signature_ | _J. GRISHAM Assoc. Curator_<br>Typed Name and Title | _8/04_<br>Date |
| _Employee's Signature_ | | _27 May 04_<br>Date |