# EXHIBIT 2

## Affidavit of Robert King

1.    Provide name, race, color and sex.
        *Robert King, Caucasian, White, Male*

2.    Provide the number of years of employment with Federal
      Government?  Smithsonian Institution?
        *5 ¾ years at the Smithsonian Institution (SI) and the Federal
      Government*

3.    Provide job title, grade and location where duties and responsibilities
      are presently performed.
        *Supervisory Biologist (Asst. Curator), GS 12,  National
      Zoological Park (NZP), SI*

4.    Provide the names, race, color, sex and job titles of 1st and 2nd level
      supervisors.
        *Jack Grisham, Caucasian, White, Male,  Associate Curator*
        *Bill Xanten, Caucasian, White, Male, General Curator*

5.    Provide number of years in your present position.
        *2 ¾ years*

6.    Provide the number of years of supervision under 1st and 2nd level
      supervisors.
        *Jack Grisham – 1 year*
        *Bill Xanten – 1 year*

7.    Are you in a supervisory position?  If so, provide the names, race,
      color and sex of each employee under your direct supervision.
        *Yes*

            *Angela Marlow – Caucasian, White, Female*
            *David Kessler – Caucasian, White, Male*
            *Rebecca Smithson – Caucasian, White, Female*
            *Eric Smith – Caucasian, White, Male*
            *Melba Brown – African American, Black, Female*
            *Erin Bishop – Caucasian, White, Female*
            *Maria Moyers – Caucasian, White, Female*
            *Stephen Schulze – Caucasian, White, Male*
            *Dell Guglielmo – Caucasian, White, Female*
            *Denny Vogt – Caucasian, White, Male*

*Margaret Kelty – Caucasian, White, Female*
*Shelley Armour – Caucasian, White, Female*
*Jamie Ford – Caucasian, White, Female*
*Clint Coo – Asian American, White, Male*

8.   Are you acquainted with Ms. Melba T. Brown?
        *Yes*

9.   Describe the circumstances under which you became acquainted with Ms. Brown.
        *She was an employee in the Small Mammal House when I began working there in Nov. of 1998.*

10.  How long have you been acquainted with Ms. Brown? Provide dates.
        *Since November 1998*

11.  Describe your working relationship with Ms. Brown.
     11a.  Describe your relationship with Ms. Brown compared to your relationships with employees other than Black African American females.
        *I feel that I have a good relationship with Ms. Brown and value her insight, work, and advice. During the time that we have worked together, she has indicated a particular interest in science education. Since I encourage everyone on my staff to grow and develop according to their interests and since she has demonstrated strength in conducting educational presentations, I have encouraged her and sought to facilitate her development.*
        *In one case, I supported (by re-arranging work schedules and allowing time off) her participation in a mentorship with the SI Museum of Natural Science, Education Curator for a yearlong project. For Further information, please see the attached copy of "The Rising Star" written by Melba Brown in the Fall of 2001. This article is about the SI Mentoring Program and my managerial role in allowing Ms. Brown the opportunity to be a part of the program. In addition, I helped her write an educational grant for funding of "discovery" boxes. Along with supporting the grant, I helped Ms. Brown create a work and office space in the Small Mammal House and scheduled her time to allow her to design, build and stock the boxes over a year-long period. Upon completion of the boxes, I allowed Ms. Brown time to present the material to fellow staff*

*and interpreter volunteers in several different dates and
settings.*

12.   What information do you have concerning the present complaint of
      discrimination filed by Ms. Brown?
          *The only information that I have about the complaint was (1)
      the verbal information provided to me by the SI staffer who was
      tasked to respond to the first set of questions from the EEO staff and
      (2) the information that you have provided in question # 17 of this
      document. I do not know further specifics about the complaint.*

13.   Describe the circumstances under which you acquired knowledge of
      the complaint of discrimination filed by Ms. Brown.
          *Received an email and follow-up phone call from the SI Office
      of EEOMA*

14.   Have you discussed the complaints of discrimination with other
      individuals and/or management? If so, who?
          *Yes – Jack Grisham, Bill Xanten, and Lisa Stevens.*

15.   Describe the circumstances under which you engaged in conversation
      with these individuals. Specifically what was discussed?
          *With Bill Xanten and Jack Grisham, I let them know of the
      complaint (since they are my supervisors). The discussions from the
      first interview were discussed with Ms. Stevens so that I could better
      understand the nature of the complaint. I had not been shown the
      actual complaint and it wasn't clear what it was about. Additionally,
      because this is the first time that I have been involved with such a
      case, I asked Ms. Stevens about the general EEO complaint process –
      such as who does the questioning and the timelines associated with it.*

16.   What if any knowledge do you have concerning any earlier
      complaints of discrimination field by Ms. Brown against Smithsonian
      Institution?
          *I don't know any specifics such as when, against whom, or the
      results.*

17. Ms. Brown contends that she was discriminated against and subjected to a hostile work environment based on her race (African American), color (black) and her sex. Ms. Brown also contends that she was retaliated against because of prior EEO activity. Ms. Brown states that on March 22, 2004 she learned of her non-selection for the position of Biologist (Announcement no. 04SP-1033); and that she was questioned by you about her application for the Biologist position, you presented her with other job announcements and you suggested that she apply for these positions and that you also spoke about detailing her to the Biologist position if the position was re-announced and opened to external applicants.

   a. What knowledge did you have of Ms. Brown prior participation in EEO activities? Describe the circumstances under which you became knowledge of Ms. Brown's prior EEO activities?
      *I don't know any specifics such as when, against whom, or the results.*

   b. Provide the names of employees with the same organization as the Complainant, by race, color and sex who have received promotions by you from June 2002 through June 2004. Describe the basis for each employee's promotion.
      *David Kessler – Caucasian, White, Male. Received promotion to Small Mammal Biologist on the basis of his scored interview with a 3-person panel.*

   c. What knowledge did you have of Ms. Brown's allegation of a hostile working environment?
      *None*

   d. What conversations did Ms. Brown have with you concerning her work environment?
      *She has never told me that she felt she was in a hostile environment. Ms. Brown did have a verbal altercation with one other employee in January of 2003. To try and help resolve the situation, I had both parties sit down together with me to discuss the issues and seek a mutually acceptable resolution. For both Ms. Brown and the other keeper involved, the incident was noted on their performance appraisals. To this date, the matter is not fully resolved but both keepers have indicated and shown a willingness to work better together (which has also been noted on their appraisals). Since that date, I have held*

4

*several conversations with both employees about their working relationship and it continues to be a topic of discussion when meeting for annual and mid-year performance reviews. Other than this previously mentioned event, Ms. Brown appears to be interacting and working well with other staff. Ms. Brown is considered a Senior Keeper and as such regularly takes a lead in training new keepers and volunteers. She is considered a valuable team member and fits in well with the unit.*

e.    Did Ms. Brown say to you that she was working in a hostile working environment?
     *No*

f.    Did other individuals including management discuss with you conversations they had with Ms. Brown concerning her belief that the working environment was hostile?
     *No*

g.    Describe what you perceive as a hostile working environment.
     *This term is used to cover work environments that allow specific behaviors when: such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.*

h.    What is Smithsonian Institution's policy concerning management's obligation toward an employee who informs you that his/her working environment is hostile?
     *Immediately investigate the complaint and take any corrective action needed to address, stop, and resolve the issue.*

i.    Did you inform the Ms. Brown of her non-selection for the Biologist position?
     *Yes*

j.    How was Ms. Brown informed of her non-selection?
     *Once the selection is made by the selecting official, the paperwork goes to Scarlitt Proctor, in the Office of Human Resources for review and approval. Once Ms. Proctor has had time to review and process the selection, she will normally notify the selectee and wait for that person to accept or decline the offer. Once the offer is accepted, she will notify the*

*selecting official that they can notify the other candidates of the non-selection. As per standard procedure, I notified Ms. Brown in person the day that Ms. Proctor informed me of the acceptance of the offer. Upon receiving the email from Ms. Proctor, I went to the working area of Ms. Brown and met with her in private to inform her of the non-selection.*

k.   Describe your role in the selection and non-selection of Ms. Brown for the Biologist position.

   *I managed the announcement and crediting plan. When it was determined that there were only 2 candidates, I began discussing the method of an interview. I worked with my supervisors to create a 3-person interview panel and then worked with that panel to develop a list of questions and a method to score it. I passed the interview questions to Scarlitt Proctor in OHR for review and then gave it to the panel prior to their interviews. I also set up the interview times and locations for the panel and the candidates. For additional information, please see the attached email correspondence between myself and Scarlitt Proctor.*

l.   What discussions did you have with Ms. Brown prior to the selection process concerning your decision to detail her to the Biologist position?

   *Ms. Brown was one of 3 people in the Small Mammal Unit that applied to the detail position (this was a temporary position until the permanent could be filled). She was given an interview along with the other candidates. For each of the candidates that were interviewed, I discussed what the detailed position entailed and the expectations of the job. At the time, I agreed with the other members of the interview panel that all 3 candidates had qualities that would make each of them a good candidate.*

   *Recent detailed positions have been awarded within the Animal Department as a way to fill a vacancy while simultaneously allowing the recipient a chance to develop or acquire new or additional skills. Each of the candidates were fully qualified for the position due to their experience and education. Two of the candidates had also been given previous opportunities to acquire skills outside of their regular keeper positions. One candidate had been detailed to serve in the*

*assistant registrar position giving her time to develop a unique subset of skills. Ms. Brown had previously been given the opportunity to serve as a curatorial intern as well as participate recently in a year-long mentorship with the Education Curator from the Museum of Natural Sciences. The third candidate, Mr. Kessler, had strong and unique research biologist experience, but never the chance to participate in an appointment similar to the other candidates.*

*It was felt by the review panel (a) that Mr. Kessler was fully qualified for the detail position and (b) that it would be consistent with our goals of professional growth for keeper staff to select him for the position. At no time in this process was it felt by myself or the panel that this would serve as a pre-selection for the permanent position or that it would serve to give Mr. Kessler an advantage in that later process.*

*At the time of the detail vacancy recruitment and selection, we had not begun the process of filling the position permanently. It wasn't until after the detailed position had been selected that I began work to fill the permanent position. The position description, announcement and crediting plan were written several months later. The revised and updated position description was written to reflect the significant changes in scope and role that this job would serve (the last PD for this had been written over 15 years previously).*

*The permanent position has three key elements. The first element is the general husbandry and knowledge of the species worked with. The second element involves science education and coordination of volunteer interpreters. The last key element involves strong biological science including research and professional publications. In terms of experience and qualifications for the permanent position, both Ms. Brown and Mr. Kessler had specific strong and unique qualities that qualified them for the position. Ms. Brown had significant science education experience that addressed a key element. Mr. Kessler had extensive research and published journal experience that addressed another key element. In terms of the third element area, animal husbandry, both candidates had almost equal experience. The experience that Mr. Kessler gained during his detail to the Biologist position did not give him any advantage in any of the three key element areas. In addition, the strength of Ms. Browns' application was in no*

*way weakened by having not been detailed to the Biologist position.*

*For the detail position, I informed Ms. Brown that she was fully qualified for the position but that I wanted to allow another candidate the same type of opportunity that I felt she had been previously been given. I also informed her that the selection of the detail position would have no bearing upon the permanent selection and that I would be in the process of re-writing the Position Description to update it prior to the announcement and recruitment for the permanent position.*

m.    Specifically what did you say to Ms. Brown prior to her non-selection?

*With regards to the detail position, I told Ms. Brown the same that I told all of the candidates – that this was a temporary detail to give someone the chance to gain experience with the administrative duties required of the position.*

n.    Did you question Ms. Brown about her application for the Biologist position?

*The position of the Biologist requires starting the day at 6:30 AM to survey the collection, lead a 6:40 AM staff meeting, and manage animal catch-ups that begin at around 7:10 AM. For the keeper positions, the starting time allows a little more flexibility such that we are able to allow Ms. Brown to report in at 8:00 AM.. Prior to an interview, I asked Ms. Brown if she would be able to work the specific hours that the Biologist position required. She did not answer and I later heard from Ms. Annetta McRae, the Management Analyst for Animal Programs, that she felt that my questioning had been improper – so I did not follow up on it.*

o.    If so, was your questioning her within Smithsonian guidelines?

*Per advice from Scarlitt Proctor in OHR, I should have not asked that question outside of the formal interview. She advised that it needed to be part of the formal interview to all candidates – to which it was later done.*

p.  What conversations did you have with other individuals concerning his/her application prior to the selection process?

*I told the other candidate the same information that I gave Ms. Brown – I gave them a copy of the Job Description but indicated that I was not able to tell them any specific information about the interview questions.*

q.  Did you present Ms. Brown with other job announcements?

*Not at the time of the Biologist Announcement or interview (see 17r for more details).*

r.  Did you say to Ms. Brown that she should apply for job announcements other than the Biologist position? If so, describe the circumstances under which you discuss these issues with Ms. Brown.

*I did not give Ms. Brown any announcements at the time of Biologist interview, nor did I suggest that she apply for a different position.*

*Approximately 18 months prior to this announcement, while discussing her performance in a private meeting, Ms. Brown stated that she really didn't want to be a keeper anymore and was interested in a position that allowed her to utilize her interest in science education. I also agreed that this was one of her strong suits and offered to help her. We discussed opportunities in our department (the Animal Department) and I offered her my opinion that I didn't foresee any specific, education-type position created in the near or long-term future within the Animal Department.*

*In the year and a half proceeding the recruitment and selection of the permanent Biologist, I passed on to her 2 or 3 science education positions with the SI. I also saw an Education Directors' position at the Baltimore Zoo that I pointed out as well (although I told her that given her tenure with federal government, it really might not be the best for her).*

*Also, in 2001, well before the recruitment of the Biologist position, I supported her application for participation in a mentorship with the SI Museum of Natural Science, Education Curator for a yearlong project. To facilitate this mentorship I rearranged the entire units' schedule for a year to give her time to regularly go the downtown museum and shift some of her work to other staff members. For Further information, please see the attached copy of "The Rising Star" written in the Fall*

9

> *of 2001 about the Mentoring Program and my participation as*
> *a manager in allowing Ms. Brown that opportunity to be a part*
> *of the program.*

18.   What if any knowledge do you have concerning any earlier
      complaints of discrimination filed by Ms. Brown against Smithsonian
      Institution?

> *I don't know any specifics about it (see question 16).*

19.   Describe your sentiments towards employees who file complaints of
      discrimination against Smithsonian Institution.

> *I think that anytime someone files a complaint, there is a basis*
> *of concern. Either there is validity to the complaint – in which there*
> *needs to be a swift and fair resolution. Or, even if it is not found to be*
> *valid, the atmosphere in which someone feels compelled to make a*
> *complaint should be examined to see if the working environment*
> *between the parties can be improved.*

20.   Have you been named as a responsible official forming the basis for
      an EEO complaint? If so, when? Were you employed in your present
      position?

> *None*

21.   What if any conversations did you have with other individuals
      concerning your decision to remove yourself from the interviewing
      process?

      a.   Was this decision made independently or was the decision
           made in consultation with the Office of Human Resources?

> *Ms. Brown discussed with Annetta McRae, the*
> *Management Analyst for Animal Programs, that she felt that I*
> *might be biased against her. Ms. McRae informed Bill Xanten*
> *and Jack Grisham about Ms. Brown's concern. Upon learning*
> *about Ms. Brown's concerns, Bill Xanten, Jack Grisham and I*
> *discussed it with OHR and they suggested (and I agreed) that I*
> *should recuse myself from the interview.*

      b.   Did you remove yourself from the interviewing process because
           you did not believe you could be fair in terms of accessing Ms.
           Brown's credentials for the Biologist position?

> *I felt that I could be fair but agreed that it would be best*
> *that I not be part of the interview to remove all doubt.*

22.  What relationship did Ms. Brown's race (African American), color
     (Black), sex (female) and her prior EEO activities have on her non-
     selection for the Biologist position?
          *None*

23.  Did Ms. Brown say to you that she was interested in applying for the
     Biologist position?
          *I believe so.*

24.  Did you have conversations with other applicants prior to the
     interview and selection process?
          *No – other than one or two applicants expressing interest in the
     position.*

25.  Although you publicly removed yourself from the selection process
     describe your role behind the scene.
     a.     In other words were you not making the decision concerning
            the selection of the Biologist?
                 *I told the panel and my superiors that I would follow the
     recommendation of the interview panel for the selection. I did not
     give them any advice or guidance as to a preference for either
     candidate.*

26.  Was the selection process in accordance with applicable Smithsonian
     Institution guidelines?  Explain and discuss.
          *I believe it was in accordance. In addition, I had Scarlitt
     Proctor in OHR review everything about the process from the
     selection of the panel, the questions, and scoring system used for the
     interviews. For addition information, please see the attached copies
     of email correspondences with Scarlitt Proctor from the Office of
     Human Resources documenting their involvement and advice.*

27.  Could the selection process have been fair if you engaged in any type
     of conversation with Ms. Brown or any other applicant prior to the
     applicants' interviews before the panel?
          *It would depend on the type and scope of a conversation. At no
     time would I (nor did I) engage in conversation about interview
     questions or their content. I felt it was appropriate to give the
     applicants a copy of the job description ahead of time so that they
     would be familiar with the expectations and details. I checked with
     OHR before giving them a copy of the description. I think the most*

*important thing is not to give any candidate any information that
would give anyone an advantage during the interview process. 'At no
time did an applicant's race, color, religion, sex, national origin,
disability, or age play any role in any conversation or influence their
selection or rating.*

28.  Provide the names, race, color and sex of members of the panel.
  *Lisa Stevens – African American, Black, Female
  Michael Davenport – Caucasian, White, Male
  Sara Hallinger – Caucasian, White, Female*

29.  What were the credentials of the each panel member?
  *Lisa Stevens – Assistant Curator, Primates, with a Biologist
that she supervises
  Michael Davenport – Assistant Curator, Reptiles, with a
Biologist that he supervises
  Sara Hallinger  – Museum Specialist, Birds - a position that is
equal in scope and duties to a Biologist*

  a)  Why was Ms. Stevens a panel member?
  *Ms. Stevens was appointed to the panel to help maximize the
diversity of the members and because of her knowledge and
background of the Small Mammal House and its animals (she has
previously been curator over many of the animals in its collection).  In
the Animal Department, there are 8 Assistant Curators.  Interview
panels for keepers and biologists (and museum specialists) regularly
comprise of 3 interviewers (usually 2 managers and either a biologist
or museum specialist).  Panels are filled by staff that are available,
and their background or experience that might be relevant to the
position.  In addition, care is taken to maximize the diversity of the
panel in terms of race and gender.*

  b)  Did you appoint Ms. Stevens to the panel?
  *Ms. Stevens (and the other 2 interviewers) was appointed to the
panel at the direction of Jack Grisham and Bill Xanten (my
supervisors) and in consultation over the phone with Ms. Scarlitt
Proctor from the Office of Human Resources.*

  c)  Did you appoint Ms. Stevens to ensure that Ms. Brown was not
    selected?
  *Ms. Stevens was not appointed to impede Ms. Brown's selection.  It
was expected that Ms. Stevens would be fair and impartial to both*

*candidates. Ms. Stevens was never directed or encouraged to unfairly evaluate or oppose Ms. Brown's appointment.*

30.   Is there any other information you believe which would be helpful to the investigation of your allegations?

*The interview questions were based upon the job description and were balanced as to give equal weight to the different main components of the job – Animal Husbandry, Science Education, and Administrative duties.*

31.   Are there any other individuals who should be contacted to provide information about your allegations, and if so, what each witness would be able to testify to?

*No*

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

_____                    30-Sep-2004
**Robert King**                              **Date**

13

| | |
|---|---|
| **From:** | Scarlitt Proctor |
| **To:** | Grisham, Jack;  King, Bob |
| **Date:** | 1/16/04 6:39AM |
| **Subject:** | Re: DRAFT - Biologist (Sm Mam) |

Hi,
No problem.  SI only is not stated on the SF-52, Request for Personnel Action, however, I'll change the area of consideration to SI only.
sp

>>> Jack Grisham 01/13/04 05:37PM >>>
Bob, et al---

I concur with Bob's note, I thought it was just going to be posted within SI

Jack

>>> Bob King 01/13/04 04:25PM >>>
Scarlitt the announcement looks fine with me. The only question is that of the eligibility to apply - I thought that this would be limited to within SI instead of open to the general public.

Thanks,
Bob

>>> Scarlitt Proctor 01/13/04 02:52PM >>>
Hi,
**Attached for your review is the draft announcement for the position of Biologist - Small Mammals. Please get back to me with any changes.**
**Thank you**
**Scarlitt**


**CC:**        McRae, Annetta;  Weinwurm, Dan

# Smithsonian Institution

03SP-

Office of Human Resources

# Vacancy Announcement

24 HOUR DIAL-A-JOB: (202) 287-3102

AN EQUAL OPPORTUNITY EMPLOYER

**OPENING DATE:**

**CLOSING DATE:**

| POSITION TITLE/<br>SERIES AND GRADE | ORGANIZATION | ANNOUNCEMENT<br>NUMBER |
|---|---|---|
| Biologist<br>GS-0401-9/11<br>Salary: $ 40,894-$64,323 per annum<br>Promotion Potential to GS-11<br>if selected at the GS-9 level | National Zoological Park<br>Animal Programs | 03SP- |

**DUTY LOCATION:** Washington, DC

**AREA OF CONSIDERATION:** All candidates may apply including individuals with a disability with eligibility under a special appointing authority and veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after 3 years or more of continuous active service.  (If a competitive list of eligibles is requested, the applications of non-status candidates who meet the minimum qualification for the position will be referred to the Delegated Examining Unit (DEU) for consideration. Status candidates and candidates eligible under a special appointing authority, who wish to be rated under both merit placement and DEU's competitive procedures, must submit two complete applications. If only one application is received, it will be considered under the merit placement program.) **The Smithsonian provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for the application/hiring process, please call (202) 275-1102 (voice) or (202) 275-1110 (TTY).**

**DUTIES:**  The incumbent serves as a biologist for the Small Mammal House collection and involves the care, breeding, conservation, exhibition, collection planning and support of research for rare and endangered species of small mammals; responsible for all aspects of the daily care of the National Zoological Park's collection of exotic and often endangered species of Small Mammals. This includes the development of techniques and procedures for proper diet preparation and food presentation, sanitation, capture, restraint, shipping, moving, introduction and separation of animals; works with Animal Health and Pathology staff in developing a program of preventative medicine that satisfies their program goals; coordinates programs involving volunteer (keeper aide and interpreter) and keeper training, record keeping, public education, and support services (maintenance, commissary, supply) in support of program goals; prepares reports for and communicates recommendations from local, national, and international, conservation and zoological organizations; keeps complete and accurate records on animals in the small mammal collection; works with department records keeper to ensure centralized entry and preservation of the records; develops plans for species management; solicits, prepares and presents ideas for improvements in exhibits and programs which best represent and demonstrate the interrelationship of biological factors; participates in a program of applied and husbandry research; provides assistance for research conducted in collaboration with scientist from within and outside the Institution; provides accurate and complete information to be used in labels, graphics and other materials that interpret the animal collection; responsible for editorial review of message content and accuracy of information to be used in public programs; coordinates zoo education programs, school and public programs; works with Friends of the National Zoo (FONZ) and education departments and assistant curator in the development of new education programs; coordinates volunteer programs for the unit with FONZ; facilitates recruitment, training, scheduling and evaluating volunteers.

**WORKING CONDITIONS:** Works long periods of standing, stooping, walking, and lifting light loads while carrying out animal care responsibilities. Work may be in a typical office, outdoors or in buildings housing exotic primate species. A variety of weather conditions may exist as well as high temperature/humidity in indoor environments.

**QUALIFICATIONS:** (A) Applicants must have a degree in biological sciences, agriculture, natural resources management, chemistry, or related disciplines appropriate to the position OR (B) A combination of education and experience—Courses equivalent to a major, as shown in A above, plus appropriate experience or additional education. In addition, applicants must possess at least one year of specialized experience equivalent to the next lower grade level. Specialized experience is experience which is directly related to the position to be filled and which has equipped the applicant with the particular knowledge, skills and abilities to successfully perform the duties of the position. **For GS-9** two years of progressively higher level graduate education leading to a master's degree *or* master's or equivalent graduate degree may be substituted for the specialized education. **For GS-11** three (3) years of progressively higher-level graduate education leading to a Ph.D. degree or Ph.D. or equivalent doctoral degree may be substituted for the specialized experience.

**Selective Factors:** *(Applicants must meet all of these mandatory requirements in order to be considered qualified to compete for a position.)*

1.  Knowledge of the principles of conservation and management of wildlife in a captive setting, ecology and natural history of small mammals.

**Quality Ranking Factors:** *(These factors are not mandatory to be considered for a position, but will be used to determine who are the highest qualified candidates among those who meet the selective factors.)*

1.  Knowledge of the principles of conservation and management of wildlife in a captive setting, ecology and natural history of small mammals.
2.  Ability to train animals (especially small mammals).
3.  Ability to communicate in writing.
4.  Ability to communicate orally.

**NOTE: RELOCATION EXPENSES WILL NOT BE PAID.**

**How to Apply:**

1.  The Smithsonian Institution does not require a standard application form, but we need certain information to evaluate your qualifications. You may apply using a resume, the Optional Application for Federal Employment, or any other application form you choose, including an SF-171, Application for Federal Employment. See page 3 for further instructions. (Note: If you use an SF-171, do not answer questions 38-47. Job finalists will be asked to complete a Declaration for Federal Employment to determine their suitability for Federal employment and to authorize a background investigation.)

2.  Clearly describe in your resume or application your work experience, education and/or training as it relates to this vacancy. It is very important that you fully address how your work experience and education/training meet both the **specialized experience** requirement and the **selective factors**. This information will be used to determine whether or not you are qualified for this vacancy. Selective factors establish qualifications to be eligible to compete for the position. Quality Ranking Factors are not mandatory but are used to determine the highest qualified candidates among those eligible to compete for the position. Therefore, it is to your benefit to provide a full description of your experience and education/training relative to the job requirements of this vacancy.

3.  **Current Federal employees** should submit a copy of their most recent annual performance appraisal.

**Applications must be <u>received</u> by the closing date and submitted in the following ways:**
**Mail:** Smithsonian Institution, Office of Human Resources, P.O. Box 50638, Washington, D.C. 20091.
**FAX:** 202-275-1114.

**Hand Deliver or FEDEX:** 750 Ninth Street, N.W., Suite 6100, Washington, D.C. 20560
To obtain information on the Federal Hiring Process, hear about other Smithsonian vacancies, or request vacancy announcements, an Optional Application for Federal Employment (OF-612), or an SF-171, call our automated Jobline on (202) 287-3102 (accessible 24 hours, 7 days a week).

For further information please call (202) 275-1117(voice) or (202) 275-1110 (TTY).

Page 2, **03SP-**

**From:**     Bob King
**To:**       Scarlitt Proctor
**Date:**     3/8/04 9:07AM
**Subject:**  Small Mammal Biologist Interviews

Hello Scarlitt - Just a note to let you know that we have scheduled the biologist interviews for this Thursday.  Lisa Stevens, Michael Davenport, and Sara Hallager will be conducting the interview.  We will use a scored set of questions as you suggested.

Two quick questions:

1)  Can I provide both applicants a copy of the PD for this position in advance?

2)  If we can finalize the set of questions, would you be able to look over the questions for your advice?

Thanks,
Bob


**CC:**       Annetta McRae;  Jack Grisham

Case 1:05-cv-01086-RMU    Document 9-5    Filed 06/05/2006    Page 20 of 38

**From:**     Scarlitt Proctor
**To:**       King, Bob
**Date:**     3/8/04 9:25AM
**Subject:**  Re: Small Mammal Biologist Interviews

Hi Bob,
You may provide both candidates a copy of the PD and yes, I will look over the questions.  Good Luck!!
sp

>>> Bob King 03/08/04 09:07AM >>>
Hello Scarlitt - Just a note to let you know that we have scheduled the biologist interviews for this Thursday. Lisa Stevens, Michael Davenport, and Sara Hallager will be conducting the interview. We will use a scored set of questions as you suggested.

Two quick questions:

1) Can I provide both applicants a copy of the PD for this position in advance?

2) If we can finalize the set of questions, would you be able to look over the questions for your advice?

Thanks,
Bob


CC:          Grisham, Jack;  McRae, Annetta

From:       Bob King
To:         Scarlitt Proctor
Date:       3/10/04 11:20AM
Subject:    Small Mammal Biologist Questions

Hello Scarlitt,

Attached are the set of interview questions that we would like to use for interviews tomorrow.  If you have time, please take a look and offer any suggestions.

Also, I haven't given the applicants a copy of the PD as I am waiting to see if you think it would be advisable or OK to add language indicating the requirement to work specific shifts.  If I don't hear back before 2 today, I will go ahead and give it to them as is.

Thanks,
Bob


CC:         Jack Grisham

Applicant _____          Interviewer_____

Date_____          Total Score_____

Please score the response to each question with a numerical value of 1 through 5
1 = Did not answer or answer was substantially incorrect
2 = Poor response - showed some knowledge of the subject but missed many key points
3 = Average response – showed some knowledge but omitted several key points
4 = Very Good response – Answered question very well but omitted one or two key points
5 = Exceptional response – Answered question in full, answering all key points

1)      Within a week, the Small Mammal House should have two new species enter
quarantine - the Tamandua and a pair of Coendous. These animals will be regularly
handled by keepers for education demos. Briefly explain how you would develop a
training or handling routine to best facilitate the daily handling of them.

2)      One concern about handling exotic animals for education demos is the conflicting
message regarding keeping exotics as pets. Describe how you would address this issue
when training new keepers and volunteer interpreters to talk with the public. What are
the key messages that you would address and how would you convey this to the public?

3)      The Small Mammal House will soon have three species with a decidedly unique
adaptation – the prehensile tail. Describe how you would convey information about this
adaptation to the public. How would you develop an education demo to address this
unusual adaptation?

4)      How would you rate the effectiveness of the rodent control measures currently
used in Small Mammals? What recommendations or changes would you make to
improve the rodent control?

5)      There is a professed interest in reaching out to non-traditional groups such as non-English speaking, mentally or physically impaired, or different age groups.  However a lack of knowledge or keeper time seems to often inhibit the actual practice within the Small Mammal House.  What steps would you recommend to increase keeper and interpreter interaction with these non-traditional groups within the confines of their time and training?

6)      Briefly explain the evolutionary tie between a ruffed lemur and a howler monkey. Use physical characteristics to compare and contrast these two animals.

7)      How would you recommend developing a training program for new keepers to the unit?  What type of training components and what type of rough schedule would you advise?

8)      Describe how you would address a new keeper who indicated his or her concern about working with macaques due to herpes B issues.  Briefly discuss herpes B and its relationship with Macaques and describe current NZP protocol for working with these animals.

9)      Define Environmental Enrichment.  What are important elements in developing an enrichment plan?  What suggestions would you recommend to improve the current enrichment carried out by the Small Mammal House?

10)    As part of the daily management of the Small Mammal House collection, the biologist will prepare and lead the morning staff meetings, oversee animal catch-ups and monitor animals after medical procedures to evaluate anesthetic recovery. These duties will require working the first morning shift of 6:30 to 3:00, some weekend or holiday shifts, and the occasional need for OT work. Are you able to work these shifts?

11)    What experiences have you done that have specifically prepared you for this position? What makes you uniquely qualified to serve as the Biologist for the Small Mammal Unit?

12)    What areas of knowledge or experience would you consider your strengths? What areas would you consider a weakness – and how would you go about improving this in the position of the Biologist?

13)    An important element of this position requires the daily management of the collection in the absence of the curator. This requires leading the keeper staff, but without actual supervisory duties. Fostering a sense of teamwork within the unit is critical for the success of the position. Based upon your experiences in the past, what methods would you employ to maintain the cooperation of the keeper staff while making decisions that might not be popular?

14)    How would you improve teamwork and communication within the Small Mammal Unit and between other units in the Park?

Total Score for interview questions (max of 70) _____

**From:**      Bob King
**To:**        Melba Brown
**Date:**      3/10/04 1:13PM
**Subject:**   Biologist Pd

Hello Melba - I wanted to give you a chance to review the PD for the biologist ahead of time so that you could see the duties and expectations.  Let me know if you have any questions.

Thanks,
Bob

**From:**      Bob King
**To:**        David Kessler
**Date:**      3/10/04 1:14PM
**Subject:**   Biologist PD

Hello David - I wanted to give you a chance to review the PD for the biologist ahead of time so that you could see the duties and expectations. Let me know if you have any questions.

Thanks,
Bob

GS 9/11 Biologist (Red highlighted sections apply to GS 11 only)

## Introduction

This position is located in the Department of Animal Programs, Smithsonian National Zoological Park.  The National Zoological Park (NZP) exhibits living animal and plant collections and conducts research in conservation biology and reproductive sciences to provide educational and recreational environments for the visiting public. Our mission is to study, celebrate, and help protect the diversity of animals and their habitats. The Zoo is a beautiful 167-acre urban park in the heart of Washington DC, and is home to a wonderfully diverse animal collection, ranging from hummingbirds to elephants. NZP brings its visitors close to the animals with innovative exhibits that stimulate natural behavior and provide well-being for the animals. NZP scientists work at the Zoo as well as at the 3,150-acre Conservation and Research Center in Front Royal, VA, and in the field.

Primary function of this position is to serve as a biologist for the Small Mammal House collection and involves the care, breeding, conservation, exhibition, collection planning and support of research for rare and endangered species of small mammals including small primates, rodents, tree shrews, felids, small canines and carnivores, insectivores, endentates, and other varied species.  Included within the Small Mammal collection are birds, reptiles, fish and amphibians.  Attached to the Small Mammal Unit is the Kid's Farm.  As a secondary function, the biologist will serve in a back-up role for the Biologist position in the Kid's Farm.

## Major Duties

Under the general guidance of the Assistant Curator (Supervisory Biologist), incumbent is responsible for:

- All aspects of the daily care of the National Zoological Park's collection of exotic and often endangered species of Small Mammals.  This includes the development of techniques and procedures for proper diet preparation and food presentation, sanitation, capture, restraint, shipping, moving, introduction and separation of animals.  Works with Animal Health and Pathology staff in developing a program of preventative medicine that satisfies their program goals.  Procedures are communicated to other department staff. This position will serve as a primary back-up to the keeper staff and will perform regular keeper duties as needed.

- Coordination of programs involving volunteer (keeper aide and interpreter) and keeper training, record keeping, public education, and support services (maintenance, commissary, supply) in support of program goals.  Procedures are communicated to other department staff and implemented in consultation with the assistant curator and other zoo and field professionals.

- Preparation of reports for and communicating recommendations from local, national, and international conservation and zoological organizations.

- Keeping complete and accurate records on animals in the small mammal collection. Works with department records keeper to ensure centralized entry and preservation of the records.

- Developing plans for species management which reflects the needs of exhibition, environmental enrichment, education, research and conservation aims of the unit. Solicits, prepares and presents ideas for improvements in exhibits and programs which best represent and demonstrate the interrelationship of biological factors.

- Participation in a program of applied and husbandry research which will enhance management of the NZP collection and prepares and presents reports on advances in management techniques to colleagues in the field. Keeps abreast of pertinent literature and disseminates information appropriate to management goals. Provides assistance for research conducted in collaboration with scientists from within and outside the Institution.

- Providing assistant curator, various departments and offices of NZP with accurate and complete information to be used in labels, graphics and other materials that interpret the animal collection. Responsible for editorial review of message content and accuracy of information to be used in public programs.

- Coordination of zoo education programs with that department. Schedules school and public programs so that unit resources and personnel are utilized appropriately. Works with FONZ and education departments and assistant curator in the development of new education programs.

- Coordination of volunteer programs for the unit with FONZ. Facilitates recruitment, training, scheduling and evaluating volunteers.

## Factors

1.    Knowledge required by the position

Position requires a working knowledge of the principles of conservation and management of wildlife in a captive setting, ecology and natural history of small mammals. Must be able to apply these biological facts, principles, methods, techniques and procedures to the management and exhibition of captive animals in a zoological park setting, especially in the areas of husbandry and population management. Position requires the understanding of, and ability to communicate (through exhibits and education programs) the concept of the interdependence of life. A demonstrated knowledge of all aspects of daily care for exotic captive animals along with the understanding of how to apply this knowledge for

successful management are prerequisites. Incumbent must be able to assist in conducting research programs, both pure and applied, and be able to conduct all procedures and coordinations with other departments of the NZP on an independent and self-directed basis. Computer literacy is required. Incumbent must be able to conduct all aspects of the supervision of a volunteer program, including development of a volunteer staff and relationship with FONZ.

2.    Supervisory Controls

Works under the general supervision of the assistant curator of Small Mammals and the Kid's Farm who determines the objectives and discretions and approves plans submitted to implement goals. Assignments of a continuing nature are completed independently. Work is reviewed and measured by results.

3.    Guidelines

Guidelines are provided in the form of general instructions and approval of recommendations made to the department head through the assistant curator. Specific guidelines are in the form of information taken from the scientific literature, correspondence with other professionals in the field, and a review of zoo policy and past procedures. The incumbent will coordinate NZP goals with national and international breeding programs for the conservation and management of rare, threatened and endangered species of small mammals.

4.    Complexity

Position includes participation to some degree in all aspects of a Zoologist's position and repeatedly requires incumbent to develop and expand upon programs and assignments. Information of the care, exhibition, propagation and management of small mammals in a zoological park setting must be obtained and synthesized from many sources, and systematically organized to be useful in the day-to-day operations of the unit.

5.    Scope and Effect

The scope of work relates to the NZP animal collection, its care, exhibition and management. The success of the incumbent influences the extent to which the zoo can manage and conserve species and effectively exhibit animals while promoting and improving an enlightened conservation ethic to the public. The ability to systematically develop techniques for the enhanced management of small mammal species and educate the visitor about those species, both in captivity and the wild, will contribute to the success of NZP.

6.    Personal Contacts

Contacts a variety of scientific and management personnel within the zoo and the Smithsonian Institution, in other zoo and scientific communities and in the field.

7.    Purpose of Contacts

To seek to expand the base of knowledge which will contribute to the enhanced care, management, interpretation and exhibition of the small mammal collection, to further research projects and improve management of resources assigned to the unit.

8.    Physical demands

Works long periods of standing, stooping, walking. and lifting light loads while carrying out animal care responsibilities.

9.    Working Conditions

Work may be in a typical office, outdoors or in buildings housing exotic primate species. A variety of weather conditions may exist as well as high temperatures/humidity in indoor environments.

**From:**     David Kessler                                          :
**To:**        King, Bob
**Date:**      3/10/04 1:16PM
**Subject:**   Re: Biologist PD

Thanks!
d

>>> Bob King 03/10/04 01:14PM >>>
Hello David - I wanted to give you a chance to review the PD for the biologist ahead of time so that you
could see the duties and expectations.  Let me know if you have any questions.

Thanks,
Bob

**From:** Melba Brown
**To:** Bob King
**Date:** 3/10/04 3:33PM
**Subject:** Re: Biologist Pd

Thanks for the information. I will review it.

>>> Bob King 03/10/04 01:13PM >>>
Hello Melba - I wanted to give you a chance to review the PD for the biologist ahead of time so that you could see the duties and expectations. Let me know if you have any questions.

Thanks,
Bob

**From:**      Bob King
**To:**        Scarlitt Proctor
**Date:**     3/11/04 9:02AM
**Subject:**   Two additional questions

Hello Scarlitt,

Here are two additional questions that we would like to add to the Small Mammal Biologist interview:

How have you been able to apply your working knowledge of wildlife management principles to the management and exhibition of small mammals?

How do you keep abreast of the latest information pertinent to managing or caring for small mammals?

Both of these directly relate to the WG9 PD, so I don't foresee any problem. Please let me know if they look OK with you.

Thanks,
Bob

**From:**      Scarlitt Proctor
**To:**        King, Bob
**Date:**      3/11/04 10:37AM
**Subject:**   Re: Two additional questions

Looks good!
sp


>>> Bob King 03/11/04 09:02AM >>>
Hello Scarlitt,

Here are two additional questions that we would like to add to the Small Mammal Biologist interview:

How have you been able to apply your working knowledge of wildlife management principles to the management and exhibition of small mammals?

How do you keep abreast of the latest information pertinent to managing or caring for small mammals?

Both of these directly relate to the WG9 PD, so I don't foresee any problem. Please let me know if they look OK with you.

Thanks,
Bob

Case 1:05-cv-01086-RMU    Document 9-5    Filed 06/05/2006    Page 35 of 38

**From:**      Scarlitt Proctor
**To:**        King, Bob
**Date:**      3/22/04 12:09PM
**Subject:**   Re: Small Mammal Biologist

Hi Bob,
The cert is approved.  Please inform both candidates ASAP.

>>> Bob King 03/22/04 11:58AM >>>
Hello Scarlitt - I was wondering if the Small Mammal House Biologist cert selection had been approved -
and if I could notify the two applicants.

Thanks,
Bob

# The Rising Star
Volume 1, Number 1/Fall 2001

Changing organizations begins with changing people, and changing people requires personal awareness.

Peter Senge

You can help build the future by building the employees of the next generation. The Smithsonian Institution Mentor Program matches knowledgeable and influential individuals with people who want to explore a new career path or develop a career already chosen. The mentor/protégé pairs meet up to four hours a month for one year. Mentors and protégés receive initial training and individual support throughout the year.

The Mentor Program has been in existence since 1997 to help employees maximize their potential. Here are just a few of the success stories of which the Mentoring Program is proud:

> Having personally experienced the benefits of mentoring from both sides of the process, I believe a solid mentoring program is vitally important to the success of any individual and all institutions. I was certainly grateful for help from the mentors in my career, and pleasantly surprised at how enormously rewarding it is to be a mentor. At this great institution, everyone has something to share, and everyone can benefit from either having a mentor or being one—so get with the (mentoring) program!
>
> Larry Small

## A Protégé's Story

For eleven years, SI employee LaShaun Mitchell worked as a Security Officer in the Natural History Museum. She dreamed of a career change, but did not have a clear picture of what she wanted to do. Two years ago, LaShaun participated in the Mentor Program, and within six months she successfully became a Building Engineer.

LaShaun is quick to reveal that her career change is a direct result of her participation in the Mentor Program. Initially, she was attracted to the program because of her desire to work in a different field. She knew that one of her strong points was working with her hands. After the preliminary mentor/protégé interviews, LaShaun was matched with Chattar Saini, a Supervising Engineer in the Natural History Museum. Together, they helped identify an area that interested LaShaun—the field of Engineering. LaShaun's career goal was to become a Building Engineer.

The first big step towards meeting her goal was to go to school and get certified. At Chattar's suggestion, LaShaun enrolled in a specialized program at Prince George's Community College. She and Chattar both worked the graveyard shift at the museum, and they worked together whenever their schedules allowed. Chattar helped her with the hands-on technical experience that would complement her classroom studies. After a four-month period,LaShaun became certified in Basic Engineering and Air & Refrigeration Maintenance.

There were many times when LaShaun felt as though she could not meet the challenges. The technical aspects of the job were just too difficult to comprehend. During these times, her mentor was very encouraging. Chattar was committed to his protégé and he worked hard to keep her focused and on track. Through his guidance, patience and encouragement, he helped to transform a shy woman into one who 
nore confident and better skilled in the Engineering field. LaShaun surprised even herself! She actually understood the technical 
...ormation and was able to successfully apply her newfound knowledge.

There was an SI job announcement for a Maintenance Mechanical Helper. LaShaun confidently submitted an application for the position. She was called for an interview. She got the job! The Mentor Program and Chattar helped her achieve what she thought was

only a dream. In time. LaShaun was promoted to a Building Engineer.

Today, LaShaun Mitchell is very happy with her job, and her enthusiasm for the program is contagious. Throughout her time in the Mentor Program, she attended group workshops that enhanced her communication and interview skills. Also, she learned how to write an effective resume. Her diligence and hard work paid off. She is thankful to Chattar and the program for giving her the necessary skills to excel.

## A Mentor's Story

Rudy Anderson is the Safety and Occupational Health Manager for the Natural History Building. He decided to become a mentor because he realized that many employees were frustrated over the lack of advancement opportunities. His protégé was Tom Hollister, a Horticulture employee who had a strong desire to work in the Safety and Occupational Health field.

Rudy realized that Tom needed to have very specific technical skills to become a strong competitor in the Safety arena. Over the course of six months he worked with Tom on his technical writing skills and he also made sure that Tom knew how to conduct inspections effectively. Rudy challenged Tom to give oral presentations on various Safety topics.

When he realized that Tom needed more formal training, Rudy made it possible for Tom to attend a Federal Safety and Health Conference in Chicago. The coaching and the training paid off—Tom has recently been offered an Internship as a Safety and Occupational Health Specialist.

Rudy has seen his protégé transform into a more confident individual. Tom came into the mentor program with clearly defined goals, and Rudy helped him achieve those goals.

The mentor/protégé relationship was of mutual benefit. Tom advanced his knowledge and skills in the Safety field and Rudy learned how to be more patient and how to groom a professional.

Rudy's experience as a mentor has enriched his outlook on the program. He now knows that he has the diligence and forbearance to help enhance the program as a whole. He wants all SI employees to know that there are excellent mentors within the Smithsonian family and they are willing to share their expertise with those who have career aspirations.

■■■■■■■■■■■■■■■■■■■■■■■■

Managers play a crucial role in the success of their employees. Bob King, an Assistant Curator at the National Zoo, thinks that mentoring a win-win situation for employees. He encouraged Melba Brown's participation in the Mentor Program when Melba expressed her interest in furthering her education skills. He saw an opportunity for Melba to advance her skills and benefit the entire unit. Melba's mentor is Vilma Ortiz-Sanchez, Assistant Manager of the Natural History's Discovery Room. Within six months, Melba conceived, developed, and implemented educational materials that NZP interpreters are using. Melba has since submitted a grant proposal to develop additional educational modules for her unit.

Bob has gained insight about the programs at Natural History by watching his employee work on specific tasks and by regularly communicating with her. He has a better understanding of how the Discovery Room Staff organizes its resources and develops its programs. Bob sees the mentor/protégé partnership as a bridging entity. Both of the participating units help the Smithsonian Institution as a whole by forming a closer association than normally would be.



One of the biggest management challenges that Bob continues to address is a level of resentment by a few employees. Initially, everyone did not understand the benefits of Melba's participation in the Mentor Program. Bob had to reassure his employees that the unit would progress and develop as a whole. Everyone did not see the larger picture but now Bob sees signs of gradual acceptance and approval. Another challenge that Bob had to work through was schedule flexibility to allow Melba to go to the museum. He knew the results would be worth the time investment. Melba openly shares her projects with Bob and her co-workers. Often, she includes them as well by seeking their input.

Bob shows remarkable support for his entire unit and he realizes that professional growth is the key to motivation in daily work. He supports the Mentor Program and he encourages other managers to show support by allowing their employees to participate. Bob believes the program utilizes a team concept and it provides "a tremendous shot in the arm for new information and ideas."

Bob King

## Book Corner

Although mentoring is a great way to advance your career, you can find advice about career development in many places. If you'd like to  with some published information, here are a few books that you might find useful:

Richard Koonce, *Career Power: 12 Winning Ways to Get from Where You Are to Where You Want to Be* (New York. Amacom, 1994)
Cliff Hakim, *We Are All Self-employed: The New Social Contract for Working in a Changed World* (San Francisco: Berrett-Koehler,

---

*The Rising Star*

_itor: Donna Fletcher
Writer: Melba Brown

To receive *The Rising Star* on a quarterly basis or to request information about the mentoring program, contact Donna Fletcher at 202.357.2137 or as FletcDo@opp.si.edu.

