# EXHIBIT 3

### Affidavit of Lisa Stevens

1.    Provide name, race, sex and age.
      Lisa Stevens, African American female, 48 yrs.

2.    Provide the number of years of employment with Smithsonian Institution?
      Federal Government?
      Smithsonian Institution – 26 years
      Federal Government – 26 years

3.    Provide job title, location where duties and responsibilities are performed, grade
      and number of years in present position.
      Assistant Curator, (Primates and Pandas), GS-13, 23 years

4.    Provide name, race, sex and age of 1st and 2nd level supervisors.
      1st level – Mr. Jack Grisham, Caucasian Male (age unknown)
      2nd level - Mr. Bill Xanten, Caucasian Male (age unknown)

5.    Are you acquainted with Ms. Melba Brown?
      Yes.

6.    Describe the circumstances under which you became acquainted with Ms. Brown.
      I hired Ms. Brown 21 years ago as an Animal keeper.

7.    How long have you known Ms. Brown?
      21 years.

8.    Have you filed at any time a complaint of discrimination against the Smithsonian
      Institution?  If so, when?
      No.

9.    What conversations have you had with Ms. Melba Brown concerning the present
      complaint of discrimination?
      None.

10.   Are you acquainted with Mr. Robert King?
      Yes.

11.   Describe your relationship with Mr. King.
      Working relationship.

            a.    Explain why you believe Mr. King selected you to serve as a panel
                  member for the interview process for the selection of the position
                  of Biologist.

It is normal practice for Curators to select other Curators to serve on panels. I have served on more than three panels. I served also on the panel that resulted in Ms. Brown's employment with Smithsonian Institution as an Animal Keeper.

b.     Describe your credentials that qualified you to serve on the panel that ultimately selected an individual for the position of Biologist.

Curators assist each other by serving on panels. I have done so more frequently to add diversity to the panel. I am the only African –American curator and also for many years was the only female curator.

c.     What discussions did you have with Mr. King prior to the interview process and after the interview process?
Mr. King shared the list of questions with each panel members. The panel consisted of three members. The procedure of sharing the general questions was consistent with what has taken place with other panels. A Biologist was among the panel members. Mr. King informed all panel members of the candidates that would be interviewed.

d.     Apply the process to the steps relied on in the case of Ms. Brown.

There was a list of questions created that related to the job and the questions reflected the skills needed for the job and what duties would be required of the Biologist. There were two qualifying candidates for the Biologist position, Ms. Melba Brown and Mr. David Kessler. Mr. King was the selecting official for the Biologist position.

I was the selecting official for the detail to the curatorial position when Bob King was selected. I was not the selecting official when he was selected for the permanent curator position.. When I selected Mr. King for the four-month detail, he was selected without a panel. I selected Mr. King because he had a broad range of experience working with mammals and Mr. King also had experience working in another zoo. I felt with Mr. King's past experience with another zoo – his experience would enhance his work with NZP.

Mr. Kings' employment at another zoo was his strength. It was my opinion that the Small Mammal Unit needed new input and leadership that came from additional zoo experience. I was not the selecting official when David Kessler was selected over Melba Brown for the Biologist position. Ms. Brown's non-selection was

2

unrelated to her race (African American), sex (female) and her participation in other EEO activities. Mr. Kings' selection was based on what I believed to be best for the unit.

e.  Were applicants pre-selected?
    No.

12.  Describe the circumstances under which you became acquainted with Mr. King. Have you ever worked for or under the direct supervision of Mr. King? If so when?

I have never been supervised by Mr. Kings. I first became acquainted with Mr. King in his role as an Animal Keeper.

13.  Have you been named as a party to a discrimination complaint? If so, when?
    a.  In 1981 an African American male filed a complaint of discrimination against the zoo administration and named me among a list of zoo managers in a complaint based on race..

    b.  In the 1983 an African American male filed a complaint of discrimination based on sex that resulted from the issuance of a proposed removal.

    c.  In 1994 a Caucasian male filed a complaint of harassment as a result of my issuance of a proposed removal. Would this be an EEO complaint?

    d.  More recently in 2003, a Caucasian female filed a complaint of discrimination with OEEMA based on age. The complainant was a temporary employee who had reached the 2-year limit for temporary employment and the complaint was initiated after her removal. She had not been selected for a permanent keeper position prior to her temporary position expiring.

14.  Ms. Melba Brown filed with the Office of Equal Employment and Minority Affairs (OEEMA), a complaint of discrimination, on June 9, 2004. As a result of her complaint of discrimination the following was accepted for investigation:

"Whether you (Ms. Brown) were discriminated against on the basis of your race (African American), sex (female), and color (black) and or retaliated against for prior EEO activity with regard to the following:

1.  On March 22, 2004, you learned that you were not selected for the Biologist position, Announcement No. 04SP-1033); and

3

2.    On and after February 23, 2004. your first-level supervisor, Mr. Robert King, Assistant Curator, questioned you about your application for the Biologist position, gave you job announcements and suggested that you apply for them, and spoke about detailing you to the Biologist position if the position were re-announced and opened to external applicants."

### Question A:

What can you testify to concerning Ms. Brown's non-selection for the Biologist position? Discuss and provide examples where applicable.
Nothing.

### Question B:

What was the relationship between Ms. Brown' non-selection and her race (African American) and color (black)? Discuss and provide examples where applicable.
No relationship.

### Question C:

What was the relationship between Ms. Brown's non-selection and her sex female)? Discuss and provide examples where applicable.
No relationship.

### Question D:

What was the relationship between Ms. Brown's non-selection and her participation in prior EEO activities?

a.    What information do you have concerning other complaints of discrimination filed against Smithsonian Institution by Ms. Brown? I have no knowledge of any prior EEO complaints.

b.    What conversations have you had with other managers, and other individuals concerning Ms. Brown's present complaint of discrimination? Describe the circumstances surrounding these discussions.
None. I have informed my supervisors that I have had a complaint filed against me.

### Question E:

What if any discussions have you had with Mr. King concerning Ms. Brown's non-selection?

The panel members were all in the same mind as to the strongest candidate. I approached Mr. King after receiving notification of Ms. Brown's complaint and asked if he was named in the complaint. I was surprised that Ms. Brown filed a complaint of discrimination.

**Question F:**

Did Ms. Brown at any time after her non-selection say to you she believed the panel had pre-selected its candidate?
No.

15.  Should Ms. Brown have been selected for the Biologist position? Why? No. Ms. Brown did not interview as well, although she had broad base of experience, she failed to answer questions as thoroughly. She did not provide a complete or as well thought out plan for the future of the Small Mammal Unit. Her score was consistently lower than the other candidate when comparing the scores of all the panelists.

16.  Is there anything else you feel you would like to discuss as related to the issues raised in the complaint?
No.

17.  Are there other individuals that you feel should be interviewed?
No.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Lisa Stevens

Oct 1 2004

Date