# EXHIBIT 4

# ` AFFIDAVIT OF SCARLITT PROCTOR

1.    Provide name, race, color and sex.
      Scarlitt Proctor, African American Female

2.    Provide the number of years of employment with Federal
      Government? Smithsonian Institution?
      Federal Government – since April 24, 1976
      Smithsonian Institution – April 20, 1992

3.    Provide job title, grade and location where duties and responsibilities
      are performed.
      Human Resources Specialist, GS-12, Office of Human Resources, 750
      9th Street, NW, Washington, DC

4.    Provide the names, race, color, sex and job title of 1st and 2nd level
      supervisors.
      Yvonne Humphries, African American Female, Black, Supv HR Spec
      Darrell Caldwell, American Indian, Manager, Operations Division,
      OHR

5.    Provide number of years in present position.
      20 years.

6.    Provide the number of years of supervision under 1st and 2nd level
      supervisors.
      Ms. Humphries – approx. 3 years
      Mr. Caldwell – 1 week

7.    Are you in a supervisory position? If so, provide the race, color, sex
      and number of employees under your direct supervision.
      Yes – 1 Hispanic Female

8.    Are you acquainted with Ms. Melba Brown?
      Yes.

9.    Describe the circumstances under which you became acquainted with
      Ms. Brown.
      Work related.

10. How long have you been acquainted with Ms. Brown?
Approximately 10 years.

11. As Human Resource Specialist describe your working relationship with Ms. Brown.

    11a. Explain your responsibilities as Human Resource Specialist with the National Zoological Park (NZP).
My relationship with Ms. Brown and any other employee in NZP is to provide technical procedures in the areas of staffing, classification and employee relations.

    In addition, I operate as a consultant, partner and advisor to management by providing advice, assistance and outreach services.

    11b. At what point of the interview process are you involved as the Human Resource Specialist?
As a Human Resource Specialist I am normally not involved as a participant in the interview process.

    11c. At what point of the interview process are you involved as the Human Resources Specialist?
See above

    11d. In accordance with Smithsonian Institution guidelines who is responsible for interviewing panel members?
The Supervisor is responsible for selecting individuals to serve as panel members. The applicable S.I. guideline is Smithsonian Directive 212, Chapter 335, page 18.

    11e. Who are the panel members and describe your role with panel selections, as the Human Resource Specialist?
The members of the panel usually have experience in the area where the job position is situated. In some cases panel members may be other supervisors. The selection of panel members is conducted at the Supervisor's discretion. In this case Mr. King selected the individuals to serve as panel members.

    a.    Mr. Robert King selected Ms. Lisa Stevens to serve as a panel member. Was this in accordance with Smithsonian guidelines? Explain
Yes, Ms. Stevens has been with NZP for more than 10 years and her experience probably was one of the qualifying factors considered by Mr. King in appointing her to the panel.

    b.    Did Mr. King consult with you as the Human Resource Specialist, in selecting Ms. Stevens? If so how did you advise? Assuming that Mr. King did consult with you how would you advise?
I cannot recall if Mr. King consulted with me at any point during his selection of the panel members. Mr. King was not required to consult with me as Human Resource Specialist but I always say to Managers that I am available to answer their questions and to advise.

12.    What information do you have concerning a complaint of discrimination filed by Ms. Brown?
None.

13.    Have you discussed the complaint of discrimination filed by Ms. Brown with other individuals including management? If so, who and describe the circumstances surrounding your discussions?
No.

14.    What if any knowledge do you have concerning any prior complaints of discrimination field by Ms. Brown against the Smithsonian Institution?
None.

15.    Describe your sentiments towards employees who file complaints of discrimination against Smithsonian Institution.
Employees have a right to exercise EEO rights by filing a complaint through the EEO process.

16.  Have you been named as a responsible official forming the basis for an EEO complaint? If so, when? Were you employed in your present position?
No.

17.  What information do you have concerning the non-selection of Ms. Brown for the position of Biologist (Announcement Number 04SP-1033)?
I have the Interview score sheets and the list of questions asked of the applicants during the interview.

18.  Explain how you acquired information concerning the non-selection of Ms. Brown for the Biologist position.
The interview score sheets, if used as part of the selection, are returned to OHR and becomes part of the Merit Promotion File (MPF). MPF is a file that contains the job announcements, the ratings and ranking scores as necessary, interview score sheets as necessary, notes between the organization and OHR, the Certificate of Eligibles, and a list and applications of all individuals who applied for the vacant position.

18a.  Did you have any conversations with Mr. Robert King, concerning the Announcement of the Biologist position?
I probably had a conversation with Mr. King to discuss the draft announcement.

18b.  If so, what was discussed and describe the circumstances surrounding Mr. King's conversations with you relative to the announcement of the Biologist position for which Ms. Brown was not selected?
Do not recall.

19.  Explain and discuss the procedures used by Smithsonian Institution in announcing job positions such as the Biologist position.
The supervisor sends OHR a Form 52. A Form 52 sets the stage for the job announcement.
The draft job announcement is typed and the draft is sent to management as an attachment through email. The Selective Factors and Quality Ranking Factors are included. The draft

4

vacancy announcement is reviewed by management and returned to OHR for opening and closing dates.

19a.   What is a job announcement?
       An announcement to the public describing the duties of a vacant position to be filled by a qualified individual.

19b.   Describe the circumstances under which a job position is announced.
       Management requests to fill a position by submitting an SF-52, a Request for Personnel Action.

19c.   Describe the steps an employee is required to follow when a job position is announced.
       Included with every announcement is a section titled "How to Apply". The applicant is encouraged to follow the directions explaining how to apply for the vacant position.

19d.   Who makes the decision to announce a job position?
       The HR specialist and the manager.

19e.   Is the decision to re-announce a job position done in consultation with the Human Resource Specialist? If not, Why not?
       Yes.

19f.   How does the Smithsonian Institution reassure that the process for announcing a job position is in compliance with Smithsonian Institution guidelines?
       Spot checks are conducted by the supervisor, audits by the Office of Personnel Management and the Inspector General comes in periodically for audits.

20.    What Smithsonian policy and or guidelines govern job announcements?
       SD 212, Chapter 335 Merit Placement Program.

21.    Were proper steps followed by Mr. Robert King in the selection process? Explain.

Yes.   According to our Merit Placement Program policy, "the selecting official is free to select any certified applicant". Mr. King was the selecting official for the Biologist position.

21a.   What information do you have concerning Mr. King's involvement in the selection process?
Mr. King's position as supervisor involves him in the process.

21b.   What conversations did you have with Mr. King concerning the Selection process as it relates to Ms. Melba Brown?
I do not recall any conversation with Mr. King.

21c.   How was Mr. King advised?
I do not recall.

21d.   Did Mr. King discuss with you his decision to remove himself from the selection process?
Mr. King may have informed me that he was removing himself from the panel but there was nothing unusual with that decision. It is management's decision how to conduct the interview process.

21e.   Describe the circumstances under which this conversation took place?
I am uncertain if the conversation took place.

21f.   Was there anything irregular about the selection process based on Mr. King's decision to remove himself from the selection process?
No.

21g.   Was Mr. King's decision to remove himself suggestive of unfairness? Explain and discuss.
In accordance with Smithsonian Institution policy, the selection and interview processes are discretionary with the Supervisor.

21h.   What information do you have concerning other instances when Mr. King removed his self from the selection process? Do you believe Ms. King's decision was based on the fact that Ms. ~~Moore~~ was a 55-year-old African American female?

*Brown*   43

6

None. No.

22.    Was the non-selection of Ms. Melba Brown in compliance with
       applicable Smithsonian Institution guidelines?  Provide the applicable
       guidelines and/or policies.
       Yes. SD 212. Chapter 335 says, "The act of selection is a
       management prerogative that involves informed judgment and
       responsibility.  Accountability for open competition, for fair and
       equitable treatment without regard to nonmerit factors, and for
       selection based on relative knowledge, skill, and ability rests with the
       selecting official, who is free to select any certified applicant or to
       select none of them."

23.    In accordance with Smithsonian Institution policies and procedures
       what are the basis for promotions?
       For noncompetitive promotions and assuming the position has a
       career ladder to a higher grade, at least a fully successful performance
       appraisal, money in the budget to support the higher salary and
       management's decision.  For competitive promotion, management
       may select a candidate from a list of qualified individuals.

       23a.   Are promotions discretionary with management?
       Yes.

       23b.   Are promotions monitored by the Human Resource Specialist?
              Explain.
              No.

24.    Provide the names, race, sex and color of all applicants for the
       Biologist position.
       OHR has names only.  (List of names provided to EEO Investigator)

25.    Provide each panel member's rating sheets used during the interview
       process.  (Provide score results for each area considered in reaching
       his/or her scores).

26.    What were the qualifying factors that resulted in Ms. Brown's non-
       selection compared to the qualifying factors of the individual selected
       for the position?
       There is no documentation explaining why Ms. Brown was not

selected. The Human Resource Specialist is concerned with the individual selected rather than the non-selection.

27. Have you discussed the present complaint of discrimination with other individuals? If so provide the names and circumstances surrounding your discussion.
No.

28. Is there something else you wish to add to your responses?
No.

29. Provide the names of other individuals who may have knowledge of the issues raised herein. Provide and explain what information these individuals may attest to. Explain why you believe these individuals to essential.
William Xanten, Supervisor of Mr. King

30. Was Ms. Lisa Stevens qualified to serve on the panel for the Biologist position?
Yes. Ms. Stevens is a supervisor and has knowledge on the subject matter based on longevity and experience.

31. Was there a conflict of interest in accordance with Smithsonian Institution policy for Mr. King to have appointed Ms. Lisa Stevens as a panel member given the fact Ms. Steven appointed Mr. King over Ms. Brown, the complainant?
There was no evidence of conflict of interest with Ms. Stevens as a panel member. There is no evidence that Ms. Stevens appointed Mr. King over Ms. Brown.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

*Scarlitt Proctor*                                     10-22-04
**Ms. Scarlitt Proctor**
**Human Resource Specialist**                **Date**