# EXHIBIT 5

Melba Brown
8340 Imperial Drive
Laurel, MD 20708

November 8, 2004

Rosslyn Brown
1805 Crystal Drive
#417-S
Arlington, Virginia 22202

Dear Ms. Brown:

Enclosed please find my rebuttal statements for the witness Affidavits provided by Ms. Scarlitt Proctor, Ms. Lisa Stevens and Mr. Robert King. I have also included copies of additional supporting documents #40 and #41 to be included with my previously submitted list of supporting documents.

Thank you for your time.

Sincerely,

*Melba Brown*

Melba Brown

### Melba Brown's Rebuttal Statement to the Affidavit of Scarlitt Proctor

In paragraph numbered 31 of her October 22, 2004 affidavit, Ms. Scarlitt Proctor stated that "There is no evidence that Ms. Stevens appointed Mr. King over Ms. Brown." In fact Ms. Lisa Stevens, without conducting interviews, appointed Mr. Robert King over Melba Brown for the initial Curatorial Detail of the Small Mammal House. Mr. King served in the detail position for an entire year prior to his appointment to the permanent position that he now holds.

In paragraph numbered 11.d. of her October 1, 2004 affidavit, Ms. Stevens corroborates my statement. Ms. Stevens admits that she "was the selecting official for the detail to the curatorial position when Mr. King was selected... When I selected Mr. King for the four-month detail, he was selected without a panel."

### Melba Brown's Rebuttal Statement to the Affidavit of Lisa Stevens

In paragraph numbered 11 of her affidavit, Ms. Stevens described her relationship with Mr. King as a "working relationship." However, Mr. King has stated in my presence that he and Ms. Stevens have gone out socially for drinks.

In paragraph numbered 11.c of her affidavit, Ms. Stevens stated that Mr. King "shared" the list of interview questions with each of the panel members and that "sharing the general questions was consistent with what has taken place with other panels." However, it is clear that prior to preparing the list of questions, Mr. King consulted the panel members. In paragraph numbered 17.k of his September 30, 2004 affidavit, Mr. King stated that he worked with the panel "to develop a list of questions and a method to score it."

In paragraph numbered 11.d of her affidavit, Ms. Stevens stated that "Mr. King was the selecting official for the Biologist position." However, Mr. King stated in paragraph numbered 25 of his affidavit that he merely followed the panel's recommendation."

In paragraph numbered 11.e of her affidavit, Ms. Stevens stated that no applicants were pre-selected. However with few exceptions, the zoo has traditionally promoted the employee who was serving in the detail at the time of selection. Ms. Stevens failed to include the fact that she, along with Robert King and Belinda Reser, was a member of the initial panel that selected David Kessler for the Biologist's detail. Therefore, David Kessler was pre-selected because he had been selected previously for the detail to the Biologist's position. Ms. Stevens was a panel member when Mr. Kessler was selected for the detail and again when he was selected for the permanent position.

In paragraph numbered 14.2.A of her affidavit, Ms. Stevens stated that she could not testify to anything concerning Melba Brown's non-selection for the Biologist position. Yet, she was a member of the interview panel who scored Ms. Brown's

performance, and according to Robert King, participated in drafting the interview questions.

In paragraph numbered 14.2.C of her affidavit, Ms. Stevens stated that there was no relationship between Ms. Brown's non-selection and her female gender. Yet, the morning after the interview Ms. Stevens specifically asked Ms. Brown who was caring for Ms. Brown's child while she was working. Ms. Stevens had never before inquired about Ms. Brown's childcare arrangements.

In paragraph numbered 14.2.E of her affidavit, Ms. Stevens stated that her sole discussions with Mr. King concerning Ms. Brown's non-selection consisted of asking Mr. King "is he was named in the complaint." However, Mr. King stated in paragraph numbered 15 of his affidavit that the "discussions from the first interview were discussed with Ms. Stevens so that I could better understand the nature of the complaint."

Paragraph numbered 15 of Ms. Stevens' affidavit:

The statement that "Ms. Brown did not interview as well." is purely subjective. Regarding the thoroughness of Ms. Brown's answers, it should be noted that during her almost two-hour long interview, Lisa Stevens interrupted at one point to say that she had somewhere to go and at another point she left the room to reschedule applicant David Kessler's interview time.

Regarding Ms. Brown's having a "well thought out plan for the future of the Small Mammal Unit," it is the Assistant Curator, and not the Biologist, who plans the future of the unit. Moreover, applicant David Kessler had the sole opportunity to work on the detail as a Biologist directly under Robert King's supervision for almost an entire year. Thus he had the inside track or direct knowledge of what Robert King wanted to accomplish for the unit. Ms. Brown was denied that opportunity when she was not selected for the initial detail to the unit.

Ms. Stevens claims that Ms. Brown's "score was consistently lower than the other candidate when comparing the scores of all the panelists." However during Ms. Brown's interview, both panelists Michael Davenport and Sarah Hallager admitted quite candidly that they did not know the answers to some of the questions. Based on their lack of knowledge of the subject matter, the resulting scores are unreliable.

### Melba Brown's Rebuttal Statement to the Affidavit of Robert King

In paragraph numbered 7 of his September 30, 2004 affidavit, Mr. King erroneously listed Mr. Clint Coo as an employee under his supervision. In fact, Clint Coo was a summer intern for about three months, and not an employee, and he is no longer at the zoo.

In paragraph numbered 11 of his September 30, 2004 affidavit, Mr. King takes credit for a number of actions that he did not initiate. After Mr. King was newly detailed as the Assistant Curator of the Small Mammal House, he approached Ms. Brown and called her into the office and said that he had gone through everyone's personnel file and he was very impressed with her file. He said that Ms. Brown had done significant education work and he wanted her to pursue this vein more fully because it would benefit the unit. He told Ms. Brown that he wanted her to give him all the educational ideas that she had and he even took her original research project that she worked on that dealt with herbal pest repellents in the Small Mammal House. He still has not returned it to her, even though she has asked for it many times.

Mr. King specifically asked Ms. Brown to work on education projects that would benefit the unit. She came up with the idea of the interactive and educational kits for their building based on a concept similar to the Natural History's Discovery Room. Ms. Brown completed two: *What is a Mammal Kit* and *Animal Records Kit*. Mr. King re-worked the line assignments because he wanted Ms. Brown to work more on education. (See supporting document # 8) In other words, Mr. King changed Ms. Brown from a line position employee to a floater so that she would have more time to work on educational projects. Ms. Brown followed his wishes for a year. She was understandably shocked after that time, when he approached Ms. Brown again and said that he did not intend to include credit for her education work in her performance evaluation because it would not be fair to the other keepers. (See supporting document # 10) It was practically a year later when he finally did give Ms. Brown her evaluation. (See supporting documents #9 and #11)

Concerning the Mentor Program that Ms. Brown participated in, her participation was already in the works before Mr. King became manager. In fact, her application for the program took place when Alan Peters was her supervisor. Before Mr. King was detailed to the position, Dr. Ben Beck, Donna Fletcher (Program Coordinator) and Ms. Brown met to discuss the benefits of the program for the zoo. From the zoo's standpoint as stated by Dr. Ben Beck, Ms. Brown had to meet two requirements before she could participate. She had to select an area of study and it had to benefit the zoo. She selected education because the zoo had a strong education component and she always had been active in education. It just so happened that when Mr. King became the detailed manager, the SI's program officially started.

Mr. King **DID NOT** help Ms. Brown write the educational grant for the "Quest Chests." Ms. Brown initiated that grant herself and wrote it herself. Ms. Brown still has the draft copies as proof that she was the sole author. As stated in *The Rising Star* newsletter, "Within six months, Melba conceived, developed and implemented educational material that NZP interpreters are using. Melba has since submitted a grant proposal to develop additional educational modules for her unit." (supporting document # 40.) Additionally, once Ms. Brown's grant project was completed, she told Mr. King that she had money left over which she wanted to use for the benefit of the unit. She purchased textbooks, a lamination machine, a label maker, paper cutter, ergonomic scissors and back-up supplies. It should be noted also that Ms. Brown was approached

3

Mr. Kessler published two articles on these animals. On the work schedule, David Kessler was assigned to QUAR. (See supporting document #25). This is in reference to these same two new animal species that were arriving in quarantine. The question about working the earlier shift was designed to exclude Ms. Brown from the process altogether.

Paragraph numbered 17.l: By Mr. King's own statement, a detailed employee is given a chance to develop or acquire new or additional skills. His assertion that Ms. Brown had been given an opportunity is misleading because Ms. Brown had already been very active in education, throughout her zoo career. Education was always a part of her job in the form of classes, tours, animal demos and publications. When she did the internship, there was no vacancy. She initiated the internship herself. When David Kessler was detailed to the Biologist's position, there was a forthcoming permanent position as a Biologist, as stated by Mr. King. It is absolutely ridiculous for Mr. King to state that David Kessler's Biologist detail would not give him an advantage. It clearly did give him an advantage because during his lengthy detail, he acquired the knowledge and skills for the job. In addition to the position description that Mr. King claims he rewrote for the permanent position, there was also a position description for the detail.

Mr. King stated that both candidates had *almost* equal experience in animal husbandry. In fact, Ms. Brown has a broader range of animal experience and animal training than David Kessler. Mr. King was intentionally vague in this statement. Ms. Brown has been at the zoo for over 23 years, including her volunteer time of almost three years. When she first arrived at the zoo, David Kessler was a keeper in the Propagation Building (one off-exhibit building for most of that time, only recently, after, Mr. King became the permanent manager, did he transfer David Kessler up to the Small Mammal House. This is very significant, because Mr. Kessler was in an isolated area and not working in the whole unit, like Ms. Brown was. She worked throughout the entire unit (including three buildings) and she was a detailed curator of this unit. Ms. Brown's detail was prior to her EEO/whistle-blowing episode.

Paragraph numbered 17m: Mr. King clearly states that the detail would provide the selected one with **gained experience with the administrative duties <u>REQUIRED</u> for the position**. This is a clear advantage. In his answer, Mr. King does not address any of the many conversations he had with Ms. Brown about daycare and the earlier shift and working late. Nor does he address his intention to throw out the cert. He does not address the most current non-selection for the Biologist position and what he said to Ms. Brown before that selection was made. He does not address his attempts to shift Ms. Brown to the Farm and he does not address other job applications that he gave Ms. Brown. (See supporting documents #15, #17, #19 and # 32)

Paragraph numbered 17.n: Mr. King specifically stated that he knew that Ms. Brown had daycare issues and if she was not able to make the earlier shift, there was no need to go further. Also, he failed to discuss his many attempts to get Ms. Brown to transfer to the Farm. (See supporting documents # 15, # 16 and # 19) After Mr. King tried to get Ms. Brown to address the earlier shift issue, he subsequently, met with her and said he wanted to detail her to a three-month stint as Biologist, so he could throw out

the current cert (the one that David Kessler and Ms. Brown were on) and re-open it to applicants outside of the Smithsonian Institution. After this incident, Human Resources got involved. Mr. King, days later, approached Ms. Brown and said that she had an interview with a panel comprised of Lisa Stevens, Michael Davenport and Sarah Hallager.

Mr. King stated that the position of the Biologist requires starting the day at 6:30 am to survey the collection, lead the meeting and manage animal catch-ups. The line keepers survey their areas and logistically his statement is an impossibility because the Biologist cannot possibly change clothes and survey the entire animal collection in two different buildings in ten minutes. It takes almost ten minutes to walk from one building to the other. As far as the meeting time is concerned, afternoon meetings are commonplace elsewhere in the park. This department actually used to have afternoon meetings but Mr. King does not have them anymore. As far as the animal captures are concerned, this is not a daily occurrence. When they do take place, the line keepers have most of the input and multiple staff members are present to assist with the capture.

Paragraph numbered 17.p: Mr. King never once said anything to Ms. Brown about not being able to tell her anything about the interview questions.

Paragraph numbered 17.q: Mr. King gave Ms. Brown two announcements before the interview and another one after. (See supporting documents #17 and #32)

Paragraph numbered 17.r: Mr. King did give Ms. Brown job announcements, and he suggested that she apply for them. When Mr. King became Assistant Curator, Ms. Brown met with him and told him that she wanted to advance and that her skills went well beyond that of a keeper. That was when he clearly told Ms. Brown that "management will never change its mind about you." Also, that was when he suggested that Ms. Brown check out FONZ for jobs. Please note the date for one of the job announcements he sent Ms. Brown (See supporting document #17). It was sent in 2004. The one he sent after the interview is dated 2004 also. (See supporting document #32).

Paragraph numbered 21.b: Mr. King could not be fair in assessing Ms. Brown's credentials as indicated by his high degree of harassment and the assertion that if she could not work the earlier shift, she would not be considered for the job at all. Also, he had been sending Ms. Brown job announcements and trying to get Ms. Brown to go to the Farm, allegedly so that she could reach out to African Americans.

Paragraph numbered 22: Mr. King specifically told Ms. Brown that he did not know how to reach African Americans and he wanted Ms. Brown to go to the Farm to help with this.

Paragraph numbered 23: Yes. He was visibly shaken when he learned of Ms. Brown's application because he was trying very hard to get Ms. Brown to commit to the Farm transfer. As a matter of fact, he was pressuring Ms. Brown to give him her answer and she told him that she had applied for the Biologist's position.

Paragraph numbered 25: Mr. King did meet with the panel before Ms. Brown's interview. He told Ms. Brown that he had to meet with them before she actually went into the room for her interview. The interview questions that he selected were his guidance to the panel members. The question about the earlier shift was a subversive question relating to Ms. Brown's daycare. Also, there was a question about disagreeing with a management decision. Ms. Brown's whistle-blowing was a disagreement with unjust zoo policies.

Paragraph numbered 29.a: In addition to her other permanent areas including Primates and Pandas, Lisa Stevens was temporarily a Curator of the Small Mammal Unit. Also, when the same African American female is placed repeatedly on an interview or selection panel, there is no true diversity.

Paragraph numbered 29.c: There was no fairness in having Lisa Stevens be part of a panel where Ms. Brown was a candidate. Subsequent to hiring Ms. Brown, Ms. Stevens had repeatedly rejected Ms. Brown's applications for promotion. From the start of this process, Ms. Brown was treated unfairly all the way through to the interview and the final selection.

Paragraph numbered 30: David Kessler had prior knowledge of the Administrative Duties and specific animal husbandry as it related to the question of the two new animal species. The question regarding working an earlier shift was an attempt to deter Ms. Brown from pursuing the position.

_/s/ Melba Brown_                                                    _8 Nov 2004_
Melba Brown                                                              Date

7

# The Rising Star
Volume 1, Number 1/Fall 2001

#40

Changing organizations begins with changing people, and changing people requires personal awareness.

Peter Seng

You can help build the future by building the employees of the next generation. The Smithsonian Institution Mentor Program matches knowledgeable and influential individuals with people who want to explore a new career path or develop a career already chosen. The mentor/protégé pairs meet up to four hours a month for one year. Mentors and protégés receive initial training and individual support throughout the year.

The Mentor Program has been in existence since 1997 to help employees maximize their potential. Here are just a few of the success stories of which the Mentoring Program is proud:

> Having personally experienced the benefits of mentoring from both sides of the process, I believe a solid mentoring program is vitally important to the success of any individual and all institutions. I was certainly grateful for help from the mentors in my career, and pleasantly surprised at how enormously rewarding it is to be a mentor. At this great institution, everyone has something to share, and everyone can benefit from either having a mentor or being one—so get with the (mentoring) program!
>
> Larry Small

## A Protégé's Story

For eleven years, SI employee LaShaun Mitchell worked as a Security Officer in the Natural History Museum. She dreamed of a career change, but did not have a clear picture of what she wanted to do. Two years ago, LaShaun participated in the Mentor Program, and within six months she successfully became a Building Engineer.

LaShaun is quick to reveal that her career change is a direct result of her participation in the Mentor Program. Initially, she was attracted to the program because of her desire to work in a different field. She knew that one of her strong points was working with her hands. After the preliminary mentor/protégé interviews, LaShaun was matched with Chattar Saini, a Supervising Engineer in the Natural History Museum. Together, they helped identify an area that interested LaShaun—the field of Engineering. LaShaun's career goal was to become a Building Engineer.

The first big step towards meeting her goal was to go to school and get certified. At Chattar's suggestion, LaShaun enrolled in a specialized program at Prince George's Community College. She and Chattar both worked the graveyard shift at the museum, and they worked together whenever their schedules allowed. Chattar helped her with the hands-on technical experience that would complement her classroom studies. After a four-month period LaShaun became certified in Basic Engineering and Air & Refrigeration Maintenance.

There were many times when LaShaun felt as though she could not meet the challenges. The technical aspects of the job were just too difficult to comprehend. During these times, her mentor was very encouraging. Chattar was committed to his protégé and he worked hard to keep her focused and on track. Through his guidance, patience and encouragement, he helped to transform a shy woman into one who is more confident and better skilled in the Engineering field. LaShaun surprised even herself! She actually understood the technical information and was able to successfully apply her newfound knowledge.

There was an SI job announcement for a Maintenance Mechanical Helper. LaShaun confidently submitted an application for the position. She was called for an interview. She got the job! The Mentor Program and Chattar helped her achieve what she thought was

ging organizations begins with changing people. And changing people requires personal awareness ... ly a dream. In time, LaShaun was promoted to a Building Engineer.

Today, LaShaun Mitchell is very happy with her job, and her enthusiasm for the program is contagious. Throughout her time in the Mentor Program, she attended group workshops that enhanced her communication and interview skills. Also, she learned how to write an effective resume. Her diligence and hard work paid off. She is thankful to Chattar and the program for giving her the necessary skills to excel.

## A Mentor's Story

Rudy Anderson is the Safety and Occupational Health Manager for the Natural History Building. He decided to become a mentor because he realized that many employees were frustrated over the lack of advancement opportunities. His protégé was Tom Hollister, a Horticulture employee who had a strong desire to work in the Safety and Occupational Health field.

Rudy realized that Tom needed to have very specific technical skills to become a strong competitor in the Safety arena. Over the course of six months he worked with Tom on his technical writing skills and he also made sure that Tom knew how to conduct inspections effectively. Rudy challenged Tom to give oral presentations on various Safety topics.

When he realized that Tom needed more formal training, Rudy made it possible for Tom to attend a Federal Safety and Health Conference in Chicago. The coaching and the training paid off—Tom has recently been offered an Internship as a Safety and Occupational Health Specialist.

Rudy has seen his protégé transform into a more confident individual. Tom came into the mentor program with clearly defined goals, and Rudy helped him achieve those goals.

The mentor/protégé relationship was of mutual benefit. Tom advanced his knowledge and skills in the Safety field and Rudy learned how to be more patient and how to groom a professional.

Rudy's experience as a mentor has enriched his outlook on the program. He now knows that he has the diligence and forbearance to help enhance the program as a whole. He wants all SI employees to know that there are excellent mentors within the Smithsonian family and they are willing to share their expertise with those who have career aspirations.

## A Manager's View

Managers play a crucial role in the success of their employees. Bob King, an Assistant Curator at the National Zoo, thinks that mentoring is a win-win situation for employees. He encouraged Melba Brown's participation in the Mentor Program when Melba expressed her interest in furthering her education skills. He saw an opportunity for Melba to advance her skills and benefit the entire unit. Melba's mentor is Vilma Ortiz-Sanchez, Assistant Manager of the Natural History's Discovery Room. Within six months, Melba conceived, developed, and implemented educational materials that NZP interpreters are using. Melba has since submitted a grant proposal to develop additional educational modules for her unit.

Bob has gained insight about the programs at Natural History by watching his employee work on specific tasks and by regularly communicating with her. He has a better understanding of how the Discovery Room Staff organizes its resources and develops its programs. Bob sees the mentor/protégé partnership as a bridging entity. Both of the participating units help the Smithsonian Institution as a whole by forming a closer association than normally would be.



Bob King

One of the biggest management challenges that Bob continues to address is a level of resentment by a few employees. Initially, everyone did not understand the benefits of Melba's participation in the Mentor Program. Bob had to reassure his employees that the unit would progress and develop as a whole. Everyone did not see the larger picture but now Bob sees signs of gradual acceptance and approval. Another challenge that Bob had to work through was schedule flexibility to allow Melba to go to the museum. He knew the results would be worth the time investment. Melba openly shares her projects with Bob and her co-workers. Often, she includes them as well by seeking their input.

Bob shows remarkable support for his entire unit and he realizes that professional growth is the key to motivation in daily work. He supports the Mentor Program and he encourages other managers to show support by allowing their employees to participate. Bob believes the program utilizes a team concept and it provides "a tremendous shot in the arm for new information and ideas."

## Book Corner

Although mentoring is a great way to advance your career, you can find advice about career development in many places. If you'd like to 'art with some published information, here are a few books that you might find useful:

Richard Koonce, *Career Power: 12 Winning Ways to Get from Where You Are to Where You Want to Be* (New York, Amacom, 1994)
Cliff Hakim, *We Are All Self-employed: The New Social Contract for Working in a Changed World* (San Francisco: Berrett-Koehler).

of a dream. Frankie LaShaun was promoted to a Building Engineer today. LaShaun Mitchell is very happy with her job, and her enthusiasm for the program is contagious. Throughout her time in the Mentor Program, she attended group workshops that enhanced her communication and interview skills. Also, she learned how to write an effective resume. Her diligence and hard work paid off. She is thankful to Chattar and the program for giving her the necessary skills to excel.

## A Mentor's Story

Rudy Anderson is the Safety and Occupational Health Manager for the Natural History Building. He decided to become a mentor because he realized that many employees were frustrated over the lack of advancement opportunities. His protégé was Tom Hollister, a Horticulture employee who had a strong desire to work in the Safety and Occupational Health field.

Rudy realized that Tom needed to have very specific technical skills to become a strong competitor in the Safety arena. Over the course of six months he worked with Tom on his technical writing skills and he also made sure that Tom knew how to conduct inspections effectively. Rudy challenged Tom to give oral presentations on various Safety topics.

When he realized that Tom needed more formal training, Rudy made it possible for Tom to attend a Federal Safety and Health Conference in Chicago. The coaching and the training paid off—Tom has recently been offered an Internship as a Safety and Occupational Health Specialist.

Rudy has seen his protégé transform into a more confident individual. Tom came into the mentor program with clearly defined goals, and Rudy helped him achieve those goals.

The mentor/protégé relationship was of mutual benefit. Tom advanced his knowledge and skills in the Safety field and Rudy learned how to be more patient and how to groom a professional.

Rudy's experience as a mentor has enriched his outlook on the program. He now knows that he has the diligence and forbearance to help enhance the program as a whole. He wants all SI employees to know that there are excellent mentors within the Smithsonian family and they are willing to share their expertise with those who have career aspirations.

## A Manager's View

Managers play a crucial role in the success of their employees. Bob King, an Assistant Curator at the National Zoo, thinks that mentoring is a win-win situation for employees. He encouraged Melba Brown's participation in the Mentor Program when Melba expressed her interest in furthering her education skills. He saw an opportunity for Melba to advance her skills and benefit the entire unit. Melba's mentor is Vilma Ortiz-Sanchez, Assistant Manager of the Natural History's Discovery Room. Within six months, Melba conceived, developed, and implemented educational materials that NZP interpreters are using. Melba has since submitted a grant proposal to develop additional educational modules for her unit.

Bob has gained insight about the programs at Natural History by watching his employee work on specific tasks and by regularly communicating with her. He has a better understanding of how the Discovery Room Staff organizes its resources and develops its programs. Bob sees the mentor/protégé partnership as a bridging entity. Both of the participating units help the Smithsonian Institution as a whole by forming a closer association than normally would be.



Bob King

One of the biggest management challenges that Bob continues to address is a level of resentment by a few employees. Initially, everyone did not understand the benefits of Melba's participation in the Mentor Program. Bob had to reassure his employees that the unit would progress and develop as a whole. Everyone did not see the larger picture but now Bob sees signs of gradual acceptance and approval. Another challenge that Bob had to work through was schedule flexibility to allow Melba to go to the museum. He knew the results would be worth the time investment. Melba openly shares her projects with Bob and her co-workers. Often, she includes them as well by seeking their input.

Bob shows remarkable support for his entire unit and he realizes that professional growth is the key to motivation in daily work. He supports the Mentor Program and he encourages other managers to show support by allowing their employees to participate. Bob believes the program utilizes a team concept and it provides "a tremendous shot in the arm for new information and ideas."

## Book Corner

Although mentoring is a great way to advance your career, you can find advice about career development in many places. If you'd like to start with some published information, here are a few books that you might find useful:

Richard Koonce, *Career Power: 12 Winning Ways to Get from Where You Are to Where You Want to Be* (New York, Amacom, 1994)
Cliff Hakim, *We Are All Self-employed: The New Social Contract for Working in a Changed World* (San Francisco: Berrett-Koehler,

#4)

**From:** Chandra Heilman
**To:** Brown, Melba
**Date:** 11/12/02 1:30PM
**Subject:** followup

I finally spoke with Bob King last week. Since it's been awhile since we talked, I wondered how things were and I also wanted to discuss with you my conversations with Bob and Angela. I'll be at the zoo tomorrow morning in conference room 3 of the General Services bldg. Let me know if you'd like to meet. If you leave a message on my answering machine, I should be able to pick it up . Thanks