# EXHIBIT 6

### Affidavit of Sara Hallager

1.    Provide name, race, and sex. Sara Hallager, Caucasian, Female

2.    Provide the number of years of employment with Smithsonian Institution?
Employed by SI since 1987. Federal Government? Same

3.    Provide job title, location where duties and responsibilities are performed, grade
and number of years in present position. Museum Specialist, duties performed at
birdhouse, NZP.  Grade=GS-11. I have been in this position since 1999.

4.    Provide name, race, and sex of 1st and 2nd level supervisors. 1st level supervisor:
Paul Tomassoni, Caucasian, male.  2nd level: Ed Brownikowsi, Caucasian, male

5.    Are you acquainted with Ms. Melba Brown? Yes

6.    Describe the circumstances under which you became acquainted with Ms. Brown.
I do not know her very well, but we have interacted when she comes to the
birdhouse and/or when I need to go the small mammal house.

7.    How long have you known Ms. Brown? Since 1987

8.    Have you filed at any time a complaint of discrimination against the Smithsonian
Institution? No.  If so, when?

9.    What conversations have you had with Ms. Melba Brown concerning the present
complaint of discrimination? None

10.    Are you acquainted with Ms. Lisa Stevens? Yes

11.    Describe your relationship with Ms. Stevens. Lisa acts as the rotating Curator in
charge on weekends.  I report in to her on those weekends.

a.    Explain why you believe Ms. Stevens was selected to serve as a panel member for the interview process for the selection of the position of Biologist. I really have no idea

b.    Did you serve as a panel member along with Ms. Lisa Stevens in the non-selection of Ms. Brown?  Yes. Name other panel members. Mike Davenport

c.    Were you qualified to serve as a panel member for the Biologist position? I believe so

d.    Describe your credentials that qualified you to serve on the panel for the position of Biologist. The position Melba applied for is the same position I am currently in, so the job duties are similar.

e.    Did Ms. Stevens engage in discussion with other panel members concerning Ms. Brown's race, sex and her prior participation in EEO activities? No

f.    What was the relationship between Ms. Brown's race, sex, age and her prior participation in EEO activities that resulted in her non-selection? I do not believe there were any

g.    Were applicants pre-selected?  No

12.    Why do you believe Ms. Stevens was selected to serve as a panel member for the Biologist position?  I have no idea

12a.    Was Ms. Stevens' selection by Mr. King as a panel member for the Biologist position intended to block the selection of Ms. Brown?  I do not

2

believe so. Explain and discuss. I believe Bob King wanted to keep the selection process fair and honest and that the best applicant would be the one to get the job. I believe he chose panelists who would be fair and unbiased towards all applicants.

13.    Have you been named as a party to a discrimination complaint? No. If so, when?

14.    Ms. Melba Brown filed with the Office of Equal Employment and Minority Affairs (OEEMA), a complaint of discrimination, on June 9, 2004. As a result of her complaint of discrimination the following was accepted for investigation:

> "Whether you (Ms. Brown) were discriminated against on the basis of your race (African American), sex (female), and color (black) and or retaliated against for prior EEO activity with regard to the following:

> 1.    On March 22, 2004, you learned that you were not selected for the Biologist position, Announcement No. 04SP-1033); and

> 2.    On and after February 23, 2004, your first-level supervisor, Mr. Robert King, Assistant Curator, questioned you about your application for the Biologist position, gave you job announcements and suggested that you apply for them, and spoke about detailing you to the Biologist position if the position were re-announced and opened to external applicants."

**Question A:**

As a panel member what distinguishing factors that resulted in Ms. Brown's non-selection for the Biologist position? She was unable to satisfactorily answer many of the questions.

**Question B:**

What was the relationship between Ms. Brown' non-selection and her race (African American) and color (black)? None. Discuss and provide examples where applicable. The selection of Mr. Kessler over Ms. Brown had nothing to do with Ms. Brown's race. Mr. Kessler was clearly the more qualified applicant based on his responses to the questions.

**Question C:**

What was the relationship between Ms. Brown's non-selection and her sex female)? None. Discuss and provide examples where applicable. The selection of Mr. Kessler over Ms. Brown had nothing to do with Ms. Brown's gender. Mr. Kessler was clearly the more qualified applicant based on his responses to the questions.

**Question D:**

What was the relationship between Ms. Brown's non-selection and her participation in prior EEO activities? None

    a.    What information do you have concerning other complaints of discrimination filed against Smithsonian Institution by Ms. Brown? None

    b.    What conversations have you had with other managers, and other individuals concerning Ms. Brown's present complaint of discrimination? None. Describe the circumstances surrounding these discussions.

**Question E:**

What discussions occurred during the selection process that resulted in Ms. Brown's non-selection? We were all in complete agreement immediately following both interviews as to who the new Biologist should be. We all discussed that it was completely obvious that Mr. Kessler was more qualified than Ms. Brown.

1.    Did the panel use score sheets? Yes. What was your score? I do not remember- I would have to see my sheet

2.    Did Ms. Stevens attempt to influence the panel in its non-selection of Ms. Brown? No. Explain and discuss. We were all in complete agreement as to the selection of the candidate. Nobody tried to persuade anybody to select Mr. Kessler over Ms. Brown.

3.    Were statements made by Ms. Stevens during the selection process concerning Ms. Brown's race, sex and her prior participation in EEO activities? No

4.    How did the panel reach its decision in the selection of Mr. David Kessler and the non-selection of Ms. Brown? In addition to the higher scoring of Mr. Kessler, he provided clear, concise answers to the questions. Ms. Brown did not fully answer many of the questions and was unable to persuade us that she was the more qualified candidate.

15.    Should Ms. Brown have been selected for the Biologist position?  No. Why? She was not as qualified as Mr. Kessler.

a.    Was the interview process in compliance with Smithsonian Institution policy and/or guidelines?  I believe so. Explain.

b.    Was Mr. Kessler pre-selected by the panel?  No. Explain. I have no evidence of any pre-selection of Mr. Kessler.

c.    Explain why Ms. Brown was not selected? She was not as qualified as Mr. Kessler based on her responses to our questions.

d.    Explain why the panel selected Mr. Kessler. He was clearly more qualified based on his past record of job related achievements, and was able to satisfactorily and solidly answer the questions.

16.    Is there anything else you feel she would like to discuss as related to the issues raised in the complaint? No

17.    Are there other individuals that you feel should be interviewed? No

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Sara Hallager_____    Date -29 November 2004

Sara Hallager ~~~~~~~~ Date -29 November 2004