# EXHIBIT 7

## Affidavit of Michael Davenport

1. Provide name, race, and sex.
   Michael Davenport, caucasian male

2. Provide the number of years of employment with Smithsonian Institution? Federal Government?
   approx. 32½ years

3. Provide job title, location where duties and responsibilities are performed, grade and number of years in present position.
   Assistant Curator, Reptile Discovery Center, WG-12, approx. 8-9 years

4. Provide name, race, and sex of 1st and 2nd level supervisors.
   Edward Bronikowski, caucasian male (immediate supervisor)
   William Xanten, caucasian male

5. Are you acquainted with Ms. Melba Brown?
   Yes

6. Describe the circumstances under which you became acquainted with Ms. Brown.
   I don't remember the circumstances

7. How long have you known Ms. Brown?
   I don't remember when I met her, but it was probably shortly after she began work as a keeper here.

8. Have you filed at any time a complaint of discrimination against the Smithsonian Institution? If so, when?
   No

9. What conversations have you had with Ms. Melba Brown concerning the present complaint of discrimination?
   There have been no conversations about a complaint of discrimination. She did ask me, I believe via email, why she did not get the job and I told her that she needed to speak to the selecting official, Bob King (per OHR staff)

10. Are you acquainted with Ms. Lisa Stevens?
    Yes

11. Describe your relationship with Ms. Stevens. Co-worker within Animal Programs.

    a. Explain why you believe Ms. Stevens was selected to serve as a panel member for the interview process for the selection of the position of Biologist. Ms. Stevens is a long time supervisor in Animal Programs, supervises at least one Biologist and so has a good grasp of what the general duties of that position entail. Ms. Stevens is also an African American female and so she provided racial and sex balance to panel (interview panel).

b. Did you serve as a panel member along with Ms. Lisa Stevens in the non-selection of Ms. Brown? Name other panel members.
Yes. Sara Hallager was the third panel member

c. Were you qualified to serve as a panel member for the Biologist position?
Yes

d. Describe your credentials that qualified you to serve on the panel for the position of Biologist. I have been a supervisor in one capacity or another for most of my career and have supervised two Biologist/Museum specialists in my department.

e. Did Ms. Stevens engage in discussion with other panel members concerning Ms. Brown's race, sex and her prior participation in EEO activities?
No

f. What was the relationship between Ms. Brown's race, sex, age and her prior participation in EEO activities that resulted in her non-selection? None

g. Were applicants pre-selected?
No

12. Why do you believe Ms. Stevens was selected to serve as a panel member for the Biologist position? See 11a. above.

12a. Was Ms. Stevens' selection by Mr. King as a panel member for the Biologist position intended to block the selection of Ms. Brown? Explain and discuss. I have no knowledge of that and I do not believe that Ms. Stevens would block a selection for any reason other than they did not qualify as highly as another candidate

13. Have you been named as a party to a discrimination complaint? If so, when?
No

2

14. Ms. Melba Brown filed with the Office of Equal Employment and Minority Affairs (OEEMA), a complaint of discrimination, on June 9, 2004. As a result of her complaint of discrimination the following was accepted for investigation:

    "Whether you (Ms. Brown) were discriminated against on the basis of your race (African American), sex (female), and color (black) and or retaliated against for prior EEO activity with regard to the following:

    1. On March 22, 2004, you learned that you were not selected for the Biologist position, Announcement No. 04SP-1033); and

    2. On and after February 23, 2004, your first-level supervisor, Mr. Robert King, Assistant Curator, questioned you about your application for the Biologist position, gave you job announcements and suggested that you apply for them, and spoke about detailing you to the Biologist position if the position were re-announced and opened to external applicants."

### Question A:

As a panel member what distinguishing factors that resulted in Ms. Brown's non-selection for the Biologist position? *Ms. Brown's answers to the interview questions were not a good as those of the other candidate.*

### Question B:

What was the relationship between Ms. Brown' non-selection and her race (African American) and color (black)? Discuss and provide examples where applicable. *No relationship*

### Question C:

What was the relationship between Ms. Brown's non-selection and her sex female)? Discuss and provide examples where applicable. *No relationship*

3

**Question D:**

What was the relationship between Ms. Brown's non-selection and her participation in prior EEO activities? *No relationship*

a. What information do you have concerning other complaints of discrimination filed against Smithsonian Institution by Ms. Brown? *None*

b. What conversations have you had with other managers, and other individuals concerning Ms. Brown's present complaint of discrimination? Describe the circumstances surrounding these discussions. *None*

**Question E:**

What discussions occurred during the selection process that resulted in Ms. Brown's non-selection?

1. Did the panel use score sheets? What was your score? *Scores were kept on the list of questions along with notations about candidates' answers. I don't remember the scores.*

2. Did Ms. Stevens attempt to influence the panel in its non-selection of Ms. Brown? Explain and discuss. *No*

3. Were statements made by Ms. Stevens during the selection process concerning Ms. Brown's race, sex and her prior participation in EEO activities? *No*

4. How did the panel reach its decision in the selection of Mr. David Kessler and the non-selection of Ms. Brown? *Mr. Kessler's answers to the questions asked were better.*

4

15. Should Ms. Brown have been selected for the Biologist position? Why? No. See 15c+d below

   a. Was the interview process in compliance with Smithsonian Institution policy and/or guidelines? Explain. Yes. A list of questions were provided to panel members by Bob King. Questions were kept confidential (neither applicant had knowledge of them until interviews) and each applicant was asked the same questions. Questions w/notations + scores were sent to OHR for review.

   b. Was Mr. Kessler pre-selected by the panel? Explain. No

   c. Explain why Ms. Brown was not selected? Her answers were not as good as those of Mr. Kessler

   d. Explain why the panel selected Mr. Kessler. Mr. Kessler's answers were better than those of Ms. Brown.

16. Is there anything else you feel she would like to discuss as related to the issues raised in the complaint? I don't know her well enough to know/feel what she would like to discuss.

17. Are there other individuals that you feel should be interviewed? No

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

_____        _1 Dec 04_____
Michael Davenport                       Date

5