# EXHIBIT 8

21270
JB

1

1    UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF COLUMBIA

3

4    - - - - - - - - - - - - - - - - - -x                    **ORIGINAL**

5    MELBA BROWN,             :

6        Plaintiff,           :

7    v.                       :        Civil Action No.:

8    LAWRENCE M. SMALL,  :        05-1086(RMU/JMF)

9        Defendant.           :

10   - - - - - - - - - - - - - - - - - -x

11

12

13            DEPOSITION OF ROBERT K. KING

14

15                        Washington, DC

16                        Thursday, April 6, 2006

17

18

19

20   REPORTED BY:

21        JULIE BAKER, RPR CRR

22

21270
JB

2

1    Deposition of ROBERT KING, called for

2    examination pursuant to notice of deposition, on

3    Thursday, April 6, 2006, in Washington, DC, at the

4    offices of Houston & Howard, 1001 Connecticut

5    Avenue, NW, Suite 402 at 9:30 a.m., before JULIE

6    BAKER, a Notary Public within and for the District

7    of Columbia, when were present on behalf of the

8    respective parties:

9

10    BARBARA E. BROWN, ESQ.

11    Houston & Howard

12    1001 Connecticut Avenue, NW, Suite 402

13    Washington, DC 20036

14    202-628-7058

15    On behalf of Plaintiff

16

17

18

19

20

21

22

21270
JB

3

1    APPEARANCES (Continued):

2

3            ALAN BURCH, ESQ.

4            U.S. Department of Justice

5            Assistant United States Attorney

6            Civil Division

7            555 4th Street, NW

8            Washington, DC 20530

9            202-514-7204

10           alan.burch@usdoj.gov

11           On behalf of the Defendant

12

13           JULIE CHEN CLOCKER, ESQ.

14           Assistant General Counsel

15           Smithsonian Institution

16           1000 Jefferson Drive, SW, Suite 302

17           Washington, DC 20560-0012

18           clockerj@si.edu

19           On behalf of the Smithsonian

20

21

22

21270
JB

4

1                P R O C E E D I N G S

2   Whereupon,

3                      ROBERT K. KING

4   was called as a witness and, having first been duly

5   sworn, was examined and testified as follows:

6                      EXAMINATION

7              BY MS. BROWN:

8        Q     Good morning, Mr. King.

9        A     Good morning.

10       Q     My name is Barbara Brown, and I represent

11   Melba Brown.  Have you ever given deposition

12   testimony before?

13       A     No.

14       Q     It's sworn testimony and if you have any

15   questions about any question I ask, you can ask me.

16   You can consult with the agency's counsel and if you

17   need a break, you can also take a break.  Have you

18   taken any medications this morning that would affect

19   your ability to give an accurate and complete

20   testimony?

21       A     No, I haven't.

22       Q     Have you consumed any beverages or food

21270
JB

18

1              THE WITNESS:  Basically, I contacted

2    Scarlett Proctor, the human resources manager for

3    the zoo, told her I would like to proceed with it.

4    She had a generic position description -- excuse me,

5    announcement.  She sent me a copy of it.  I reviewed

6    it.  The only thing I changed was the actual

7    hiring -- the hiring level.  It's a GS-9/11, but we

8    were only going to hire at 9 so we didn't -- we

9    didn't announce it as an 11, just as promotion

10   potential to 11.

11   BY MS. BROWN:

12        Q    Has Mr. Kessler been promoted to an 11

13   yet?

14        A    Yes, he has.

15        Q    When did that occur?

16        A    A little over a year after he had gotten

17   the permanent position selection.

18        Q    What is Ms. Proctor's position?

19        A    She handles all of the human resources as

20   far as announcing and recruiting for National Zoo.

21   She's located downtown in the Smithsonian personnel

22   office.

21270
JB

19

1      Q     Is that her sole responsibility, job

2    announcements?

3      A     No.  It's a wide range of human

4    resources-related advice, especially for hiring,

5    promotions.  Basically, she's the first person we go

6    to when we have a human resources-type question.

7      Q     How many applicants did you get in

8    response to that announcement?  I should say

9    successful applicants.

10     A     The detail or the permanent?

11     Q     We're talking permanent now.  If I mean

12   detail, I'll say detail.

13     A     I saw two.  I heard that there was two

14   that had made it to me.  I'm not certain how many

15   might have applied, but two were found eligible.

16     Q     And those two were?

17     A     Ms. Brown and Mr. Kessler.

18     Q     You decided to have an interview panel; is

19   that correct?

20     A     Yes.

21     Q     Was that your only option for selection?

22     A     We do have the ability to name select off

1   assistant curator?

2       A    That's correct.

3       Q    When did you contact these panelists to

4   ask them to be on this panel approximately?

5       A    I'm not certain of the date, but it was

6   basically at the time that we were ready to begin

7   the interview process.

8       Q    And that would have been after what had

9   occurred?

10      A    It would have been after -- it was

11  sometime concurrent between when the announcement

12  went out public and when it closed and when the cert

13  was made.  Where it fell, I'm not exactly certain.

14      Q    Who made up the questions that the

15  panelists were asking?

16      A    I did the initial draft of the questions

17  and then forwarded that to the panel as well as

18  Ms. Proctor for review.  They reviewed it, made some

19  edits.  We took out one or two questions, and then I

20  added at least one question that one of the

21  panelists wanted to add in.

22      Q    Let me ask you about Ms. Proctor.  What

21270
JB

26

1    would she be reviewing it for?

2         A    Basically to review the content of the

3    questions, ensure that they were fair and applicable

4    to the position description,

5         Q    What's Ms. Proctor's educational

6    background?

7         A    I don't know.

8         Q    To your knowledge, does she have any

9    education regarding animals?

10        A    Well, Ms. Proctor's review wasn't related

11   to the type of -- it wasn't related to the animal

12   nature.  It was really related to whether the

13   questions related to the duties of the position

14   description.

15        Q    And did Ms. Proctor get back to you?

16        A    She did.

17        Q    Did she give you anything in writing?

18        ·A    Yeah.  I believe I have an e-mail note

19   from her.

20        Q    What was the substance of her

21   communication back to you?

22        A    She advised that two of the questions that

21270
JB

27

1    I had originally drafted suggested or were relating

2    to supervisory-type questions and felt like ~~that~~

3    ~~wasn't because~~ there weren't supervisory duties in

4    the position description.  They weren't applicable

5    to the actual interview.

6        Q    And what did you do as a result of

7    that feedback?

8        A    Took out those questions.

9        Q    Did you get feedback from the panelists?

10       A    I did.

11       Q    When did you send the questions to the

12   panelists, vis-a-vis when the interviews were

13   scheduled?

14       A    It was probably about a week or so before

15   the interviews.

16       Q    What kind of feedback did you get back

17   from any of the panelists?

18       A    Mr. Davenport suggested a question that he

19   felt related to one of the parts of the position

20   description, so I added that question in, and I

21   don't believe the other two panelists had any

22   questions or comments related to it.

21270
JB

30

1      A      She is the advisor or the zoo's

2   representative for those animals within the National

3   Zoo community.    They are study books, population

4   management recommendations, and she's the one that

5   fields those kind of comments and makes

6   recommendations and advises me if an animal needs to

7   go out or how -- advise me if there needs to be a

8   change in their management.

9      Q      Those animals that came from some former

10  location within her unit, but for small mammals

11  generally, is that, as far as you know, her area of

12  experience?

13     A      No.    I don't know if she's had any direct

14  experience working with those animals there.    She

15  has a very broad animal background, but I'm not

16  aware of any specific experience with any of those

17  animals.

18     Q      What kind of animals are at the kids farm?

19     A      We have approximately 50 chickens and

20  ducks, and then we have four miniature donkeys, two

21  cows and four goats.

22     Q      Did you ask Ms. Brown to go down to the

21270
JB

31

1   kids farm?

2        A    I asked if she would be interested.

3        Q    What was her response?

4        A    Actually, I don't believe she responded.

5   She said she would get back to me, but I don't

6   believe she ever continued that conversation.

7        Q    Why did you ask her if she was interested

8   in that position?

9        A    It goes back to my knowledge and previous

10  conversations I had with Ms. Brown where she had

11  indicated a desire to work more with education, on

12  the education side of animals, and that position at

13  the kids farm is a lot -- is about twice as much

14  interaction with the public and education, so I felt

15  I could use her expertise in developing the

16  educational programs down there.

17       Q    When you asked her if she was interested

18  in going to the kids farm, was this anywhere in time

19  related to while the selection process was going on

20  for the permanent biologist position?

21       A    I'm not certain.  A lot of that was going

22  on concurrently.  The actual selection -- the

21270
JB

32

1     announcement of the permanent position to the

2     selection date was an extremely long period.  I

3     think it was probably six months, which is

4     unfortunately very typical of how our personnel

5     system, how slow it could be.  While it was going

6     on, it's possible I was also opening up a farm and

7     trying to get those positions running as well.

8          Q    When did the announcement for the

9     permanent biologist position come out?

10         A    I'm don't know.  I'm not certain.  It's in

11    my paperwork, but I don't know.

12         Q    Would it refresh your memory if you saw

13    the announcement?

14         A    Certainly.

15         MS. BROWN:  I'll show it to you.  Madam

16    Reporter, would you mark this Plaintiff's Exhibit 1.

17              (Plaintiff's Exhibit 1 identified.)

18              THE WITNESS:  It looks like it opened in

19    February of 2004.

20              BY MS. BROWN:

21         Q    The selection was made when?

22         A    I'm not certain.  It was several months

21270
JB

33

1  after that, but again, I'm not certain when that

2  actual date was.

3      Q    Would it refresh your memory if you saw

4  your e-mail?

5      A    Yeah, I believe so.

6          MS. BROWN:  Would you mark that, please,

7  as Plaintiffs Exhibit 2.

8          (Plaintiff's Exhibit 2 identified.)

9          THE WITNESS:  It looks like it was in

10 March.  It was a little bit sooner than I thought.

11 BY MS. BROWN:

12     Q    Around this time, January, February, March

13 2004, did you provide Ms. Brown with some job

14 descriptions for positions outside of the zoo?

15     A    I'm not exactly certain when -- well, I

16 did provide her with some -- I don't know if I

17 actually provided her with the description.  Maybe I

18 did, but I did provide her with a couple

19 announcements, I think, one or two within the

20 Smithsonian and one outside.  The time line was, I

21 believe, within a year, give or take these dates.

22     Q    So you believe anywhere from --

21270
JB

i

34

1       A       I would say anywhere in 2003 or 2004 is

2       possible.

3       Q       Why were you giving her announcements for

4       positions in other places?

5       A       Twice Ms. Brown had indicated that she

6       wanted to be a full-time educator.  Once in person,

7       when we were discussing a personnel issue, she told

8       me she did not want to be an animal keeper anymore,

9       and she wanted to do full-time education.  And then

10      also in 2001, when she applied for a mentoring

11      position at the natural history museum, and on that

12      application, she stated that she wanted to be a

13      full-time educator.  It's always been my belief to

14      try to help employees foster their interest.

15              So the positions that I pointed out to her

16      were education positions.  They were within the

17      actual department that she did her mentoring

18      experience with, and then the outside one was for

19      the director of education at the Baltimore Zoo,

20      which was a zoo that was somewhat close to where she

21      lived.  I think I actually said it's probably not in

22      your best interest, since she is a federal employee,

21270
JB

1  for that, but I just thought she should know about

2  that.

3      Q    What were the other education positions

4  you sent her information on?

5      A    One was a teacher or educator in the

6  ~~national~~ natural sciences department, and another one, I

7  believe, was the director of education in that

8  museum.

9      Q    Were you sending job announcements to any

10  of your other employees?

11      A    I have, yes.  I had an animal keeper that

12  was interested in a different position.  ~~Whether~~ When I

13  saw again, positions that were related to it, I

14  pointed that out to her.

15      Q    When was that?

16      A    I believe it was sometime in 2004 or early

17  2005.

18      Q    Were there any special hours connected

19  with this permanent biologist position, any special

20  work hours?

21      A    Not special work hours.  The requirement

22  for the position is to work at the beginning of the

21270
JB

36

1    shift, which was 6:30 and work from 6:30 until 3:00.

2        Q    You say the beginning of the shift.  What

3    was the shift?

4        A    The small mammal house we have one primary

5    shift and that's 6:30 to 3:00.

6        Q    What happens after 3:00?

7        A    Our keepers go home.

8        Q    What happens to the animals?

9        A    They stay right there in their enclosures.

10        Q    The keepers go home.  Is there any staff

11    left with the animals after 3:00?

12        A    There are no small mammal keepers, except

13    Ms. Brown has an altered schedule based upon some

14    accommodations that were made to her before I became

15    curator.  She works from 8:00 until 4:30.

16        Q    So the shift is what, 8-1/2 hours?

17        A    Well, that's the shift.  That actually

18    includes 30 minutes for lunch and two 15-minute

19    breaks.

20        Q    The shift for employees is how many hours

21    all together?

22        A    It's eight paid hours.

21270
JB

37

```
 1        Q     The two breaks are covered, but the extra
 2   30 minutes, that's the employee's lunch or whatever?
 3        A     That's correct.   The employees are allowed
 4   to bank those 15 minutes and add that on to that
 5   half hour so they would have an hour-long lunch.
 6        Q     You said this accomodation was made for
 7   Ms. Brown before you became curator.   Does that
 8   bother you?
 9        A     No.   It's something in her role as a
10   keeper we can accommodate.
11        Q     Did you ask Ms. Brown about working shift
12   hours before the interview occurred?
13        A     I did.
14        Q     What did you ask her?
15        A     I pointed out that we did need -- the
16   biologists would be expected to be there at 6:30,
17   and I asked if that would be acceptable.
18        Q     Why did you ask her?
19        A     Primarily to make certain she understood
20   and not have to go through the entire process of an
21   interview and selection and find out that wasn't a
22   schedule she could work.
```

21270
JB

38

1    Q    Why did you think she wouldn't be able to

2  work it?

3    A    Well, based upon the current schedule she

4  was on, it just seemed that was the reason why.  I

5  understood she is a single mom and has a young

6  daughter, so I know there was childcare or school

7  issues.  That's why.

8    Q    Did you ask Mr. Kessler if he could work

9  before the interview?

10   A    He was already working that schedule.

11   Q    Did you ask him if he would be able to

12  continue working it?

13   A    I did not.

14   Q    To your knowledge, does Mr. Kessler have

15  small children?. _

16   A    He does have a son.  I believe that son is

17  actually in college so he's not small anymore.

18   Q    Does the National Zoo have accommodation

19  for parents who have minor children?

20   A    I'm not certain exactly what you mean.  If

21  we can alter a work schedule, we do that.

22   Q    Is there any facility on the zoo premises

21270
JB

39

1    for people to bring their children?

2        A    No, there's not.  The Smithsonian has a

3    daycare, but their centers are located at the

4    downtown museums.  And National Zoo staff have the

5    same priority to have their children in that

6    daycare.

7        Q    Are employees allowed to bring their

8    children with them to work if they have a daycare

9    problem?

10       A    It's situational.  As a general rule, no,

11   not for a long-term.  It can be accommodated for a

12   day in certain areas depending on the nature of the

13   area.  If it's a danger to the child, for instance,

14   behind animal lines, no, we wouldn't allow it.  But

15   if it were otherwise and could be accommodated, I

16   believe it's supervisory discretion.

17       Q    When you asked Ms. Brown whether she could

18   work the early shift, did you mention her daycare?

19       A    I believe so.

20       Q    Have you had any in-house training at the

21   Smithsonian about employment discrimination?

22       A    I have.

21270
JB

48

1   said; is that correct?

2      A   That's correct.

3      Q   The comments that were on sheets depended

4   on what the panelists wrote down; is that correct?

5      A   That's correct.

6      Q   How long after the interviews was it

7   before the position was actually filled?

8      A   I made the selection the day after -- the

9   day that I met with the interview panel, and she

10  gave me the recommendations.  I reviewed the

11  comments and then added up the scores and made the

12  selection, I believe, that same day.

13     Q   What would the next step have been in the

14  process?

15     A   The cert -- that certification where I had

16  selected it would go to human resources Scarlett and

17  she reviews it, and basically it's her job to okay

18  it, if you will.  And then she would notify the

19  selected person, find out whether she accepted it or

20  not and then get back to me.  Once she did inform me

21  that -- informed Mr. Kessler of my selection and he

22  accepted it, when she told me that, that day I went

21270
JB

49

1   and told Ms. Brown about the selection.

2       Q    What, if any, role did your superiors have

3   in any of the selection process?  Your immediate

4   supervisor is who?

5       A    Mr. Jack Grisham.

6       Q    What, if any, role did he have in the

7   selection process?

8       A    As we were discussing the actual interview

9   process, how we would go about it, who would be on

10  the panel, he was part of those discussions.

11      Q    So he had some input on who was going to

12  be on the panel?

13      A    He did, yes.

14      Q    Who is his supervisor?

15      A    Mr. Bill Xanten.

16      Q    Did Mr. Xanten have any input in the

17  selection process?

18      A    He had the same as Jack, Mr. Grisham.  It

19  was a group discussion.

20      Q    The three of you met together?

21      A    The three of us went together and we

22  conference-called Ms. Scarlett Proctor in on that

21270
JB

50

1    discussion as well.

2        Q    Was it a general consensus that these

3    three people should serve on the panel?

4        A    Yes.

5        Q    Why is that?

6        A    It was based on a combination of who was

7    available at the moment.  All of our interview

8    panels usually have two or three curators and we

9    only have eight and/or a biologist to fill in that

10   third position.  Again, we only have a handful.  It

11   was a combination of seeing who was in town, who had

12   experience working with the biologists in terms of

13   curator and also an attempt to maximize the

14   diversity of the panel.

15       Q    How was that accomplished, the diversity?

16       A    We just looked at our eligible candidates,

17   who could be on that panel and selected a diverse

18   panel.

19       Q    What was diverse about it?

20       A    We had different races and different

21   genders and different levels of experience.

22       Q    What was represented on this panel?

21270
JB

51

1    A    Ms. Stevens is an African-American female.

2   Mr. Davenport is a Caucasian male, and Ms. Hallager

3   was a Caucasian female.  She was a museum

4   specialist.  Mr. Davenport was a curator with a

5   biologist and Ms. Stevens was a curator with a

6   biologist at the time.  She had two biologists at

7   one point.

8    Q    I missed the last thing you said.  She had

9   two what --

10    A    She had supervised two biologists at one

11   point, and at that moment I think she was down to

12   one biologist and was trying to fill that other

13   position.

14    Q    At the time of this interview in March of

15   2004, were there any other supervisory applicants

16   African Americans working at the National Zoo?

17    A    Not working in the animal department.

18    Q    Where else might they have been working?

19    A    In federal positions, I'm really not

20   certain exactly.  I think there were perhaps up in

21   the administration department.

22    Q    Is that at the National Zoo?

21270
JB

53

1  but they're employees under a totally different

2  banner.

3      Q    We're just talking about federal

4  employees?

5      A    That's correct.

6      Q    So your response is you don't believe so?

7      A    I just don't know.  I'm not really -- I'm

8  not aware of -- I wasn't aware of any at the time,

9  at least none that I can think of.

10     Q    Where you were working at the zoo, not

11 administrative, but working with animals?

12     A    Within the animal department, no, there

13 were no other African American females or no other

14 African American supervisory positions.

15     Q    Are there any now?

16     A    It is still Lisa Stevens.  We do have an

17 African American biologist now.

18     Q    Who is that?

19     A    Mr. Craig Saffoe.

20     Q    When did he start?

21     A    He was an animal keeper there during this

22 entire time.  I think he got that biologist position

21270
JB

54

1    or was promoted three or four months ago.

2        Q    Who does he work for?

3        A    Mr. Tony Barthel.

4        Q    Is that another assistant curator?

5        A    Yes.

6        Q    Which department is that?

7        A    Cheetahs and elephants.

8        Q    What was your personal assessment of

9    Mr. Kessler and Ms. Brown's ability to handle the

10   biologist position?

11       A    I felt like they were both rather equally

12   qualified just in different areas.  The biologist

13   position itself has three main tenants, which is

14   animal husbandry, science education and science, and

15   I felt they both were equal in terms of animal

16   husbandry experience and knowledge, and Ms. Brown

17   had superior experience with the science education,

18   and Mr. Brown had superior experience with the

19   science.

20       Q    What was your assessment of his superior

21   experience in science based upon?

22       A    It was based upon some publications he had

21270
JB

55

1    written during this period, and then his -- I guess

2    you'd say his knowledge, especially with one species

3    which we had in small mammals which is the naked

4    mole rat.  He would be considered one of a handful

5    of experts in the zoo field working on this animal.

6        Q    In one of your 50 species?

7        A    Right, yes.

8        Q    What publications are you referring to

9    that Mr. Kessler had?

10        A    He has written or coauthored articles on

11    naked mole rats, several articles in different

12    areas.  He also authored a publication in zoo

13    biology which is a very well respected peer-reviewed

14    journal.

15        Q    When was that?

16        A    I'm not certain exactly when.  It was an

17    article on prevost's squirrels that we still use

18    today as a reference with prevost's squirrels,

19    another animal that we have within our collection.

20        Q    Can you place it within a 10-year period?

21        A    I believe it was during the late '80s or

22    maybe early '90s. He also had an article in the