# EXHIBIT 9

1

1          UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF COLUMBIA

3

4    - - - - - - - - - - - - x

5    MELBA BROWN,                :

6              Plaintiff,        :

7    vs.                         :    Case No. 05-1086

8    LAWRENCE M. SMALL,          :

9              Defendant.        :

10   - - - - - - - - - - - - x

11

12                              Washington, D.C.

13                              Thursday, April 13, 2006

14
     Whereupon,
15
                         MELBA BROWN
16
     the Witness, called for examination by counsel for the
17
     Defendant, pursuant to notice and agreement of counsel as to
18
     time and place, at 1001 Connecticut Avenue, N.W., Washington,
19
     DC, before Heather Kilbourne, a Notary Public in and for the
20
     District of Columbia.
21

22

23

24

25

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

2

```
 1  APPEARANCES:

 2              On Behalf of the Plaintiff:

 3              BARBARA E. BROWN, Esquire

 4              Houston & Howard

 5              1001 Connecticut Avenue, N.W.

 6              Suite 402

 7              Washington, DC  20036

 8              202-628-7058

 9

10              On Behalf of the United States:

11              ALAN BURCH, Esquire

12              Assistant United States Attorney

13              United States Attorney's Office

14              Civil Division

15              555 4th Street, N.W.

16              Washington, DC  20530

17              202-514-7204

18

19              On Behalf of the Smithsonian Institution:

20              JULIE CHEN CLOCKER, Esquire

21              Smithsonian Institution

22              Office of General Counsel

23              P. O. Box 23286

24              Washington, DC  20026-3286

25              202-633-5112
```

3

```
 1                          I N D E X
 2   WITNESS:              EXAMINATION:              PAGE:
 3   Melba Brown              Mr. Burch - Direct        4
 4                           Ms. Brown - Cross         46
 5                           Mr. Burch - Redirect      48
 6
 7                        E X H I B I T S
 8   EXHIBIT NO:           DESCRIPTION:               PAGE:
 9     1           E-mail, King to Brown, 1/7/04       18
10     2           Interview sheets                    30
11     3           Affidavit of Melba T. Brown         32
12     4           E-mail, King to Brown, 2/9/04       44
13
14
15
16
17
18
19
20
21
22
23
24
25
```

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

```
 1                    P R O C E E D I N G S
 2                                              (11:00 a.m.)
 3           COURT REPORTER:  On the record at 11:06.
 4   Whereupon,
 5                        MELBA BROWN
 6   was called as a witness and after having been first duly
 7   sworn, was examined and testified as follows:)
 8                    DIRECT EXAMINATION
 9           BY MR. BURCH:
10       Q    Good morning, Ms. Brown.  My name is Alan Burch.
11   I'm with the United States Attorney's Office and with me is
12   Julie Chen Clocker from the Smithsonian.
13       A    Good morning.
14       Q    Are you presently employed?
15       A    Am I presently --
16       Q    Presently employed?
17       A    Yes.
18       Q    Where?
19       A    At the Smithsonian National Zoo.
20       Q    And how long have you worked there?
21       A    A little over 20 years.
22       Q    I'd like to you ask you some questions about a
23   position you applied for in 2000, the biologist position.
24       A    Yes.
25       Q    How did you come to hear about this position?
```

1          MS. BROWN:  Objection, relevance.  You may answer
2   the question.

3          THE WITNESS:  As far as husbandry and breeding?
4          BY MR. BURCH:
5    Q    Uh-huh.
6    A    Just in the world of animals, you need to be aware
7   of which animals -- which individuals can be appropriately
8   matched so that successful breeding can take place.  There's
9   space requirements.  We do observations, check sheets, to
10  ensure just proper breeding.  You can even check with other
11  institutions to see what their protocols are.
12   Q    Thank you.  Now, what was your understanding of the
13  -- at the time of the announcement, what was your
14  understanding of the requirements for the permanent position
15  with respect to the area of science education?
16   A    That --
17   Q    In the permanent biologist position.
18   A    For the permanent biologist position?  My
19  understanding is it would be a part of it.
20   Q    And what was your understanding of science
21  education?  What is included in that area?
22   A    Educating the visitors who come to the park, doing
23  outreach with education, publications.
24   Q    Okay.  I'd like to ask you about your educational
25  background also, and do you have any graduate degrees?

```
 1      A    I don't have a graduate degree.

 2      Q    Do you have a bachelors degree?

 3      A    I do.

 4      Q    And what is that in?

 5      A    Zoology.

 6      Q    Is that a bachelor of science?

 7      A    Correct.

 8      Q    And have you ever done any course work leading to a

 9  masters or a Ph.D.?

10      A    No.

11      Q    Have you taken other course work that does not lead

12  to a masters or a Ph.D. since your bachelors degree?

13      A    I have taken graduate courses but it was in the

14  field of -- you could almost link it under horticulture.  It's

15  like plant sciences, and that's germane to my position because

16  we deal with a lot of plants.

17      Q    Any other graduate level work other than the

18  horticulture?

19      A    No.

20      Q    Do you -- can you tell me how many credits of

21  horticulture?

22      A    Oh, gosh, I don't know off the top of my head but I

23  took several years worth.

24      Q    Do you remember what school you took it at?

25      A    USDA graduate school.
```

1      Q     I'd like to ask you questions about your

2  publications.  Have you ever published anything in a magazine,

3  periodical, journal or any other kind?

4      A     Yes.

5      Q     And what sorts of things have you published, just

6  generally?

7      A     You mean related to the field or --

8      Q     Yeah, as related to the field of this and your work

9  at the zoo.

10     A     Publications based on, how shall we say,

11 descriptions of great apes, publications on animal enrichment

12 and innovative techniques, publications, let's see, one on

13 breeding, if you will, of birth and development of South

14 American three banded armadillo, many book reviews, and also

15 publications on animals in general and the world's biomes.

16     Q     And excuse me, the world's what?

17     A     Biomes, like the major habitats of the world.

18     Q     Oh, okay.

19     A     As they relate to nature.

20     Q     Have you published any scientific studies in a peer

21 review scientific journal?

22     A     Yes.  I did one in Animal Keepers Forum.

23     Q     Do you remember the name of that?

24     A     The birth and development of the South American

25 three banded armadillo, tclypuetes matacus.

1        COURT REPORTER:  Can you spell that?

2        THE WITNESS:  T-o-l-y, p-u-e-t-e-s, next word, m-a-

3   t-a-c-u-s.

4        COURT REPORTER:  Thank you.

5        BY MR. BURCH:

6    Q    I'm sorry.  You said the name of the journal but

7   could you say it again?  I didn't get it in my notes, the name

8   of the journal.

9    A    Animal Keepers Forum.

10   Q    I'd like to just ask you some questions now about

11  your interactions with Bob King prior to the interview for the

12  permanent biologist position.  At any point prior to that

13  interview did you have discussions with him about your desire

14  to look for other jobs, either within the zoo or beyond the

15  zoo?

16   A    Did I have a discussion with him or did he have a

17  discussion with me?

18   Q    Either way.  Did it come up either way?

19   A    Yes.

20   Q    And how did those discussions come up?

21   A    Mr. King approached me.

22   Q    And each time?

23   A    Yes.

24   Q    Did you ever approach him and say that you were

25  interested in looking for another job?

1      A      No.

2      Q      At any point prior to your interview with the -- for

3  the permanent biologist position, were you in fact interested

4  in looking at other jobs?

5      A      I was putting out feelers.

6      Q      You were?

7      A      For other employment opportunities.

8      Q      And did you make Mr. King aware of that, that you

9  were putting out these feelers?

10      A      Nothing comes to mind.  I may have mentioned

11  something but nothing comes to mind as to a date or what was

12  said.

13      Q      Was he aware of that, that you were putting out

14  feelers?

15      A      Just one.

16      Q      Which one?

17      A      Horticulture.

18      Q      Could you explain that?  What, what do you mean by

19  that?

20      A      Just seeing what job opportunities were available in

21  horticulture.

22      Q      In horticulture?  And what time period did you --

23  did this constitute you putting out feelers in horticulture?

24      A      That I don't know.

25      Q      Are we talking about a one time incident or are we

16

1  talking about a particular time --

2      A    Well, no, it was, it was a one time incident.

3      Q    Involving a particular job?

4      A    No.

5      Q    -- a particular discussion then?

6      A    Yeah.

7      Q    From time to time did Mr. King make you aware of

8  other job opportunities, either at the zoo or elsewhere prior

9  to the interview?

10     A    Not at the zoo but elsewhere.

11     Q    Was this something you welcomed or something you

12 resented or do you have some other feeling towards it?

13     A    I was caught off guard by it.  I was, I was put off

14 by it actually.

15     Q    Did you ever explain to him that you were put off by

16 it?

17     A    No, I didn't feel I could approach him.

18     Q    Do you think that he realized you were put off by

19 it?

20     A    I don't know.

21     Q    Did you tell anyone else at the Smithsonian that you

22 were put off by this?

23     A    I think at the time I received one, I had had a

24 conversation with Annetta McCray (phonetic.)

25     Q    Do you recall which one that was?

1    A    Which one?

2    Q    Do you recall --

3    A    --

4    Q    Yes, or --

5    A    No.

6    Q    You said at the time you received one.

7    A    Oh, a job announcement from Bob King --

8    Q    Okay.  I'd like to hand you one of the pages of

9    information that was provided to us from you in discovery.

10   A    Okay.

11        MR. BURCH:  Let me get that marked Exhibit 1.

12        (Brown Deposition Exhibit Number 1 marked for

13   identification.)

14        BY MR. BURCH:

15   Q    And if you could just first identify that for the

16   record.

17   A    This was an e-mail that Mr. King sent to me about a

18   job announcement.

19   Q    Is this the one you referred to in your prior

20   question?

21   A    Yes.

22        MS. BROWN:  Objection.  That needs clarification.

23   The one that you referred to in --

24        MR. BURCH:  The job description.

25        BY MR. BURCH:

```
 1      Q    Is the job description you referenced in this e-mail
 2 the one that you referred to in our prior question?
 3           MS. BROWN:  The one you referred to what, how, that
 4 she talked to Annetta McCray?
 5           MR. BURCH:  That she talked to Annetta McCray about,
 6 right.
 7           THE WITNESS:  I don't know if I mentioned this
 8 specific one because there were other ones.  It may have been
 9 for another one.
10           BY MR. BURCH:
11      Q    I see, okay.
12      A    You see what I'm saying?
13      Q    Yes.
14      A    Okay.
15      Q    I think that's -- that helps.  Could you identify
16 the handwriting on this?
17      A    That's mine.
18      Q    Is that yours?  Okay.  Well, when did you write that
19 on there?
20      A    I have no idea.
21      Q    Was that closer in time to the e-mail or closer in
22 time to the production of the e-mail to us?
23      A    From the production of the e-mail to you.
24      Q    Okay.  Why did you write the -- notice the date
25 before the interview on there?
```

```
 1        A     Because it was before the interview.

 2        Q     And how is that -- does that -- how is that

 3   relevant?  Is that relevant to your claim of discrimination in

 4   this case?

 5        A     I think it is.

 6        Q     How?

 7        A     Because it's pretty clear that he was giving me

 8   information for jobs elsewhere --

 9        Q     And how --

10        A     -- not at the zoo.

11        Q     And how does that relate to a claim of

12   discrimination with respect to the biologist position?

13        A     Because I was interested in the biologist position

14   at the zoo.

15        Q     Were you -- was Mr. King aware that you were -- let

16   me start -- were you, were you interested in, in other

17   positions or the possibility of other positions at that time?

18        A     I don't know.  I don't know what the time frame was.

19        Q     When Mr. King sent this to you, did you inform him

20   that -- well, strike that.  When you received this e-mail,

21   were you put off by this e-mail as well?

22        A     Uh-huh.

23        Q     Excuse me, I need a yes or no.

24        A     Oh, I'm sorry.  Yes.

25        Q     All right.  And did you make it known to Mr. King
```

1  that you were put off by this e-mail?

2      A    No, I didn't approach Mr. King.

3      Q    Did Mr. King send announcements of job openings at

4  the Smithsonian or elsewhere to other employees on his staff?

5           MS. BROWN:  Objection, calls for speculation.

6           THE WITNESS:  That I wouldn't know.

7           BY MR. BURCH:

8      Q    Excuse me, what was your answer?

9      A    I said that I wouldn't know.

10     Q    Did any of the other employees on Mr. King's staff

11 indicate to you that Mr. King had ever sent them a job

12 announcement here at the Smithsonian or elsewhere?

13          MS. BROWN:  Objection, calls for hearsay.    You can

14 answer.

15          BY MR. BURCH:

16     Q    You can answer the question.

17     A    I'm sorry, state the question again.

18     Q    Did any of the other --

19     A    No.

20     Q    -- employees tell you that Mr. King had sent them --

21     A    No.

22     Q    -- job --

23          (Pause.)

24          BY MR. BURCH:

25     Q    Did Mr. King talk to you -- prior, prior to the

1  interview for the permanent biologist position, did Mr. King

2  talk to you about the job hours and whether you could work

3  those hours?

4      A    Yes.

5      Q    And how did that come about?

6      A    He called me into the office and said that his

7  understanding was that I had applied for the position and that

8  in order to be considered for that position I would have to

9  work a different shift.

10     Q    And what did he mean by a different shift?

11     A    He -- an earlier shift.

12     Q    Than the one you were working at that time?

13     A    Yes.

14     Q    What was the shift you were working at that time?

15     A    8:00 to 4:30.

16     Q    Was that the normal shift for the other keepers in

17  the unit?

18     A    There is --

19          MS. BROWN:  Objection, relevance.  You can answer

20  the question.

21          THE WITNESS:  There is no normal shift.  There are

22  shifts there that are available to different keepers.

23          BY MR. BURCH:

24     Q    Do a majority of the keepers there -- well, how many

25  different shifts are there for the keeper position?

1    A    You can work 6 to 2:30, 6:30 to 3, 7 to 4:30 -- I'm

2   sorry, 7 to 3:30, 8 to 4:30, and then the, like summer hours,

3   10 to 6:30.

4    Q    And are the employees -- is it up to the employee

5   which shift to select?

6    A    My understanding is it is.

7    Q    Is there any sort of daily meeting that takes place?

8    A    Yes.

9    Q    And when does that meeting take place?

10    A    My understanding is 6:40.

11    Q    And how many of the keepers generally work shifts

12   that allow them to go to that meeting?

13        MS. BROWN:  Objection, relevance.  Objection,

14   competency.  You can answer the question if you know it.

15        THE WITNESS:  I would say probably 80% of the keeper

16   staff is at any given meeting.

17        BY MR. BURCH:

18    Q    How long have you worked the shift that -- excuse

19   me.  What shift do you work -- did you work at the -- let me

20   start over.  What was the timing of your shift at the time of

21   the interview for the non-permanent biologist position --

22        MS. BROWN:  Objection, asked and answered but you

23   can answer it again.

24        THE WITNESS:  8 to 4:30.

25        BY MR. BURCH:

```
 1      Q     8 to 4:30, and how long had you been working that
 2   shift?
 3      A     Maybe since 2000.
 4      Q     And prior to that, what shift did you work?
 5      A     At one time I was 6 to 2:30, and then 6:30 to 3.
 6      Q     And why did you make that change to the 8:00 shift?
 7            MS. BROWN:  Objection, relevance.  You can answer
 8   the question.
 9            THE WITNESS:  So that I could take my daughter to
10   day care.
11            BY MR. BURCH:
12      Q     Did you have any discussions with Mr. King about
13   your need to change the shift time from 6:30 to 8:00?
14            MS. BROWN:  Objection.  The question assumes facts
15   not in evidence.  She never testified that Mr. King was her
16   supervisor when her shift changed.
17            MR. BURCH:  Okay.
18            BY MR. BURCH:
19      Q     Who was your supervisor at the time the shift
20   changed?
21      A     Alan Peters.
22      Q     Did you have any discussions with Mr. Peters about
23   your need to change the shift time?
24      A     Yes.
25      Q     And what did you tell him?
```

1          MS. BROWN:  Objection, relevance.  You may answer

2   the question.

3          THE WITNESS:  Actually I don't recall the exact

4   conversation.

5          BY MR. BURCH:

6     Q    Did you discuss your child care needs?

7     A    I probably did.

8     Q    At any point prior to the interview for the

9   permanent biologist position in 2004, did you discuss with Mr.

10  King your child care needs?

11    A    Did I discuss with Mr. King my child care needs?

12    Q    Yes.

13    A    No.

14    Q    Did he discuss it with you?  Did he raise it with

15  you?

16    A    The only time he brought it up was when he

17  questioned me about the shift change in relation to the

18  position.

19    Q    And did he specifically ask about child care?

20    A    Yes.

21    Q    What did he say?

22    A    I don't remember the exact wordage, something like

23  you need to work the earlier shift.  I know it may be a

24  problem due to your child care.

25    Q    Did he ask you to withdraw your application?

1    Q    No, it's, it's the whole document.

2    A    Oh.

3    Q    I'm sorry -- identify the whole one.

4    A    This looks like the interview forms of Michael

5  Davenport, Sara Hallager and Lisa Stevens.

6    Q    The four of you were interviewed for the permanent

7  position?

8    A    Yes, I see my name up there.

9    Q    And you've seen this document before, correct,

10  before today?

11    A    Yes.

12    Q    That was included in the Report of Investigation at

13  the administrative level, right?

14    A    Yes.

15    Q    You need to say -- okay.

16    A    Oh, I'm sorry.

17    Q    Were these the questions that were asked in the

18  interview?

19    A    They appear to be, but I haven't read them all here.

20    Q    At any point in the EEO process did you have any

21  reason to think that the questions reflected in the Report of

22  Examination document -- or Report of Investigation document

23  were not the questions asked you in the interview?

24    A    No.

25    Q    Okay.  I'm going to hand you another exhibit.

```
 1              (Brown Deposition Exhibit Number 3 marked for
 2   identification.)
 3              BY MR. BURCH:
 4      Q      This is Exhibit 3.  If you can identify that.
 5      A      Affidavit of Melba T. Brown.
 6      Q      This is your affidavit from the EEO process?
 7      A      Uh-huh.
 8      Q      I need you to say yes or no.
 9      A      Oh, I'm sorry, yes.
10      Q      Thank you.  If you could turn to page 5 of Exhibit
11   3, I'd like to direct your attention, at the very bottom
12   before the, before the line across the page, two lines up
13   there's a sentence that says, "Also, there was a specific
14   question in the interview about working the earlier shift.
15   This was included to attempt to knock me out of the running."
16   Which question were you referring to in that sentence?
17      A      Hold on --
18              MS. BROWN:  Read the whole paragraph.
19              THE WITNESS:  Okay.
20              BY MR. BURCH:
21      Q      And take your time.
22      A      Okay.
23      Q      As much time as you need.
24      A      Okay.
25              (Pause.)
```

1           THE WITNESS:  Okay.  So you want to know what

2   question here is relevant to that?

3           BY MR. BURCH:

4      Q    Yes.  Which question in the interview were you

5   referring to in this sentence at the bottom of page 5 of

6   Exhibit 3?

7           MS. BROWN:  Objection.  The question assumes facts

8   not in evidence.  She just never said in this affidavit if the

9   question was one that was listed in the interview.

10          MR. BURCH:  She may refer to Exhibit 2 if that helps

11  her.  I'm not asking about Exhibit 2; I'm asking about Exhibit

12  3.

13          MS. BROWN:  I understand.

14          MR. BURCH:  What was the question --

15          MS. BROWN:  The objection is based on the fact that

16  she does not say here that the question that was asked was one

17  that was listed on the interviewees' sheet.

18          MR. BURCH:  That's fine.  That's not my question.

19

20          BY MR. BURCH:

21     Q    My question is what is the specific question in your

22  interview about working the earlier shift?

23     A    Number 12.

24     Q    12, thank you.  When you say number 12, you're

25  referring to a number, the question number 12 on Exhibit 2?

 1    A    Yes.

 2    Q    Okay.  I'd like to direct your attention on Exhibit

 3  2 to the next page, question 15.  If you could read that to

 4  yourself, please.

 5         (Pause.)

 6         BY MR. BURCH:

 7    Q    Are you ready?

 8    A    Uh-huh.

 9    Q    Do you believe there's anything unfair about this

10  question?

11         MS. BROWN:  Objection, relevance.  You may answer

12  the question.  Actually, it's -- the other objection is it's

13  vague.  What do you mean by unfair?  You can't answer that

14  question.  It is too vague.

15         BY MR. BURCH:

16    Q    Do you believe there was anything unfair in the

17  sense that it was intended to be discriminatory on the basis

18  of race or sex as it applied to the selection process for the

19  biologist position in 2004?

20         MS. BROWN:  Same objection on a relevance basis.

21         THE WITNESS:  Could you please repeat your question?

22

23         BY MR. BURCH:

24    Q    Do you believe there was anything about question 15

25  in Exhibit 2 that was discriminatory on the basis of race or

1  sex as it applied to the biologist position in 2004?

2      A    No.

3      Q    Do you believe there was anything discriminatory on

4  the basis of race or sex as it applied to the biologist

5  position in 2004 with respect to any of the other questions in

6  the interview?

7          (Pause.)

8          MS. BROWN:  Same objection, relevance.

9          (Pause.)

10         THE WITNESS:  No.

11         BY MR. BURCH:

12     Q    Do you have any reason to believe that the questions

13  put to you were any different than the questions put to Mr.

14  Kessler in his interview?

15         MS. BROWN:  Objection, calls for confidence.  This

16  calls for speculation.  She can't answer that question.

17         MR. BURCH:  I was asking her if she had any

18  foundation for that.

19         MS. BROWN:  Objection.  She can't speculate about

20  what was -- he was asked.

21         BY MR. BURCH:

22     Q    Do you have any reason to believe that any of the

23  other people asked -- any of the interview panelists asked him

24  a different question?

25         MS. BROWN:  Objection, calls for speculation.

34

```
 1  Objection, relevance.

 2           MR. BURCH:  Will you let her answer?

 3           MS. BROWN:  No.

 4           BY MR. BURCH:

 5      Q    Did anyone ever tell you that the questions put to

 6  Mr. King -- or excuse me, put to Mr. Kessler were in any way

 7  different than the questions put to you in your interview?

 8           MS. BROWN:  Objection, relevance.  You can answer if

 9  anybody ever told you.

10           THE WITNESS:  No.

11           BY MR. BURCH:

12      Q    Are you aware of any document that indicates that

13  the questions put to you were in any way different than the

14  questions put to Mr. Kessler in his interview?

15           MS. BROWN:  Objection, relevance.

16           THE WITNESS:  I can answer it?

17           MS. BROWN:  Yes.

18           THE WITNESS:  No.

19           (Pause.)

20           BY MR. BURCH:

21      Q    What is your understanding of the information that

22  Maria Montgomery would provide that would be relevant to this

23  case?

24      A    Bob King questioning me on working earlier shift and

25  staying later, beyond the shift.
```

```
 1  you believe discriminatory decisions leading to your non-

 2  selections -- non-selection?

 3       A    From what point?

 4       Q    In any point in the selection process for the

 5  biologist position.  Who made discriminatory decisions that

 6  led to you not being selected?

 7       A    I think they all did.

 8       Q    Can you list their names please?

 9       A    Lisa Stevens, Bob King.

10       Q    Anyone else?

11       A    -- those two?

12       Q    Sara Hallager and Michael Davenport, and what about

13  them?

14       A    Yes.

15       Q    How did Sara Hallager --

16       A    To Michael, to Michael Davenport.

17       Q    Yes to Michael Davenport?

18       A    Uh-huh.

19       Q    What about Sara Hallager?

20       A    Could you please state the original question?

21       Q    Well, I'll just restate it.  How did Sara -- I guess

22  you didn't answer that yet.  Did Sara Hallager make any

23  discriminatory decisions that -- in your -- in the process

24  that led to your not being selected for the 2004 biologist

25  position?
```

1      A    I'm not sure I understand the question.

2      Q    You understood that Sara Hallager had some part in

3  the process of your being -- of the selection process?

4      A    She was on the panel.

5      Q    Did she make any discriminatory decisions in her

6  work on the panel?

7      A    I'm still not sure I understand the question.

8      Q    Did she do anything discriminatory in the selection

9  process that led to the selection of the 2004 biologist

10  position?

11      A    I can't speak to how the decisions were made once

12  the interview was done.

13      Q    Was there anything that she did in the interview

14  that you believe was discriminatory?

15      A    They asked that question.

16      Q    Which one?  Question 12?

17      A    Yes.

18      Q    Question 12?  Was there anything else that Sara

19  Hallager may have done that you recall as being discriminatory

20  in the interview other than question 12?

21      A    That's what I can recall.

22      Q    Okay.  Let's talk about the others a little more.

23  What did Michael Davenport do in the selection process that

24  you believe was discriminatory?

25      A    I think collectively they all asked me question 12.

1    Q    Anything else with respect to the panel?

2    A    Nothing I can think of right now.

3    Q    What did Mr. King do that was discriminatory in the

4  selection process for the 2004 biologist position?

5    A    He queried me about day care.  He spoke to me about

6  being his only African American, his only African American

7  employee.

8    Q    Anything else?

9    A    He sent me job announcements and giving me

10 ultimatums to get him a decision by the end of the day.

11   Q    Anything else?

12   A    The general treatment in the unit.

13   Q    Anything else?

14   A    The evaluation.

15   Q    Which evaluation?

16   A    I'm not sure which one, maybe two evaluations ago.

17   Q    And what did he do in the evaluation that was

18 discriminatory?

19   A    The year prior to the evaluation he gave me a

20 specific duty to undertake and when I completed it after the

21 year it was time for the evaluation, he came to me and said he

22 did not want to include it in my evaluation even though that

23 was what he had specifically requested.

24   Q    And how did that relate to the decision process for

25 the 2004 biologist position?

1      A      It was part of just a series of scenarios and

2  treatment.

3      Q      Was there anything else that Mr. King did that was

4  discriminatory with respect to the 2004 biologist position in

5  the selection process?

6      A      That's what I can think of right now.

7      Q      Okay.

8             MR. BURCH:  Would anyone like to take a break?  Off

9  the record.

10            COURT REPORTER:  Off the record at 12:05.

11            (Whereupon, a brief recess was taken.)

12            COURT REPORTER:  On the record at 12:09.

13            BY MR. BURCH:

14     Q      One more document I want you to look at.

15            MR. BURCH:  If I could have this marked.

16            (Brown Deposition Exhibit Number 4 marked for

17  identification.)

18            BY MR. BURCH:

19     Q      Can you identify it for the record please?

20     A      This is an e-mail that Bob King sent to me with a, a

21  sample schedule for the farm.

22     Q      And whose handwriting is it on there that say

23  "notice the date?"

24     A      That's my handwriting.

25     Q      And how is this e-mail relevant to your claims of