UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Melba Brown, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Acton No. 05-01086 |
| v. | ) | (RMU/JMF) |
| | ) | |
| Lawrence M. Small, Secretary, | ) | |
| Smithsonian Institution, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF SCARLITT PROCTOR

I, Scarlitt Proctor, make the following declaration. This declaration is based on my personal knowledge and I am competent to testify to the matters stated herein.

1. I am employed by the Smithsonian Institution's Office of Human Resources (OHR) in the position of Human Resource Specialist, GS-201-12. I have held this position since 1992.

2. I am the Human Resource Specialist for the National Zoological Park (NZP). In this role, I provide advice and assistance to the NZP in the areas of staffing, classification and employee relations. As part of my official duties, I assisted the NZP in the Merit Placement process for filling the Biologist Vacancy Announcement, GS-0401-9/11, Announcement No. 04SP-1033.

3. The Merit Placement File is a file kept in the regular course of business by OHR that contains the job announcements, the ratings and rankings scores as necessary, interview score sheets as necessary, notes between the organization and OHR, the Certificate of Eligibles and a list and applications of all individuals who applied for a vacant position.

4. In connection with the above-captioned complaint and the administrative proceeding

that preceded it, I reviewed the Merit Placement File for the Biologist Vacancy Announcement, GS-0401-9/11, Announcement No. 04SP-1033 ("MPF"). Attached herewith as Exhibit A is a true copy of the Referral Certificate for Federal Position and Selection for the Biologist Vacancy Announcement, GS-0401-9/11, Announcement No. 04SP-1033, which was contained in the MPF (bate-stamped No. SI0003).

5.    Attached herewith as Exhibit B is a true copy of the Biologist Vacancy Announcement, GS-0401-9/11, Announcement No. 04SP-1033, which was contained in the MPF (bate-stamped Nos. SI0042-SI0043).

6.    Attached herewith as Exhibit C is a true copy of the Application of David S. Kessler for Biologist Vacancy Announcement, GS-0401-9/11, Announcement No. 04SP-1033, which was contained in the MPF (bate-stamped Nos. SI0006-SI0020).

7.    Attached herewith as Exhibit D is a true copy of the Interview Score Sheets from Lisa Stevens, Michael Davenport, and Sara Hallager, dated March 11, 2004, for their interview of Melba Brown, and which were contained in the MPF.

8    Attached herewith as Exhibit E is a true copy of the Interview Score Sheets from Lisa Stevens, Michael Davenport, and Sara Hallager, dated March 12, 2004, for their interview of David Kessler, and which was contained in the MPF.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2006

_____
Scarlitt Proctor