# EXHIBIT 10-A

# REFERRAL CERTIFICATE for FEDERAL POSITION
## Office of Human Resources

Date Issued:  February 23, 2004
Supplement:
Amendment:

**POSITION:**         **ORGANIZATION:**      **ANNOUNCEMENT #:** 03SP-1033
Biologist             NZP                    **REQUEST #:**
GS-401-9

Please see reverse for information and instructions about interviewing, obtaining references, making selections, and completing this form.

If you have questions about this referral list or the selection process, please call:
Scarlitt Proctor, OHR, Telephone:(202) 275-1008.

| NAME OF CANDIDATE RESULTS | NAME OF Interviewer | DATE OF Interview | IN PERSON/ By Phone |
|---|---|---|---|
| *not selected* Brown, Melba | Lisa Stevens Michael Davenport Sara Hulluger | 11-Mar-04 | |
| *Selected* Kessler, David | Lisa Stevens Michael Davenport Sara Hulluger | 12-Mar-04 | |

\#      Candidate with eligibility for Federal status consideration under the SI Merit Placement Program.

\*      Non-status candidate whose eligibility must be certified by the SI Delegated Examining Unit (DEU) before selection may be finalized.

\*\*      Non-status candidate whose eligibility must be certified by the SI DEU and who is entitled to veteran's preference.  Unless you have valid objection to this candidate, s/he must be selected before any non-veteran non-status candidate.

Check one:
[X]      All candidates have been considered.  I have selected the candidate(s) I believe best qualified for the position.
{ }      All candidates have been considered and no selection made.

SIGNATURE of SELECTING OFFICIAL

DATE  12-Mar-04

**SI-0003**

OHR FORM rev  1427A 9/98