# EXHIBIT 10-B

**Smithsonian Institution**

SI-0042

04SP-1033

Office of Human Resources

# Vacancy Announcement

24 HOUR DIAL-A-JOB: (202) 287-3102                                                                    AN EQUAL OPPORTUNITY EMPLOYER

**OPENING DATE:** February 03, 2004

**CLOSING DATE:** February 18, 2004

| POSITION TITLE/ SERIES AND GRADE | ORGANIZATION | ANNOUNCEMENT NUMBER |
|---|---|---|
| Biologist GS-0401-9/11 Salary: $ 40,894-$64,323 per annum Promotion Potential to GS-11 if selected at the GS-9 level | National Zoological Park Animal Programs | 04SP-1033 |

**DUTY LOCATION:** Washington, DC

**AREA OF CONSIDERATION:** Current Smithsonian Institution employees including qualified employees with a disability. **The Smithsonian provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for the application/hiring process, please call (202) 275-1102 (voice) or (202) 275-1110 (TTY).**

**DUTIES:** The incumbent serves as a biologist for the Small Mammal House collection and involves the care, breeding, conservation, exhibition, collection planning and support of research for rare and endangered species of small mammals; responsible for all aspects of the daily care of the National Zoological Park's collection of exotic and often endangered species of Small Mammals. This includes the development of techniques and procedures for proper diet preparation and food presentation, sanitation, capture, restraint, shipping, moving, introduction and separation of animals; works with Animal Health and Pathology staff in developing a program of preventative medicine that satisfies their program goals; coordinates programs involving volunteer (keeper aide and interpreter) and keeper training, record keeping, public education, and support services (maintenance, commissary, supply) in support of program goals; prepares reports for and communicates recommendations from local, national, and international, conservation and zoological organizations; keeps complete and accurate records on animals in the small mammal collection; works with department records keeper to ensure centralized entry and preservation of the records; develops plans for species management; solicits, prepares and presents ideas for improvements in exhibits and programs which best represent and demonstrate the interrelationship of biological factors; participates in a program of applied and husbandry research; provides assistance for research conducted in collaboration with scientist from within and outside the Institution; provides accurate and complete information to be used in labels, graphics and other materials that interpret the animal collection; responsible for editorial review of message content and accuracy of information to be used in public programs; coordinates zoo education programs, school and public programs; works with Friends of the National Zoo (FONZ) and education departments and assistant curator in the development of new education programs; coordinates volunteer programs for the unit with FONZ; facilitates recruitment, training, scheduling and evaluating volunteers.

**WORKING CONDITIONS:** Works long periods of standing, stooping, walking, and lifting light loads while carrying out animal care responsibilities. Work may be in a typical office, outdoors or in buildings housing exotic primate species. A variety of weather conditions may exist as well as high temperature/humidity in indoor environments.

**QUALIFICATIONS:** (A) Applicants must have a degree in biological sciences, agriculture, natural resources management, chemistry, or related disciplines appropriate to the position OR (B) A combination of education and experience—Courses equivalent to a major, as shown in A above, plus appropriate experience or additional education. In addition, applicants must possess at least one year of specialized experience equivalent to the next lower grade level.

Specialized experience is experience which is directly related to the position to be filled and which has equipped the applicant with the particular knowledge, skills and abilities to successfully perform the duties of the position. **For GS-9** two years of progressively higher level graduate education leading to a master's degree *or* master's or equivalent graduate degree may be substituted for the specialized education. **For GS-11** three (3) years of progressively higher-level graduate education leading to a Ph.D. degree or Ph.D. or equivalent doctoral degree may be substituted for the specialized experience.

**Selective Factors:** *(Applicants must meet all of these mandatory requirements in order to be considered qualified to compete for a position.)*

1. Knowledge of the principles of conservation and management of wildlife in a captive setting, ecology and natural history of small mammals.

**Quality Ranking Factors:** *(These factors are not mandatory to be considered for a position, but will be used to determine who are the highest qualified candidates among those who meet the selective factors.)*

1. Knowledge of the principles of conservation and management of wildlife in a captive setting, ecology and natural history of small mammals.
2. Ability to train animals (especially small mammals).
3. Ability to communicate in writing.
4. Ability to communicate orally.

**NOTE: RELOCATION EXPENSES WILL NOT BE PAID.**

How to Apply:

1. The Smithsonian Institution does not require a standard application form, but we need certain information to evaluate your qualifications. You may apply using a resume, the Optional Application for Federal Employment, or any other application form you choose, including an SF-171, Application for Federal Employment. See page 3 for further instructions. (Note: If you use an SF-171, do not answer questions 38-47. Job finalists will be asked to complete a Declaration for Federal Employment to determine their suitability for Federal employment and to authorize a background investigation.)

2. Clearly describe in your resume or application your work experience, education and/or training as it relates to this vacancy. It is very important that you fully address how your work experience and education/training meet both the **specialized experience** requirement and the **selective factors**. This information will be used to determine whether or not you are qualified for this vacancy. Selective factors establish qualifications to be eligible to compete for the position. Quality Ranking Factors are not mandatory but are used to determine the highest qualified candidates among those eligible to compete for the position. Therefore, it is to your benefit to provide a full description of your experience and education/training relative to the job requirements of this vacancy.

3. **Current Federal employees** should submit a copy of their most recent annual performance appraisal.

**Applications must be <u>received</u> by the closing date and submitted in the following ways:**
**Mail:** Smithsonian Institution, Office of Human Resources, P.O. Box 50638, Washington, D.C. 20091.
**FAX:** 202-275-1114.

**Hand Deliver or FEDEX:** 750 Ninth Street, N.W., Suite 6100, Washington, D.C. 20560

To obtain information on the Federal Hiring Process, hear about other Smithsonian vacancies, or request vacancy announcements, an Optional Application for Federal Employment (OF-612), or an SF-171, call our automated Jobline on (202) 287-3102 (accessible 24 hours, 7 days a week).
For further information please call (202) 275-1117(voice) or (202) 275-1110 (TTY).  **SI-0043**