# EXHIBIT 10-C

1



RECEIVED
OFC OF HUMAN RESOURCES

2004 FEB 17 AM 9:04

RECEPTION DESK
SMITHSONIAN INSTITUTION



David Steven Kessler

▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬ (U.S. citizen)
▬▬▬▬▬▬▬▬▬▬▬▬
202-673-4933 (W)

Smithsonian Institution
Office of Human Resources
P.O. Box 50638
Washington, D.C. 20091

To Whom It May Concern:

    Enclosed for your consideration is my application for the position of Biologist, GS-0401-9/11, Announcement number: 04SP-1033. I am currently the Acting Biologist (WG-9) at the Small Mammal House, Department of Animal Programs, Smithsonian's National Zoological Park.

    I first worked as a volunteer at the National Zoo in January/February 1975 coordinating volunteers and conducting research on red panda breeding. From August 1975 through May 1977, I was enrolled at the University of Maryland as a doctoral graduate student in the Zoology Department. I conducted research on red panda play behavior at the National Zoo. I was employed by the National Zoo from June 1977 until December 1977 as a Biological Aide, performing keeper duties and conducting red panda research. I had a government research contract from December 1977 until March 1978, and continued with my red panda research. I was a zookeeper at the National Zoo from March 1978 through June 2003. I have been detailed since the end of June 2003 as the Acting Biologist for the Small Mammal House.

    I am including my resume which includes lists of papers I have presented, my publications, and relevant coursework. Below please find an enumeration of my specialized experience and fulfillment of the selective and quality ranking factors. I apologize in advance for any repetition, but I have tried to organize this material in the same order as that found in the Vacancy Announcement.

**Specialized Experience**

1) <u>Development of techniques and procedures for diet preparation and food presentation</u>:
I have been involved in food preparation for small mammals, reptiles, amphibians, large cats, bears, bisons, and birds (only 3 species) for 29 years. The bulk of my experience has concerned small mammals. In 1983, I conducted a study of food intake as it relates to tadpole development in Oriental Fire-Bellied Toads. Five years ago, I worked with the Department of Nutritional Resources and developed a computerized form for e-ordering food (first for the Propagation Building, then for Small Mammals). Variations of this form are now used throughout the Zoo. At that time, I also converted Propagation

Building diets to weight rather than amount measures and devised computerized diet forms. For the past three years, I have been the liaison with the Zoo nutritionist and have been the manager of the Small Mammal House kitchen. I am responsible for updating diet books, collecting diet concerns from keepers, meeting with the nutritionist to modify diets, and explaining those modifications to the staff. Two years ago, I worked with an Eleanor Roosevelt High School student intern on a research project to determine if Golden Lion Tamarins would eat whole fruits suspended in their enclosures as readily as they ate fruit that was chopped in small pieces. The success of this research has resulted in a major change in how food is delivered to our primates, tree shrews, and squirrels. I worked with the nutritionist to develop a formula for a salad mix that would be fed along with whole suspended fruit. The presentation of the whole fruit is coordinated with our Volunteer Interpreter program. The animals get to eat something more natural, this enrichment encourages natural behavior, visitors see more natural behavior, our educational program is enhanced, keepers spend less time preparing food, and some food is delivered in a manner that is inaccessible to rodent pests.

2) Sanitation: I have cleaned enclosures large and small. I have developed techniques to efficiently clean and disinfect animal enclosures and adjacent areas. I am thorough and diligent. I have written protocols for the care and cleaning of many small mammals, including detailed protocols for House Shrews and Naked Mole-Rats.

3) Capture and restraint: I have climbed trees to net Red pandas, helped move a King Cobra on a snake hook, enticed a Tiger into a squeeze cage, netted leaping Tree Shrews, held Spiny Mice for veterinary inspection, and restrained a Moon Rat, daily, for months, for vaginal swabs. I am often called upon to train new keepers in capture and restraint techniques and am always looking for ways to reduce the stress on our animal charges. I am sometimes called upon to advise and help other units with capture and restraint, most recently I was called to the veterinary hospital to net and restrain a Leopard Cat.

4) Shipping and Moving: I have driven Red Pandas from CRC to JFK Airport in New York. I've driven Red Pandas to Knoxville, TN, and accompanied other Red Pandas on a flight to San Diego, CA. I drove a truck with seven crocodilians from the Bronx Zoo to the National Zoo, a colony of Naked Mole-Rats to Pittsburgh, and have driven many animals to the airport for shipment. I have prepared Keeper Transaction Forms and called airlines and arranged shipments for numerous small mammals, maintaining proper records along the way.

5) Introduction and Separation of Animals: I have made introduction and separation decisions for many small mammals and amphibians, most notably, Oriental Fire-Bellied Toads, Red Pandas, Naked Mole-Rats, Cusimanses, House Shrews, and Prevost's Squirrels and was responsible for establishing plans and protocols for grouping or separating members of the above species. I was responsible for establishing five breeding colonies of Naked Mole-Rats from our original single colony. I have conducted and directed observations to determine which animals should be paired or separated. I have determined whether introductions should be done immediately, with introduction

screens, or for limited periods of time. I even did some preliminary work on attempting breeding introductions for Blind Mole-Rats (a solitary species).

6) <u>Works with Animal Health and Pathology Staff in Developing Program of Preventive Medicine</u>: As Acting Biologist, I am the liaison with the Veterinary Staff, relay keeper concerns to the Department of Animal Health, and ensure that keepers are kept well-informed in a timely fashion of the status of their animals being treated. Working together, and with the curator and keeper staff, we have instituted a priority list for animal physicals and contraceptive implants. I have created a computerized list of our routine animal medications and coordinate any changes with the hospital staff. I coordinate our yearly fecal screens with the Pathology Staff and maintain records of routine and diagnostic fecal screens, treatments, and follow-ups. I am responsible for ensuring that Keeper Pathology Reports are submitted and properly filed. I periodically send Hospital Staff copies of our updated inventories with most recent animal weights to guarantee that any medications that are weight dependent will be properly dispensed.

7) <u>Coordinates Programs Involving Volunteers</u>: I have been the liaison for the FONZ Volunteer Interpreter Program for the past three years. I have developed and taught classes in Mammalian Taxonomy and the Rodent section for the Interpreter training program. I work with the FONZ Volunteer Interpreter Coordinator and her assistants in interviewing and rating prospective Volunteer Interpreters. I conduct the evaluations and have written the bulk of the yearly assessments of the Volunteer Interpreters. I coordinate Small Mammal enrichment and diet (see Diet Preparation section above) programs with our Volunteer Interpreter Program. I continue informal training of the Volunteer Interpreters throughout the year. I assist our Keeper Aide Coordinator by computerizing her lists and forms and am beginning to work on a more formal training program for our Keeper Aides. I have begun informal taxonomy classes for Keeper Aides and have already taught two sections.

8) <u>Keeper Training</u>: I have often been called upon to serve as a mentor for junior keepers. As the solo keeper in the Propagation Building for over fifteen years, I developed a method for training keepers that was effective and efficient. I have been involved in teaching since I was twenty years old, and I apply my classroom techniques when working with keepers, volunteers, and interns.

9) <u>Record Keeping</u>: In January 1975, I took narrative descriptions of Red Panda behavior, translated them into quantifiable form, and developed an easy to use, behavioral checksheet. That was the beginning of my concern for proper, succinct record keeping. I developed a computerized inventory, first for the Propagation Building, then for Small Mammals (it has since been greatly revised by Bob King). I developed a computerized enrichment calendar for Lion-tailed Macaques, Colobus, a Mangabey, and Cusimanses. I computerized the Small Mammal diet books and instituted a computerized filing system for archived and current diets by line. I developed a computerized Daily Master Report form along with an e-distribution that disseminates this information quickly, accurately, and (when not totally accurate) is easily amended. A year's worth of Daily Master Reports can now be kept on one small compact disk.

**SI-0008**

10) <u>Public Education</u>: Working with the Zoo's webmaster and two student interns, I developed a video conferencing program that electronically brought Naked Mole-Rats to those who couldn't get to the Zoo. Fifteen years ago, I worked with FONZ and a pediatric therapist at the National Institutes of Health in an effort to bring Small Mammals to seriously ill children (I'd still like to make this happen). Five years ago, I developed a "Meet A Mole-Rat" checksheet to record public encounters and keep track of the numbers and demographics of our visitors along with their questions and concerns. My work with the Volunteer Interpreters (see above) has also involved developing Public Education Programs.

11) <u>Support Services</u>: I am responsible for calling in and tracking service orders. I am also responsible for ordering supplies and ensuring their proper delivery. I submit the food order weekly to the commissary on a form I helped develop (see above). I work with our shops, maintenance, commissary, and supply personnel to ensure the best service for the Small Mammal animals, visitors, staff, and building.

12) <u>Reports for Conservation and Zoological Organizations</u>: I have had papers published in the Journal of Zoology, International Zoo Yearbook, and AZA Regional Conference Proceedings and have delivered papers at regional AZAs, the Bombay Natural History Society, and the International Naked Mole-Rat Symposium (see resume for details). I have consulted with many zoos (e.g., Brookfield, Pittsburgh, Roger Williams Park, Seattle Science Center) mostly concerning Naked Mole-Rats. The Mote Aquarium in Florida recently contacted me concerning constructing mole-rat tube-like structures for fish that breed in small underwater caves.

13) <u>Small Mammal Record Keeping</u>: (Please see above for record keeping development) I am responsible for collating and summarizing Daily Keeper Reports into a Small Mammal Master Report, correcting any errors, and disseminating it to all interested parties. I also maintain and update the Small Mammal Inventory. I collect and file Master Reports, Daily Reports, and monthly enclosure checksheets. I also created temperature/humidity checksheets for individual areas of the Small Mammal House and Propagation Building. I work with a FONZ volunteer on filing all paper records; we have recently begun streamlining the process.

14) <u>Works With Department Records Keeper:</u> I have been the Small Mammal record keeper since June 2003 and work with the NZP Registrar to assure that our records are accurate. I also coordinate with the Animal Health record keeper to reconcile ARKS, MEDARKS, and Small Mammal Unit Records. I have worked with the Assistant Registrar and webmistress in our efforts to implement an intuitive electronic keeper record keeping system. It is our goal to integrate all of the above record keeping systems.

15) <u>Develops Plan for Species Management</u>: I have been instrumental in determining the collection plan for Red Pandas, House Shrews, Prevost's Squirrels, and Naked Mole-Rats. I have written breeding and husbandry protocols for Oriental Fire-Bellied Toads,

SI-0009

Red Pandas, House Shrews, Prevost's Squirrels, Naked Mole-Rats, Damaraland Mole-Rats, and Blind Mole-Rats.

16) <u>Exhibits and Programs</u>: I designed exhibits for amphibians, caimans and turtles at the Reptile House. I was the co-designer of the Naked Mole-Rat, Damaralnd Mole-Rat, Blind Mole-Rat exhibit, a non-naturalistic looking exhibit that contrasts and compares these related species. The exhibit also features a unique component that brings the animals to the public in a tube that extends into the visitor's area. I integrated the whole-food diet change (see above) with our interpretive program and enrichment programs. I have designed, selected the physical components, and written the purchase order for an enrichment exhibit for the Small Mammal House. I have presented a plan for designing small mammal exhibits that highlights species adaptations and convergent evolution.

17) <u>Applied and Husbandry Research</u>: I have conducted research on breeding in Red Pandas, play behavior in young Red Pandas, food intake and development of Oriental Fire-Bellied Toads, breeding in Prevost's Squirrels, husbandry and breeding of House Shrews, ovulation in Moon Rats, Naked Mole-Rat colony density, Naked Mole-Rat milk production, Naked Mole-Rat food moisture preferences, and Golden Lion Tamarin whole food preferences.

18) <u>Assistance for Research</u>: The Naked Mole-Rat milk study was conducted in collaboration with NZP's research nutritionist. The Moon-Rat work was under the direction of NZP's general curator and analysis was provided by the head of NZP's Pathology Department. The food moisture preference and whole food studies were conducted in collaboration with NZP's nutritionist. A video conferencing study was a collaboration with NZP's webmaster. I am often called upon to consult on Naked Mole-Rat research. Most recently, I have begun helping a doctoral student at the University of Chicago who is attempting to find a fossil record of Naked Mole-Rats. I also worked closely with and assisted a doctoral student conducting research on Cusimanses.

19) <u>Information Used in Labels, Graphics, and Other Materials</u>: I have supplied the information used for Naked Mole-Rat, Damaraland Mole-Rat, and Blind Mole-Rat exhibit labels and graphic panels. I periodically survey Small Mammal graphic panels and submit a list of our needs. I have supplied FONZ with information for the Small Mammal Volunteer Interpreter Manual.

20) <u>Editorial Review</u>: I review and help edit the FONZ Small Mammal Volunteer Interpreter Manual. I have made corrections on graphic panels and approved the change from Palestine Mole-Rat to Blind Mole-Rat. I have suggested updating genus and species changes on labels and sent specific lists to NZP's Interpretive Services Department. I monitor the FONZ Volunteer Interpreters and suggest changes and corrections for public interpretation.

21, 22) <u>Coordinates Education, School and Public Programs; Works with FONZ, Education Department, and Curator in Development of New Programs</u>: I have served as a mentor for the Eleanor Roosevelt High School senior science internship program since

1995 and am the coordinator for our current group of three interns. This involves developing research projects and shepherding the students throughout the year. One project developed a new Naked Mole-Rat video conferencing curriculum for third and fifth grade public school children. I developed a curriculum and trained teachers for the Smithsonian's Mammals in the Schools Program. I devised and taught classes for FONZ's How Do You Zoo Program. As Volunteer Interpreter liaison, I work closely with the FONZ Education Department in developing the Volunteer Interpreter Program and training sessions. One component of the Enrichment Exhibit I designed in collaboration with our curator will be a hands-on center for educating and engaging out visitors about the need and function for zoo enrichment.

23) <u>Coordinates Volunteer Programs with FONZ</u>: In addition to the duties listed above as the Volunteer Interpreter liaison, I also work with FONZ personnel on scheduling the training of our Volunteer Interpreters for hands-on meet a mammals. I am also responsible for updating the volunteer schedules. I work with the FONZ Volunteer Interpreter Coordinator on scheduling monthly Interpreter meetings and occasional special expeditions.

24) <u>Facilitates Recruitment, Training, Scheduling, and Evaluating Volunteers</u>: (see above) FONZ staff and I interview and evaluate prospective volunteers, and arrange and teach training sessions. I update and maintain the schedule and am responsible for assessing and writing evaluations of our volunteers.

**<u>Selective Factors: Knowledge of Principles of Conservation and Management of Wildlife in a Captive Setting, Ecology and Natural History of Small Mammals</u>**

Please review <u>Specialized Experience</u> above. Please see <u>Duties, Special Projects, Publications, Papers Presented</u>, and <u>Education</u> sections in my resume and attached lists of <u>Courses</u> and <u>Mammalian Species List</u>.
In addition to my formal education which includes 63 credits in Biological Sciences, 29 years of association with the National Zoological Park has provided me with a surfeit of small mammal knowledge. In order to properly care for animals in captivity, I have not only studied their natural behavior and ecology, but I have also studied their behavior and relationships with their environments and other animals in captivity, for captive management presents its own special circumstances. I have learned to manage both individuals and populations in attempts to maintain self-sustaining, healthy, captive populations. My research and that of my students has most often been focused on improving the management of captive populations.

**<u>Quality Ranking Factors</u>**

1) **<u>Knowledge, etc.</u>** Please see above.

2) **<u>Ability to Train Animals (especially small mammals)</u>**: I have trained numerous small mammals (e.g. tree shrews, squirrels, tamarins, marmosets) to shift from one

**SI-0011**

enclosure to another. I have trained two Prevost's Squirrels to walk into sky kennels to facilitate weighing and transport. I have trained tamarins and marmosets to take hand fed food to facilitate dispensing medication and inspection by keepers and vets. I have trained Macaques, Mangabeys, Colobus, and Gibbons to shift from one enclosure to another. In my capacity as Acting Biologist, I encourage keepers to develop training programs, specifically in an effort to weigh small mammals more frequently.

3) **Ability to Communicate in Writing**: I have authored or co-authored six published papers, in journals as varied as the International Zoo Yearbook and Muse Magazine. I have authored or co-authored two additional papers that have yet to be published. Additionally, I have authored numerous internal husbandry and breeding protocols (see above). I contribute to editing the FONZ Volunteer Interpreter Manual. I write the daily Small Mammal Master Report. I answer five to ten e-mail queries a week from the Naked Mole-Rat Webcam site. More esoterically, I am the author of three unpublished novels and more than a few sonnets.

4) **Ability to Communicate Orally**: I have appeared with animals on "Good Morning America," and local Fox and CBS television stations. I have also been heard on National Public Radio. I deliver "Meet a Mammals" to the public at least once a week and have also delivered "Meet a Reptile" programs at the Reptile House and "Meet a Keeper" outreach visits to pediatric wards. I was the co-designer of the Naked Mole-Rat Video Conference and taught classes over the internet. I teach several sections of the FONZ Volunteer Interpreter training program. I developed a curriculum and trained teachers for the Smithsonian's Mammals in the Schools Program. I devised and taught classes for FONZ's How Do You Zoo Program. I have given many special tours of the Small Mammal House and Propagation Building for FONZ donors, Zoofari Auction and Sweepstakes winners, and FONZ members. I have led many trips for FONZ (see resume) and give natural history and zoo lectures throughout our journeys. I have presented seven papers at conferences and symposia ranging from the Bombay Natural History Society to Sarah Lawrence College Science Seminars. I lead the Small Mammal Unit Meeting every morning and coordinate meetings with the NZP nutritionist and Small Mammal Staff. I have taught classes for six and seven year olds, teenagers, and adults, in public schools, colleges, and at NZP.

Thank you for consideration of my application,

David S. Kessler

CURRICULUM VITAE                                             DAVID STEVEN KESSLER

PERSONAL

Birthdate: ███████████          Social Security #: ████████
Birthplace: ███████████
Marital Status: ███████████

Address: ███████████

Telephone: ███████████
           (202) 673-4933 work
E-Mail: kesslerd@nzp.si.edu

CURRENT POSITION

Acting Biologist, Small Mammals
Department of Animal Programs
Smithsonian's National Zoological Park
Washington, D.C. 20008

EDUCATION

Sarah Lawrence College                    B.A., December 1974
Bronxville, NY
Major field of study: Biology

University of Maryland                    August 1975 – May 1977
  Graduate School
Department of Zoology
College Park, MD
Major field of study: Ethology/Ecology

AZA School for Professional               February 1993, February 1994
Management Development for Zoo
and Aquarium Personnel
Conducted by:
North Carolina State University
Division of Continuing Studies
Raleigh, NC

2

## EMPLOYMENT

June 2003 to Present               Acting Biologist
                                   Small Mammal Unit
                                   National Zoological Park

**Duties:** Care, breeding, conservation, exhibition, collection planning and support for research for small mammals. Development of techniques for diet planning, food preparation and delivery. Liaison for Animal Health, Research, Supply, Facilities, Nutritional Resources, and Maintenance Departments. Liaison for Friends of the National Zoo Interpretive Programs. Coordinator of unit volunteer, keeper training, record keeping, exhibit design, and public education programs. Primary unit record keeper. The above is in addition to Keeper Duties listed below.
**Special Projects:** Development, with nutritionist, of new diets and methods of food delivery for tree shrews, squirrels, and primates. Author of species acquisition plan for Giant Elephant Shrews. Designer of Enrichment Exhibit. Developed computerized Small Mammal Master Report record keeping system. Mentor for 3 Eleanor Roosevelt High School student research interns.

March 1978 to June 2003:           Animal Keeper
                                   National Zoological Park

**Duties:** Care of reptiles, amphibians, primates, small mammals, bison, bears, lions, and tigers. Training of new keepers and volunteers. Teaching informal "Meet a Reptile" and "Meet a Mammal" classes. Outreach program to hospitals. Design and maintenance of exhibits and enclosures.
**Special Projects - Amphibians, Reptiles:** Design of amphibian, turtle, and caiman enclosures, renovated Reptile House, 1982. Successful breeding of Oriental fire-bellied toads with related study of food intake and development.
**Special Projects and Duties - Mammals:** Conducted breeding and husbandry research on the following species: red pandas, Prevost's squirrels, moonrats, house shrews, naked mole-rats. Written papers and protocols about the above species. Developed special diets for species and individuals. Instigated weight based small mammal diets. Developed computer based small mammal enclosure checksheet form. Developed e-food order form for Small Mammal (and other) Units. Developed computer based inventory form. Developed computer based enrichment calendar for all Propagation Building animals. Co-designer of naked mole-rat exhibit, 1992. Manager of off-exhibit breeding and holding area for small mammals, 1984-2001. "Meet a Keeper" visits to pediatric wards at area hospitals with Friends of the National Zoo volunteers. Mentor for Eleanor Roosevelt High School senior science internship program, (includes devising and supervising a research project, advising, and evaluating students throughout the school year) 1995 - 2002. Mentor for new Small Mammal Keepers. Recipient of Smithsonian Institution Women's Committee's grants for "Mole-Rat Watcher Exhibit" and "Naked Mole-Rat Website." Co-designer of National Zoo's Naked Mole-Rat Website. Developed naked mole-rat video conference outreach

SI-0014

3

project. Teacher trainer for Smithsonian Mammals in the Schools Program. Recognized as authority on captive care of naked mole-rats and have assisted efforts and fielded queries from all continents save Antarctica and individuals ranging from elementary school students to graduate students, scientists, and zoo workers. Small Mammal House Liaison for FONZ Volunteer Interpreter Program (includes preparing materials, teaching classes, evaluating volunteers, developing interpretive programs). Small Mammal House Diet Manager (includes submitting and monitoring food order, developing diets with curator and nutritionist, maintaining diet books, developing computer based diet sheets and record keeping system, developing streamlined food preparation system).

December 1977 to March 1978            Government Research Contract
                                       National Zoological Park

Duties: Prepared red panda reports for National Zoological Park. Engaged in research on red panda cub development.

June 1977 to December 1977             Biological Aide
                                       National Zoological Park

Duties: Learned keeper duties (see above). Engaged in red panda reproduction and cub development research.

August 1975 to May 1977                Graduate Teaching Assistant
                                       University of Maryland

Duties: Taught Zoology and Human Anatomy and Physiology Labs. Devised and wrote lectures and quizzes. Graded examinations. Advised students.

June 1973 to July 1973                 Teacher's Aide
                                       South Orange, New Jersey
                                       Board of Education

Duties: Taught 6 and 7 year olds with mental and physical disabilities how to read. Assisted in devising individual reading therapy programs.

PUBLICATIONS

Roberts, Miles S. and David S. Kessler. 1978. Reproduction in red pandas. Journal of Zoology.

Kessler, David S. 1985. Zoot Suit. Sarah Lawrence College Magazine.

Xanten, William, David S. Kessler, and JoAnn Grumm. 1988. Breeding and Management of Prevost's Squirrels at the National

SI-0015

4

Zoological Park. International Zoo Yearbook.

Kessler, David S. 1991. Lovely to Look At: Eye-Catching Exhibits for Invisible Animals. AAZPA Regional Conference Proceedings.

Kessler, David S. and Dennis Davis. 1994. Growing an Exhibit: Naked Mole-Rats at the National Zoo. AZA Regional Conference Proceedings.

Kessler, David S. (pending). Stumbling in the Dark: A History of Naked Mole-Rat Research at the National Zoo. Naked Mole-Rat Symposium.

Kessler, David S. 1997. Naked Mole-Rats. Muse Magazine. December, 1997.

PAPERS PRESENTED

Captive Propagation of Rare and Endangered Fauna of the Indian Subcontinent. Bombay Natural History Society. Bombay, India. December 1983.

Breeding and Management of Prevost's Squirrels at the National Zoological Park. AAZPA Northeastern Regional Conference, Salisbury MD. May 1988.

Lovely to Look At: Eye-Catching Exhibits for Invisible Animals. AAZPA Northeastern Regional Conference, Providence RI. April 1991.

Growing an Exhibit: Naked Mole Rats at the National Zoo. AZA Northeastern Regional Conference, Hershey, PA. May 1994.

Stumbling in the Dark: A History of Naked Mole-Rat Research at the National Zoo. Naked Mole-Rat Symposium, Providence, RI. June 1995.

The Biology of the Naked Mole-Rat. Sarah Lawrence College Science Symposium. Bronxville, NY. October 2000.

Snake Oil, Parasites, and Conservation: Driving Forces Behind Zoo Exhibit Design. Sarah Lawrence College Science Symposium. Bronxville, NY. September 2003.

5

FRIENDS OF THE NATIONAL ZOO COURSES AND TOURS

Mammalian Predator Prey Relations (adult class).  1978.

Dogsledding trip to Canada.  1985.

Breakfasts with a Keeper - Small Mammal House.

Breakfasts with a Keeper - Propagation Building.

Father's Day Small Mammal Tour and Project.  1991, 1992.

Day trip to Baltimore Zoo.  1991.

Members Tour of the Propagation Building.  1992.

Weekend Tour of Central Park and Bronx Zoos, New York City.  1992

Tour of Western National Parks.  1996.

Tour of Western National Parks.  1997.

Tour of Antarctica, Tierra del Fuego, Buenos Aires.  1999.

Tour of Chilean Patagonia.  2002.

Awards

Smithsonian Exceptional Service Award.  August, 1990.

Smithsonian Exceptional Service Award.  April, 1992.

Smithsonian Exceptional Service Award.  September, 1995.

Nominee, Maryland Governor's Volunteer Award.  1996.

Smithsonian Superior Performance Award.  April, 1998.

SI-0017

6

Volunteer Activities

Assistant to Cross Country Coach, Sandy Spring Friends School, Sandy Spring, MD. 2001 - present.

Assistant to Track and Field Coach, Sandy Spring Friends School, Sandy Spring, MD. 2001 - present.

Classroom volunteer, Sandy Spring Friends School, Sandy Spring, MD. 1995 - 2000.

Weekly classroom volunteer, Kemp Mill Elementary School, Silver Spring, MD. 1991 - 1995.

Volunteer Usher and House Manager, trainer of volunteers, Round House Theatre, Silver Spring and Bethesda, MD. 1988 - present.

Member, Alumnae/i Board, Sarah Lawrence College, Bronxville, NY. 1979-1984.

Volunteer Usher, Arena Stage, Washington, D.C. 1977 - 1989.

OUTSIDE INTERESTS
Writing, theater, cooking, t'ai chi, photography. CPR certified.

David S. Kessler College and Graduate School Course List

## Sarah Lawrence College (1971 – 1974)

| Course | Grade | Credits |
|---|---|---|
| Animal Behavior | A | 10 |
| Philosophy of Aesthetics | B | 10 |
| British Drama | B | 10 |
| Biology | A | 8 |
| Women's Studies (including conference course in Biology of Sex) | A | 10 |
| Calculus | A | 10 |
| Inorganic Chemistry | A- | 10 |
| Revolutions in Science | B+ | 5 |
| Organic Chemistry | A | 10 |
| Ecology | A | 10 |
| Advanced Analysis (Calculus) | A- | 5 |
| Teaching of Pre-Calculus Math | P (pass) | 5 |
| Physics | A | 8 |
| Music | A | 5 |
| Recent American History | A | 5 |
| Plant Form and Function (Botany) | A | 5 |

## Columbia University Summer School (1975)

| | Grade | Credits |
|---|---|---|
| Statistics for Biology Majors | A | 3 |

## University of Maryland, Graduate Department of Zoology (1975 – 1977)

| Course | Grade | Credits |
|---|---|---|
| Comparative Behavior | A | 4 |
| Vertebrate Physiology | B | 4 |
| Lab Teaching - Zoology | S (satisfactory) | 1 |
| Evolution | A | 3 |
| Ecology Seminar | S | 1 |
| Behavior Seminar | S | 1 |
| Analysis of Animal Populations | A | 4 |
| Dr. Thes. Research - Behavior | S | 12 |

## North Carolina University – American Zoo and Aquarium Association (1993 – 1994)

| Course | Grade | Credits |
|---|---|---|
| School for Professional Management Development for Zoo and Aquarium Personnel | B | 3 |

SI-0019

# David S. Kessler Mammalian Species List

This is a list of mammalian species with whom I've worked. Please note, animals are listed by common rather than scientific names for ease of understanding

**Monotremata**
Echidna

**Marsupialia**
Sugar Glider
Tiger Quoll
Potoroo
Wombat
Matchie's Tree Kangaroo
Gray Kangaroo
Red Kangaroo
Wallaby

**Insectivora**
Tenrec
Star-Nosed Mole
Moon Rat
House Shrew
Elephant Shrew

**Chiroptera**
Neotropical Fruit Bat

**Scandentia**
Common Tree Shrew
Lesser Tree Shrew
Long-Nosed Tree Shrew

**Primates**
Ruffed Lemur
Red Ruffed Lemur
Potto
Galago
Titi Monkey
Howler Monkey
Saki
Spider Monkey
Woolly Monkey
Goeldi's Marmoset
Pygmy Marmoset
Geoffroy's Marmoset
White-Lipped Marmoset
Golden Lion Tamarin
Golden Headed Tamarin
Barbary Macaque
Lion-Tailed Macaque
Sulawesi Macaque

**Primates (cont.)**
Gray-Cheeked Mangabey
Guenon
Diana Monkey
Proboscis Monkey
Black and White Colobus
Siamang
White-Cheeked Gibbon
Hybrid Gibbon

**Xenarthra**
Two-toed Sloth
Hairy Armadillo
3-Banded Armadillo

**Rodentia**
Giant Squirrel
Eastern Gray Squirrel
Prevost's Squirrel
Plantain Squirrel
13-Lined Ground Squirrel
African Bush Squirrel
Lowe's Squirrel
Prairie Dog
Antelope Ground Squirrel
Egyptian Spiny Mouse
Pygmy Mouse
Harvest Mouse
Hairy-Footed Hamster
Golden Hamster
Blind Mole-Rat
Naked Mole-Rat
Damaraland Mole-Rat
Striped Grass Mouse
Cloud Rat
African Crested Porcupine
Prehensile-Tailed Porcupine
Patagonian Mara
Rock Cavy
Green Agouti
Acouchi
Chinchilla
Cuban Hutia
Degu

**Carnivora**
Fennec
Spectacled Bear
Sloth Bear
Black Bear
Brown Bear
Polar Bear
Malayan Sun Bear
Coati
Red Panda
Asian Small-Clawed Otter
Ermine
Black-Footed Ferret
Fisher
Tayra
Grison
Zorilla
Ratel
Ferret Badger
Striped Skunk
Genet
Palm Civet
Binturong
Fanaloka
Ring-Tailed Mongoose
Meerkat
Dwarf Mongoose
Cusimanse
Water Mongoose
Spotted Hyena
Lion
Clouded Leopard
Pallas' Cat
Geoffroy's Cat
Leopard Cat
Bengal Tiger

**Hyracoidea**
Rock Hyrax

**Artiodactyla**
Peccary
Chevrotain
Bison

SI-0020