# EXHIBIT 10-D

Applicant _Melba Brown_   Interviewer _M. Davenport_

Date _11 Mar 04_   Total Score _53_

Please score the response to each question with a numerical value of 1 through 5
1 = Did not answer or answer was substantially incorrect
2 = Poor response - showed some knowledge of the subject but missed many key points
3 = Average response – showed some knowledge but omitted several key points
4 = Very Good response – Answered question very well but omitted one or two key points
5 = Exceptional response – Answered question in full, answering all key points

1) Within a week, the Small Mammal House should have two new species enter quarantine - the Tamandua and a pair of Coendous. These animals will be regularly handled by keepers for education demos. Briefly explain how you would develop a training or handling routine to best facilitate the daily handling of them.

_Score: 3_

_Look at indiv. history of animal, existing training protocol. Have they already been trained + used - if successful, use those methods. If no training, then make sure keepers can handle and restrain, recognize signs of stress in animal. Thinks target-training possible._

2) One concern about handling exotic animals for education demos is the conflicting message regarding keeping exotics as pets. Describe how you would address this issue when training new keepers and volunteer interpreters to talk with the public. What are the key messages that you would address and how would you convey this to the public?

_Score: 4_

_Didn't want messages between keepers + vols to have to repeat into one message about behavior._

_Be clear about goals (determined by SoS). Treat animals as ambassadors to wild animals. Point out the negatives of having them as pets. Be sure that a connection is made between visitor → animal → conservation. Listen to final presentation - try to be sure a message has been delivered._

3) The Small Mammal House will soon have three species with a decidedly unique adaptation – the prehensile tail. Describe how you would convey information about this adaptation to the public. How would you develop an education demo to address this unusual adaptation?

_Score: 4_

_Mention primates - "Have you seen monkeys swinging from trees" - go into discussion of prehensile tails - relate it to grasping ability of fingers. Could have a clay tail made up to show its structures. Shys away from just talking about things - prefers to involve visitors in an activity, think it's more fun + people get more out of it. Set up tour to find more examples of prehensile and non-prehensile tails elsewhere in park._

4) How would you rate the effectiveness of the rodent control measures currently used in Small Mammals? What recommendations or changes would you make to improve the rodent control?

_Score: 3_

_Good. Significant reduction in mouse population through isolating areas + trapping heavily. Keepers continue to trap after population is knocked down._

5) There is a professed interest in reaching out to non-traditional groups such as non-English speaking, mentally or physically impaired, or different age groups. However a lack of knowledge or keeper time seems to often inhibit the actual practice within the Small Mammal House. What steps would you recommend to increase keeper and interpreter interaction with these non-traditional groups within the confines of their time and training?

*4*

Educational box developed for visually impaired. Target group 5-7 yrs old. Each box set up on a cart + activity can occur w/ interpreter leading, or visitor can go through themselves. Have to find out comfort level of staff dealing w/ people having disabilities. Try to motivate and inspire other staff to participate. Very community oriented. Important to try to reach and touch people in different groups.

Have staff who feel comfortable - individual programs would provide a great note of workshops/educators/schools.

6) Briefly explain the evolutionary tie between a ruffed lemur and a howler monkey. Use physical characteristics to compare and contrast these two animals.

*2*

Both primates but lemurs are prosimians, tail non-prehensile, more for balance. Howlers - largest new world primate, prehensile tail for locomotion.

7) How would you recommend developing a training program for new keepers to the unit? What type of training components and what type of rough schedule would you advise?

*4*

Pair up new keeper w/ senior keeper. Learn animal behaviors from experienced keepers. Don't turn over line to new keeper until everyone feels comfortable about it. List of duties important. No time limit for training. A testing period would be useful where more senior keeper checks on new keepers over. Perhaps, have new keeper pick an animal of interest to do a project on. Introduce them to rest of the zoo important also.

8) Describe how you would address a new keeper who indicated his or her concern about working with macaques due to herpes B issues. Briefly discuss herpes B and its relationship with Macaques and describe current NZP protocol for working with these animals.

*3*

Discuss risk of Herpes B. Precautions include wearing protective covering (goggles, gloves, change of clothing). Be aware of things that can cause break of skin. Use disinfectant. Look for signs of animals under stress when Herpes can be shed. Use litto collect. Keeper only job working w/ macaques - no volunteer keepers.

9) How have you been able to apply your working knowledge of wildlife management principles to the management and exhibition of small mammals?

*2*

Mention exhibit design (use perches for arboreal animals, terrestrial hiding places). Dietary concerns - make known to nutritionist. Proper nest sites for pregnant ♀♀. Did not seem to have medical care - wants to

10) How do you keep abreast of the latest information pertinent to managing or caring for small mammals? Reads alot - SI GLT book, Book on animals + plants and how animals self medicate. Contacts other zoos, uses the net, talks with other keepers. Fact sheets that are more heavy on behavior. Book Reviewer for AAZK. No reading of refereed journals.

4

11) Define Environmental Enrichment. What are important elements in developing an enrichment plan? What suggestions would you recommend to improve the current enrichment carried out by the Small Mammal House? Enrichment is a mindset where you introduce stimulation to captive animals, catering to all of an animals senses. Try to stop stereotypic behavior. Encourage natural behaviors. Thinks SMH has decent enrichment, but would do more w/ herbs. More behavioral enrichment for prop. bldg. macaques — tug of war rope to pull on with other animals.

4

12) As part of the daily management of the Small Mammal House collection, the biologist will prepare and lead the morning staff meetings, oversee animal catch-ups and monitor animals after medical procedures to evaluate anesthetic recovery. These duties will require working the first morning shift of 6:30 to 3:00, some weekend or holiday shifts, and the occasional need for OT work. Are you able to work these shifts? Yes

5

13) What experiences have you done that have specifically prepared you for this position? What makes you uniquely qualified to serve as the Biologist for the Small Mammal Unit? Has experience in many units including DAH so can recognize possible med. problems in a variety of animals. Good powers of observation. Can deal head on w/ conflict. Has trained volunteers + has some leadership experience. Has developed + implemented ed programs, written grants. Thinks having a positive working environment. Gives proposals to Bob for improvements.

4

has ability to talk to people, get them to think about things.

14) What areas of knowledge or experience would you consider your strengths? Community involvement is strength. What areas would you consider a weakness – and how would you go about improving this in the position of the Biologist?

Strengths - education (inside + outside the zoo) worked as SI education specialist, loves working at zoo + talking with visitors to change attitudes. Has good working relationships w/ other SMH staff. Decent communicator. Can support managers goals. Supports research. Seeks out feedback from coworkers.

Weakness - little knowledge of evolution. Would like to be more published.

3

would like to change the way of the zoo info is writing/publications. Loves writing things

15) An important element of this position requires the daily management of the collection in the absence of the curator. This requires leading the keeper staff, but without actual supervisory duties. Fostering a sense of teamwork within the unit is critical for the success of the position. Based upon your experiences in the past, what methods would you employ to maintain the cooperation of the keeper staff while making decisions that might not be popular? Most important to communicate with unit members individually and also in a group – esp. important to talk individually to people. Seeking feedback important. Important to hear out people.

4

Total Score for interview questions (max of 75) _____

Applicant **Melba Brown**  Interviewer **Sara Hallager**
Date **14 March 2004**  Total Score **66**

Please score the response to each question with a numerical value of 1 through 5
1 = Did not answer or answer was substantially incorrect
2 = Poor response - showed some knowledge of the subject but missed many key points
3 = Average response – showed some knowledge but omitted several key points
4 = Very Good response – Answered question very well but omitted one or two key points
5 = Exceptional response – Answered question in full, answering all key points

1) (3) Within a week, the Small Mammal House should have two new species enter quarantine - the Tamandua and a pair of Coendous. These animals will be regularly handled by keepers for education demos. Briefly explain how you would develop a training or handling routine to best facilitate the daily handling of them.

– look at where animals came from, how they were trained there, do what was done at previous location. If no training, work to make animal tractable for all keepers; make sure everyone is up to date on routines.

2) (5) One concern about handling exotic animals for education demos is the conflicting message regarding keeping exotics as pets. Describe how you would address this issue when training new keepers and volunteer interpreters to talk with the public. What are the key messages that you would address and how would you convey this to the public?

Animals in zoos are ambassadors – if pets, they can transmit diseases, bite. You want to inspire people to care for the animals, but at the same time, convey that they don't make good pets. Same approach to vols + keepers.

3) (3) The Small Mammal House will soon have three species with a decidedly unique adaptation – the prehensile tail. Describe how you would convey information about this adaptation to the public. How would you develop an education demo to address this unusual adaptation?

Bring in primates + how they swing/hang from trees – compare tail to human hand/fingers as a similar structure. Make a model to show how tail works. Maybe even let visitors swing. Photos of different tails, dock for other animals in the zoo w/ similar adaptation. Compare w/ animals that do not have pre. tails.

4) (4) How would you rate the effectiveness of the rodent control measures currently used in Small Mammals? What recommendations or changes would you make to improve the rodent control?

Good – much better – pops under control, can be improved. Not much more can be done except keep trapping.

5) There is a professed interest in reaching out to non-traditional groups such as non-English speaking, mentally or physically impaired, or different age groups. However a lack of knowledge or keeper time seems to often inhibit the actual practice within the Small Mammal House. What steps would you recommend to increase keeper and interpreter interaction with these non-traditional groups within the confines of their time and training? Make sure staff is comfortable w/ disabilities, encourage interested staff to pursue education related to learning about ~~~, handicaps, limit to just one or two groups – motivate keepers. Send keepers to schools ~~ every other month to talk to kids.

6) Briefly explain the evolutionary tie between a ruffed lemur (prosimian) and a howler monkey (new world monkey). Use physical characteristics to compare and contrast these two animals. Both primates. Diff. kinds of tails, Geographic difference. Sexual dimorphism in howlers, but not lemurs. ↓ Primates.

7) How would you recommend developing a training program for new keepers to the unit? What type of training components and what type of rough schedule would you advise? Pair up new w/ senior keeper. Would not let new keeper go off alone until well established. Recommend a list of criteria be set before new keeper is allowed to work by himself. Must learn all lines first before given own line. Should have a mentor keeper for a set time. Find an animal they like and pursue a research project etc.

(13 at our ravens + pen)

8) Describe how you would address a new keeper who indicated his or her concern about working with macaques due to herpes B issues. Briefly discuss herpes B and its relationship with Macaques and describe current NZP protocol for working with these animals. Explain seriousness of risk. Go over safety materials (mask, change clothes, goggles) Discuss limitation of contact. Be aware when working w/ the animals. Disinfection is very important. Assume all macaques are positive. Current protocol is all of the above plus a kit, notify supervisors immediately.

9) How have you been able to apply your working knowledge of wildlife management principles to the management and exhibition of small mammals? Bring in live plants, exhibit modification working w/ the species needs, Work w/ Nutritionist re dietary concerns, Breeding – set up area that is as natural as possible for babies given a captive setting. Veterinary – am able to give emergency Rx

10) How do you keep abreast of the latest information pertinent to managing or caring for small mammals? Reading, converse w/ keepers, call other zoos, computer searches. Does not use journals — (3) prefers internet sources.

11) Define Environmental Enrichment. What are important elements in developing an enrichment plan? What suggestions would you recommend to improve the current enrichment carried out by the Small Mammal House? Definition = introduction of new stimuli (e.g. food), cater to the animals' senses (taste, sound), want to encourage natural behaviors, want to stop stereotypical behavior thru enrichment. Improvement — use more herbs to stimulate, possibly grow in exhibits. Do more behavioral enrichment — ex rogue(?) (tug of war game) — something to get them physically involved in activity.

12) As part of the daily management of the Small Mammal House collection, the biologist will prepare and lead the morning staff meetings, oversee animal catch-ups and monitor animals after medical procedures to evaluate anesthetic recovery. These duties will require working the first morning shift of 6:30 to 3:00, some weekend or holiday shifts, and the occasional need for OT work. Are you able to work these shifts? (5) yes ✓

Would like to develop relationship w/ greater community thinks she can communicate well with visitors.

13) (8) What experiences have you done that have specifically prepared you for this position? What makes you uniquely qualified to serve as the Biologist for the Small Mammal Unit? Experience at DAH — medicating animals, wide variety of animals coming thru hospital. Observational powers, upbeat personality. Training in other areas of the zoo, working w/ other animals. Worked w/ diff. curators. Brief stint as running smth; Education background; Grant writing. Looking for ways to improve environment of workplace.

14) What areas of knowledge or experience would you consider your strengths? (3) What areas would you consider a weakness — and how would you go about improving this in the position of the Biologist?

Strengths — Education. Worked w/ Nat. History staff — inspired to create "Braille Boxes". Loves working at the zoo and trying to inspire visitors to appreciate animals, and turning negative attitudes into positive. Good relationship with peers. Good communicator; support curator. Likes to come up w/ new ideas.
Weakness — Evolution theory. Would like to write more & pursue more to improve zoo's image.

15) An important element of this position requires the daily management of the collection in the absence of the curator. This requires leading the keeper staff, but without actual supervisory duties. Fostering a sense of teamwork within the unit is critical for the success of the position. Based upon your experiences in the past, what methods would you employ to maintain the cooperation of the keeper staff while making decisions that might not be popular?

(4)

*[Handwritten response:]* Communication is very important. Make the as cohesive as possible to understand Curators Goals. Talk w/ the keepers on a regular basis and understand how they feel about issues. Make keepers see that the position is well defined and that there will be times when you don't like the way things work

Total Score for interview questions (max of 75)  66

Applicant __Milba Brown__    Interviewer __Lisa Stevens__

Date __3-11-04__    Total Score __~~~~ 47__

Please score the response to each question with a numerical value of 1 through 5
1 = Did not answer or answer was substantially incorrect
2 = Poor response - showed some knowledge of the subject but missed many key points
3 = Average response – showed some knowledge but omitted several key points
4 = Very Good response – Answered question very well but omitted one or two key points
5 = Exceptional response – Answered question in full, answering all key points

1) Within a week, the Small Mammal House should have two new species enter quarantine - the Tamandua and a pair of Coendous. These animals will be regularly handled by keepers for education demos. Briefly explain how you would develop a training or handling routine to best facilitate the daily handling of them.

**(3)** *Weak on training description — containment area*
History –
Training protocol / adapt the existing protocol
# people
methods — Assume handling display
Work w/ BoB, understanding natural behaviors, handling + restraint; communication w/ all staff

2) One concern about handling exotic animals for education demos is the conflicting message regarding keeping exotics as pets. Describe how you would address this issue when training new keepers and volunteer interpreters to talk with the public. What are the key messages that you would address and how would you convey this to the public?

**(4)** Clear goals & messages during interpreter training. Direct response to question about want animals as a pet. 1) ambassador 2) illness/diet issues 3) bites. Made a connection in terms of what they can do to care for the species. Monitor and listen to interpreter in action. Conversation. Instill respect (more keeper dep, handler th animal)

3) The Small Mammal House will soon have three species with a decidedly unique adaptation – the prehensile tail. Describe how you would convey information about this adaptation to the public. How would you develop an education demo to address this unusual adaptation?

**(5)** Photo of different tails, look. other examp around zoo
Mentions primates "monkeys swinging"
Ask questions about how & with what? helps ann
Acts as a finger or hand, anchors,
al to more — get them involved
Clay models (get the animal to demonstrate?)

4) How would you rate the effectiveness of the rodent control measures currently used in Small Mammals? What recommendations or changes would you make to improve the rodent control?

**(2)** Example of cages 1 & 17 by exclusion
traps not getting them is indicative of less rodent
constantly trapping — maybe monthly
mentioned baiting on 30 but did not explain process well
Poor explanation of overall program and role of staff

*[Marginal note top:]* match keeper w/a school for programs / Relationships w/ schools / "identifying & doing"

**(4)** 5) There is a professed interest in reaching out to non-traditional groups such as non-English speaking, mentally or physically impaired, or different age groups. However a lack of knowledge or keeper time seems to often inhibit the actual practice within the Small Mammal House. What steps would you recommend to increase keeper and interpreter interaction with these non-traditional groups within the confines of their time and training?

*Focus groups towards 1 area / program*
Education Boxes have been dev. for visual impairment - target families w/ kids ages 5-7 (Already working) More braille. Address staff comfort level & communicate, dev. sign lang. classes to deal w/ hearing impairment. Relationship w/ Gallaudet. ~~Have~~ Language skills. Utilize of staff & vol.

**(2)** 6) Briefly explain the evolutionary tie between a ruffed lemur and a howler monkey. Use physical characteristics to compare and contrast these two animals.

Primates w/ tails (diff. tails) general nat. history information, sex dimorphism, color dimorphism

**(3)** 7) How would you recommend developing a training program for new keepers to the unit? What type of training components and what type of rough schedule would you advise?

Pair up w/ senior. Provide expectations. Clearance process. Learn behavior from senior keepers. Set of criteria for clearing keeper free of time constraints. Do this with each line & each species. After clearance should have a mentor for a year. Have them do a project w/ a species of interest. Provide BTS in other area.

*[Left margin notes:]* would not say what medication he went through / used only / unable to do a specific bait risk / NBS vs Zoo / Bite kit / rubbing ubs / rial for culture / rinse or lesions on skin / use kit!

8) Describe how you would address a new keeper who indicated his or her concern about working with macaques due to herpes B issues. Briefly discuss herpes B and its relationship with Macaques and describe current NZP protocol for working with these animals.

Risk of Herpes B, *Pretend all animals are positive* incidence, mention of eye splash & death. Changing clothes, masks & gloves, cover hair (opt), use eye protection, awareness of risk of scratches from objects in enclosures, discuss handling restrictions. Discuss what happens w/ exposure potential. Hand washing. Look out

**(2)** 9) How have you been able to apply your working knowledge of wildlife enrichment management principles to the management and exhibition of small mammals?

Line work.
Exhibit work w/ hort.
Exhibit design for natural history of species
Diet consultation / w/ nutritionist

*Tendency to drift off to personal exp. Like Radar the fennec which is not relevant to the question. Breeding - armadillo - set up nest building area w/ provisioning leaves. Set up what works ~~for~~ experimental.

(3) 10) How do you keep abreast of the latest information pertinent to managing or caring for small mammals?

— off topic onto self medicate

Michael— ished about Journals? ? of info online

Reads a lot. Research
Conversation w/ keepers
talk to other zoos
computer
magazines   use SMH mammal book
Reviewed books for AAZK — diverged again

Last book
GLT book
How animals self medicate. Name ? not provided

11) Define Environmental Enrichment. What are important elements in developing an enrichment plan? What suggestions would you recommend to improve the current enrichment carried out by the Small Mammal House?

Very sample driven Zoo program view (2)

Structure & framework not ment.
"Mindset — introduce different stimulation into captive animal environments. Cater to their senses in order to elicit their behavior." Stops stereotypical behaviors or interrupts it. Gets animal active. Pretty decent program in SMH. Described existing program we interrupted — she would do more w/ herbs, more behavior

12) As part of the daily management of the Small Mammal House collection, the biologist will prepare and lead the morning staff meetings, oversee animal catch-ups and monitor animals after medical procedures to evaluate anesthetic recovery. These duties will require working the first morning shift of 6:30 to 3:00, some weekend or holiday shifts, and the occasional need for OT work. Are you able to work these shifts?

based not for based rope pull

(5) Yes

13) What experiences have you done that have specifically prepared you for this position? What makes you uniquely qualified to serve as the Biologist for the Small Mammal Unit?

working w/ community groups

(4) Practical experience + good interpreter — relays messages
Medical exp — was a hospital keeper ↑ knowledge of what to look for in a sick animal — diverged fr answer to talk about NMR. more loss of focus on the question. Working w/ colonies
Perky & Positive esp important where there is conflict
Training experience — techniques w/ class sister are applicable

14) What areas of knowledge or experience would you consider your strengths? What areas would you consider a weakness — and how would you go about improving this in the position of the Biologist?

Worked w/ different curators + vols.
Had a "stint" as a SMH curator.
Education exp. dev program implemented purchasing budgeting & grant writing. Work to Dev. pos work environment

Strengths above + education, program w/ MNH
Likes the zoo & interacting w/ visitors
Good working relationship w/ staff
"Other skills" than zookeeping
good communicator, good supporter of managers goals
good idea person, enthusiastic, likes the unit
Weakness — knowledge of evolution
difficulty w/ retention of details
Mike — How do you take criticism?
annoyed w/ "sophomore response"

(left margin) Tries w/ever you change. Doesn't solve perfect. Wants an advanced degree. Publish more. Turn on interest stuff...

15) An important element of this position requires the daily management of the collection in the absence of the curator. This requires leading the keeper staff, but without actual supervisory duties. Fostering a sense of teamwork within the unit is critical for the success of the position. Based upon your experiences in the past, what methods would you employ to maintain the cooperation of the keeper staff while making decisions that might not be popular?

(3) Clear interpretation of Bob's goals + her role
Group meetings
Individual conversations to deal w/ festering issues, build individual relationships to understand their goals & provide training. Focus individuals on goals. Believes she is a stress buster.

Total Score for interview questions (max of 75) ~~40~~ ~~45~~ 47

→ Not popular? refocus on goals of the unit
Get feedback, acknowledge their feelings