# EXHIBIT 10-E

Case 1:05-cv-01086-RMU   Document 9-18   Filed 06/05/2006   Page 1 of 13

Applicant **David Kessler**    Interviewer **Lisa Stevens**

Date **3-12-04**    Total Score **68**

Please score the response to each question with a numerical value of 1 through 5
1 = Did not answer or answer was substantially incorrect
2 = Poor response - showed some knowledge of the subject but missed many key points
3 = Average response – showed some knowledge but omitted several key points
4 = Very Good response - Answered question very well but omitted one or two key points
5 = Exceptional response - Answered question in full, answering all key points

**(5)** 1) Within a week, the Small Mammal House should have two new species enter quarantine - the Tamandua and a pair of Coendous. These animals will be regularly handled by keepers for education demos. Briefly explain how you would develop a training or handling routine to best facilitate the daily handling of them.

*Start w/ one keeper + work to everyone*

*Direct keeper in decision making process*

- Involve line keeper
- Get keeper to look up Nat Hist
- Get animal history
- Basic conditioning, Clicker - "bridge" - operant conditioning w/ pos reinforcement
- Scale, target, comfort w/ keeper, handling

*neg reinforcement, aggression*

**(5)** 2) One concern about handling exotic animals for education demos is the conflicting message regarding keeping exotics as pets. Describe how you would address this issue when training new keepers and volunteer interpreters to talk with the public. What are the key messages that you would address and how would you convey this to the public?

*w/ interpreters*

Typed response for NMR - Strong no exotics as pets
- Animals in shelters - domestics
- professionals handle + care for
- keep message positive

**(4)** 3) The Small Mammal House will soon have three species with a decidedly unique adaptation – the prehensile tail. Describe how you would convey information about this adaptation to the public. How would you develop an education demo to address this unusual adaptation?

*convergent evolution*
*we do not have all the answers*

More species for comparison ie Binturong, spider monkey. Want SMH to have an "adaption theme". What it feels like - new world - how prehensile tail is used for stability - use body movement - make a physical connection - NMR jaw / standing on one leg

**(5)** 4) How would you rate the effectiveness of the rodent control measures currently used in Small Mammals? What recommendations or changes would you make to improve the rodent control?

*delivery is not ??? in*

Cages 1 + 17 exclusion methods, applying this to other enclosures. Traps out. Glue boards during the day, does not like them but will use them. Changing feeding methods (saki). Interdisciplinary approach. Whole food feeding of suspended food. Food pellets. Sign about food stands + pest control. Visitors understand why + that we are trying. Not adverse

5) There is a professed interest in reaching out to non-traditional groups such as non-English speaking, mentally or physically impaired, or different age groups. However a lack of knowledge or keeper time seems to often inhibit the actual practice within the Small Mammal House. What steps would you recommend to increase keeper and interpreter interaction with these non-traditional groups within the confines of their time and training?

*Provide training*

(5) People who can not get to the zoo — web casts. Use language skills of staff & vol. More activities like the boxes. Enrichment area that is interactive. Time management. Would like to take animals to kids & seniors in long term care (wish program). Other keepers fill in for one keeper doing a program.

(4) 6) Briefly explain the evolutionary tie between a ruffed lemur and a howler monkey. Use physical characteristics to compare and contrast these two animals.

*did not mention prosimians are monkeys are more similar to neotropical monkeys & is do visual*

Primates — Lemurs evolved on an island. 2 howler monkeys — convergent evolution. Both evolved arboreal life — eat leaves & rest. Admitted not knowing when OWM + NWM diverged.

7) How would you recommend developing a training program for new keepers to the unit? What type of training components and what type of rough schedule would you advise?

(5) Mentoring by biologist or senior keeper. Tour of where everything is. Shadowing. Safety regulation — as opposed to how to hold a hose. Puts safety as priority (visitor — animal — personal). Use cage cards (protocols). Time factor — learning "the touch"

*Positive feedback. More written program — check off sheet*

8) Describe how you would address a new keeper who indicated his or her concern about working with macaques due to herpes B issues. Briefly discuss herpes B and its relationship with Macaques and describe current NZP protocol for working with these animals.

*believes it can be taught. Learn by some mistake — "nurturing"*

(3) All macaques can shed HBV. They are healthy. Deadly. Trans. thru bodily fluid. Must be caught w/in first 12 hours (?). Marked off area. Wear protective scrubs, boots, gloves, face protection, hat. Never enter enclosure. Wash hands, arms & face afterwards (!) Exposure: contact operator, wash area thoroughly. Animal gets checked.

9) How have you been able to apply your working knowledge of wildlife management principles to the management and exhibition of small mammals?

*Rush — lab environment. Stress. Zoo/less manip. contact. Prob. due to handling we noticed virus short lived*

(4) Can not recreate the wild, but create exhibits which give visitors a way to understand how animals live. Does not have to be naturalistic (NMR). Resting on exhibit (80%) Hyrax. Difficult w/ secretive animals (tenrec). Mult species exhibit, geographical compatible

10) How do you keep abreast of the latest information pertinent to managing or caring for small mammals? Read. Talk to other zoos. Conference. Learn natural history - library; up date lit. lists. Use Walkers references - recent publications. Scientific journals. Web ok if references. Use SSC reference list

(5)

macaques enrich. calendars w/variety

11) Define Environmental Enrichment. What are important elements in developing an enrichment plan? What suggestions would you recommend to improve the current enrichment carried out by the Small Mammal House? Not just physical objects but sound other factors which create natural behavior. Training to elicit behavior is different. Ties activity to interpretation. Lost smell + sound w/ loss of bars. Sound/playback, lay down scents, gallon balls. Would like to see enrich calendars for all animals

improve look of plastic regs. Better coordination w/vols

(5)

12) As part of the daily management of the Small Mammal House collection, the biologist will prepare and lead the morning staff meetings, oversee animal catch-ups and monitor animals after medical procedures to evaluate anesthetic recovery. These duties will require working the first morning shift of 6:30 to 3:00, some weekend or holiday shifts, and the occasional need for OT work. Are you able to work these shifts?

(5)

Absolutely!
Vet contact - keeping on top of vet contact info.

13) What experiences have you done that have specifically prepared you for this position? What makes you uniquely qualified to serve as the Biologist for the Small Mammal Unit? Biology Degree, 2 yrs toward PhD, at zoo 1/1975 - Red panda research worked w/vol + check sheet. Published 6 papers. Served as mentor for E.Roosevelt students. Collaborative projects (pure + applied). Web cam/video conferencing. Email food ordering sys. Inventory to excel w/Bob, Reporting sys for SMH w/ Bob. "Master report" cage sheet filing. Shipment Trans., P.O.S

(5)

inspired through education top notch are + top notch visitor exp. working on motivating people w/their styles and their needs. Enrich repairs. operates at top. makes money

14) What areas of knowledge or experience would you consider your strengths? What areas would you consider a weakness - and how would you go about improving this in the position of the Biologist?

(4) Doesn't know enough - allow 10 min to read every day, is a goal. Not living up personal expectation
More sensitive to people - needs to work on this for the rest of his life
"Think to much" over analyze
Tai chi
Validation of other peoples ways of processing and thinking

Broad animal exp.
Teaching exp since he was 19 in varied settings
loves juggling looking at whole pictures

15) An important element of this position requires the daily management of the collection in the absence of the curator. This requires leading the keeper staff, but without actual supervisory duties. Fostering a sense of teamwork within the unit is critical for the success of the position. Based upon your experiences in the past, what methods would you employ to maintain the cooperation of the keeper staff while making decisions that might not be popular? Sensitive to other people styles. Unit is like a river, can not divert it but can channel it a bit. Respect other staff. Resentment of being designated vet contact but recognizes imp. of decision. Working w/ keepers, and gives reasons if counter to keeper desire. Hard worker - lead by example is

(4)

Total Score for interview questions (max of 75) _____68_____

a component but is not leadership. Explain why things need to be done when things are not getting done (records example). Can not lead w/ arbitrary decisions. Help people come up w/ the reasons for decisions. Work hard to modify his behavior in order to get others to change theirs. Shift focus for team building. Enjoys the work on this

Applicant **David Kessler**     Interviewer **M. Davenport**
Date **12 Mar 04**              Total Score **66**

Please score the response to each question with a numerical value of 1 through 5
1 = Did not answer or answer was substantially incorrect
2 = Poor response - showed some knowledge of the subject but missed many key points
3 = Average response – showed some knowledge but omitted several key points
4 = Very Good response – Answered question very well but omitted one or two key points
5 = Exceptional response – Answered question in full, answering all key points

**4**  1) Within a week, the Small Mammal House should have two new species enter quarantine - the Tamandua and a pair of Coendous. These animals will be regularly handled by keepers for education demos. Briefly explain how you would develop a training or handling routine to best facilitate the daily handling of them. *Keeper who would work w/ animal, would begin w/ David. Start weeks before arrival go over Nat hist (keeper does), history of the animal including training info. Get keeper + animal acquainted w/ one another. Use operant conditioning, using positive reinforcement, prob use food. Move to scale training, training for exam. Handling comes last. After first keeper, train others. Primary keeper very important!*

**5**  2) One concern about handling exotic animals for education demos is the conflicting message regarding keeping exotics as pets. Describe how you would address this issue when training new keepers and volunteer interpreters to talk with the public. What are the key messages that you would address and how would you convey this to the public? *Keeper tours successful. Answers very important. Positive message very important - encourages people to get pets/domesticated from shelters. With exotics, specialized care very important and often times difficult to provide.*

**5**  3) The Small Mammal House will soon have three species with a decidedly unique adaptation – the prehensile tail. Describe how you would convey information about this adaptation to the public. How would you develop an education demo to address this unusual adaptation? *Had idea to change theme of small mammal house to adaptations. Prehensile tailed animals mainly neotropical. P.T. gives them an extra limb. Use body language etc to help people connect to concept. Prehensile tails do not indicate similar lifestyle - convergent evolution. Also need to show people that we don't know all the answers - encourages people to investigate answers. Interactivity w/ visitors very important.*

**4**  4) How would you rate the effectiveness of the rodent control measures currently used in Small Mammals? What recommendations or changes would you make to improve the rodent control? *Sealed off an area w/ overhang screens, tight doors, etc. Must be careful not to endanger collection animals. Modify way food is offered to collection (suspended food is hard for mice to get to, timing of food presentation.) Hay written sign text explaining to visitors why rodent control measures in use. Supports using rodenticide under controlled circumstances. Think more about way food is presented.*

5) There is a professed interest in reaching out to non-traditional groups such as non-English speaking, mentally or physically impaired, or different age groups. However a lack of knowledge or keeper time seems to often inhibit the actual practice within the Small Mammal House. What steps would you recommend to increase keeper and interpreter interaction with these non-traditional groups within the confines of their time and training?

*[margin: 5]* Reach out to people who can't get to zoo. David on website in '90s. Thinks outreach can be done without leaving zoo through web. Mentioned Melba's boxes. Develop enrichment exhibit where people can sit + use boxes — would be developed using interpreters (but keepers also have time in their day) and materials suited for impaired visitors. Still wants to take animals to NSP. Normal kids (terminal) send staff to classes for "am I can".

6) Briefly explain the evolutionary tie between a ruffed lemur and a howler monkey. Use physical characteristics to compare and contrast these two animals.

*[margin: 4]* Not that closely related — at different ends of the family spectrum. Lemurs developed along different evolutionary lines. Madagascar animals. Both folivores, take much time to digest leaves + have to have much time to rest. Relationship between the two is more one of convergent evolution. Will look up information that he doesn't know. Use literature / research.

7) How would you recommend developing a training program for new keepers to the unit? What type of training components and what type of rough schedule would you advise?

*[margin: 5]* Has served as a mentor for new keepers, volunteers. Need tour to get feel of bldg. + reassurance. New staff shadows for a day or so. Point out safety regulations — very important. Public safety first, animal safety next. Care sheets on each cage but each new keeper doesn't use them. Conversations about animals is important — conveys intangibles about animals and may take a long time. Also important to be tolerant about mistakes. New keepers need to be nurtured + all staff need positive reinforcement. Codify training using check sheets.

8) Describe how you would address a new keeper who indicated his or her concern about working with macaques due to herpes B issues. Briefly discuss herpes B and its relationship with Macaques and describe current NZP protocol for working with these animals.

*[margin: 4]* All captive macaques have potential for shedding Herpes B. Animals not unhealthy with it. Can be transmitted from any bodily fluids. Wear scrubs, boots, gloves, goggles, etc. Macaques always shifted prior to entering cage. Never do negative assoc. w/ cage — know where animal is + make sure it is locked out. Wash off after cleaning. Fire-drill. If there has been exposure to macaque fluids, notify curator, wash area. Animal checked for Herpes B. Relationship between Herpes B and stress. Much less risk in zoos than in lab. Side panels on stiff cages help prevent disease spread. Virus doesn't live for long time in air.

9) How have you been able to apply your working knowledge of wildlife management principles to the management and exhibition of small mammals?

*[margin: 5]* Can't recreate the wild in cages. Can create exhibits that allow animals to behave naturally and give people a feel for where they live. Doesn't have to be naturalistic to be functional for animal. Research natural behaviors to find out what animal does — some animals rest a significant amount of time. Has a direct bearing on how exhibit is designed. Multi-species exhibits are good. Design exhibits so that life differences across a genus can be illustrated. Exhibits should be done so that they are not boring. Think about the

10) How do you keep abreast of the latest information pertinent to managing or caring for small mammals? Read, a lot of talking to people at other zoos. Use library a lot. Gets Alvin H. to print out lit. lists. Use scientific journals for most up to date info on nat. hist. Be careful of using the web, some info may not be accurate.

S

11) Define Environmental Enrichment. What are important elements in developing an enrichment plan? What suggestions would you recommend to improve the current enrichment carried out by the Small Mammal House? Environmental enrichment is anything that foster's natural behaviors. Eliciting specific behaviors is training not enrichment. Can use sound, changing environment, smells, etc. Inform visitors about what is being used. Wants to use vocalization recordings, use scents, etc. Improve appearance of devices used for enrichment. Develop an enrichment exhibit. Enrichment needs to be coordinated / conveyed to interpreters so they can explain to visitors.

S

12) As part of the daily management of the Small Mammal House collection, the biologist will prepare and lead the morning staff meetings, oversee animal catch-ups and monitor animals after medical procedures to evaluate anesthetic recovery. These duties will require working the first morning shift of 6:30 to 3:00, some weekend or holiday shifts, and the occasional need for OT work. Are you able to work these shifts? Yes, also checks email from home so line keepers get med info about an animal ASAP.

[margin: Get kids to help build an enrichment device. Enrichment = education go hand in hand. Wants all keepers to develop enrichment calendar for animals under the case.]

S

13) What experiences have you done that have specifically prepared you for this position? What makes you uniquely qualified to serve as the Biologist for the Small Mammal Unit? Degrees in BS. 2 years doctoral work. Studied red panda behavior including overseeing 25 FONZ behavior vols. Published six papers, delivered lots of talks. Has served as mentor for Roosevelt High students' research. Research on shrews, fire-bellied toad, mole rat milk, etc. Likes to do collaborative work - learns much that way. Helped develop mole ratwebcam, developed email method with food orders. Computerized inventory system for SMH w/ Bob King, computerized med reports. Re-organizing files.

S

14) What areas of knowledge or experience would you consider your strengths? What areas would you consider a weakness — and how would you go about improving this in the position of the Biologist? Doesn't think he knows enough. Knows what he knows + knows what he doesn't know. Needs to increase scientific knowledge of mammals. Needs to work harder at being sensitive to other people - never be satisfied w/ status quo. Tends to over analyze situations.

[margin: Has done PO's. Has a broad base of animal experience and much reading experience. Try to motivate people. Has a lot of institutional loyalty. Ensure visitors have top notch visit/experience. Still learning about people. Needs to be sensitive to staff. Make keepers...]

15) An important element of this position requires the daily management of the collection in the absence of the curator. This requires leading the keeper staff, but without actual supervisory duties. Fostering a sense of teamwork within the unit is critical for the success of the position. Based upon your experiences in the past, what methods would you employ to maintain the cooperation of the keeper staff while making decisions that might not be popular? Be sensitive to other people's styles. Assess where people are + where they are going. Be a guide for the unit. Positive reinforcement is also important. Respect keepers - very important. Ask keepers for recommendations but if not followed, give them a detailed reason. Leading by example is not leadership but a component of it. If something is not done, explain why it is important to do it. Cannot lead by arbitrary decisions. Critical self assessment is very important.

Total Score for interview questions (max of 75) _____

Applicant _David Kessler_    Interviewer _Sara Hallager_

Date _12 March 2004_    Total Score _~~68~~ 67_

Please score the response to each question with a numerical value of 1 through 5
1 = Did not answer or answer was substantially incorrect
2 = Poor response - showed some knowledge of the subject but missed many key points
3 = Average response – showed some knowledge but omitted several key points
4 = Very Good response – Answered question very well but omitted one or two key points
5 = Exceptional response – Answered question in full, answering all key points

1) (5) Within a week, the Small Mammal House should have two new species enter quarantine - the Tamandua and a pair of Coendous. These animals will be regularly handled by keepers for education demos. Briefly explain how you would develop a training or handling routine to best facilitate the daily handling of them.

_Keep pos[itive]/ Work w/ Biologist training both animals. Have keeper look up Natural History of animals + previous trainings. Have keepers become familiar w/ [?] animals. Use clicker training to associate clicker w/ award. Always positive re-inforcement. Scale training → target training → operant conditioning → Gradual work-up to daily handling. Once trained w/ 1 keeper, then move to other keepers._

2) (5) One concern about handling exotic animals for education demos is the conflicting message regarding keeping exotics as pets. Describe how you would address this issue when training new keepers and volunteer interpreters to talk with the public. What are the key messages that you would address and how would you convey this to the public?

_Tell people exotic animals are not pets - should be in the wild or w/ trained caretakers who can mimic their natural history. Cats/dogs make much better pets - try to convey a positive message about domestic pets vs. exotic animals._

3) (5) The Small Mammal House will soon have three species with a decidedly unique adaptation – the prehensile tail. Describe how you would convey information about this adaptation to the public. How would you develop an education demo to address this unusual adaptation?

_Can talk about physiological aspect and compare to human hand. Compare/contrast. Compare animals in collection and how they live in diff. environments and how [?], tail is adapted to the way they move in their habitat. Animate the demo from human body movement. Would like binturongs to further explain prehensile tail adaptations. Make demos very interactive._

4) (4) How would you rate the effectiveness of the rodent control measures currently used in Small Mammals? What recommendations or changes would you make to improve the rodent control?

_Good to date. Changes → platform feeders. Suggested graphics to explain feeders & how NZP is working to manage pest control. Need to use poison under controlled usage. Will continue to work w/ P-Control to control the mouse pop'n. Can do more to present food to the collection animals to reduce mice._

5) There is a professed interest in reaching out to non-traditional groups such as non-English speaking, mentally or physically impaired, or different age groups. However a lack of knowledge or keeper time seems to often inhibit the actual practice within the Small Mammal House. What steps would you recommend to increase keeper and interpreter interaction with these non-traditional groups within the confines of their time and training? People that can't get to the zoo - interactive webcasts - did this once - would like do this again. Use the "Braile boxes" more - set up a station managed by vols or keepers. How to schedule - need to manage staff time better, even if it's just 20 mins. Bring animals to hospitals (e.g. NIH) or to a Mammal class - to do this again, arrange staff time. Can work w/ schedule to train keepers to learn sign language, braile.

6) Briefly explain the evolutionary tie between a ruffed lemur and a howler monkey. Use physical characteristics to compare and contrast these two animals. Both primates but not closely related - separate evolutionary line. Connection is convergent evolution - both are folivores - arboreal - spend a lot of time resting. Knows resources about where to look up more information (e.g.) literature search.

7) How would you recommend developing a training program for new keepers to the unit? What type of training components and what type of rough schedule would you advise? Am a mentor now for new keepers. Start w/a tour - constant reassurance. Should train w/ a senior keeper — 8 weeks. Emphasize safety - public → animals → keepers → personal safety. Part of mentoring process is education of the new keeper to the animals. Keepers must be sensitive to the animals. This may take a long time. Allow mistakes to happen - best way to learn. Positive reinforcement to keepers. Check off sheet for when keepers learn the routine.

8) Describe how you would address a new keeper who indicated his or her concern about working with macaques due to herpes B issues. Briefly discuss herpes B and its relationship with Macaques and describe current NZP protocol for working with these animals. All captive Macaques (can) carry Herpes B; Lethal to humans if not treated - any body fluids can transmit the virus. Clothing - scrubs, boots, gloves, goggles, face mask, hat. Keepers do not enter enclosure, only shifted. Once shifted, cages are locked, always check to see where animals are. Dirty clothes are washed down. If exposed, contact Curator; Wash exposed area immediately. Go to Health Unit for blood test → own Dr. Animal is ought to be checked for virus. Animals in lab are at risk of having B. Vols do not work here.

9) How have you been able to apply your working knowledge of wildlife management principles to the management and exhibition of small mammals? Many reasons. Since we can't re-create the wild, but we can make the exhibits as natural as possible. But, for n. mole rats, the exhibit is not natural - But the tubes make the animals get in a natural way. Design exhibits based on animals behavior and how much space they need, or how much space they don't use. Use graphics to explain natural behavior whether its active or inactive. Good to use animals for meet - a mammal tucks that is normally secretive. Multi species exhibits are good - geographic sameness is optimal. Keep exhibits exciting.

(5) 10) How do you keep abreast of the latest information pertinent to managing or caring for small mammals? Read. Talk to people at other zoos. Library - get updated literature searches. Walker is a good start, journal searches. Web is ok, but have to realize that information is often accurate. SI database search.

(5) 11) Define Environmental Enrichment. What are important elements in developing an enrichment plan? What suggestions would you recommend to improve the current enrichment carried out by the Small Mammal House? Sound, smell, new notes anything that encourages natural behavior. Training is not enrichment. To improve — whole foods. Sound enrichment & smell enrichment, GHLT sound recordings of animals in the wild - play to NZP animals. Scent enrichment. Use something other than a plastic jug to offer animal stimulate. Coordinate more w/ vets, to implement enrichment, offer interpretation. Enrichment exhibit proposal. Enrichment calendar developed by keepers for their animals is needed.

(5) 12) As part of the daily management of the Small Mammal House collection, the biologist will prepare and lead the morning staff meetings, oversee animal catch-ups and monitor animals after medical procedures to evaluate anesthetic recovery. These duties will require working the first morning shift of 6:30 to 3:00, some weekend or holiday shifts, and the occasional need for OT work. Are you able to work these shifts? Yes.

Likes to inspire keepers. Likes to look at the whole picture - multi-task. Would bring ~ 20 yrs teaching experience. Field trips. Good communication skills w/ animal experience.

(5) 13) What experiences have you done that have specifically prepared you for this position? What makes you uniquely qualified to serve as the Biologist for the Small Mammal Unit? B.S., 2 yrs doctoral work + research program in Red Pandas - 20-30 vols. Published 6 papers, presented papers at conferences. Since 1995, mentor to high school students developing research project. Research - breeding behavior - shrews, toads, squirrels w/ mole rats. Diet preferences for various animals. Likes collaborative work. Worked w/ web cam development. Electronic development of fact sheets, inventory of collection, daily summaries to vets, curators, age check sheets, SAPs, FATs, FQ's translator work. Works to ensure top notch care of animals + visitors.

(4) 14) What areas of knowledge or experience would you consider your strengths? What areas would you consider a weakness – and how would you go about improving this in the position of the Biologist? Knows how much he doesn't know. Knows he needs to spend more time increasing his knowledge of scientific information. Needs to work at being more sensitive to understanding. Tends to over-analyze situations, but is working to overcome this.

15) An important element of this position requires the daily management of the collection in the absence of the curator. This requires leading the keeper staff, but without actual supervisory duties. Fostering a sense of teamwork within the unit is critical for the success of the position. Based upon your experiences in the past, what methods would you employ to maintain the cooperation of the keeper staff while making decisions that might not be popular? Is a position where you can suggest ideas understanding other peoples values & sensitivities. Make decisions using respect of the keepers. Asks keepers for their recomendations - may not always take their recom., but if so, explain why. This shows respect towards the keepers, leading by example is important, but not the way to totally run things. Explains why things need to be done rather than telling keepers just to do it. Try to get keepers to think its their idea. Respect. Work more towards team building.

Total Score for interview questions (max of 75) _____