UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELBA BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAWRENCE M. SMALL, )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-1086 (RMU) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, any opposition thereto, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED and it is

FURTHER ORDERED that summary judgment is entered for Defendant.  This is a final and appealable order.

So ordered this _____ day of _____ 2006.

_____
RICARDO M. URBINA
United States District Judge