UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELBA BROWN, | ) |
|       Plaintiff, | ) Civil Action No.: 05-1086 (RMU) |
| v. | ) |
| LAWRENCE M. SMALL | ) |
|       Defendant. | ) |

**PLAINTIFF'S CONSENT MOTION TO FILE HER OPPOSITION
TO DEFENDANT LAWRENCE M. SMALL'S MOTION FOR
SUMMARY JUDGMENT NUNC PRO TUNC TO JULY 5, 2006**

Pursuant to LCvR 7 (a), Plaintiff respectfully requests this Court's permission to file her Memorandum of Points and Authorities in Support of Her Opposition to Defendant Lawrence M. Small's Motion for Summary Judgment Nunc Pro Tunc to July 5, 2006. Plaintiff's grounds for this request are stated in the attached memorandum of points and authorities. Counsel for Plaintiff has consulted counsel for Defendant, and counsel for Defendant does not object to the relief herein requested.

                                                                                                 Respectfully submitted,

                                                                                                 HOUSTON & HOWARD

by: _____
                   Barbara E. Brown #321091
                   1001 Connecticut Avenue, NW
                   Suite 402
                   (202) 628-7058

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELBA BROWN, | ) |
| | ) |
|     Plaintiff, | ) Civil Action No.: 05-1086 (RMU) |
| | ) |
| v. | ) |
| | ) |
| LAWRENCE M. SMALL | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO FILE HER OPPOSITION TO DEFENDANT LAWRENCE M. SMALL'S MOTION FOR SUMMARY JUDGMENT NUNC PRO TUNC TO JULY 5, 2006**

Pursuant to Court Order, Counsel for Defendant timely filed the Defendant's Motion for Summary Judgment on June 5, 2006. On the evening of July 5, 2006 Counsel for Plaintiff attempted unsuccessfully to timely file Plaintiff's opposition to the motion. Undersigned counsel repeatedly received an error message which read, "Error: An internal error has occurred. The error code is 24. – pos 236." After numerous unsuccessful attempts to complete the electronic filing, undersigned counsel sent copies of the opposition, the material facts statement, the exhibits, and the proposed order to defense counsel by electronic mail (alan.burch@usdoj.gov). Defense counsel has confirmed this morning that he received his electronic mail copies last night.

Undersigned counsel has been in touch with the Clerk's Office several times this morning, and Mr. Burgess also has attempted unsuccessfully to help complete the electronic filing. Mr. Burgess has represented that, with the Court's permission, he will accept an electronic mail filing of Plaintiff's opposition for ECF filing *nunc pro tunc* to July 5, 2006. Accordingly, Plaintiff requests that the Court grant her permission to file

her Memorandum of Points and Authorities in Opposition to Defendant Lawrence M. Small's Motion for Summary Judgment *nunc pro tunc* to July 5, 2006.

                                        Respectfully submitted,

                                        HOUSTON & HOWARD

by: _____
                                        Barbara E. Brown #321091
                                        1001 Connecticut Avenue, NW
                                        Suite 402
                                        (202) 628-7058