UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELBA BROWN, ) | |
| ) | |
|     Plaintiff, ) | Civil Action No.: 05-1086 (RMU) |
| ) | |
| v. ) | |
| ) | |
| LAWRENCE M. SMALL ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

## **ORDER**

This matter having come before the Court on Plaintiff's Consent Motion to File Her Opposition to Defendant Lawrence M. Small's Motion for Summary Judgment Nunc Pro Tunc to July 5, 2006, the Court having considered the argument of counsel and the entire record herein, and for good cause shown, it is by the Court this _____ day of _____, 2006

ORDERED, that Plaintiff's Consent Motion to File Her Opposition to Defendant Lawrence M. Small's Motion for Summary Judgment Nunc Pro Tunc to July 5, 2006 is GRANTED; and it further

ORDERED, that Plaintiff shall file her Memorandum of Points and Authorities in Opposition to Defendant Lawrence M. Small's Motion for Summary Judgment on or before _____, 2006.

_____   _____
               Date               United States District Court Judge

**Copies to:**

Barbara E. Brown, Esq.
Houston & Howard
1001 Connecticut Avenue, NW
Suite 402
Washington, D.C. 20036


Alan Burch
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20530