## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

**MELBA BROWN**

                    Plaintiff(s)

            vs.                                    Civil Case No: **05-1086(RMU)**

LAWRENCE M. SMALL

                    Defendant(s)

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically. This Notice serves as

notification of bulky  exhibits has been filed in paper form in the Clerk's Office. It is

available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m.,

Monday through Friday.

                              **NANCY MAYER-WHITTINGTON**

                                        Clerk

**Date:** July 07, 2006