UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELBA BROWN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1086 (RMU) |
| ) | |
| v. ) | |
| ) | |
| LAWRENCE M. SMALL, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter having come before the Court on Defendant Lawrence Small's Motion for Summary Judgment, the Court having considered Defendant's Motion and Memorandum in Support, the Opposition thereto, any Reply by Defendant, the arguments of counsel for the parties and the entire record in this matter, and it appearing that there are material issues of fact that cannot be resolved by motion, it is by the Court this

_____ day of _____, 2006

ORDERED, that Defendant Lawrence Small's Motion for Summary Judgment be, and the same hereby is,

**DENIED.**

_____          _____
            Date                                    United States District Court Judge

Copies to:

Barbara E. Brown, Esquire
Houston & Howard
1001 Connecticut Avenue, NW
Suite 402
Washington, D.C. 20036

Alan Burch
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20530