45

```
 1   question, or they ask maybe each five questions in a
 2   row.
 3       Q    Did the applicants give a written response
 4   or an oral response?
 5       A    It was an oral, I believe.
 6       Q    Did you meet with the panelists the
 7   morning of Ms. Brown's interview?
 8       A    I did.
 9       Q    What was the purpose of that meeting?
10       A    To hand over -- I photocopied the set of
11   questions for each of the two interviews, had
12   photocopies of the position description and the
13   announcement itself, so I gave them each a packet,
14   if you will, and advised them that I was going to
15   follow their advice and I asked them to do their
16   best and left it in their hands.
17       Q    What was in the packets?
18       A    Interview questions, position description
19   and the announcement, I believe.
20       Q    Approximately how long was this before
21   Ms. Brown's interview?
22       A    Probably 15 to 20 minutes beforehand.
```

46

```
1     Q    Did you, in fact, see Ms. Brown on your
2   way to the panel?
3     A    I did, I believe.  I don't remember.  I
4   think I did.  I think I remember welcoming her and
5   asking her if I could get her some water.
6     Q    What did the panel share with you after
7   the interviews, both of Ms. Brown and Mr. Kessler?
8     A    They gave me their general thoughts, their
9   impression of how it went, who they thought had
10  answered more thoroughly, and they gave me those
11  interview questions back where they had written
12  their comments and scored the questions.
13    Q    So they gave you a verbal --
14    A    They gave me a verbal opinion and gave me
15  their scored material.
16    Q    How did they do this?  Were they all
17  together when they gave it to you?
18    A    Yeah.
19    Q    Did you meet with them after Ms. Brown's
20  interview?
21    A    I did, but it was only -- not referencing
22  the interview, but dealing with the timing of the
```

47

```
 1    second interview.  Ms. Brown's interview had gone
 2    over the time I had scheduled, so I had to readjust
 3    the timing so I could get Mr. Kessler in for the
 4    interview.
 5         Q    Did Mr. Kessler go in that same day?
 6         A    I don't think so.  I think it had to be
 7    done the next morning based upon the schedule of a
 8    couple of the interviewers.
 9         Q    When did you meet with the panel to get
10    their feedback?
11         A    After Mr. Kessler's interview.
12         Q    The panel was still in the same interview
13    room?
14         A    I believe so, yes.
15         Q    They heard each other's comments?
16         A    I believe so, yes.
17         Q    Did you read their written comments?
18         A    I did.
19         Q    The comments that were written depended on
20    what the panelists wrote down; correct?
21         A    I'm sorry.  Could you repeat.
22         Q    There was no tape-recording of what was
```