GS 9/11 Biologist (Red highlighted sections apply to GS 11 only)

## Introduction

This position is located in the Department of Animal Programs, Smithsonian National Zoological Park. The National Zoological Park (NZP) exhibits living animal and plant collections and conducts research in conservation biology and reproductive sciences to provide educational and recreational environments for the visiting public. Our mission is to study, celebrate, and help protect the diversity of animals and their habitats. The Zoo is a beautiful 167-acre urban park in the heart of Washington DC, and is home to a wonderfully diverse animal collection, ranging from hummingbirds to elephants. NZP brings its visitors close to the animals with innovative exhibits that stimulate natural behavior and provide well-being for the animals. NZP scientists work at the Zoo as well as at the 3,150-acre Conservation and Research Center in Front Royal, VA, and in the field.

Primary function of this position is to serve as a biologist for the Small Mammal House collection and involves the care, breeding, conservation, exhibition, collection planning and support of research for rare and endangered species of small mammals including small primates, rodents, tree shrews, felids, small canines and carnivores, insectivores, endentates, and other varied species. Included within the Small Mammal collection are birds, reptiles, fish and amphibians. Attached to the Small Mammal Unit is the Kid's Farm. As a secondary function, the biologist will serve in a back-up role for the Biologist position in the Kid's Farm.

## Major Duties

Under the general guidance of the Assistant Curator (Supervisory Biologist), incumbent is responsible for:

- All aspects of the daily care of the National Zoological Park's collection of exotic and often endangered species of Small Mammals. This includes the development of techniques and procedures for proper diet preparation and food presentation, sanitation, capture, restraint, shipping, moving, introduction and separation of animals. Works with Animal Health and Pathology staff in developing a program of preventative medicine that satisfies their program goals. Procedures are communicated to other department staff. This position will serve as a primary back-up to the keeper staff and will perform regular keeper duties as needed.

- Coordination of programs involving volunteer (keeper aide and interpreter) and keeper training, record keeping, public education, and support services (maintenance, commissary, supply) in support of program goals. Procedures are communicated to other department staff and implemented in consultation with the assistant curator and other zoo and field professionals.

- Preparation of reports for and communicating recommendations from local, national, and international conservation and zoological organizations.

- Keeping complete and accurate records on animals in the small mammal collection. Works with department records keeper to ensure centralized entry and preservation of the records.

- Developing plans for species management which reflects the needs of exhibition, environmental enrichment, education, research and conservation aims of the unit. Solicits, prepares and presents ideas for improvements in exhibits and programs which best represent and demonstrate the interrelationship of biological factors.

- Participation in a program of applied and husbandry research which will enhance management of the NZP collection and prepares and presents reports on advances in management techniques to colleagues in the field. Keeps abreast of pertinent literature and disseminates information appropriate to management goals. Provides assistance for research conducted in collaboration with scientists from within and outside the Institution.

- Providing assistant curator, various departments and offices of NZP with accurate and complete information to be used in labels, graphics and other materials that interpret the animal collection. Responsible for editorial review of message content and accuracy of information to be used in public programs.

- Coordination of zoo education programs with that department. Schedules school and public programs so that unit resources and personnel are utilized appropriately. Works with FONZ and education departments and assistant curator in the development of new education programs.

- Coordination of volunteer programs for the unit with FONZ. Facilitates recruitment, training, scheduling and evaluating volunteers.

**Factors**

1. Knowledge required by the position

Position requires a working knowledge of the principles of conservation and management of wildlife in a captive setting, ecology and natural history of small mammals. Must be able to apply these biological facts, principles, methods, techniques and procedures to the management and exhibition of captive animals in a zoological park setting, especially in the areas of husbandry and population management. Position requires the understanding of, and ability to communicate (through exhibits and education programs) the concept of the interdependence of life. A demonstrated knowledge of all aspects of daily care for exotic captive animals along with the understanding of how to apply this knowledge for

successful management are prerequisites.  Incumbent must be able to assist in conducting research programs, both pure and applied, and be able to conduct all procedures and coordinations with other departments of the NZP on an independent and self-directed basis.  Computer literacy is required.  Incumbent must be able to conduct all aspects of the supervision of a volunteer program, including development of a volunteer staff and relationship with FONZ.

   2.   Supervisory Controls

Works under the general supervision of the assistant curator of Small Mammals and the Kid's Farm who determines the objectives and discretions and approves plans submitted to implement goals.  Assignments of a continuing nature are completed independently.  Work is reviewed and measured by results.

   3.   Guidelines

Guidelines are provided in the form of general instructions and approval of recommendations made to the department head through the assistant curator.  Specific guidelines are in the form of information taken from the scientific literature, correspondence with other professionals in the field, and a review of zoo policy and past procedures.  The incumbent will coordinate NZP goals with national and international breeding programs for the conservation and management of rare, threatened and endangered species of small mammals.

   4.   Complexity

Position includes participation to some degree in all aspects of a Zoologist's position and repeatedly requires incumbent to develop and expand upon programs and assignments.  Information of the care, exhibition, propagation and management of small mammals in a zoological park setting must be obtained and synthesized from many sources, and systematically organized to be useful in the day-to-day operations of the unit.

   5.   Scope and Effect

The scope of work relates to the NZP animal collection, its care, exhibition and management.  The success of the incumbent influences the extent to which the zoo can manage and conserve species and effectively exhibit animals while promoting and improving an enlightened conservation ethic to the public.  The ability to systematically develop techniques for the enhanced management of small mammal species and educate the visitor about those species, both in captivity and the wild, will contribute to the success of NZP.

   6.   Personal Contacts

Contacts a variety of scientific and management personnel within the zoo and the Smithsonian Institution, in other zoo and scientific communities and in the field.

7.	Purpose of Contacts

To seek to expand the base of knowledge which will contribute to the enhanced care, management, interpretation and exhibition of the small mammal collection, to further research projects and improve management of resources assigned to the unit.

8.	Physical demands

Works long periods of standing, stooping, walking, and lifting light loads while carrying out animal care responsibilities.

9.	Working Conditions

Work may be in a typical office, outdoors or in buildings housing exotic primate species. A variety of weather conditions may exist as well as high temperatures/humidity in indoor environments.