UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| MELBA BROWN, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1086 (RMU) |
| | : | | |
| v. | : | Document No.: | 9 |
| | : | | |
| LAWRENCE M. SMALL, in his official capacity as Secretary of the Smithsonian Institution, | : : : | | |
| | : | | |
| Defendant. | : | | |

**O R D E R**

**GRANTING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 19th day of January 2007, it is hereby

**ORDERED** that the defendant's motion for summary judgment is **GRANTED.**

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge