UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELBA BROWN, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 05-1086 (RMU) |
| | ) |
| v. | ) |
| | ) |
| LAWRENCE M. SMALL, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT OR ORDER**

For the reasons stated in her supporting memorandum of points and authorities, plaintiff respectfully requests that this Court set aside its January 19, 2007 order granting the defendant's motion for summary judgment and reinstate her employment discrimination claim against the defendant.

Respectfully submitted,

HOUSTON & HOWARD

By: _____/s/_____
Barbara E. Brown, #321091
1001 Connecticut Avenue, NW
Suite 402
Washington, D.C. 20036
(202) 628-7058

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Plaintiff's Motion for Relief from Judgment Or Order, together with the supporting Memorandum of Points and

Authorities and proposed Order, was served through this Court's electronic filing system this **28th** day of March, 2007 to:

>Alan Burch
>Assistant United States Attorney
>555 4th Street, NW
>Washington, D.C. 20530
>Alan.burch@usdoj.gov

>_____/s/_____
>Barbara E. Brown

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MELBA BROWN, | ) |
| Plaintiff, | ) Civil Action No.: 05-1086 (RMU) |
| v. | ) |
| LAWRENCE M. SMALL, | ) |
| Defendant. | ) |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HER MOTION FOR RELIEF FROM JUDGMENT OR ORDER**

Pursuant to Fed. R. Civ. P. 60(b), plaintiff respectfully requests that this Court set aside its order granting the defendant's motion for summary judgment. By order dated January 19, 2007, this Court granted the defendant's motion for summary judgment. The stated reasons for the Court's decision were that plaintiff's "allegations are insufficient to demonstrate that King acted with a discriminatory intent," and plaintiff's "allegations as to King's possible prejudices remain conclusory." Mem. Op. at 18.

Plaintiff has been able to obtain the sworn testimony of an independent witness who directly confronted plaintiff's supervisor, Robert King, concerning the lack of racial diversity in King's unit. In approximately July 2004, zoo employee Ralph B. Graham[1] asked King when King was going to "get some diversity down to meet the quota system since he was in charge." Ex. 1. According to Graham's testimony, King replied "I

---

[1] Graham's job title is commissary steward.

don't believe in that quota thing." *Id.*

As plaintiff has produced direct evidence concerning King's possible prejudices, she asks that this Court set aside its January 19, 2007 order and reinstate her employment discrimination claim against the defendant.

                                                  Respectfully submitted,

                                                  HOUSTON & HOWARD

                              By:          /s/_____

                                                  Barbara E. Brown, #321091
                                                  1001 Connecticut Avenue, NW
                                                  Suite 402
                                                  Washington, D.C. 20036
                                                  (202) 628-7058