## DECLARATION OF RALPH B. GRAHAM

On or around July the first opening of the Kids Farm I was delivering hay to them and ran into Bob King, Tammie and Margret on the dock I spoke to Bob and asked him when was he going to get some diversity down to meet the quota system since he was in charge he replied by saying I don't believe in that quota thing I then said you know if I was an EEO Offical it might be some repercusion behind that statement and got into my truck and drove away. This is what transpired on that day to the best of my knowledge.

Ralph B. Graham
3/13/07
Commissary Stewards

I, Ralph, make the above declaration based on my personal knowledge, and I am competent to testify to the matter stated herein. That the above matter took place in 2004 at the opening of the Farm.
I declare that under the penalty of perjury that the foregoing is true and correct.
Executed on March 19, 2007.

Ralph B. Graham

EXHIBIT 1