UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELBA BROWN, | ) )  ) |
| Plaintiff, | ) Civil Action No.: 05-1086 (RMU) ) |
| v. | ) ) ) |
| LAWRENCE M. SMALL, | ) ) |
| Defendant. | ) ) ) |

## ORDER

This matter having come before the Court on Plaintiff Melba Brown's Motion for Relief from Judgment Or Order, the Court having considered Plaintiff's Motion and Memorandum in Support, the Opposition thereto, any Reply by Plaintiff, the arguments of counsel for the parties and the entire record in this matter, and it appearing that there are material issues of fact that cannot be resolved by motion, it is by the Court this

_____ day of _____, 2007

ORDERED, that Plaintiff Melba Brown's Motion for Relief from Judgment Or Order be, and the same hereby is,

**GRANTED**, and Plaintiff's employment discrimination claim is hereby reinstated.

_____          _____
            Date                                                    United States District Court Judge