UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELBA BROWN, )
)
Plaintiff, ) Civil Action No.: 05-1086 (RMU)
)
v. )
)
CRISTIAN SAMPER, )
Acting Secretary, Smithsonian Institution )
)
Defendant. )

## DECLARATION OF MELBA BROWN

1. I, Melba Brown, make the following declaration. This declaration is based on my personal knowledge and I am competent to testify to the matters stated herein.

2. My original responses to defendant's first set of interrogatories were served in March 2006.

3. After my opposition to defendant's summary judgment motion was filed in July 2006, I was organizing my papers and reviewing my case when I remembered Bernard Graham's telling me of his conversation with Robert King about hiring.

4. On July 17, 2006, I served my supplemental answers to defendant's interrogatories numbered 14 and 15.

5. Bernard Graham promised a number of times to give me a written statement, but I had to wait until his work schedule allowed him time to comply with my request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2007.

*/s/ Melba Brown*
Melba Brown

**EXHIBIT 1**