several times in the night concerned about my work environment and treatment.

I was on prescription migraine medication but have been unable to keep the medication in my stomach. So I now take an OTC Advil liquid migraine pill when the episodes occur. I also practice relaxation techniques. The stress of the on-going work situation led to unusual shooting cranial pains that resulted in a CT scan. My attending physician, Dr. Manipady of Kaiser Permanente (Kensington Center, 10810 Connecticut Avenue, Kensington, MD. 20895) indicated that my headaches were stress-related but he sent me to have a CT scan done at the Radiology Department in Largo, Maryland (1221 Mercantile Lane) to make sure nothing else was causing the headaches.

> **13. Except as identified above in response to Interrogatories 9-12, identify in detail all of the relief (legal, equitable, or otherwise) that you are seeking in this case.**

Answer: I seek fair treatment in the workplace, including freedom from sexual and racial discrimination and harassment.

> **14. Identify every person you expect to call as a witness on your behalf at a prospective trial on this matter.**

Answer: Annetta McRae, Maria Montgomery, Raff Seymour, Alan Kaminsky, Doug Speaks.

> **15. For each person identified in the previous Interrogatory, describe in detail the substance of each person's expected testimony.**

Answer: Annetta McRae will testify that I contacted her when Bob King repeatedly questioned me about the Biologist's position as it related to daycare.

Maria Montgomery will testify that Bob King wanted me to work additional hours beyond the shift in the Biologist detail if he were to detail me.

Raff Seymour will testify about the racial climate at the zoo and management's treatment of me and other African-American employees at the zoo, past and present.

Alan Kaminsky will testify about the work climate at the zoo and the treatment of "targeted" employees by management.

Doug Speaks will testify about the racial climate at the zoo and my situation at the zoo as it relates to promotions.

> **16. Describe in detail any assistance you received from any individual in the preparation of your responses to the Agency's Requests for Admissions, Interrogatories, and Document Requests, including the identity of that individual, the individual's relationship to you, and the extent of the assistance provided by that individual.**

5

**EXHIBIT 2**