UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELBA BROWN, )
)
Plaintiff, ) Civil Action No.: 05-1086 (RMU)
)
v. )
)
LAWRENCE M. SMALL, )
)
Defendant. )
_____ )

**PLAINTIFF'S SUPPLEMENTAL ANSWERS TO**
**DEFENDANT'S FIRST SET OF INTERROGATORIES**

Plaintiff Melba T. Brown hereby supplements her answers to Defendant's First Set of Interrogatories and states as follows:

(a)  The information supplied in these Answers may not be based solely on the knowledge of the executing party, but may include the knowledge of the party's agents and attorneys, unless privileged.

(b)  The word usage and sentence structure may be that of the attorney assisting in the preparation of these Answers and thus does not purport to be the exact language of the executing party.

**15. Identify every person you expect to call as a witness on your behalf at a prospective trial on this matter.**

Answer: Bernard Graham

**16. For each person identified in the previous Interrogatory, describe in detail the substance of each person's expected testimony.**

Answer: Bernard Graham will testify that when asked about hiring racial minorities, Bob King said that he "did not believe in that quota thing."

EXHIBIT 3

I, Melba T. Brown, hereby certify, under penalty of perjury, that to the best of my knowledge, information, and belief, the foregoing Plaintiff's Supplemental Answers to Defendant's First Set of Interrogatories are true and correct.

_____
Melba T. Brown

Subscribed and sworn to before me this __14__ day of July, 2006.

_____
Notary Public

SUBIATU WURIE
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND
MY COMMISSION EXPIRES MARCH 17, 2010

My commission expires: _____

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiff's Supplemental Answers to Defendant's First Set of Interrogatories was served on this _17th_ day of July, 2006 upon counsel for defendant by first class mail addressed to:

Alan Burch
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530

_____
Barbara E. Brown, #321091
Houston & Howard
1001 Connecticut Ave., NW
Suite 402
Washington, DC 20036
(202) 628-7058

2