UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELBA BROWN, | ) |
|     Plaintiff, | ) |
|     v. | ) Civil Action No. 05-1086 (RMU) |
| CRISTIAN SAMPER,<br>Acting Secretary, Smithsonian Institution, | ) |
|     Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR LEAVE TO FILE SURREPLY
IN OPPOSITION TO MOTION FOR RELIEF FROM JUDGMENT**

    Defendant, Cristian Samper, Acting Secretary, Smithsonian Institution, respectfully requests leave to file the attached sur-reply, to respond to the arguments Plaintiff raises for the first time in her Reply in Support of Motion for Relief from Judgment, no. [17]. Counsel for Defendant sought Plaintiff's attorney's position on this motion via email and counsel for Plaintiff consented to the requested leave.

    Leave to file a sur-reply is appropriate here for several reasons. Plaintiff's reply, no. [17], goes well beyond the arguments she made in her underlying motion for relief from judgment, no. [15]. For the first time in her reply, Plaintiff: (1) addresses the question of why she waited until after entry of judgment to present the Court with the Declaration of Ralph Graham; (2) attaches exhibits relating to the conduct of discovery by Plaintiff in this case; and (3) provides an argument as to the relevant legal standard for her motion. By contrast, her underlying motion simply offered the Graham declaration and a brief argument that it should justify reconsideration because it tends to show direct evidence of discrimination.

    As this Court has reasoned in other cases, it is improper for parties to raise arguments for

the first time in their reply memoranda, for it prevents the opposing parties from having a reasonable opportunity to contest the arguments and/or evidence in the oppositions. See <u>Flynn v. Veazey Constr. Corp.</u>, 310 F. Supp. 2d 186, 189 (D.D.C. 2004); <u>Lee v. Christian Coalition of Am., Inc.</u>, 160 F. Supp. 2d 14, 24 (D.D.C. 2001). Although the evidence and argumentation in Plaintiff's reply here, no. [17], are not weighty, Defendant respectfully requests leave to file the attached sur-reply.

For these reasons, Defendant requests leave to file the attached surreply. A proposed order is attached.

April 17, 2007

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

   /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

   /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

*OF COUNSEL:*
CRAIG M. BLACKWELL
Assistant General Counsel
Smithsonian Institution
P.O. Box 23286
Washington, D.C. 20026-3286
blackwellc@si.edu