UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MELBA BROWN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1086 (RMU) |
| ) | |
| v. ) | |
| ) | |
| LAWRENCE M. SMALL, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Consent Motion for Leave to File Surreply, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED and it is

FURTHER ORDERED that the Clerk file Defendant's Surreply.

So ordered this _____ day of _____ 2007.

_____
RICARDO M. URBINA
United States District Judge