UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| MELBA BROWN, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1086 (RMU) |
| | : | | |
| v. | : | Document No.: | 15 |
| | : | | |
| CRISTIAN SAMPER, in his official capacity as Secretary of the Smithsonian Institution, | : : : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

### GRANTING THE DEFENDANT'S MOTION FOR LEAVE TO FILE A SUR-REPLY; DENYING THE PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT

For the reasons stated in this court's memorandum opinion separately and contemporaneously issued this 14th day of January 2008, it is hereby

**ORDERED** that the defendant's motion for leave to file a sur-reply is **GRANTED**, and it is

**FURTHER ORDERED** that the plaintiff's motion for relief from judgment is **DENIED.**

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge